**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMES FICKEN, trustee,
SUNCOAST FIRST TRUST; and
SUNCOAST FIRST TRUST,

    Plaintiffs,

vs.

Case No.: _____
State Ct. Case No.:19-003181-CI

CITY OF DUNEDIN, FLORIDA;
DUNEDIN CODE ENFORCEMENT BOARD;
MICHAEL BOWMAN, in his official capacity as Code
Enforcement Board Chairman; LOWELL SUPLICKI,
in his official capacity as Code Enforcement Board
Vice-Chair; ARLENE GRAHAM, in her official
capacity as a member of the Code Enforcement Board;
KEN CARSON, in his official capacity as a member
of the Code Enforcement Board; WILLIAM
MOTLEY, in his official capacity as a member
of the Code Enforcement Board; DAVE PAULEY,
in his official capacity as a member of the Code
Enforcement Board; and BUNNY DUTTON, in
her official capacity as a member of the Code
Enforcement Board,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF REMOVAL**

Defendants, CITY OF DUNEDIN, FLORIDA; DUNEDIN CODE ENFORCEMENT BOARD; MICHAEL BOWMAN, in his official capacity as Code Enforcement Board Chairman; LOWELL SUPLICKI, in his official capacity as Code Enforcement Board Vice-Chair; ARLENE GRAHAM, in her official capacity as a member of the Code Enforcement Board; KEN CARSON, in his official capacity as a member of the Code Enforcement Board; WILLIAM MOTLEY, in his official capacity as a member of the Code Enforcement Board; DAVE PAULEY, in his official

capacity as a member of the Code Enforcement Board; and BUNNY DUTTON, in her official capacity as a member of the Code Enforcement Board, by and through their undersigned counsel, and, by filing this *Notice of Removal* pursuant to 28 U.S.C. §§ 1441 and 1446, hereby remove this action from the Circuit Court in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division, and would state as follows:

1. On May 7, 2019, Plaintiffs filed a four count *Complaint* against Defendants in the Circuit Court in and for Pinellas County, Florida, asserting violations of the Plaintiffs' rights under the United States Constitution and Florida law.

2. Specifically, Plaintiffs' Complaint invokes the Eighth and Fourteenth Amendments in an effort to obtain redress for their allegations that code enforcement fines violate their rights under those constitutional provisions.

3. With respect to the Florida law claims, the Plaintiffs' *Complaint* alleges that the code enforcement fines are similarly violative of Article I, Section 17 of the Florida Constitution.

4. This Court therefore has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331, and its removal to this Court is proper pursuant to 28 U.S.C. § 1441(a) and (c).

5. Because the *Complaint* invokes not only claims based on federal law but also claims based on a state law, this Court is further entitled to exercise supplemental jurisdiction over such state law claims pursuant to 28 U.S.C. § 1367(a), as such claims are so related to the claims within this Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

6. Pursuant to Local Rule ECF Procedure III(C)(3)(a), this *Notice of Removal* and the accompanying federal *Civil Cover Sheet* are filed in paper format or PDF format on CD-ROM,

DVD, or other medium as the Court has directed after consultation with undersigned counsel's office.

7. Pursuant to Local Rule 4.02(b) and Local Rule ECF Procedure III(C)(3)(a)(1), along with this *Notice of Removal* are copies of all process, pleadings, orders, and other papers or exhibits, including depositions, on file in the state court, filed "as separate PDF documents on a CD-ROM, DVD, or other medium."

8. A copy of this notice has been filed with the Circuit Court in and for Pinellas County, Florida, as required by 28 U.S.C. § 1446(d).

9. By reason of the above, Defendant is entitled to remove this action to this Court pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

 /s/ Jay Daigneault, Esquire
Jay Daigneault
Florida Bar No.:0025859
Randy Mora, Esquire
Florida Bar No.:99895
Trask Daigneault, L.L.P.
1001 S. Ft. Harrison Avenue, Ste. 201
Phone: 727.733.0494
Primary:    jay@cityattorneys.legal
Primary:    randy@cityattorneys.legal
Secondary: jenny@cityattorneys.legal

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 16, 2019, the foregoing was sent via e-mail to: Ari S. Bargil, Institute for Justice, 2 S. Biscayne Boulevard, Suite 3180, Miami, Florida 33131 at abargil@ij.org and Andrew H. Ward, Institute for Justice, 901 N. Glebe Road, Suite 900, Arlington, Virginia 22203 at Andrew.ward.@ij.org, attorneys for the Plaintiffs.

                                           /s/ Jay Daigneault, Esquire
                                           Jay Daigneault
                                           **Lead Trial Counsel**
                                           Florida Bar No.:0025859
                                           Randy Mora, Esquire
                                           Florida Bar No.:99895
                                           Trask Daigneault, L.L.P.
                                           1001 S. Ft. Harrison Avenue, Ste. 201
                                           Phone: 727.733.0494
                                           Primary:     jay@cityattorneys.legal
                                           Primary:     randy@cityattorneys.legal
                                           Secondary:  jenny@cityattorneys.legal