UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES FICKEN, trustee,
SUNCOAST FIRST TRUST; and
SUNCOAST FIRST TRUST,

    Plaintiffs,

vs.

CITY OF DUNEDIN, FLORIDA;
DUNEDIN CODE ENFORCEMENT BOARD;
MICHAEL BOWMAN, in his official capacity as Code
Enforcement Board Chairman; LOWELL SUPLICKI,
in his official capacity as Code Enforcement Board
Vice-Chair; ARLENE GRAHAM, in her official
capacity as a member of the Code Enforcement Board;
KEN CARSON, in his official capacity as a member
of the Code Enforcement Board; WILLIAM
MOTLEY, in his official capacity as a member
of the Code Enforcement Board; DAVE PAULEY,
in his official capacity as a member of the Code
Enforcement Board; and BUNNY DUTTON, in
her official capacity as a member of the Code
Enforcement Board,

    Defendants.
_____/

Case No.: 8:19-cv-01210
State Court Case No.: 19-003181-CI

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the parties will conduct the Court-ordered mediation with the Hon. Melvia B. Green in this matter, which shall take place as follows:

    Mediation Date and Time:    November 15, 2019 beginning at 9:30 a.m.

    Mediation Location:    Trask Daigneault, L.L.P.
        Harbor Oaks Professional Center
        1001 South Fort Harrison Avenue, Suite 201
        Clearwater, Florida 33756

The Court has ordered, and the parties have been advised to split mediation fees evenly between them.

Respectfully submitted this 4th day of October 2019.

By: /s/ Ari S. Bargil
Ari S. Bargil (FL Bar No. 71454)
Justin M. Pearson (FL Bar No. 597791)*
INSTITUTE FOR JUSTICE
2 S. Biscayne Boulevard, Suite 3180
Miami, FL 33131
Tel: (305) 721-1600
Fax: (305) 721-1601
Email: jpearson@ij.org; abargil@ij.org

*Trial Counsel*

Andrew H. Ward (NY Bar No. 5364393)**
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: andrew.ward@ij.org

**Admitted Pro Hac Vice*

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of October 2019, a true and correct copy of *Notice of Mediation* was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

Jay Daigneault
Randy Mora
TRASK DAIGNEAULT, L.L.P.
1001 S. Ft. Harrison Avenue, Suite 201
Clearwater, FL 33756
Email: jay@cityattorneys.legal
       randy@cityattorneys.legal
       nanette@cityattorneys.legal

*Counsel for Defendants*

                              /s/ Ari S. Bargil
  &nbsn;                            INSTITUTE FOR JUSTICE