UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES FICKEN, trustee,
SUNCOAST FIRST TRUST; and
SUNCOAST FIRST TRUST,

    Plaintiffs,

vs.                                                      Case No.: 8:19-cv-01210

CITY OF DUNEDIN, FLORIDA; et al.,

    Defendants.
_____/

**UNOPPOSED MOTION OF JUSTIN M. PEARSON
TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

    Pursuant to Local Rule 2.03(b), Justin M. Pearson hereby files this Unopposed Motion to Withdraw as Counsel for Plaintiffs as follows:

    1.    The undersigned, Justin M. Pearson, is one of three attorneys representing the Plaintiffs.

    2.    All three of the attorneys representing the Plaintiffs work at the same law firm.

    3.    Due to the manner in which the responsibilities for this and other cases have evolved, it is now clear that the other two attorneys for the Plaintiffs, instead of the undersigned, will be handling all of the responsibilities for this case.

    4.    Ari S. Bargil and Andrew H. Ward, of the Institute for Justice, remain as counsel for Plaintiffs and may continue to be served at the addresses noted below in the signature block. Ari S. Bargil will serve as lead attorney in the case.

    5.    The undersigned has conferred with the Plaintiffs, and the Plaintiffs do not object to this motion.

6.        Pursuant to Local Rule 2.03(b), the undersigned has conferred with the Defendants' counsel and has been informed by the Defendants' counsel that they do not oppose this motion.

WHEREFORE, undersigned counsel respectfully requests that this Court grant this motion to withdrawal and permit undersigned to withdraw as counsel. Furthermore, as per Local Rule 1.05(c), undersigned respectfully requests that the Court designate Ari S. Bargil as Trial Counsel in this case.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

I hereby certify that I have conferred with counsel for Defendants regarding this motion and he agrees to the relief requested herein.

Dated:  October 10, 2019.

Respectfully submitted,

/s/ Justin M. Pearson
Justin M. Pearson (FL Bar No. 597791)*
Ari S. Bargil (FL Bar No. 71454)
INSTITUTE FOR JUSTICE
2 S. Biscayne Boulevard, Suite 3180
Miami, FL 33131
Tel: (305) 721-1600
Fax: (305) 721-1601
Email: jpearson@ij.org
       abargil@ij.org

Andrew H. Ward (NY Bar No. 5364393)**
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: andrew.ward@ij.org

*Trial Counsel                                                        **Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October 2019, a true and correct copy of *Unopposed Motion of Justin M. Pearson to Withdraw as Counsel for Plaintiffs* was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

Jay Daigneault
Randy Mora
TRASK DAIGNEAULT, L.L.P.
1001 S. Ft. Harrison Avenue, Suite 201
Clearwater, FL 33756
Email: jay@cityattorneys.legal
       randy@cityattorneys.legal
       nanette@cityattorneys.legal

*Counsel for Defendants*

                                    /s/ Justin M. Pearson
                                    INSTITUTE FOR JUSTICE