UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES FICKEN, trustee,
SUNCOAST FIRST TRUST; and
SUNCOAST FIRST TRUST,
    Plaintiffs,

vs.

Case No.: 8:19-cv-01210
State Court Case No.: 19-003181-CI

CITY OF DUNEDIN, FLORIDA;
DUNEDIN CODE ENFORCEMENT BOARD;
MICHAEL BOWMAN, in his official capacity as Code
Enforcement Board Chairman; LOWELL SUPLICKI,
in his official capacity as Code Enforcement Board Vice-Chair;
ARLENE GRAHAM, in her official capacity as a member of the
Code Enforcement Board; KEN CARLSON, in his official capacity
as a member of the Code Enforcement Board; WILLIAM MOTLEY,
in his official capacity as a member of the Code Enforcement Board;
DAVID PAULEY, in his official capacity as a member of the Code
Enforcement Board; and BUNNY DUTTON, in her official capacity
as a member of the Code Enforcement Board,
    Defendants.

_____/

## **MEDIATION REPORT**

A mediation was conducted on November 15, 2019. The following parties and counsel were present: (1) Plaintiff James Ficken, trustee and on behalf of Plaintiff Suncoast First Trust and Plaintiffs' counsel, Ari Bargil, Esq. and Andrew Ward, Esq. and (2) Dr. Theresa E. Smalling, Director of Human Resources and Risk

1

Management on behalf of Defendants and Defendants' counsel, Jay Daigneault, Esq.

The result of the mediation was an **impasse.**

Dated: November 15, 2019

                                                    Melvia B. Green, Esq.
                                                    Mediator
                                                    Florida Bar No.: 0272388
                                                    P.O. Box 1055
                                                    Odessa, FL  33556
                                                    (813) 220-1005
                                                    melviabgreen@gmail.com

Copies furnished by hand to:

Ari Bargil, Esq.
Andrew Ward, Esq.
Jay Daigneault, Esq.