*Ficken, et al. v. City of Dunedin, et al.*
Case No.: 8:19-cv-01210

**INDEX OF EXHIBITS TO PLAINTIFFS' DISPOSITIVE MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW**

| | **DECLARATION OF JAMES FICKEN** |
|---|---|
| **EXHIBIT NUMBER** | **TITLE** |
| 1 | 2015 correspondence with Officer Kepto |
| 2 | City of Dunedin Code Enforcement Board's 2015 order |
| 3 | Airline ticket receipt reflecting my travel in the summer of 2018 |
| 4 | Receipt for the lawn mower |
| 5 | Correspondence reflecting my request for additional time |
| 6 | Correspondence reflecting my efforts to secure a representative |
| 7 | Board's orders from the hearing of September 4, 2018 |
| 8 | Timeline reflecting the events I discuss in Paragraphs 15–25 |
| 9 | Note of support I received from one of my neighbors |
| 10 | Petition to Reconsider or Rehear |
| 11 | Amended Petition to Reconsider or Rehear |
| 12 | February 13, 2019 demand letter from Mr. Trask |
| 13 | 2019 correspondence with Mr. Trask |

| | **DECLARATION OF ARI S. BARGIL** |
|---|---|
| **EXHIBIT NUMBER** | **TITLE** |
| 1 | Transcript from the February 19, 2020 deposition of former City of Dunedin Code Enforcement Officer Thomas Colbert |

| 2 | Transcript from the January 13, 2020 deposition of the City of Dunedin's 30(b)(6) deponent, Thomas J. Trask |
|---|---|
| 3 | February 18, 2020 deposition of former City of Dunedin Code Enforcement Officer Michael Kepto |
| 4 | Assessment of Dunedin's Code Enforcement Process, which was published by Calvin, Giordano & Associates in January of 2020 |
| 5 | October 2018 City of Dunedin Code Enforcement Board Meeting Minutes |
| 6 | Annual Employee Performance Self-Evaluation Forms for Michael Kepto |
| 7 | Case History Reports for James Ficken's property located at 1341 Lady Marion Lane |
| 8 | Transcript from the City of Dunedin's May 2015 Code Enforcement Meeting |
| 9 | City of Dunedin's May 2019 Ordinance Review Committee Minutes |
| 10 | September 2018 City of Dunedin Code Enforcement Board Meeting Minutes |
| 11 | Transcript from the City of Dunedin's September 2018 Code Enforcement Board Meeting |
| 12 | November 2018 City of Dunedin Code Enforcement Board Meeting Minutes |
| 13 | April 18, 2019 Memorandum from City Attorney Thomas J. Trask requesting foreclosure of James Ficken's property |
| 14 | May 2015 City of Dunedin Code Enforcement Board Meeting Minutes |
| 15 | May 2019 City of Dunedin Code Enforcement Board Meeting Minutes |
| 16 | Dunedin Code Enforcement Board Rules of Procedure |