# EXHIBIT 1

*Declaration of Ari S. Bargil*
*in Support of Plaintiffs' Dispositive Motion for*
*Summary Judgment and Incorporated Memorandum of Law*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:19-cv-01210
STATE CT. CASE NO.: 19-003181-CI

- - - - - - - - - - - - -X
JAMES FICKEN, trustee,                :
SUNCOAST FIRST TRUST; and             :
SUNCOAST FIRST TRUST,                 :
                                      :
               Plaintiffs,            :
vs.                                   :
                                      :
CITY OF DUNEDIN, FLORIDA;             :
DUNEDIN CODE ENFORCEMENT BOARD;       :
MICHAEL BOWMAN, in his official       :
capacity as Code Enforcement          :
Board Chairman; LOWELL SUPLICKI,      :
in his official capacity as Code      :
Enforcement Board Vice-Chair;         :
ARLENE GRAHAM, in her official        :
capacity as a member of the Code      :
Enforcement Board; KEN CARSON, in     :
his official capacity as a member     :
of the Code Enforcement Board;        :
WILLIAM MOTLEY, in his official       :
capacity as a member of the Code      :
Enforcement Board; DAVE PAULEY,       :
in his official capacity as a         :
member of the Code Enforcement        :
Board; and BUNNY DUTTON, in her       :
official capacity as a member of      :
the Code Enforcement Board,           :
                                      :
               Defendants.            :
- - - - - - - - - - - - -X

    DEPOSITION OF:    THOMAS COLBERT
    DATE:            February 19, 2020
    TIME:            1:00 p.m. to 4:50 p.m.
                     Pages 1 - 158

```
 1        PLACE:              1001 S. Fort Harrison Ave.
                              Suite 201
 2                            Clearwater, Florida

 3

          PURSUANT TO:        Notice by counsel for
 4                            Plaintiff for purposes
                              of discovery, use at trial
 5                            or such other purposes as
                              are permitted under the
 6                            Florida Rules of Civil
                              Procedure
 7

 8        BEFORE:             KATHERINE A. LYLE
                              Notary Public, State of
 9                            Florida at Large

10

11                       * * * * *

12

13    APPEARANCES:

14        ARI S. BARGIL, ESQUIRE
          ANDREW WARD, ESQUIRE
15        Institute For Justice
          2 South Biscayne Boulevard
16        Suite 3180
          Miami, Florida 33131
17        (305) 721-1600
          Abargil@ij.org
18

          Attorneys for Plaintiffs
19

          RANDY D. MORA, ESQUIRE
20        Trask, Daigneault, LLP
          1001 South Fort Harrison Avenue
21        Suite 201
          Clearwater, Florida 33756
22        (727) 733-0494
          Randy@cityattorneys.legal
23

          Attorney for Defendants
24

25                       * * * * *
```

```
1                      I N D E X

2                                              PAGE

3     DIRECT EXAMINATION BY MR. WARD              4

4     CROSS-EXAMINATION BY MR. MORA             149

5     REDIRECT EXAMINATION BY MR. WARD          154

6     ERRATA SHEET                              155

7     WITNESS' SIGNATURE PAGE                   156

8     CERTIFICATE OF OATH                       157

9     REPORTER'S CERTIFICATE                    158

10

11

12

13                       * * * * *

14

15

16

17

18                      EXHIBITS

19                               ID'd      MARKED

20    Number 1 (Case History Report)    93       93

21    Number 2 (Minutes)                94       94

22    Number 3 (Photo)                 105      105

23    Number 4 (Photo)                 106      107

24    Number 5 (Flight Itinerary)      147      147

25    Number 6 (Flight Itinerary)      148      148
```

```
 1                    THOMAS COLBERT,

 2   was called as a witness, having been duly sworn, was

 3   examined and testified as follows:

 4                    DIRECT EXAMINATION

 5   BY MR. MORA:

 6        Q    Good afternoon, Mr. Colbert.

 7        A    Good afternoon, sir.

 8        Q    Thank you.

 9             My name is Andrew Ward.  I'm an attorney

10   with Institute for Justice.  This is my colleague

11   Ari Bargil.  We represent the Plaintiffs in this

12   case which is a challenge to code enforcement fines

13   levied against Jim Ficken.  Please speak loudly and

14   clearly for the microphone.

15        A    Okay.

16        Q    Would you please say and spell your name.

17        A    Thomas Colbert, C-o-l-b-e-r-t.  First name

18   is Thomas, T-h-o-m-a-s.

19        Q    And you work for the City of Dunedin; is

20   that correct?

21        A    I, I guess you could say, retired in

22   December of 2019.

23        Q    But did you work for the City of Dunedin?

24        A    Oh, yes, I did.  I'm sorry.

25        Q    What was your title when you worked there?
```

1      A     The Code Enforcement Inspector.

2      Q     Have you ever been deposed before?

3      A     Many times.

4      Q     Could you tell me a little bit more about

5  those times.

6      A     I was a police officer of the State of

7  Florida for just under 30 years.

8      Q     And I take it then that you were deposed

9  in connection with those cases?

10     A     Yes, sir.  I worked for the Pinellas

11 County Sheriff's Office for just under 10 years, I

12 retired from the Florida Department of Law

13 Enforcement as a Special Agent for 20 years,

14 retiring in 2008.

15     Q     So you're pretty familiar with how

16 depositions work?

17     A     Yes, sir.

18     Q     Are you under the influence of any drug or

19 medication that might impair your ability to

20 testify?

21     A     No, sir.

22     Q     Do you have any medical conditions that

23 might impair your ability to testify?

24     A     No, sir.

25           MR. MORA:  Just as a piece of advice to

1      make today go a little more smoothly, a lot of

2      the questions it's going to be painfully

3      obvious where he's going.  Just wait until he

4      gets to the exact end for the sake of the nice

5      woman at the end of the table.

6           THE DEPONENT:  Okay.

7           MR. MORA:  You're doing fine.  Just wait

8      until that period at the end or the question to

9      end.

10          MR. WARD:  I will skip that instruction.

11     I apologize for any pains at the obviousness of

12     my questions.

13          MR. MORA:  I didn't mean that as an insult

14     to you.  I say that about myself as well.

15          MR. WARD:  I understand.

16  BY MR. WARD:

17     Q    Do you understand that you are testifying

18  under oath the same as if you were in front of a

19  judge and jury in a courtroom?

20     A    Yes, I do.

21     Q    I will make my instructions brief since I

22  know you're familiar.

23          I will be asking questions.  You answer

24  the questions.  The court reporter will record my

25  questions and your answers.  It is very difficult

1    for them to record nods or "uh-huhs" or things that

2    we do in ordinary conversation that aren't verbal

3    oral answers.  So please make sure that you are

4    answering out loud in words.  I might interrupt you

5    if you don't do that, but I will try to make that

6    the only times I interrupt you.  I will let you

7    answer the questions, and please wait for me to ask

8    the questions before you answer.  It's tough when we

9    crosstalk.

10            Does that all make sense?

11       A    I understand.  Yes, sir.

12       Q    If I ask a question and you don't

13   understand it, please just let me know.  We are

14   trying to find out information.  We are genuinely

15   not trying to trick you into giving answers or

16   anything.  We're just looking for information and

17   we're looking for full and complete answers to the

18   questions.

19            Does that make sense?

20       A    Yes.

21       Q    If you don't understand, let me know.  I

22   will try to ask a better question.

23            Will you do that?

24       A    Okay.  Yes, sir.

25       Q    If you do answer a question as I ask it,

1    I'm going to think you understood it.

2            Does that make sense?

3        A    Yes, sir.

4        Q    I might ask you questions about specific

5    documents.  The court reporter will mark those as

6    exhibits.  We might talk about those by number.

7    I'll give copies to you and to your attorney and you

8    can take your time to look it over.

9            Does that make sense?

10       A    Yes, sir.

11       Q    I'm sure Mr. Mora will state objections

12   after I ask some of my questions.  That's because

13   those objections need to be preserved for later

14   since there is no judge to rule on them now.

15           Do you understand that when Mr. Mora

16   objects that doesn't excuse you from answering the

17   question?

18       A    Yes.  I understand.

19       Q    He might expressly instruct you not to

20   answer.  In which case I won't tell you whether you

21   need to follow your attorney's advice or not, but,

22   unless he does that, you do need to answer the

23   questions.

24       A    Yes, sir.

25       Q    If you need to take a break at any time,

1    please just let me know.  I would ask that you

2    finish answering a question that's pending, but,

3    other than that, you're welcome to take a break at

4    any time.  I like the take breaks about every hour

5    or so anyway.

6              Does that make sense?

7        A    Yes, sir.

8        Q    Two other things.  If I'm talking about

9    "the City," I mean the City of Dunedin unless we're

10   obviously talking about something else from context.

11   If I say "the City," I mean the City of Dunedin.  If

12   I'm talking about "the Board," I'm probably talking

13   about the Dunedin Code Enforcement Board.

14             Does that make sense?

15       A    Yes, sir.

16       Q    So what, if anything, have you done to

17   prepare for this deposition?

18       A    Not much.  I received a bunch of documents

19   from the City Attorney's Office, but I did not

20   review them.

21       Q    Okay.  So did you do anything to prepare

22   for this deposition?

23       A    No.

24       Q    Okay.  You did not review any documents,

25   including the ones that were sent to you by the

1    City's attorneys?

2         A    Correct.

3         Q    And then I also take it that you didn't

4    talk to anyone to prepare for this deposition?

5         A    No.  With the exception of the attorneys

6    here; is that what you're talking about, the City

7    attorneys?

8         Q    I'll break it up.

9         A    Okay.

10        Q    To prepare for this deposition, did you

11   talk to anyone other than the City's attorneys?

12        A    No.

13        Q    Okay.  To prepare for this deposition, and

14   I'm not asking you what you talked about with them

15   if you did, but did you talk to the City's

16   attorneys?

17        A    Yes.

18        Q    When did you do that?

19        A    Just prior to today's appointment.

20        Q    Did you speak to Mr. Mora?

21        A    Yes.

22        Q    Did you speak to anyone else?

23        A    No.

24        Q    How long did you and Mr. Mora talk?

25        A    Five minutes, maybe.

1    Q    Okay.  You said you didn't speak to anyone

2    else, so no one who works for Dunedin or used to

3    work for Dunedin or for the Code Enforcement Board

4    or used to work for the Code Enforcement Board?

5    A    No.

6    Q    Family, friends?

7    A    No.

8    Q    Nobody else?

9    A    No.

10   Q    Okay.  And you didn't read any documents?

11   A    No, I did not.

12   Q    Just in case this means something

13   different to you, did you review any documents?

14   A    No.  I got a pretty good memory of the

15   case and my involvement, so I think that's kind of

16   my mindset.

17   Q    Okay.  I'll do a little background and get

18   to know who you are.

19        Did you graduate from high school?

20   A    Yes.

21   Q    When was that?

22   A    1972.

23   Q    Did you go to college?

24   A    I attended college.  I never graduated.

25   Q    Which college did you attend?

1      A    St. Petersburg Junior College.

2      Q    Any others?

3      A    No.  Yeah.  I take that back.  Prior to

4  that, many years prior, Tunxis Community College in

5  Connecticut, but that was many years ago.  That was

6  prior to my law enforcement career.

7      Q    I actually just didn't hear you.

8           Did you say Texas Community College?

9      A    Tunxis, T-u-n-x-i-s, Community College.

10  It's in Connecticut.

11      Q    Did you have any particular field of study

12  at that college in Connecticut?

13      A    Criminal justice.

14      Q    Anything else?

15      A    No.

16      Q    And did you have any particular field of

17  study at the other college that you mentioned here

18  in Florida?

19      A    Criminal Justice.

20      Q    Anything else?

21      A    No.

22      Q    And you said you didn't graduate from

23  either of those schools?

24      A    Correct.

25      Q    Did you work full time before going to

1   either of those schools?

2       A    Yes.

3       Q    What did you do?

4       A    Going how far back?

5       Q    Let's say since you graduated from high

6   school.

7       A    I worked in the grocery business.  I was a

8   produce manager for ShopRite Supermarkets.  I

9   started part time in high school.  I became a

10  produce manager.

11      Q    And when did you do that until?

12      A    Probably until I moved to Florida in

13  probably 1976, 1977.

14      Q    Were you attending college during that

15  time?

16      A    I think while I was working in Connecticut

17  for a short period of time, yes.

18      Q    And what did you do next, whether it was a

19  different job or college, in 1976 after you left the

20  supermarket?

21      A    Well, the law enforcement jobs in

22  Connecticut at that time were difficult to find due

23  to the Vietnam veterans and that type of thing.  I

24  did have some relatives that lived in Florida.  I

25  was familiar with the jobs that were available in

1    the law enforcement community.  So that's why I

2    decided to move to Florida to pursue that career.

3         Q    So you were thinking of pursuing a law

4    enforcement career while you were in Connecticut, it

5    was hard to get a job there because positions were

6    being taken by Vietnam veterans, so you decided to

7    pursue that career in Florida?

8         A    It was difficult to find a job up there,

9    like I said.  I had family members that were in law

10   enforcement.  I always wanted to be a police

11   officer.  So that's my answer, yes.  That's correct.

12        Q    So, after you moved to Florida, it's

13   around 1976, what did you do next?

14        A    Menial jobs.  Construction, landscaping,

15   worked for Publix Supermarket.  Until I was hired I

16   worked for the Juvenile Detention Center for about a

17   year, and then shortly after that I got a job with

18   the Pinellas County Sheriff's Office.

19        Q    Is that when you went to college in

20   Florida during the time period you just mentioned?

21        A    I think I attended St. Pete J.C. while I

22   was employed by the Sheriff's Office for a short

23   period of time.

24        Q    About when was that?

25        A    I don't recall what year.

1      Q    Late '70s, early '80s?

2      A    Could be.

3      Q    Okay.  So you were working for the -- I"m

4  sorry.  Which county?

5      A    Pinellas County Sheriff's Office.  Yes,

6  sir.

7      Q    How long did you do that?

8      A    I started -- I worked for one year in the

9  Pinellas County Jail, which at the time there was

10  only one jail right down the street at Court Street.

11  I did that for one year.  I then was accepted to the

12  police academy.  I went to the police academy, and

13  upon graduation from the police academy I worked in

14  patrol for three years.  In 1982 I went to vice and

15  narcotics and worked there until 1987.  At which

16  time I went to the Florida Department of Law

17  Enforcement.

18      Q    Okay.  What did you do at the Florida

19  Department of Law Enforcement?

20      A    Long-term narcotics cases, smuggling

21  cases, a variety of things.  Dignitary protection.

22  We were responsible protecting the Governor and his

23  family and other dignitaries.  White-collar crimes,

24  fraud, government corruption cases, fugitive cases.

25  It varied day by day.  So those are kind of a brief

1   overview of the cases that I worked.

2        Q    Why did you decide to leave the first law

3   enforcement job to go to Florida State law

4   enforcement job?

5        A    Well, I'll tell you a quick story on that.

6   It's going to revert back to my views on ethics,

7   credibility and reputation.  To kind of cut the

8   story short, the Chief Deputy at the time was a

9   gentleman named Jack Brady.  He was a retired

10  New York City detective, at the time D&D which

11  became Drug Enforcement Administration.  He left

12  there under a workmen's comp deal, whatever.  That's

13  another story.

14        He had a son who came on to the Sheriff's

15  Office right out of the marine corp, worked his way

16  up from deputy to ultimately lieutenant in a very

17  short period of time.  He became a sergeant in the

18  narcotics unit that I was in.  I didn't work under

19  his squad.

20        On one particular evening on a buy bust we

21  had -- it was a trafficking in cocaine case which we

22  did lots of them back then.  I was assigned to go on

23  this case with them.  Sergeant Brady, the son of the

24  Chief Deputy, we went to arrest two individuals, and

25  he had a shotgun that was approaching one of the

1    subjects, they weren't resisting, and he hit him in

2    the head with a shotgun.  I have a serious problem

3    with that.  That made it very uneasy for my career

4    there because not only did the Chief Deputy work

5    there, but he had a brother that was a lieutenant in

6    the same unit and, of course, the Sergeant.

7              That evening I got called upstairs along

8    with the rest of us that were on that arrest.

9              He said, "Come on upstairs.  We need to

10   get our stories straight."

11             It was rather intimidating.

12             He went around the room and said,

13   "Everybody saw this guy jump on Randy's back,

14   right?"

15             I'm probably going off on a tangent here,

16   but this is the reason why I left.  I didn't have to

17   leave, but I didn't want to work under those

18   circumstances, plus I was kind of offered a job.

19             Anyhow, they went around the table and,

20   like I said, the Sergeant was there, the Chief

21   Deputy's son, and his brother, and they said

22   "everybody saw this guy jumped on Randy's back."

23             Of course, I'm like, "No.  It didn't

24   happen."

25             That kind of escalated into being told

1    that my career was done, many contacts with the

2    State Attorney's Office over this case.  So I

3    basically ended up telling the Lieutenant that I

4    wasn't going to lie for him, his nephew or anyone

5    else that works here, period.  So that's kind of why

6    I left.

7         Q    Has that sort of thing, someone you worked

8    with asking you to get a story straight, ever

9    happened to you in any other jobs?

10        A    No.  Never.

11        Q    How long did you work for the State of

12   Florida as a police officer?

13        A    Twenty years special agent.

14        Q    So when did you leave?

15        A    2008.

16        Q    Why did you decide to leave?

17        A    Retired.  Just under 30 years total.  I

18   was eligible for retirement.  Actually, you're

19   vested, I think, at that time 10 years, but full

20   retirement at 25 years.  So I was well beyond that

21   point.  With FDLE I could speak specifically.  They

22   did a bunch of cuts.  They were closing a lot of our

23   offices.  Like I said, I work primarily drug cases.

24   They were cutting back on our funds to do those

25   cases, our aircraft that we would use, tools that we

1    would use to work those cases.  It just seemed to be

2    that at the time the time was right and that's why I

3    retired.

4         Q    What did you do after that?

5         A    I went to work for Publix for a short time

6    or actually for several years.  I worked in the

7    produce department.  I got a paid aerobic workout,

8    like I like to call it.  I did that for several

9    years.

10        Q    What did you do after that?

11        A    I went to the City of Dunedin and got a

12   job as a Code Enforcement Inspector.

13        Q    So have you worked for any code

14   enforcement departments other than the City of

15   Dunedin?

16        A    I have not.

17        Q    Other than the police jobs that you just

18   mentioned, have you ever worked for any municipal

19   governments?

20        A    No.

21        Q    When did you start with the City of

22   Dunedin?

23        A    I'm not good with the years, but I think

24   that would have been five years coming up this April

25   or May.  So whatever that comes out to.

1      Q    Well, it's 2020, so I think you're

2  describing then April or May of 2015; does that

3  sound right?

4      A    That sounds about right, yes.

5      Q    Why did you decide to take that job?

6      A    I was offered the job.  I got a contact to

7  call from Joan Kale who I worked with at FDLE.  She

8  said there was a job opening coming up that I may be

9  interested in.  So that's how I ended up there.

10     Q    Did you see it similar to policing?

11     A    Oh, yeah.  In a way.  You're doing

12 enforcement.  You're interacting with the public on

13 a daily basis, hourly basis.  So, yeah, it was very

14 similar.  Yes.

15     Q    And did you do that full time?

16     A    Yes.

17     Q    9:00 to 5:00 Monday through Friday?

18     A    8:00 to 4:30, roughly.  It kind of varied,

19 those hours, sometimes.

20     Q    So what was a typical day like?

21        MR. MORA:  Form.

22        THE DEPONENT:  A typical day.  Check your

23     emails, check your voice mails, return phone

24     calls, return emails and then respond to

25     complaints, do paperwork periodically, back to

1          the office, write violation notices, do

2          paperwork-type cases.  That's pretty much it.

3     BY MR. WARD:

4          Q    Did you mention in that last answer, I

5     don't think you did, any sort of patrolling?

6          A    We would do -- like if we got a complaint

7     on a street for whatever violation, we would

8     typically do that entire street to be fair and maybe

9     a couple of other streets that are in the area

10    because there usually are other code enforcement

11    violations.  Plus, driving around through the course

12    of our day we would see violations and respond and

13    act on those.

14         Q    So it sounds like for the most part when

15    you went out to look at properties it was because of

16    a complaint, you didn't do sort of standard daily or

17    weekly rounds?

18         A    Oh, no.  There were several -- I mean, we

19    would self generate cases also, but many of them

20    were complaint driven.

21         Q    I think I asked something slightly

22    different which was whether you sort of patrolled on

23    any sort of regular basis?

24         A    I don't want to call it "patrolling."  I

25    would call it driving through the city as normal

1    course of our duties.

2        Q    I'm just trying to understand if that was

3    part of the other duties you're describing, going

4    out to respond to complaints, or if you had a

5    routine where you would go out just to see if there

6    were violations without needing to go out for

7    another reason?

8        A    Well, yeah.  My job varied.  We were

9    tasked with enforcing code enforcement rules and

10   regulations, so that would involve driving

11   throughout the city of Dunedin.

12       Q    And about how often did you do that?

13       A    Oh, that was daily.

14       Q    I'm just not sure I'm -- seriously.  I'm

15   just not sure I understand correctly.

16       A    Okay.

17       Q    So you did go on daily patrols or you went

18   out every day, but not to sort of patrol around?

19       A    I was in my car every day driving through

20   the neighborhoods making cases, responding to

21   complaints, driving through various parts of

22   Dunedin.

23       Q    So let's say you go and you see what you

24   believe to be a violation.

25       A    Uh-huh.  (Indicates affirmatively).

1       Q    What did you typically do?

2       A    Take a photograph, document the address,

3   go back to the office, type up cases, look at the

4   history of that property and, if warranted, mail a

5   violation notice.

6       Q    Did you keep a record of complaints that

7   you received?

8       A    No.

9       Q    So, if we wanted to, say, know about

10  complaints in this particular case, is there

11  somewhere we could go to get those or learn more

12  about them?

13          MR. MORA:  Form.

14          THE DEPONENT:  No.  You have to understand

15      we receive a lot of phone calls everyday, a lot

16      of emails every day.  Obviously the emails can

17      be tracked.  If we were to log every phone call

18      and write some sort of document, we would never

19      leave the office, never have time to do our

20      job.  It would just be an added, I don't know,

21      duty that would be difficult to do.

22  BY MR. WARD:

23      Q    How much time do you think it would have

24  taken to log all the complaints?

25      A    I don't know.  I have no idea.

1       Q    An hour a day?

2       A    It would vary.  I mean, some days it would

3   be quiet.  Some days we would be busy.  So every day

4   would be different, really, you know.

5       Q    So you talked about sending out a notice

6   of violation if it was warranted.

7            When would you send that out?

8            MR. MORA:  Form.

9            THE DEPONENT:  Usually either the same day

10       or the next day or within the next few days.

11       We would try to do it pretty quickly.

12   BY MR. WARD:

13       Q    What do you mean by "the next few days"?

14       A    Two or three days, four days.  Dependent

15   upon how many -- like I said, some days you will go

16   out and you will maybe, you know, note 10 different

17   violations.  So you may not get to them that day or

18   the next day.  It might be the day after type thing.

19   It would vary.

20       Q    What did you see as the point of your job?

21       A    To maintain -- I'm trying to think of the

22   word.  To maintain property values, to maintain --

23   yeah.  Maintain property values.  Make sure that

24   people that work hard for their properties and

25   maintain them, make sure that people are maintaining

1    their homes to ensure that their property values are

2    maintained.

3         Q    Did you ever receive any instruction about

4    the amount of cases you should be opening?

5         A    Never.

6         Q    How about the amount of warnings you

7    should give?

8         A    No.  Never.  It was a judgment call.  Many

9    times -- I mean, these are other things that we

10   didn't document because it just would have been not

11   realistic.  If we were observing a property and a

12   property owner came out "hey, what are you doing,"

13   we would explain to them what we were doing and say

14   "hey, we're here because of this, can you take care

15   of this, okay, see you later, goodbye."

16             A lot of times I would joke "good, you're

17   saving me paperwork, thank you, have a nice day."

18             So there were a lot of those cases too.  I

19   don't know if I answered your question or not.

20        Q    I think you did, but just to be safe --

21        A    Okay.

22        Q    Did anyone ever instruct you to bring more

23   cases?

24        A    Not at all.

25        Q    To send more cases to the Code Enforcement

1    Board?

2         A    Not at all.  Never.

3         Q    To get more liens imposed?

4         A    Not at all.

5         Q    To bring in more revenue?

6         A    Never.  Never came up.

7         Q    A moment ago you mentioned "discretion."

8              Was it in your discretion whether to issue

9    someone a warning or issue a notice of violation?

10        A    Well, first of all, if I send someone a

11   violation notice, if I couldn't raise my right hand

12   to it and testify truthfully to it, I would not mail

13   the letter.  If it wasn't a case where I could prove

14   it up, testify to it truthfully, I would not mail

15   the letter.  There are times, many times, when I

16   sent a courtesy notice as we call it to a property

17   for certain violations.

18             I did answer your question on that one

19   too?  I'm not sure.

20        Q    We'll go back.

21        A    Okay.

22        Q    What do you mean by testify truthfully to

23   it?

24        A    If I can't prove it up and testify to it,

25   it doesn't go out, it doesn't get mailed out.  Just

1    like an arrest, the probable cause arrest.  I'm

2    referring back to my career.  If I didn't have

3    enough to arrest somebody, I wouldn't make the

4    arrest.  Same scenario.  That's kind of how I judged

5    it.

6         Q    When you say "prove it up," do you mean be

7    able to present evidence besides your testimony?

8         A    Both.

9         Q    So you normally tried to have enough

10   evidence to be able to prove a case was there on top

11   of being able to testify to it?

12        A    Correct.

13        Q    It sounds like you've talked about the

14   value of testifying.  I assume you can always

15   truthfully to things.

16             The question I was asking a moment ago was

17   about the discretion whether to issue a notice of

18   violation.

19             Did you have discretion whether to issue

20   one?

21        A    Yes.

22        Q    What factors did you consider when

23   exercising that discretion?

24        A    We've had several cases, elderly folks who

25   just could not -- did not have the means of support

1    financially, family, et cetera, to maintain their

2    homes.  They may have not had a prior code

3    enforcement history there.  I could think of

4    several.  I can't give you addresses or whatever,

5    but I can think of several that came into play over

6    the years where we had a lot of contact with those

7    particular property owners and we would try to help

8    them in getting their grass cut, getting their trees

9    trims by various volunteer groups.

10            Some of these people, one in particular,

11   she basically is an invalid, lives by herself, has

12   to family in the area, very little financial means.

13   So those are the cases that I would say a lot of

14   discretion comes into play.

15       Q   Would you issue a notice of violation if

16   someone didn't meet the factors you just discussed,

17   to someone who is not sort of an elderly

18   impoverished person?

19            MR. MORA:  Form.

20            THE DEPONENT:  Yes.  The thing is, once we

21        mail a letter, we hope, as the letter states,

22        that they would call us to open up the line of

23        communication.  Many times we would then -- you

24        know, everybody has a story, right.  Everybody

25        has health issues, financial issues, employment

1        issues, and we got to see all of those sad

2        stories, a lot of them.

3              So, you know, hopefully the way we looked

4        at it was, if someone made that phone call to

5        open up that line of communication, we could

6        discuss how to resolve the matter, maybe get

7        them some help through various volunteer groups

8        that we worked with along those lines, and go

9        forward.

10   BY MR. WARD:

11       Q    Did you have the ability to send out a

12   crew to mow lawns?

13       A    Yes.

14       Q    How did that work?

15       A    Well, that's kind of a -- there are

16   several variations on that.  Actually, I

17   participated in one cleaning up a property, elderly

18   couple.  We have a contract mower that we would use.

19   Sometimes we would use him or sometimes we would

20   contact various volunteer groups that we would work

21   with to assist these folks.

22            The problem we run into is that, you know,

23   a lot of these people their pools are in disrepair,

24   their roofs.  We didn't really have the capability

25   to assist those folks in that manner.  It was

1    mainly, you know, cutting grass, light tree

2    trimming, that type of thing, you know, trash

3    cleanup and so forth.

4         Q    So you did have the ability to get lawns

5    cut if you needed to?

6         A    Yes.

7         Q    Do you know how much it cost to have a

8    lawn mowed?

9         A    I do not.

10        Q    I just want to make sure.  I don't know if

11   that question was clear.

12             Do you know how much it cost when you had

13   a service go out to mow a lawn?

14             MR. MORA:  Form.

15             THE DEPONENT:  I do not.

16   BY MR. WARD:

17        Q    Who would know that?

18        A    Joan McHale because the invoices were sent

19   to her.  I was very cautious about using that being

20   a taxpayer.  I was very cautious about using

21   taxpayer funds to maintain private properties.

22        Q    Could you have billed the owner for the

23   service?

24        A    I'm not sure.  I don't know.

25        Q    When did you leave the Dunedin Code

1    Enforcement staff?

2         A    Early December of 2019.

3         Q    Why did you leave?

4         A    Several reasons.  I'll start with the most

5    recent and work my way back.  The most recent was I

6    cited a property owner for a boat.  Again, in my

7    view with code enforcement, these were all very

8    simple issues to resolve, but it always amazed me

9    how upset people would get with those.  It was a

10   boat.  It was going to the Code Enforcement Board

11   hearing because they didn't comply.  It had been

12   there for a couple of months, three months,

13   whatever.

14        I got a call from a young man who didn't

15   provide me his name.  He said he was calling on

16   behalf of his grandmother's property.  He said he

17   was calling about the boat.  I said okay.  It's very

18   simple.  Like I always do, I explained the rules.

19   You can have it there on the weekends.  Get it

20   removed.  If you get it removed, we possibly could

21   take it off of the code enforcement agenda.

22        He then goes off on several of the people

23   that he knows that have been cited by code

24   enforcement.  They don't agree with it.  They don't

25   live in gated communities, it's not an HOA.  A very

1    angry young man.

2           Then while he was speaking he said, "While

3    I have you on the phone, there is a rumor going

4    around that you're taking $250-a-day fines from

5    people, you're pocketing them."

6           I took great offense to that, great

7    offense.

8           I said, "Let me tell you something.  You

9    need to call the Pinellas County Sheriff's Office,

10   Florida Department of Law Enforcement and the FBI,

11   either one or all of the above."

12          Prior to that, after he made that

13   accusation, I said, "That must be why I have a

14   Ferrari and a 72-foot yacht that I don't have."

15          That's when I said he needed to contact

16   law enforcement.

17          That really bothers me.  That wasn't the

18   first time.

19          So I sent an email to my supervisors to

20   include the City Manager.  I was subsequently called

21   in by my boss, Greg Rice, and said the City Manager

22   didn't appreciate your email, and we talked about

23   the email.

24          I said, "About the corruption?"

25          He goes, "No.  About where you joked about

1    the Ferrari and the yacht or whatever."

2         I said, "Well, what about the corruption

3    allegation?"

4         And this has come up several times before.

5    Especially with my background and the type of person

6    that I am, if you accuse a government official of

7    corruption, and I have worked those cases

8    personally, those should be investigated because if

9    they're not it's a tasset admission that involves

10   everybody that works for the City that they are

11   agreeing with that person making that allegation.

12        I took great offense to that.  That wasn't

13   the first time.  The City Manager and others in the

14   chain of command didn't agree with that view, didn't

15   have that take on it that I had.

16   Q    It sounded like you said -- actually, I am

17   not accusing you, but, since you brought it up, were

18   you pocketing code enforcement fines?

19   A    Not at all.  Not at all.

20   Q    Okay.

21   A    I've put people in jail for that.  I take

22   that very seriously and certainly do not want to be

23   accused of that.  That's one of the reasons why I'm

24   not working there anymore.

25   Q    You said there were several reasons.

1     A     Yes.

2     Q     What are the others?

3     A     We'll talk about this case.  The threats

4  that I received in this case from the fake news

5  reporting on this case.  Threats, email, telephone

6  calls, voice mail throughout the United States and

7  overseas, serious threats.

8          In my previous life as a law enforcement

9  officer, I've arrested many people for a lot of

10  things, minimum mandatory drug laws, homicide.

11  Never have been threatened ever.  This case got my

12  attention, and to this day it has my attention.

13          When you have people calling you telling

14  you that they're coming to your house, they're not

15  coming to bring you milk and cookies or shake your

16  hand.  So that was one of the reasons.

17          I did not get the support, I feel -- I

18  feel I did from Greg Rice who is my supervisor, but

19  I think it stopped at him.  I did not get the

20  support.

21          Along those lines, I saved many voice mail

22  messages that I thought were very threatening in

23  nature.  I was told to provide those to IT so that

24  they could provide them to the Sheriff's Office.

25  They were running an intel report should something

1   happen, which I did, and that was never done.  Those

2   calls were never provided to me or to the Sheriff's

3   Office by our IT department.

4          I do know that the Mayor received threats

5   from this.  She had a deputy sheriff parked on her

6   street during this.  I didn't have one.

7          Continuing on another reason.  Let me

8   think here.  I had another one just prior to that

9   where I cited a problem house in Dunedin, drug

10  house.  A lot of arrests, a lot of complaints from

11  neighbors.  I get a call from the City Manager about

12  this house.

13         "You cited this guy George."

14         "Yeah."

15         "Is there something we can do to help

16  him?"

17         "Help him do what?  There are people being

18  arrested in there for drugs.  The police are there a

19  lot."

20         "Well, he's a friend of the Mayor's from a

21  bar that she goes to."

22         It kind of caught me off guard, the phone

23  call.

24         I said, "Well, I cited the property for

25  this."

1        "Well, I just wondered if we should talk

2   to him and try to help him."

3        I said, "Well, I don't think I can help

4   anybody that's selling drugs out of a house where

5   the police are there nonstop.  I don't think that's

6   our role to help them in that regard."

7        So that was another issue of concern.

8        Q    Anything else?

9        A    That's kind of it.  I mean, there were

10   some other allegations.  I mean, this case brought

11   up all sorts of erroneous false allegations

12   attacking my credibility, my reputation, and that's

13   why I wasn't going to continue to work there because

14   to me reputation, credibility and ethics are very

15   important to me.

16        Q    For what it's worth, I honestly mean this,

17   I'm sorry you got threats.  I think we have a court

18   system to resolve disputes, and that's the way

19   things like this should be handled.

20        A    Thank you.

21        Q    I just want to confirm.

22        I don't have any reason to think this, but

23   did you resign rather than be fired?

24        A    I was not offered -- it was on my own

25   account.  No one said anything, you know, other than

1    what I just told you what Greg Rice said about that

2    email.  I kind of saw that train coming, and I

3    wasn't going to be fired unjustly.

4            That will bring me to another point of a

5    reason why I left.  Back in my other position I was

6    involved with disciplinary action as a part of our

7    union.  I was a PBA rep, so I'm kind of familiar

8    with disciplinary actions.

9            In Dunedin there is no one that

10   investigates employee complaints, and I tried to

11   convey that when I left to try to make it a better

12   place.  My exit interview was not to -- it wasn't

13   bad, you know, sour grapes or anything like that.

14   It was to make it a better place and to avoid

15   issues, you know, in the future.

16           There is no one there to investigate

17   employee complaints.  There is no disciplinary set

18   of rules to fire somebody.  Anyhow, I kind of saw

19   that train coming with a code enforcement review.  I

20   didn't feel we had the support from the City

21   Manager, Mayor, Commission, et cetera, so I wasn't

22   going to work under those conditions.

23       Q    That makes sense.

24           I only ask because sometimes people say,

25   sort of air quotes, "resigned," but actually they

1     were given the choice of being fired or resign.

2         A    I understand.  It never got to that point.

3     I understand, sir.  Thank you.

4         Q    Did you hear frequently requests to help

5     someone because that person who had a code problem

6     was a friend of the Mayor's or another official?

7              MR. MORA:  Objection.

8              You can answer.

9              THE DEPONENT:  Other than the example I

10             just gave you -- we would get calls.  I would

11             get many calls.

12             "Well, do you know who I am?"

13             "No."

14             "Well, I'm a friend of so and so."

15             "Okay."

16             When I first started, I jokingly had a do

17             not cite list hanging on my door, and it was

18             empty because we joked about it.  We have cited

19             police officers, we have cited City employees.

20             I mean, that just didn't interfere.

21             We did get calls from people who were --

22             they may have thought they were VIP's and they

23             would say "do you know who I am, do you know

24             who I know."

25             So we would get those type of calls

1      frequently.

2   BY MR. WARD:

3      Q    Can you recall other communications from

4   City employees asking for specific treatment for a

5   certain person?

6      A    No.  Not from City employees, no.

7      Q    Or anyone in any other way sort of

8   affiliated with the City?

9           I'm just not sure who you consider a City

10  employee.

11          MR. MORA:  Objection.

12          THE DEPONENT:  No.

13  BY MR. WARD:

14     Q    Who was the person that was the friend of

15  the Mayor's that you referred to a moment ago?

16     A    George -- she said he works at the

17  Pinehurst Pub as a cook and he lives on Idlewild

18  Drive North.  I should know the number off the top

19  of my head, but I can't recall it.

20     Q    And could you remind me what was going on

21  with that person's property?

22     A    I cited it for overgrowth.  He had -- at

23  one point there was a car in the street and I think

24  it was missing -- it had been in a wreck.  It was

25  obviously in a serious accident.  The front end was

1    extensively damaged where it couldn't be driven.  It

2    was jacked up and missing maybe a couple of tires.

3    It was in the front of his house.

4         I did a little background on the owner of

5    the vehicle who was recently released from State

6    prison for a variety of charges.  So I cited for

7    that and overgrowth.  I think the garage -- no.  I

8    didn't cite for the garage door which was broken,

9    but the house has been neglected for many years.

10   Q    Was there something about dealing drugs?

11   A    They were dealing drugs out of there, yes.

12   I would do my homework on properties.  I would check

13   public databases.  The Pinellas County Sheriff's

14   Office you could put in an address and it will bring

15   up any arrests that were there.  I was familiar with

16   that property.

17        We had a lot of communication, a lot of

18   contact with deputies through the course of our job

19   for obvious reasons.  So we would talk about those

20   types of cases, plus I would see activity at houses

21   that were suspicious in nature, drug dealing, you

22   know, those types of thing.

23        Yeah.  I knew from the jail database and

24   the Department of Corrections database that there

25   were people there that were involved in the drug

1    business, plus neighbor complaints.  One neighbor, I

2    believe, said they though they were cooking meth in

3    there from one of the calls from what I remember.

4         Q    Do you know if that person ever received

5    code enforcement violations for any of this?

6         A    Yes, he did.

7         Q    Do you know if he was find for any of

8    this?

9         A    Yes.  $250 a day.

10        Q    Do you happen to know what that added up

11   to?

12        A    As far as I know, it's still going.

13        Q    And when was this?

14        A    Let me think here.  I would say probably

15   six months ago.  I remembered his last name too.

16   George Swartz, S-w-a-r-t-z.

17        Q    Did it feel like the rules weren't being

18   enforced fairly?

19             MR. MORA:  Form.

20             MR. WARD:  You know what.  Fair enough.

21   BY MR. WARD:

22        Q    Regarding this situation, did it seem like

23   the system wasn't operating fairly to you?

24             MR. MORA:  Form.

25             THE DEPONENT:  I did my job.

1    BY MR. WARD:

2        Q    Did it seem like other people weren't

3    doing theirs?

4        A    I don't know about other people.  I just

5    can tell you what I did in that regard and then the

6    communication I got from the City Manager.

7        Q    Did you think her request was improper?

8        A    Yes.

9        Q    Why?

10       A    It just seemed improper.  I mean, it was a

11   valid complaint, multiple complaints.  I believe

12   there are people that were addressing the City

13   Commission about this particular house just around

14   that time frame or before, whatever.  I should have

15   just, I guess, point blank asked "what do you want

16   me to do, do you want me to do nothing or" -- it

17   just struck me as odd.

18       Q    I don't think you answered my question

19   before.

20            Did you feel in this situation like the

21   rules weren't being enforced evenly?

22            MR. MORA:  Form.

23            You can answer.

24            THE DEPONENT:  Well, I did enforce the

25       code enforcement violations at that property,

1       yeah.  That case progressed to the Code

2       Enforcement Board to a hearing, and it resulted

3       in daily fines.

4    BY MR. WARD:

5       Q    You said a moment ago that you were

6    bothered that there was no mechanism to investigate

7    complaints about employees; did I get that right?

8       A    Yes.

9       Q    Were there complaints about employees that

10   you thought should be investigated?

11          MR. MORA:  Objection.

12          You can answer.

13          THE DEPONENT:  Yes.

14   BY MR. WARD:

15      Q    Like what?

16      A    Like me taking money.

17      Q    Anything else?

18      A    Not that I can recall.  I mean, you know,

19   the nature of the business any time you do an

20   enforcement, as you probably understand, people

21   aren't happy, so they will call and they will be

22   upset about the letter.  So, you know, I don't know

23   if you can really call that a complaint.  They're

24   more upset with being cited or whatever.

25          I think my point I made earlier, what I

1    took very seriously, is accusations of employees

2    taking money.  That's a serious felony corruption

3    violation to be prosecuted by the state or the

4    federal government.  I think there should be some

5    policy where if that type of complaint is made

6    against not just Dunedin, and it probably is in

7    other jurisdictions, any government entity, it

8    should be investigated by law enforcement.  If

9    someone makes that allegation, there is a penalty

10   for that if it's true.

11        Q    You said earlier that around the time you

12   were deciding to leave that you heard a lot of

13   complaints about code enforcement; did I get that

14   right?

15        A    Since this case, yes.

16        Q    What sort of complaints were you hearing?

17             MR. MORA:  Form.

18             You can answer.

19             THE DEPONENT:  I don't even know how to --

20        from what I mentioned earlier, the nationwide

21        phone calls, the overseas phone calls, the

22        emails, we're kicking people out of their

23        homes, we're taking houses and just those types

24        of things which were inaccurate.

25

1    BY MR. WARD:

2         Q    Did you get complaints from people in

3    Dunedin about how they were treated?

4         A    I didn't specifically.  I mean, I don't

5    even know.  A lot of these calls were anonymous, so

6    I had no idea who was calling.  I mean, there was a

7    phone number associated with it, but many of them

8    didn't give their name.  I think the majority of

9    them were out of state, some overseas.

10        Q    Do you know if other people in the City

11   were getting complaints from property owners in

12   Dunedin about how they were treated?

13             MR. MORA:  Objection.

14             THE DEPONENT:  I don't know.  I'm sure.  I

15        don't know.

16   BY MR. WARD:

17        Q    When the City Manager, Ms. Bramley, asked

18   you to go easy on George, where was that in the

19   enforcement process?

20             MR. MORA:  Form.

21             THE DEPONENT:  It had already been cited,

22        so it was going through the process.

23   BY MR. WARD:

24        Q    Had it reached the Board yet?

25        A    I don't think so.

1     Q     Backing this up to when we were talking

2  about your typical days, once you've decided to

3  issue a notice of violation, how would you know

4  where to send it?

5     A     We're required by law to send it to the

6  property owner of record, and that information we

7  would get from the Pinellas County Property

8  Appraiser's Office web site.

9     Q     Did you ever have mail come back as

10  undeliverable?

11     A     Yes.

12     Q     What would you do if that happened?

13     A     What I would do personally is take a copy

14  of that and/or maybe that particular letter and post

15  it at the property or I would note in the file.  We

16  would always note that it came back.  There would be

17  some notation that it was returned from the postal

18  service.

19     Q     Did you post the property -- start that

20  one over.

21        If you mailed a notice of violation and it

22  wasn't returned as undeliverable, did you post the

23  property?

24     A     Not on a regular case.  For a code

25  enforcement case it would be posted.

1    Q     Could you explain the difference.

2    A     Yeah.  On a regular case you would just

3    mail a notice of violation through the regular

4    United States postal service.  For a Code

5    Enforcement Board case you would mail a letter via

6    the United States Postal Service registered return

7    receipt requested, I believe.  We would also post a

8    copy of that notice at the property primarily --

9    pretty much on the front door, the front doorknob or

10   that type of thing.

11   Q     I'm sorry if this is stupid.

12         What's the difference between a regular

13   case and a Code Enforcement Board case?

14   A     A regular case is a notice of violation

15   where the violation is spelled out and the time

16   frame is spelled out, and if it is not corrected by

17   that time, then it may progress to the Code

18   Enforcement Board.  In order for that to happen,

19   there would be additional letters and correspondence

20   mailed out.

21   Q     So at what point in that process is it

22   that you would start posting the property regularly?

23   A     Well, once you make a case, just to

24   clarify, a code enforcement case, it would come up

25   on your reinspection list and you would go out,

 1    drive by at that particular time for the time frame

 2    allotted, and it was either corrected or it was not

 3    corrected.  If it was corrected, you would close the

 4    case.  If it wasn't, the case may progress to the

 5    Code Enforcement Board hearing, or if there were

 6    communications, you know, from the property owner

 7    and we've worked out some sort of agreement to give

 8    extra time or it could be a multitude of different

 9    things.  So that's kind of how they progress through

10    the system.

11         Q    Where is the cutoff in that progression

12    for when you would start regularly posting the

13    property; is it once you've decided that the case is

14    going to the Board?

15         A    Well, if you haven't had any communication

16    or any contact from the property owner and it's

17    beyond the compliance date, then you would schedule

18    it for the Code Enforcement Board hearing.

19         Q    And then do you send and post something

20    about that?

21         A    Yes.

22         Q    A moment ago we were talking about mail

23    that came back as undeliverable.  You said you would

24    make a note of it.  You said you would post it at

25    the property.

1      Would you take any other steps?

2      A    Yeah.  A lot of times we would try to make

3   a phone call to the property owner through our

4   databases that we had at the City.  We would try to

5   contact them and try to see if -- a lot of times

6   these properties may be vacant and we have no clue

7   what's going on in their world.  So a lot of times

8   we would try to call the property owner.  Many times

9   the numbers were not good, they were old or

10  whatever.

11      So, yeah, that's another step that we

12  would do as a matter of routine is call the property

13  owner with any numbers that we would have and we

14  would do an internet search trying to contact the

15  person, maybe, that type of thing just to try to

16  find out what's going on with a property and try to

17  get it resolved.

18      Q    Where would you get their phone numbers

19  from?

20      A    Through our utility billing.

21      Q    Anything else you would do in the case of

22  undeliverable mail?

23      A    That's pretty much it.

24      MR. WARD:  I'm up for a break because my

25      throat is starting to get a little sore from

1            talking all this time.
2                  MR. MORA:  Okay.
3                  MR. WARD:  Is that all right with you?
4                  MR. MORA:  I'm good.
5                  MR. WARD:  Okay.
6                  (Whereupon, there was a break in the
7            proceedings.)
8       BY MR. WARD:
9            Q    After you decided that a violation should
10      go to the Board, could you change your mind?
11           A    Oh, yes.  That happened frequently.  Many
12      times people would call and go, look, the violation
13      has been corrected, and if it didn't have a long
14      history of violations or there weren't any other
15      circumstances, many times we would just say we're
16      going to remove the case from the docket and we'll
17      close the case out, help him on a regular basis.
18           Q    In the George Swarts matter, did Jennifer
19      Bramley's communication come after you had issued
20      violations?
21                 MR. MORA:  Objection.
22                 You can answer.
23                 THE DEPONENT:  Yes.
24      BY MR. WARD:
25           Q    Did you understand her to mean that those

1    violations either shouldn't go to the Board or, if

2    they were going to the Board, should not go to the

3    Board anymore?

4              MR. MORA:  Objection.

5              THE DEPONENT:  I can't describe what she

6         was thinking.  All I can say is what I

7         testified to earlier.  I just thought it was

8         improper.

9              MR. WARD:  Fair enough.

10   BY MR. WARD:

11        Q    What did you understand her to mean,

12   though?

13             MR. MORA:  Objection.

14             THE DEPONENT:  Well, when you have your

15        boss telling you that -- talking about a case

16        that you cited and talking about the Mayor

17        that's a friend of hers, I think you put two

18        and two together.  I think it's quite obvious.

19   BY MR. WARD:

20        Q    And what is it that is quite obvious?

21             MR. MORA:  Objection.

22             You can answer.

23             THE DEPONENT:  It was obviously improper,

24        I guess I could answer, but I continued forward

25        with that case.

1    BY MR. WARD:

2         Q    Jennifer Bramley is not your direct

3    supervisor or was not your direct supervisor,

4    correct?

5         A    Correct.

6         Q    Who was your direct supervisor?

7              MR. MORA:  Form.

8              THE DEPONENT:  It was Joey DiPasqua and

9         then above him was Greg Rice.  It was Greg Rice

10        for a long time and then it changed sometime

11        recently to Joey DiPasqua, but both of those

12        individuals were still in the loop as far as,

13        you know, Gregg Rice was the director in charge

14        of the whole department and Joey DiPasqua

15        eventually was in charge of code enforcement.

16   BY MR. WARD:

17        Q    Is Greg's boss Jennifer Bramley?

18        A    Yes.

19        Q    I just wanted to check.  Before you

20   referred to her as your "boss."

21        A    Yes.

22        Q    At the time she was your boss's boss's

23   boss; is that correct?

24        A    Correct.

25              MR. MORA:  Objection.

1    BY MR. WARD:

2        Q    Do you remember when you received that

3    communication from her?

4             MR. MORA:  Objection.

5             THE DEPONENT:  I don't remember.  It would

6        have been the end of last year.

7    BY MR. WARD:

8        Q    Do you remember what form that

9    communication took?

10       A    Phone call.

11            MR. MORA:  Form.

12            MR. WARD:  I'm tired of saying

13       "communication."

14   BY MR. WARD:

15       Q    Could you estimate what percentage of

16   notices of violation were point complaint driven and

17   what percentage were self generated?

18       A    I have no idea.

19       Q    Can you try; 50/50?

20            MR. MORA:  Form.

21            THE DEPONENT:  I don't even want to put an

22       estimate on it because I couldn't say.  I mean,

23       we generated a lot of cases, so it would be

24       really hard for me to even answer that

25       question.

1    BY MR. WARD:

2        Q    You mentioned earlier after seeing what

3    you thought was a violation going back to your

4    office to look up history of that property; is that

5    right?

6        A    Yes.

7        Q    What did you look up when you were looking

8    up history?

9            MR. MORA:   Form.

10           THE DEPONENT:   Prior violations.

11   BY MR. WARD:

12       Q    Prior violations at that property?

13       A    Correct.

14       Q    Would you try to look up other properties

15   the owner owned?

16       A    Not necessarily.   There were cases where

17   we had investors, per se.   We did a lot of these

18   types or cases.   We had a lot of unlicensed

19   contracting cases, properties being rehabbed without

20   permits, which would facilitate us to post a

21   stop-work order.

22           So in that regard there were times where

23   we may check an individual property owner and see

24   how many properties they may have had.   A couple

25   come to mind where they owned several properties

1    that -- they had a history of rehabbing properties

2    using licensed contractors and not getting permits.

3    So that's kind of an example.

4         Q    It sounds like you didn't typically do

5    that in cases that weren't about unlicensed

6    contractors?

7              MR. MORA:   Form.

8              THE DEPONENT:   Not really.

9    BY MR. WARD:

10        Q    You also mentioned earlier that your job

11   required you to communicate with police a lot; is

12   that right?

13        A    Correct.

14        Q    Why was that?

15        A    In code enforcement we would get calls.

16   People would call us, believe it or not, and report

17   drug dealing out of properties, mainly drug dealing,

18   and, of course, we would direct them to the

19   Sheriff's Office.

20             Many times I would contact the local

21   deputies that we work with to provide that

22   information.  I know people don't want to contact

23   law enforcement for fear of retribution, so many

24   times I would contact them for that.  So, yeah, a

25   lot of contact daily, almost daily, with law

1    enforcement.  Maybe not daily, but weekly.

2        Q    If you got a complaint about drug dealing,

3    would you investigate that complaint yourself?

4        A    No.  I have no authority to investigate

5    drug dealing.

6        Q    So you would refer those complaints to law

7    enforcement and stop there?

8        A    Correct.

9        Q    While we are talking about law

10   enforcement, is it fair to say that part of the

11   purpose of code enforcement fines is to punish

12   people for breaking the law?

13           MR. MORA:  Form.

14           THE DEPONENT:  I don't have any answer on

15       that one.  I don't know.

16   BY MR. WARD:

17       Q    What do you think the purpose of code

18   enforcement fines is?

19           MR. MORA:  Form.

20           THE DEPONENT:  I guess to ensure that

21       people maintain their properties.  I mean,

22       everything has a penalty.  The penalty, I

23       guess, would be a fine, I guess.

24   BY MR. WARD:

25       Q    Do you think an element of that is the

1     Board saying, you know, "don't do this, this is
2     wrong, we need to fine you"?
3                MR. MORA:  Objection.
4                You can answer.
5                THE DEPONENT:  I can't answer what the
6          Board thinks, so I don't know how to answer
7          that.
8     BY MR. WARD:
9          Q    Do you think that's an element of it?
10               MR. MORA:  Objection.
11               THE DEPONENT:  I can tell you my view is
12         that a lot has to happen for it to get to the
13         fine stage.  We would many times go out of our
14         way to even get it to that point.  So I think
15         that would be my answer on that.  That's kind
16         of like the last exit, if you will, in that
17         matter.
18    BY MR. WARD:
19         Q    But then sometimes it does get there?
20         A    Oh, yes.  There are fines levied against
21    properties, correct.
22         Q    Yeah.  What do you see as the point of
23    fining people for breaking the code?
24               MR. MORA:  Objection.
25               THE DEPONENT:  I'm not sure.  I think

1        that's the cost we pay to live in a civilized

2        society.  I don't think code enforcement is

3        unique to Dunedin, Florida.  I think it's

4        pretty much everywhere in the U.S.

5            MR. WARD:  Fair enough.

6    BY MR. WARD:

7        Q    So let's say you have referred a case to

8    the Code Enforcement Board.

9            What happens next?

10       A    Well, like I said earlier, a certified

11   letter goes to the property owner of record.  We

12   post a copy of that notice and the hearing at the

13   property at the front door and it goes on the

14   docket.

15       Q    And what happens after that?

16       A    You appear at the Code Enforcement Board

17   with our evidence, mainly photographic evidence.  We

18   testify under oath.  We present pictures or any

19   evidence we have.  Some cases there is witnesses

20   that we have there to testify.  Basically read into

21   the record, make a recommendation to the Code

22   Enforcement Board, answer their questions.

23       Q    Sometimes code enforcement would bring in

24   witnesses?

25       A    We would have witnesses, neighbors.

1    That's happened in the past.  I've had cases several

2    times -- I can think of one in particular.  It was a

3    condo that had a rat infestation problem and I had a

4    couple of witnesses come in that were having issues

5    with the condo association and rats and that type of

6    thing.

7           A lot of times we would have neighbors

8    come in and testify that felt strongly about certain

9    properties not being maintained.  So, yeah, we would

10   have witnesses.  Not a lot, but it would happen.

11        Q    And you would also or a code inspector

12   would also make a recommended -- start that one

13   over.

14           And a code enforcement officer would also

15   make a recommendation of the fine, if any, the Board

16   should impose?

17        A    Yes.

18        Q    How did you go about making those

19   recommendations?

20        A    I would look at the history of the

21   property, any prior violations.  That's pretty much

22   the way it went.  If it was vacant, if it was

23   investor owned, depending upon the condition of the

24   property, that type of thing, if it was affecting

25   other properties.  So there is a whole set of

1    circumstances that I would look at.

2         Q    The seriousness of the violation?

3         A    Yes, sir.

4         Q    Would you look at other properties owned

5    by the owner of the property in question?

6              MR. MORA:  Form.

7              THE DEPONENT:  I don't think so.  I'm not

8         sure.  If it didn't relate to that case, it

9         wouldn't be appropriate to -- we're talking

10        specifically about one property, so it would be

11        inappropriate for me to bring up another.  I

12        mean, I don't understand that.

13             MR. WARD:  That makes sense.

14             THE DEPONENT:  Yeah.

15   BY MR. WARD:

16        Q    And then after that let's say the Board

17   issues a fine.

18             What's your role after that?

19        A    Really our administrator, Joan McHale,

20   would prepare -- the Code Enforcement Board Chair

21   would come in and sign the order sometime after the

22   hearing and then Ms. McHale would prepare the

23   paperwork to mail to the property owner.  Basically

24   the findings of the Code Enforcement Board hearing.

25        Q    What about your role specifically.  I

1    guess there is two cases here.  Sometimes the

2    violations would be closed and done at that point

3    and sometimes they would be open.

4            So, in a closed violation, would you take

5    any further steps regarding that property?

6            MR. MORA:  Form.

7            THE DEPONENT:  I'm not sure I understand.

8        For instance, if you presented a case to the

9        Code Enforcement Board and say, for instance --

10       I mean, there is different variation.  They may

11       extend the compliance date and give the

12       property owner additional time.  So at that

13       point you would do a reinspection at that

14       particular time to determine if it's in

15       compliance or not.

16           I'm not sure if I answered your question

17       on that.

18           MR. WARD:  That's part of it.

19   BY MR. WARD:

20       Q    Let's say a violation is closed, the Board

21   issues a fine.

22           Would you go back to that property to see

23   if there were violations reoccurring?

24       A    I'm not sure I understand your question.

25   For instance, if we have a case that's been found

1    not in compliance and there is a fine issued, we

2    don't continue to go back until the property owner

3    contacts us to say "can you please do a

4    reinspection, I'm now in compliance."  At which time

5    we would do that.  I'm not sure if that's what

6    you're asking.

7         Q    I was going to ask that question.

8         A    Okay.

9         Q    That's a fine answer too.

10        In the circumstance you just described

11   where a violation is open, you would not reinspect

12   until the owner contacted you to do so?

13        A    Correct.

14        Q    So, if the owner fixed the violation, but

15   didn't ask for a reinspection, the violation would

16   continue; is that correct?

17        A    That's correct.

18        Q    And it would continue indefinitely until a

19   reinspection occurred, right?

20        A    That's correct.  I would hope that someone

21   would be responsible enough to call us and tell us

22   that it was corrected so that we could respond

23   appropriately.

24        Q    Besides your responsibility, do you think

25   it was possible that people just fix the violation

1    and then didn't contact you because it was fixed?

2           MR. MORA:  Form.

3           THE DEPONENT:  I don't know.  I'm sure

4       that may have happened.

5    BY MR. WARD:

6       Q    And if that did happen, the fines would

7    keep going?

8       A    Yes.  And then to back that up, to add to

9    that, I would say that I have had cases where the

10   people would say look, it was fixed on such and such

11   a date, and I would go out, reinspect the property,

12   make contact with that person and I would pretty

13   much take them at their word.  If they said it was

14   done on such and such a date, I would take them at

15   their word and do an affidavit to that effect,

16   affidavit of compliance.

17      Q    The question I was asking a moment ago was

18   if a violation is closed.  So there is an affidavit

19   of compliance.  The Board finds a violation still

20   occurred, imposes a fine.

21           Did you make a practice of going back to

22   those properties to see if violations reoccurred?

23           Does that make sense?

24      A    Not really because of the workload.  Quite

25   frankly, it wouldn't be on the radar.  Once the case

1    is not in compliance and the daily fine is running,

2    there is really -- I mean, we can't go back there

3    every day to see if there is progress made or if

4    it's corrected.  We're hoping that the property

5    owner is responsible enough to pick up the phone and

6    call us to say it's been corrected, can you please

7    come out and reinspect.  We always make that clear

8    when we're dealing with our residents.

9         Q    How do you make that clear that they

10   should call you for reinspection?

11        A    Many times it's done through the Code

12   Enforcement Board hearings, by phone, phone

13   conversations with folks, people that may come into

14   the office and talk about violations.  So there is

15   communicating with people.

16        Q    I want to ask my prior question one more

17   time because I think we're missing.

18             Say the Board finds a past violation and

19   you know it's fixed at that time.  You issued a

20   notice of violation.  There is a period of

21   noncompliance.  Now you have an affidavit of

22   compliance, it's in compliance now, and the Board

23   issues a fine retroactively.

24             In those situations, even though it had

25   been fixed, did that ever inspire you to go back to

that same property; I know it was a problem, I should go back and see if problems are reoccurring?"

That's what I'm trying to ask.

MR. MORA: Form.

THE DEPONENT: Not really. I don't necessarily understand the question. You know, I think that may come into play with a vacant property. We would check it periodically because we've had issues with squatters and that type of thing. So I think along those lines that may come into play.

BY MR. WARD:

Q How did you -- I'll back that one up.

Did you think you did a good job as an inspector?

MR. MORA: Form.

THE DEPONENT: Yes, I did.

BY MR. WARD:

Q How did you decide that -- against sort of what criteria did you evaluate your job?

A Just basically on my own work ethic and basically how I did the job, how I treated people. I always acted responsible. Like I said, my ethics and reputation and credibility are very important to me. I maintain that every day. I know how hard I

```
 1    worked and what I accomplished.
 2         Q    Did you think you were doing a better job
 3    if you issued more warnings?
 4         A    No.
 5              MR. MORA:  Form.
 6    BY MR. WARD:
 7         Q    Did you think you were doing a better job
 8    if you sent more notices of violation?
 9              MR. MORA:  Objection.
10              THE DEPONENT:  I don't think that came
11         into play.  I think that through the course of
12         your duties you do your job.  I mean, just do
13         your job.  I don't think there is a factor, you
14         know, of how many, you know, letters I sent
15         out.  I mean, a lot of times we circumvented
16         letters being mailed out.  Like I said before,
17         whether it be knocking on a door or seeing a
18         property owner out front and "hey, can you take
19         care of that, can you take care of that."  So
20         there is a lot of different moving parts to
21         that.
22    BY MR. WARD:
23         Q    Did you ever think -- did you think you
24    were doing a better job if the violations you were
25    issuing were generating more fines?
```

1          MR. MORA:  Objection.

2          You can answer.

3          THE DEPONENT:  It had nothing to do with

4     it.

5     BY MR. WARD:

6     Q    Did you ever write anything down in a

7     performance review about doing better for issuing

8     more liens or generating more fines?

9          MR. MORA:  Objection.

10         THE DEPONENT:  I would never do that.

11    BY MR. WARD:

12    Q    How were your performance reviews?

13         MR. MORA:  Objection.

14         THE DEPONENT:  I'm sure you have them.

15         MR. WARD:  We actually do.

16    BY MR. WARD:

17    Q    Did you ever receive any needs improvement

18    scores?

19    A    No.  I'll also add that in almost 30 years

20    a law enforcement officer I've never been sued, no

21    disciplinary action.  Code enforcement, different

22    story.  I'll add another thing, another reason why

23    I'm leaving too.  A little tidbit.

24    Q    Sure.

25    A    Named in a lawsuit by the spouse of the

1    City employee.  The City employee is the secretary

2    to the City Manager.  That was very disturbing.

3         Q    I'm just going to make sure I got that

4    right.

5              The spouse of the City Manager's secretary

6    is suing you?

7         A    Me, Michelle Gilbert and Mike Kepto.

8         Q    What is the lawsuit about?

9         A    Eddie's Bar & Grill, they live kind of

10   caddy corner across the street.  The suit was filed

11   by her husband, Shannon Smith, S-h-a-n-n-o-n, Smith.

12        Q    I'm sorry.  Is Shannon the husband or the

13   secretary?

14        A    That's the husband.

15        Q    That's the husband.  Okay.

16        A    The husband to Donna.  That's another

17   reason why I'm not there.  It involved Eddie's Bar

18   kind of caddy corner across the street from where

19   they live on Bayshore.  There is some history there,

20   I guess, which I'm not even interested in knowing

21   about.  It involved outdoor dining and a loud

22   television.

23             When we first got the complaint, we were

24   told don't cite it because it's been grandfathered

25   in for whatever based on Mr. Trask's review and

1    Mr. DiPasquo's review and Mr. Rice.  The next thing

2    you know, we're being served with a lawsuit.  So I

3    thought that was odd.

4         Q    What did you mean by -- let me start that

5    one over.

6              So someone told the code inspectors not to

7    cite Eddie's Bar & Grill?

8         A    We were told that it was not a violation

9    because the outdoor dining had been grandfathered

10   in.  Again, that's above my paygrade.  I didn't get

11   into all the specifics.  Basically do not cite it

12   because of that legal interpretation.

13        Q    Who told you not to cite it?

14        A    Probably Greg and Joey.

15             They said, "Don't get involved with it.

16   It's a legal issue."

17             That type of thing.

18        Q    What's the substance of the lawsuit; like

19   what are they accusing you of doing?

20        A    Accusing us of not doing our job, of not

21   doing code enforcement, basically, which is -- it's

22   a little bit unusual, I thought.  It's kind of like

23   a performance evaluation the way I read it.

24        Q    I'm not sure I understand at all.

25             MR. MORA:  Whereas this is about too much

1          code enforcement, the other one is not enough

2          code enforcement.

3     BY MR. WARD:

4          Q    So the bar that you weren't citing -- so

5     the husband of the secretary to the City Manager is

6     suing you for not citing Eddie's Bar & Grill?

7          A    Correct.

8          Q    Okay.  Is Eddie's Bar & Grill doing

9     something that Shannon Smith objects to?

10         A    You would have to ask Mr. Smith.

11              MR. MORA:  Objection.

12              THE DEPONENT:  He's the one that filed the

13         lawsuit.

14              MR. WARD:  Fair enough.

15    BY MR. WARD:

16         Q    Does the lawsuit allege that you should

17    have been citing Eddie's Bar & Grill because of

18    something it was doing that was affecting Shannon

19    Smith?

20              MR. MORA:  Objection.

21              You can answer.

22              THE DEPONENT:  Allegedly.

23    BY MR. WARD:

24         Q    Does the lawsuit accuse you of anything

25    other than not citing the bar and grill that should

1   have been cited?

2        A    No.

3             MR. MORA:  Never a dull day.

4             MR. WARD:  Maybe we'll talk about it at

5        the break.

6   BY MR. WARD:

7        Q    Have you been sued any other times in

8   connection with your job in Dunedin code

9   enforcement?

10       A    No.

11       Q    Do you know whether any lawsuits, even if

12  you weren't named as a party in them, ever concerned

13  your behavior when you were in Dunedin code

14  enforcement?

15            MR. MORA:  Objection.

16            THE DEPONENT:  None that I'm aware of.

17  BY MR. WARD:

18       Q    Okay.  How often did you see long grass

19  cases?

20            MR. MORA:  Form.

21            THE DEPONENT:  I couldn't put a number on

22       it.  You would get complaints.  You would see

23       it.  Primarily during the rainy season when

24       grass grows a lot, as you guys probably are

25       aware, but I couldn't put a number on it.

1    BY MR. WARD:

2        Q    Did you see them every week?

3        A    I would say possibly.  You know, the

4    winter months the grass doesn't grow quite as much.

5    I know in the summer I have to cut mine twice a

6    week, so it grows pretty quickly.

7        Q    I'm not from here.

8             Is the summer the rainy season?

9        A    Yes.  I guess you can say the spring too.

10       Q    Were long grass cases a priority for you?

11       A    No.

12       Q    Why not?

13       A    It was just part of our duties, one of the

14   many violations that we would enforce.

15       Q    Did you ever, just because of your limited

16   time, prioritize more serious violations over less

17   serious ones?

18            MR. MORA:  Form.

19            THE DEPONENT:  I'm not sure how I would

20       answer that.  I mean, if we got a complaint, we

21       would react pretty quickly to it pretty much

22       the same day.  I don't know if I answered that

23       for you or not.

24   BY MR. WARD:

25       Q    One way you could address the day is, you

1    know, the first -- you know, you can get to so many

2    code violations in a day and the first that we see

3    are the ones we deal with whether -- because

4    complaints, those are what we see as we drive around

5    for the complaints, we see other ones or it could be

6    that, you know, as some come along you hear

7    complaints about them or you see them, but you

8    think, you know, "I'm going to skip that one today,

9    I need to get to un-permitted alterations" or

10   something?

11        MR. MORA:  Is that a question for him?

12        MR. WARD:  That was an explanation of my

13        trying to ask whether you ever sort of

14        prioritize some kinds of violations over

15        others.

16        THE DEPONENT:  I think I can answer.  If I

17        got to the point -- I would keep a running

18        tally in my mind of how many cases I had to

19        write up.  So, once I kind of got to that

20        point, I knew that, you know, I got to get back

21        to the office and start writing, kind of just

22        go back and get writing.

23        Through the course of a day, you know, we

24        would see things and you would just react and

25        take appropriate action.  In the case of the

1          rehabs and properties which we had a lot of,

2          many times we would stop in and they may have a

3          permit, they just didn't have it displayed

4          properly, so you would take no action.  Okay.

5          You've got the permit.  They should show us a

6          permit and we would be gone.

7               Again, I'm not sure if I answered your

8          question.  You would get to the point where

9          through the course of your day you would know

10         that it's time to get back to the office before

11         you get overwhelmed with paperwork and you want

12         to get, you know, working on that.

13              MR. WARD:  That make sense.

14    BY MR. WARD:

15         Q    So let's say that happens.  You've done

16    enough for the day that you need to get back to the

17    office.

18              If on the way back to the office you saw

19    more violations, would you add those to the list or

20    just get back to the office?

21         A    That would depend.  I mean, sometimes you

22    would drive back tunnel vision because you knew you

23    had to get back and do stuff.  If something was, you

24    know, serious like, in my opinion, a car up on jacks

25    with no tires or something like that or a dumpster

1    in the driveway with a rehab, you might stop and

2    check that, but certainly would not be looking for

3    things driving in to the office after that type of

4    day.

5         Q    Fair to say some violations are worse than

6    others?

7         A    Yes.

8              MR. MORA:  Form.

9    BY MR. WARD:

10        Q    Is long grass a serious offense?

11             MR. MORA:  Form.

12             THE DEPONENT:  That's kind of a general

13        question.  I mean, I don't know.

14   BY MR. WARD:

15        Q    Do you think there are offenses that are

16   more serious than having long grass?

17        A    I think it comes back to my original

18   statement.  It's about property values and

19   maintaining your property appropriately.  I mean,

20   like I said before, when it rains I cut my grass

21   twice a week.  I don't know if I answered that

22   question, but that's kind of my answer.

23        Q    Do you know how much there being long

24   grass on a particular property affects surrounding

25   property values?

1        A    You would probably have to ask the

2   neighbors that.  I don't know.

3        Q    Do you think it affects or do you know

4   whether it affects surrounding property values any

5   more or less than a dumpster being in the driveway?

6        A    I don't know.

7        Q    Is un-permitted work more serious than an

8   overgrown lawn?

9        A    I don't think I could -- I mean, a

10  violation is a violation.  I don't think I could

11  determine what's more serious.  It depends.  It's

12  perception or whatever.  You know, we enforce all

13  code enforcement violations.  I can't say unless it

14  was a life-safety health issue with a vacant home,

15  maybe, that's open, that type of thing, you know,

16  rodents.  I don't think I can categorize them as

17  what's more important than the other.

18       Q    Is long grass a life-safety issue?

19       A    Not in my opinion.  It could cause issues

20  with -- you know, when we get these high grass

21  cases, we get complaints that go along with it.

22  Their grass, due to the fact it's not being cut,

23  it's causing me to have rats and snakes on my

24  property.  We get a lot of that.  High grass, we get

25  complaint on rodents, you know.  When we have

1    conversations with people, I call them "rat condos,"

2    is there piles of stuff on the property where

3    animals harbor and live.  So, I guess, in that

4    regard, again, if I answered your question on that

5    one, I'm not sure.

6         Q    When you say "piles of stuff," do you mean

7    grass or do you mean objects?

8         A    No.  When we have rodent issues, snake

9    issues, when we get a complaint of rodents and

10   snakes, we look for property's high grass, we look

11   for piles of stuff on the property, whether it be,

12   you know, piles of wood or construction materials or

13   garbage, you know, that type of thing that attracts

14   animals to live and so forth.

15        Q    Well, let me ask this.

16             How many times have you seen a rat in long

17   grass that you were inspecting?

18        A    I don't know about long grass, but I've

19   seen a lot of rats in the course of my duties, rats,

20   snakes, that type of thing.

21        Q    But you can't recall seeing one where

22   there was just long grass?

23             MR. MORA:  Objection.

24             THE DEPONENT:  Yeah, because I almost

25        stepped on a snake one time that was in grass.

1       So I do recall one case specifically, but,

2       beyond that, no.

3  BY MR. WARD:

4       Q    Do you recall any cases with rats?

5       A    Yes.

6       Q    Do you recall any cases where the only

7  violation was long grass where there were rats?

8       A    I don't think I can answer that.  I can

9  recall cases of properties where their only

10 violation was high grass.

11      Q    Did you ever see long grass covering up a

12 sinkhole?

13      A    I'm not a sinkhole expert, but I don't

14 think grass would cover a sinkhole because a

15 sinkhole is a hole in the ground, right?

16      Q    I'm not really supposed to answer

17 questions, but, yes, I agree with you.

18      A    Okay.

19      Q    Did you ever see or hear about long grass

20 encouraging kids to break into a house?

21           MR. MORA:  Form.

22           THE DEPONENT:  No.

23 BY MR. WARD:

24      Q    What, if any, policies did you have

25 regarding repeat violators?

MR. MORA: Form.

THE DEPONENT: Really no policies. I know my personal dealings with repeats I tried to avoid them as much as I could, whether it be by phone or if I saw the person out front, but we had no policy, per se. If it was a repeat, it was a repeat by law and it would be the same like any other case that would go through the process and through the system.

BY MR. WARD:

Q When there was a repeat violation, could you issue a notice of violation that wouldn't treat it as a repeat?

MR. MORA: Objection.

THE DEPONENT: I'm not sure I understand the question.

BY MR. WARD:

Q Did you have any discretion to say this violation, even though it's a repeat, shouldn't be treated like a repeat violation?

A I guess, but, I mean, you wouldn't really be doing the job correctly because, if it was a repeat violation, it should be processed as a repeat violation.

Q How did you give notice when you saw a

1    repeat offense?

2            MR. MORA:  Form.

3            THE DEPONENT:  Same as I mentioned

4       earlier.  Letters, registered mail, posting at

5       the property.

6    BY MR. WARD:

7       Q    Before you said when you -- I'll start

8    that one over.

9            I think before you said you wouldn't post

10   a property until you issued a notice of violation;

11   is that correct?

12      A    Correct.

13      Q    Same with repeat offenders?

14      A    Yes.

15      Q    For repeat offenses what sorts of fines

16   did you typically recommend to the Board?

17           MR. MORA:  Form.

18           THE DEPONENT:  I think the law states that

19      they can be fined up to $500 a day.  So

20      anywhere from -- it would be handled on a

21      case-by-case basis.  You would take a lot of

22      things into account.  Vacant property, contact

23      with the property owner, yes or no, previous

24      code enforcement violations.  So there is a

25      whole set of circumstances that I would look at

1          and make that decision.

2     BY MR. WARD:

3          Q    At the risk of a dumb question, when a

4     property was vacant, how did that affect your

5     recommendation?

6          A    Greatly because it's clear that if the

7     property was vacant and it was not being properly

8     maintained, it was a problem for the neighborhood

9     and for the community.

10         Q    So, when a property was vacant, that would

11    tend to have you recommend a higher fine?

12         A    Yes.

13         Q    Okay.  In your experience, did sending

14    notices tend to lead to compliance?

15         A    I would say the majority of the times,

16    yeah.

17         Q    Is it fair to say then the sooner someone

18    gets notice, it's more likely the sooner that there

19    will be compliance?

20              MR. MORA:  Objection.

21              THE DEPONENT:  I'm not sure how I can

22         answer that because they get -- a property

23         owner gets the letter and it's their decision

24         how and when to react.  I can just give you a

25         general answer.

1          Many times we wouldn't get a phone call.

2      Many times we would go out on the reinspection

3      date and say, "oh, the violation has been

4      corrected" and we would close the case.

5          Sometimes we would get a phone call from a

6      property owner to talk about the case, talk

7      about the violation, and that could open up,

8      you know, doors for talking about issues they

9      may have, personal issues like I touched on

10      earlier, come up to an agreement, give them

11      extra time, that type of thing.  I don't know

12      if I answered that or not, but --

13  BY MR. WARD:

14      Q    Well, my question is, you said a moment

15  ago notifying property owners of violations often,

16  not always, but often leads them to fix it, correct?

17      A    Correct.  I would say the majority.

18      Q    So, the majority of the time then, the

19  sooner notice is received, the sooner the violation

20  will be corrected?

21          MR. MORA:  Form.

22  BY MR. WARD:

23      Q    Is that correct?

24      A    I can't answer that because that's

25  entirely up to the property owner that gets the

1    letter and how they are going to react to it and

2    respond to it.  So I can't answer that.

3         Q    Right.

4              But for the ones who would respond by

5    fixing it, the sooner they get the notice, the

6    sooner it would be fixed, right?

7              MR. MORA:  Form.

8              THE DEPONENT:  I don't know how to answer

9         that.  They get a notice of violation in the

10        mail with a compliance date.  I don't know how

11        to answer that any other way.

12             MR. WARD:  Take a break?  It seems like a

13        good time.

14             MR. MORA:  Yeah.  Let's do it.

15             (Whereupon, there was a break in the

16        proceedings.)

17   BY MR. WARD:

18        Q    To go back to the questions from a couple

19   minutes ago, is having a green pool worse than

20   having an overgrown lawn?

21             MR. MORA:  Form.

22             THE DEPONENT:  I consider a green pool to

23        be pretty serious in light of the mosquito

24        problem, Zika virus, health and safety issue.

25        So, yeah, I consider that to be pretty --

1        that's right up there as far as my priorities

2        would be.  Yeah.  I consider that an important

3        violation to enforce.

4   BY MR. WARD:

5        Q    And is it more serious than having long

6   grass?

7        A    I don't think I can say one is more

8   serious than the other.  It's a case-by-case type

9   thing.  That's hard for me to say what's more

10  important.  You know, how high is the grass.  Is it

11  just 10 inches or is it 15.  You know what I mean.

12  So it's kind of hard to answer that question.

13       Q    Well, is 10-inch tall grass worse than a

14  green pool?

15            MR. MORA:  Form.

16            THE DEPONENT:  It's a violation.  I think

17       a pool is serious, like I mentioned earlier, in

18       light of the illnesses and mosquito-born

19       illnesses, health and safety, that type of

20       thing.  Kind of two different things, in my

21       opinion.

22  BY MR. WARD:

23       Q    Sorry.  What is two different things?

24       A    Well, they're both violations.  I don't

25  think that you can really compare the two in that

1    regard.

2        Q    Even though one breeds mosquitoes and the

3    other one doesn't?

4            MR. MORA:   Form.

5            THE DEPONENT:   I don't know if high grass

6        would or not.  I don't know.

7    BY MR. WARD:

8        Q    Uncontracted work, is that a worse

9    violation than tall grass?

10       A    I don't say worse.  I can say common

11   violation because, you know, we see the aftermath of

12   work being done by unlicensed contractors because we

13   would get contacted periodically from a new

14   homeowner.

15           One in particular, I'll give you an

16   example, a retired lady had a complete wall that was

17   falling down that was termite infestation that had

18   been covered up.  So, I mean, it's just one of the

19   violations that we enforced.

20       Q    I think a moment ago you said that

21   life-safety violations you take more seriously than

22   nonlife-safety violations; is that right?

23       A    Well, I think a health and safety issue is

24   a serious violation that we would respond to pretty

25   quickly and take action.

1      Q    And it's more serious than non-health and

2    safety violations?

3              MR. MORA:  Form.

4              THE DEPONENT:  Again, I think you would

5         have to give me a specific case or something.

6         All I can tell you is that, you know, a vacant

7         property that's open to the elements, open to

8         animals, open to people that can go inside,

9         that's a concern.  So, I think, if you're

10        talking about something like that, yeah, that

11        would be a concern.

12   BY MR. WARD:

13        Q    Is a vacant property that's opened to the

14   elements a more serious violation than 10-inch-long

15   grass?

16        A    I can't categorize it because my opinion

17   doesn't matter.  It's still a violation and, if it's

18   a violation, we'll respond to it appropriately.

19        Q    Can you say whether any violations are

20   worse than any other violations?

21        A    I can't really say, no.

22        Q    So, when you're recommending a proposed

23   fine to the Code Enforcement Board, can you evaluate

24   how serious the violation is then?

25              MR. MORA:  Form.

1          THE DEPONENT:  Well, like I mentioned

2      earlier, it would rely upon the previous cases

3      at that property, whether or not you've had

4      contact with the owner, a whole host of reasons

5      why.  So each case would be different.

6  BY MR. WARD:

7      Q    Have any other code inspectors been

8  accused of taking money that you're aware of?

9          MR. MORA:  Form.

10          THE DEPONENT:  Well, there was only two of

11      us back then, and it was general accusations

12      against code enforcement.  So I guess you could

13      say, you know, many of the callers would say

14      code enforcement, so I guess you could leave

15      that up to your imagination a far as who they

16      were talking about.

17  BY MR. WARD:

18      Q    The other code enforcement officer back

19  then was Mike Kepto; is that right?

20      A    Correct.

21      Q    Did any complaints about code officers

22  taking money specifically complain about Mr. Kepto

23  taking money that you're aware of?

24      A    I think there might have been some social

25  media.  There was a social media website where a lot

1        of this stuff was being talked about that we saw.
2        So we were both included into that of which I
3        requested law enforcement to investigate to the City
4        Manager based on those comments.
5                Q    You asked law enforcement to investigate
6        what?
7                A    I asked the City Manager to contact law
8        enforcement on these allegations that I felt were
9        very serious when we're being accused of taking
10       money.
11               Q    What did you want investigated?
12               A    The allegation of corruption of us taking
13       money.
14               Q    So an investigation into you and
15       Mr. Kepto?
16               A    Correct.
17               Q    I just wanted to make sure I understood
18       that.
19               A    Yeah.  No problem.
20               Q    Do you remember what that social media
21       site was?
22               A    Delightful Dunedin.
23               Q    Do you remember with any more specificity
24       what was discussed there?
25               A    One of the allegations was us taking

1    money, us seeing drugs in a home and didn't react to

2    it, didn't do anything.  Another serious concern of

3    mine.  Yeah.  A lot of stuff.  I kind of quit

4    reading it because it's very disturbing and it's

5    unfounded, it's unwarranted, it's false.  So I kind

6    of quit reading it back then.

7         Q    When you were making recommendations to

8    the Board on repeat violators, how often was it for

9    you to recommend the maximum $500-a-day fine?

10        A    Not very common.

11        Q    What were some circumstances where you

12   recommended that?

13        A    The history, code enforcement previous

14   violations.

15        Q    Do you remember any specific cases where

16   you made that recommendation?

17        A    For repeat violation?

18        Q    Yes.

19        A    The Ficken case.

20        Q    Well, I have some questions about that.

21             Do you remember any others?

22        A    Not offhand.  No, I don't.

23        Q    Do you remember any times you recommended

24   the full $500 fine for a non-repeat violator?

25        A    We can't.  $250 is the max.

1      Q    But it wasn't common for you to recommend

2   a $500 fine for a repeat violator?

3      A    Not really.  I may have done it, I think,

4   before on other cases, but I don't recall exactly

5   what case.

6      Q    So Mr. Ficken's case.

7           Are you familiar with the fines at issue

8   in this case that Mr. Ficken is suing about?

9           MR. MORA:  Form.

10          THE DEPONENT:  Familiar with the fines

11      that he -- I mean, I'm not sure of the

12      question.  I know -- I'm not sure of the

13      question.  Re-ask the question.

14          MR. WARD:  Fair enough.

15   BY MR. WARD:

16      Q    I'm just curious of your background

17   knowledge.  We're suing about two violations from

18   the summer of 2018 for overgrowth.

19           Just does that ring a bell?

20      A    Yes.  Oh, yes.

21      Q    Okay.  I just want to know how to walk

22   into that.

23           Can you walk me through your memory of

24   what happened that summer in this case?

25          MR. MORA:  Form.

1          THE DEPONENT:  I recall getting a
2      complaint from a female caller.
3          "Can you please do something about this
4      property."
5          I'm paraphrasing.
6          "It's overgrown.  It's ongoing."
7  BY MR. WARD:
8      Q    Do you remember if there was a record of
9  that complaint anywhere?
10     A    A record of the complaint would be in my
11 violation notice.
12     Q    I guess I'm asking if there are notes of
13 what she said or some sort of --
14     A    No.  We don't tape record conversations or
15 anything like that, no.
16     Q    Do you remember whether she complained
17 about anything more specific than overgrowth or
18 beyond overgrowth?
19     A    I remember she just said that this is
20 ongoing, the place looks like a dump, words to that
21 effect, why aren't you guys doing anything basically
22 was the gist of the conversation.
23     Q    Did she say anything about snakes or rats?
24     A    Did I?
25     Q    Did she, the complainant?

1     A    I don't recall that.

2     Q    What did you do?

3     A    I went out there, saw that the grass was

4  high.  I believe Mr. Ficken was standing in the

5  driveway.  I pulled up.  I have a marked vehicle.

6          I believe I said, "Can you please cut your

7  grass to avoid a repeat violation."

8          I believe he said something to the effect

9  that his lawnmower had broke.

10         I said, "Please rent one.  Please get it

11  cut.  Thank you."

12         Then I drove away.  Brief conversation.

13  That was it.

14    Q    Do you remember how soon after that he cut

15  it or whether he cut it?

16    A    He did cut it eventually, yes.  I don't

17  remember the exact date.

18    Q    Do you remember the approximate amount of

19  time it was after that conversation?

20    A    I don't recall.  I would have to look at

21  the file.

22    Q    One second here.

23         Do you remember what month that

24  conversation was in?

25    A    I will have to take a guess.  Like, maybe,

1      June, July.  I'm not sure.

2           Q    Maybe it will help to get out the notes.

3                I'll give you a document that we will mark

4      as Colbert 1.

5                Do you recognize this document?

6           A    Yes.

7           Q    What is it?

8           A    This is a Case History Report.

9           Q    Does it appear to be a correct copy of

10     that case history?

11          A    I would imagine so.

12          Q    Could you flip to the case 18-858.

13          A    Okay.

14               MR. MORA:  It's like the third one from

15          the end.

16               THE DEPONENT:  Oh, okay.

17               MR. MORA:  It actually starts in the back.

18               THE DEPONENT:  Okay.  I'm there.

19               MR. WARD:  Let me also give you the

20          minutes of the September meeting too.

21               THE DEPONENT:  Okay.

22               MR. WARD:  We'll do those together.

23               MR. MORA:  Is that a composite or a

24          separate -- are you going to do it as

25          Exhibit 2?

1      MR. WARD:  Yes.  Exhibit 2.

2      MR. MORA:  Okay.  Just keeping track of my

3   notes.

4      MR. WARD:  Colbert 2.  It's sort of

5   towards the back in 2.  It's Item 16.  There

6   aren't page numbers.

7      THE DEPONENT:  Okay.

8      MR. MORA:  It's about four pages from the

9   back on the rear of the page.

10  BY MR. WARD:

11     Q    The conversation that you referred to a

12  moment ago where Mr. Ficken said his mower was

13  broken, was that the first time you spoke to him

14  about this violation?

15     A    I believe so.

16     Q    Could you look at the last bullet in the

17  bulleted list in the minutes, please.

18     A    Okay.

19     Q    Could you read that last bullet, please.

20     A    "Mr. Colbert stated that the City

21  recognized based on the facts and circumstances" --

22     Q    I'm sorry.  I'm sorry to interrupt you.

23  I'm sorry.  The last bullet point, the one here.

24     A    Oh, I'm sorry.

25     Q    I'm sorry to interrupt you.

1       A    "The grass was cut on August 22nd, 2018.

2  He believes on August 20th he was driving by the

3  property, the owner was out front and he asked if

4  the grass was going to be cut any time soon,

5  indicated his lawnmower was not working and the

6  owner asked that he not come back tomorrow, but in

7  two days it would be cut."

8       Q    And the "he" in "he believes on

9  August 20th he was driving by the property the owner

10  was out front," that "he" is you, right?

11       A    Right.

12       Q    Is that the conversation you were just

13  referring to?

14       A    Yeah.  I don't recall him saying that it

15  would be cut in two days.  I don't recall that

16  specifically.

17       Q    But this August 20th conversation is the

18  first time you remember speaking to him about it?

19       A    Right.

20       Q    Okay.  Backing up, if you look in

21  Exhibit 1 here, could you tell me when the first

22  inspection date on the property was?

23       A    For what case; for 18-858?

24       Q    Yes, please.

25       A    It looks like July 5th of 2018.

1     Q    Okay.  Do you remember what, if anything,

2     you did on July 5th, 2018?

3     A    Inspecting the property like I just

4     mentioned.

5     Q    I know it's more than a year and a half

6     later.

7          Do you remember doing that or --

8     A    Oh, I remember doing that, yes.

9     Q    Do you remember doing anything else about

10    the case that day besides the inspection itself?

11    A    Probably photographed it.

12    Q    Okay.  Do you remember writing up any

13    notes or any of this case report?

14    A    Well, I think I went back a couple days

15    later, if I recall, to see if it had been cut and

16    then I proceeded with the case because it had not, I

17    believe.

18    Q    What do you mean by "proceeded with the

19    case"?

20    A    Like sending out a violation notice for

21    repeat violation.

22    Q    When did you do that?

23    A    Do you have the violation notice?

24    Q    Yes.

25    A    Sorry to make you dig it out, but that

1    would tell me the date.

2         Q    Does it also say in the notes?

3         A    I'm trying to find it here.  It looks like

4    August 22nd of 2018.

5         Q    Okay.  On August 22nd did you also post

6    the property?

7         A    I don't know what date I did that.  I

8    would have to look at the records to that effect.

9    Most likely on a normal case or any case it goes to

10   the Code Enforcement Board.  When you send a letter

11   out, that gets posted on that same date.

12        Q    And when you say "the letter," you mean

13   the notice of violation?

14        A    Right.  Yes, sir.

15        Q    What's here was sent on August 22nd?

16        A    Correct.

17        Q    Okay.  So the usual practice --

18        A    Correct.

19        Q    -- would have been to post on that date?

20        A    Uh-huh.  (Indicates affirmatively).

21        Q    And not before?

22        A    Correct.

23        Q    If you posted it before then, would that

24   be written down somewhere?

25        A    It should be, yeah.

1    Q    Okay.  Is it written down in the Case

2  History Report?

3    A    Not that I see.

4    Q    Do you remember anything else about your

5  conversation with Mr. Ficken on August 20th?

6         MR. MORA:  Form.

7         THE DEPONENT:  That was basically it.

8         Very brief, to the point.  It probably didn't

9         last more than 30 seconds.

10 BY MR. WARD:

11   Q    Because I have the memory of a goldfish,

12 could you repeat what happened in those 30 seconds,

13 please.

14   A    "Hey, can you please cut your grass.  I

15 want to avoid a repeat violation."

16        I believe he said his lawnmower was

17 broken.

18        I said, "Please get it cut as soon as

19 possible."

20   Q    And then did he cut the grass?

21   A    Eventually, yes.

22   Q    When did he cut it?

23   A    Looking at the notes here, it says the

24 grass was cut on August 21st of 2018.

25   Q    Do you have any reason to believe that's

1     not true?

2          A     No.

3          Q     Okay.  If you were trying to avoid a

4     repeat violation, which is what you said to him, and

5     then he cut the grass the next day, why did you

6     issue the notice of violation?

7          A     Well, because it wasn't cut the next day.

8          Q     I'm sorry?

9          A     Oh.  It was because it was out of

10    compliance again, I believe, from the July 5th date,

11    July 5th of 2018.

12         Q     Well, I'm not sure what you mean.  It

13    sounds like on August 20th you said you wanted to

14    avoid a repeat violation.

15         A     July 5th.  When I first went out there?

16         Q     No.  I'm sorry.  When you were talking to

17    Mr. Ficken on August 20th which is reflected in

18    Exhibit 2, the meeting minutes, if that helps.

19         A     Okay.

20         Q     You said that there was a conversation on

21    August 20th where you said you're hoping to avoid a

22    repeat violation.

23              MR. MORA:  I'm just going to object to the

24         qualification of what's in the bullet.  Other

25         than that, you can continue.

1          MR. WARD:  Okay.

2          THE DEPONENT:  Well, I think it was out of

3     compliance.  I'm looking at the bullets from

4     the testimony from July 5th of 2018 through

5     August 20th of 2018.

6          MR. WARD:  Yes.

7     BY MR. WARD:

8     Q    And then on August 20th you say you have a

9     conversation where you ask "please mow, I don't want

10    to do a repeat violation;" did I get that about

11    right?

12    A    I don't know.  I thought that was the

13    first time I went out there on the thing which was

14    July 5th of 2018.

15    Q    Okay.  But your testimony earlier was that

16    that conversation with Mr. Ficken happened on August

17    20th as the meeting minutes reflect?

18    A    In looking at the case, I know I was there

19    on July 5th when I got the complaint.  So I'm kind

20    of thinking that's when my contact was with him, but

21    it may have been another time too.  I'm not sure.

22    Q    Earlier I believe you testified that the

23    time you spoke to Mr. Ficken and had this 30-second

24    conversation was the first time you spoke to him

25    about this violation; is that correct?

1      A     That's what I believe, yes.

2      Q     All right.  And I think you also testified

3   that that took place on August 20th; is that

4   correct?

5      A     I'm not sure because I'm looking here that

6   it was July 5th of 2018.  I'm thinking that's when I

7   got the complaint from a neighbor or what sounded

8   like a neighbor.

9            MR. MORA:  Would it help if you reviewed

10        the note.  You're answering and

11        contemporaneously reading.  Do you want to take

12        a moment to read the two documents that have

13        been provided to you?

14           THE DEPONENT:  Yeah.

15           MR. MORA:  Just to alleviate some of the

16        confusion.

17           MR. WARD:  Sure.

18           THE DEPONENT:  Yeah.

19           MR. WARD:  Honestly, sir, I'm not trying

20        to confuse you.

21           THE DEPONENT:  Yeah.

22           MR. WARD:  It looks to me like you were

23        there on July 5th and you spoke to him on

24        August 20th.

25           THE DEPONENT:  Yeah.

1      MR. WARD:  Please take as long as you like

2   to look through it.

3      THE DEPONENT:  Okay.  Well, I only recall

4   speaking to him at the property one time, and I

5   believe that was on my first contact on

6   July 5th.  I could be wrong.

7   BY MR. WARD:

8      Q    Okay.  Is it reflected anywhere that you

9   know of written down that you spoke to Mr. Ficken on

10   July 5th?

11      A    I don't think it is in my notes.  I'm

12   looking at my case notes.  I don't think it's in

13   there.

14      Q    And it is reflected in the meeting minutes

15   that you spoke to Mr. Ficken on August 20th; is that

16   correct?

17      A    Yes.

18      Q    And the meeting minutes are from

19   September 4th, 2018; is that correct?

20      A    Correct.

21      Q    Okay.  And fair to say on September 4th,

22   2018, you could remember back into the summer of

23   2018 when you spoke to Mr. Ficken, correct?

24      MR. MORA:  Form.

25      THE DEPONENT:  I would think so.

```
 1   BY MR. WARD:
 2        Q    Okay.  Let me show you a couple more
 3   documents just in case it helps with your memory.
 4             MR. MORA:  And if you need a moment to
 5        review them, just take your time.
 6             THE DEPONENT:  Okay.
 7             MR. WARD:  I've changed my mind about
 8        that.
 9   BY MR. WARD:
10        Q    In the middle paragraph in the meeting
11   minutes, do you see the sentence where it says "he
12   submitted photographs taken" and then it lists some
13   dates in July and August?
14        A    Yes.
15        Q    Do you take from that that you were at the
16   Lady Marion Lane property for at least 11 times in
17   the --
18        A    The photographs are an accurate depiction
19   of me being there, correct.
20        Q    At the times you were there, did you see
21   the long grass sort of causing any trouble beyond
22   the fact that it was long itself?
23             MR. MORA:  Form.
24             THE DEPONENT:  Causing trouble?
25
```

```
 1    BY MR. WARD:

 2         Q    Did you see any rats in the grass?

 3         A    No.

 4         Q    Did you see any snakes in the grass?

 5         A    No.  Never got out of my car.

 6         Q    Did you see a sinkhole?

 7         A    No.

 8         Q    Did you see any other problems that the

 9    grass was causing beyond the fact of it being long

10    itself?

11         A    No.

12              MR. MORA:  Form.

13    BY MR. WARD:

14         Q    Okay.  Were you taking pictures of door

15    postings at this time?

16              MR. MORA:  Form.

17              THE DEPONENT:  Sometimes I would, but, you

18         know, it was a matter of routine at every case

19         and I felt that my testimony is sufficient as

20         opposed to having a photograph of every posting

21         because it was something that I did on every

22         case.

23    BY MR. WARD:

24         Q    Do you know if you took any photographs of

25    posting on Mr. Ficken's property?
```

1      A      I don't recall if I did or not.

2      Q      So, putting some of your testimony

3  together, can you point me to anything that shows

4  that you told Mr. Ficken about the violation before

5  August 20th?

6      A      Other than I believe I was there on

7  July 5th, like I testified to earlier, and I thought

8  that was the day that he was there in his driveway

9  when I made contact with him.

10      Q      If that date was August 20th, is there

11  anything that would indicate that you told him about

12  the violation before August 20th?

13      A      No.

14      Q      I'd like to show you a couple photographs

15  from that summer.

16          Can you tell me what this is?

17      A      It appears to be the property in question

18  that we're here about today, Mr. Ficken's property

19  on Lady Marion.

20      Q      Does this appear to be one of the photos

21  that you took?

22      A      Yes.

23      Q      And what's the date on it?

24      A      July 19th of 2018.

25      Q      I'll show you another photo which I guess

1    will be Exhibit 4.

2            What is this document?

3        A    July 25th, 2018.  It appears to be

4    Mr. Ficken's residence on Lady Marion.

5        Q    Does this also appear to be a photo you

6    took as part of your code enforcement duties?

7        A    Yes.

8        Q    So, just comparing these two photos,

9    Exhibit 3 and Exhibit 4, from July 19th and

10   July 25th, the length of the grass, the clippings on

11   the lawn, did this grass get cut between July 19th

12   and July 25th?

13           MR. MORA:  Form.

14           THE DEPONENT:  It still looks a little bit

15       high in some parts on the 25th photo.

16       Sometimes it's hard to tell by a photograph.

17       Obviously July 19th is pretty high, but

18       sometimes it's hard to tell.  It looks like

19       there is pockets where there could be 10 inches

20       or more on the July 25th photo.

21   BY MR. WARD:

22       Q    I'm not asking if it was in compliance

23   with the code on July 25th.

24       A    Okay.

25       Q    I'm just asking if compared to July 19 it

1      was cut?

2           A    Yes.  It appeared to have been cut, yes.

3           Q    If you go back to Exhibit 1, the case

4      notes, can you read the first history entry for

5      July 5th, 2018, where it says "RSLT TEXT"?

6           A    "Received several complaints of

7      overgrowth.  This grass was cut on August 21st of

8      2018.  This is a repeat violation."

9           Q    Could you please keep going.

10          A    "May 5th, 2015.  This property was in

11     violation from July 5th of 2018 through August 20th

12     of 2018.  The grass was cut on August 21st, 2018."

13          Q    When did you write that entry?

14          A    I don't know the exact date.  I don't

15     recall.

16          Q    Does the date to the right where it says

17     8/22/18 indicate that that entry was written on

18     August 22nd, 2018?

19          A    I don't recall.

20          Q    Well, let me ask you this.  Could this

21     entry have been written on July 5th?

22          A    I don't know how it could be because I'm

23     talking about something that happened after

24     July 5th.

25          Q    Right.

1        It talks about things that happened on

2   August 21st, right?

3        A    Right.

4        Q    So this entry just must have been written

5   on or after August 21st?

6        A    I would say that's a safe bet.

7        Q    Okay.  Just checking.

8        A    Okay.

9        Q    Just to confirm again, Mr. Ficken -- I

10  shouldn't say him.

11        The lawn was mowed on August 21st, 2018,

12  correct?

13        A    It appears to be, yes.

14        Q    Okay.  And that's the day after the

15  August 20th conversation referred to in the meeting

16  minutes, correct?

17        A    Correct.

18        Q    Okay.  Since the property was in

19  compliance on August 21st, how does it achieve

20  compliance to issue a notice of violation on

21  August 22nd?

22             MR. MORA:  Form.

23             THE DEPONENT:  I'm not sure I did.  Oh, I

24        think in this case it was in compliance and out

25        of compliance, maybe.  There was some dates

1           that broke up.  It was out of compliance in

2           parts of July and parts of August.  So I'm not

3           sure.

4    BY MR. WARD:

5         Q    In the third from the last photograph in

6    the meeting minutes it says that when they were at

7    the property on August 31st, 2018, they found the

8    property was once again not in compliance; is that

9    right?

10        A    Uh-huh.  (Indicates affirmatively).

11        Q    And August 22nd when you issued the

12   violation is before August 31st?

13        A    Correct.

14        Q    So you wouldn't have known on August 22nd

15   that the property was out of compliance on

16   August 31st, correct?

17        A    I don't recall that.

18        Q    And, in fact, it's impossible, right?

19        A    Right.

20        Q    Okay.  So, if the property is in

21   compliance on August 22nd, as of August 21st, how

22   does it help with compliance to issue a notice of

23   violation the next day after it came into

24   compliance?

25             MR. MORA:  Form.

```
 1              THE DEPONENT:  I'm not sure I understand
 2         the question.  Could you --
 3    BY MR. WARD:
 4         Q    Well, would issuing a notice of violation
 5    make it more likely that Mr. Ficken would comply
 6    with code enforcement when he had already complied?
 7              MR. MORA:  Form.
 8              THE DEPONENT:  I'm not sure.  I don't
 9         understand the question again.
10    BY MR. WARD:
11         Q    What I'm trying to ask is, could telling
12    him he had a violation encourage him to comply when
13    he had already fixed the violation and was in
14    compliance with the code?
15              MR. MORA:  Form.
16              THE DEPONENT:  I don't know how to answer
17         that one either.  I'm missing it.  I don't
18         understand what you're asking.
19    BY MR. WARD:
20         Q    Let me ask it this way.
21              You had a conversation with him that the
22    meeting minutes reflect it was on August 20th where
23    you asked him to cut the grass, correct?
24         A    Okay.
25         Q    Correct?
```

1      A    Yes.

2      Q    And then he did cut the grass?

3      A    Yes.

4      Q    So, could issuing a notice of violation

5  after that get him to comply with the code; could it

6  do anything now that he was already complying with

7  the code?

8           MR. MORA:  Form.

9           THE DEPONENT:  It seemed like that

10      notification should have gone out before that

11      date.

12  BY MR. WARD:

13      Q    Why do you say that?

14      A    Because of the dates in the question from

15  July 5th through August 20th.

16      Q    Do you know why it didn't go out before

17  that date?

18      A    I do not.

19      Q    Mr. Ficken or somebody -- I'll start over.

20           The grass was cut the day after you asked

21  Mr. Ficken to cut it, correct?

22      A    Well, once again, I thought my first

23  contact with him was on July 5th when I received the

24  complaint, so I really can't answer that.  I'm not

25  sure.  I can only go by what the photographs depict.

1      Q    Okay.  What's written down from that time,

2    the case notes, the meeting minutes, reflect that

3    the grass was cut a day after you asked him to cut

4    it on August 20th; is that correct?

5      A    That's what it says in the notes, yes.

6      Q    Do you think if the violation had gone out

7    earlier he would have cut it earlier?

8              MR. MORA:  Form.

9              Go ahead.

10             THE DEPONENT:  I still think I was there,

11        again, on July 5th when I had that

12        conversation.  I'm pretty sure because I

13        remember getting the complaint and we're pretty

14        good about responding to complaints and

15        responding the same day.  So that would have

16        been the first day of the repeat violation,

17        July 5th, when I took photographs.  I'm pretty

18        sure that's my conversation.  Maybe I had two

19        of them, I don't know, but I'm pretty sure I

20        had that one that first time in hopes that we

21        wouldn't have gotten to this point.

22    BY MR. WARD:

23      Q    But you can't point me to anywhere where

24    it's written --

25      A    No.  A lot of times --

1              MR. MORA:  Sorry.  Let him finish his

2        question just for the record.

3              THE DEPONENT:  I'm sorry.

4              MR. WARD:  It's all right.

5    BY MR. WARD:

6        Q    You can't point me to anything written

7    down that reflects that that conversation did occur

8    on July 5th?

9        A    No.

10       Q    Okay.  And you don't remember today that

11   it occurred on July 5th, but you think it might

12   have?

13       A    Yes.  I think it was, yes.

14       Q    But you don't remember that?

15       A    No.  I'm pretty sure, but, you know, it's

16   the best I can recall.

17       Q    Do you know why notice didn't go out

18   sooner?

19       A    I do not.

20       Q    Did you ever consider having the lawn

21   mowed with a crew that you could use for that?

22             MR. MORA:  Form.

23             THE DEPONENT:  No.

24   BY MR. WARD:

25       Q    Why not?

1      A    Occupied property.  As a taxpayer of the

2   City of Dunedin, I don't think our tax dollars

3   should go to maintain private properties unless

4   there was a specific need, like I testified earlier,

5   a valid need for it or if there was some contact or

6   communication with a property owner expressing their

7   whatever is going on in their world, financial

8   issues, health issues, et cetera.  No.

9           Also, to take that one step further, the

10  case had been cited many times prior to this, so I

11  didn't think this would warrant the City paying for

12  this property to be cut.

13     Q    In the second to last paragraph on that

14  page of the meeting minutes it says that "it's a

15  shame to get to this point over something as simple

16  as cutting the grass, but, based on the history of

17  the property with the same owner, the same

18  violation, that the Respondent receive a daily

19  repeat fine of $500 per day."

20     A    Yes.

21     Q    So you recommended that Mr. Ficken be

22  fined $500 per day?

23     A    Yes.

24     Q    Why did you recommend that?

25     A    Because of the past history of the same

1    thing ongoing.

2         Q    Did you consider anything about him

3    besides the history of this property?

4         A    I didn't know anything about him.

5         Q    So is that a "no" then?

6         A    No.  I mean, if he called me, we would

7    have had a discussion like I said many times during

8    our conversation today.  If he had called me and

9    communicated what was going on in his life, we would

10   have dealt with that appropriately and worked with

11   him like we do on many cases.

12        Q    I just want to make sure I got that one

13   right.

14        A    Yeah.

15        Q    When you were recommending the $500 fine,

16   did you consider anything other than the history at

17   this property?

18        A    Those are the facts that I had to

19   consider.  I didn't have any other facts to

20   consider.

21        Q    In the prior paragraph it's talking about

22   going back to the property on August 31st, 2018.

23             Do you see that?

24        A    Yes, I do.

25        Q    Why did you go back?

1          A     Probably to see if it was in compliance.

2          Q     Do you remember if you got any complaints

3     after it was cut on August 22nd?

4          A     I don't recall.  I do recall getting more

5     than one complaint.  I don't know when they were,

6     but they were around that time frame.

7          Q     Does the case history reflect that there

8     were any complaints after August 22nd, 2018?

9                MR. MORA:  Go through it to answer the

10         question.

11               THE DEPONENT:  I do not see any.

12    BY MR. WARD:

13         Q     Okay.  When you were recommending the $500

14    daily fine, did you factor in the violation was on

15    grass?

16               MR. MORA:  Form.

17               THE DEPONENT:  Like I testified to

18         earlier, I factored in the prior history for

19         the same violation.  I think it was 12, maybe.

20    BY MR. WARD:

21         Q     I guess my question is, did it matter that

22    the offense was on grass or was it just that there

23    was a prior history of the same offense?

24               MR. MORA:  Form.

25               THE DEPONENT:  Prior history of complaints

1    received.

2    BY MR. WARD:

3        Q    Okay.  But not specifically that it was a

4    violation for long grass?

5        A    That was a violation, high grass.

6        Q    Right.

7             What I'm asking is, were you considering

8    that it was a violation for long grass or that it

9    was the latest violation of a violation that had

10   repeated?

11       A    All of the above.  It was a violation for

12   high grass and it was a repeat violation, so it kind

13   of all factors in.

14       Q    Did anything about the high grass part

15   lead you to think that the fine should be $500?

16       A    That doesn't enter into it.  If it's 10

17   inches or more, it's a violation.  I don't know how

18   to answer that any other way.

19       Q    A violation is a violation?

20       A    Correct.

21            MR. WARD:  Let's take a break.

22            (Whereupon, there was a break in the

23       proceedings.)

24   BY MR. WARD:

25       Q    If you will get the meeting minutes.  You

1    will see it refers to you taking photographs on a

2    couple different dates, July 5th, 12th, 17th, 19th

3    and 25th and August 1st, 3rd, 8th, 14th, 16th and

4    20th.

5              Do you see that?

6        A    Yes.

7        Q    Were you also inspecting the Lady Marion

8    property on other days that summer besides those

9    dates?

10       A    No.  The photographs just depict the dates

11   that I was there inspecting the property.

12       Q    So, if a date is listed here, you were

13   there that day and, if a date is not listed here,

14   you were not there that day?

15       A    Yes.  In cases like this where I have, for

16   instance, it says July 5th, 12th, 17th, my testimony

17   is always that I just have photographs of these

18   dates.  I can't testify to the dates I don't have

19   photographs for.

20       Q    If you had spoken to a property owner on

21   the first day of a violation and asked him to remedy

22   that violation, would that typically be recorded in

23   your testimony?

24              MR. MORA:  Form.

25              THE DEPONENT:  That's kind of a

1          hypothetical.  I mean, it would depend on if

2          they were cited or not.  A lot of times we will

3          have that conversation and we won't send a

4          letter because the conversation is being done

5          and the property owner may agree to get it done

6          type thing.  So it's kind of a hypothetical, I

7          guess.

8     BY MR. WARD:

9          Q    But if you do cite the owner and it ends

10    up before the Code Enforcement Board, would your

11    testimony typically reflect the first time you spoke

12    to the owner?

13              MR. MORA:  Form.

14              THE DEPONENT:  It should.

15    BY MR. WARD:

16         Q    And was it your ordinary practice to speak

17    to a violator when you noticed the violation if you

18    could?

19         A    In some cases.  Every case is different.

20    It depends on the circumstances.

21         Q    How does it depend?

22         A    Well, if you were taking a photograph of

23    the property and the property owner comes out and

24    asks what you're doing, that's happened before.

25         Q    Does that mean that you wouldn't talk to

1    the property owner unless he came out to talk to

2    you?

3        A    We don't have really the time to go up and

4    knock on the door to make contact with a property

5    owner.  Like I said, there have been times where a

6    property owner would approach us if we're out front

7    taking a photograph and they would ask what we're

8    doing.  We've explained to them what we're doing,

9    and that would begin a conversation of what the

10   violation is.  In many cases they will say "I'll

11   take care of it" and you're gone.

12       Q    When you went back to Mr. Ficken's Lady

13   Marion property on August 31st, did you know he was

14   out of town?

15       A    No.

16       Q    Well, if you look at the sixth bullet

17   point, can you read the first sentence of the sixth

18   bullet, the one that starts "the property owner came

19   into the City's office."

20       A    "The property owner came into the City's

21   office on Friday, August 24th of 2018 and asked for

22   a continuance and they discussed the matter.  At

23   which time he suggested the property owner have an

24   attorney present for today.  He said he would be out

25   of state.  The property owner was told he should

1    have someone speaking on his behalf.  On Monday,

2    August 27th, 2018, the property owner dropped off an

3    additional letter basically with the same content,

4    and after that mailed the City Clerk another letter

5    just recently provided to the Board."

6         Q    So did you know then on August 31st that

7    Mr. Ficken would be out of state?

8         A    I do recall him coming into the office and

9    providing us with documents, so I guess.  I'm not

10   sure.

11        Q    So you went to reinspect his property on

12   August 31st knowing that he wasn't there?

13        A    Correct.

14        Q    If you issued a second notice of violation

15   for a property, would that typically be in the case

16   notes?

17        A    All notices of violations would be in the

18   case notes, yes.

19             MR. WARD:  Off the record for one second.

20             (Discussion off the record.)

21   BY MR. WARD:

22        Q    Okay.  Do you remember any other times you

23   recommended a $500 daily fine for tall grass?

24             MR. MORA:  Form.

25             THE DEPONENT:  I don't recall.  I may

1      have.

2   BY MR. WARD:

3      Q    I think you said earlier that you didn't

4   recommend $500 daily fines often; is that correct?

5      A    Correct.

6      Q    Fair to say then you recommended $500

7   daily fines for tall grass even less often?

8           MR. MORA:  Form.

9           THE DEPONENT:  I would say that would be

10      accurate.

11  BY MR. WARD:

12      Q    Can you remember any other times you did

13  it?

14      A    Probably with, like I mentioned earlier,

15  rehab properties, working without permits, that type

16  of thing, those kind of cases, and maybe a swimming

17  pool type case.  I don't remember the exact cases.

18      Q    Can you remember any other $500 fines for

19  tall grass?

20      A    I do not recall.

21      Q    And you said you started working for the

22  City in about April or May of 2015; is that right?

23      A    Correct.

24      Q    And left at the end of 2019?

25      A    Yes.

1      Q    And so you were a code inspector there

2  for --

3      A    Going on five years.

4      Q    Okay.  In that going on five years, this

5  is the only $500 fine for long grass that you can

6  remember that you recommended?

7      A    That I can recall.

8      Q    Can you recall any other $500 daily fines

9  for long grass that the Board issued?

10      A    No.

11      Q    Let's say it's the end of the day in the

12  field, you have enough violations that you need to

13  get back because you got to write them up and, you

14  know, you see two violations, one is an overgrown

15  lawn and the other one is a vacant house that's

16  falling into disrepair.

17           If you can only write up one, which would

18  you write up?

19           MR. MORA:  Objection.

20           THE DEPONENT:  Okay.  How overgrown is it?

21           MR. MORA:  Which house has his wife in it?

22           THE DEPONENT:  You know, that's a judgment

23      call.  How overgrown is it and does it really

24      jump out at you, is it vacant property, does it

25      appear open, are there open windows.  I mean,

| | |
|---|---|
| 1 | it would depend on -- |
| 2 | BY MR. WARD: |
| 3 | Q    Can you look at the photograph that I gave |
| 4 | you from July 19th. |
| 5 | A    Yeah. |
| 6 | Q    Let's say the grass in my hypothetical is |
| 7 | that long. |
| 8 | A    Yeah. |
| 9 | Q    And, yes, the windows are open in the |
| 10 | vacant house. |
| 11 | A    Yeah.  I would send a letter for that. |
| 12 | Q    Over sending a letter for the vacant |
| 13 | house? |
| 14 | A    Oh, for the vacant house? |
| 15 | Q    Yeah.  If you have to pick one. |
| 16 | A    Are they on the same street? |
| 17 | Q    Yeah.  They're across the street from each |
| 18 | other. |
| 19 | A    I'm going to do both. |
| 20 | Q    What if you had to pick one? |
| 21 | A    I wouldn't pick one.  I would do both. |
| 22 | MR. MORA:  You're presented with a |
| 23 | hypothetical. |
| 24 | THE DEPONENT:  Oh. |
| 25 | MR. MORA:  Answer the hypothetical. |

```
 1              My objection stands as to the whole line
 2         of questioning as to the hypothetical.
 3              Assume the parameters that they have given
 4         you and answer.
 5              THE DEPONENT:  Okay.  Can you ask it
 6         again?
 7              MR. WARD:  Yes.
 8    BY MR. WARD:
 9         Q    On the one side is a house with grass as
10    long as that July 19th photo and on the other side
11    is a vacant house with the windows open and you can
12    only write up one.
13              Which would you write up?
14              MR. MORA:  Again, just objection.
15              THE DEPONENT:  That is really a tough one
16         to answer because it wouldn't be fair to either
17         property owner or it wouldn't be fair to me
18         doing my job to just say I'm just going to do
19         that one and not that one.  I know what I would
20         do.  I know what I told you earlier.  I don't
21         know how I could just pick one.  I think if it
22         got to that point I wouldn't pick either one.
23         I don't know.
24    BY MR. WARD:
25         Q    Better to treat them the same than to pick
```

```
1    one?
2        A    I try to do that all the time.  I try to
3    be fair.  Correct.
4            And if I can give you an example --
5        Q    Sure.
6        A    It would be like somebody calling and
7    saying "hey, there is a boat out here, it's been out
8    here for a while," I drive down the street and I see
9    the boat and across the street there is another boat
10   or down the street there is another boat.  I would
11   do all of them because that's part of being fair.  I
12   wouldn't be going there because -- we get accused of
13   targeting people and singling people out, which is
14   false.
15           So, in that regard, that's how we
16   operated.  If we got a complaint on a street for
17   whatever the violation, we would typically do that
18   entire street, and if we observed another violation
19   we would cite for that violation.
20       Q    What is just your reaction to somebody
21   getting fined about $30,000 for having an overgrown
22   lawn?
23           MR. MORA:  Objection.
24           You can answer.
25           THE DEPONENT:  My reaction is it's pretty
```

1           sad that we have to continue to send someone a

2           letter to cut their grass.  It shouldn't even

3           get to this point.  Very simple solution.  Keep

4           your property maintained, keep your grass cut

5           like I do, like you do, like we all do.

6               I always thought it was kind of silly that

7           we had -- I always make jokes about it -- to

8           send adults a letter to cut the grass.  It

9           seems kind of silly in a way because you

10          shouldn't have to tell responsible property

11          owners to cut their grass -- I mean, that's

12          just my opinion -- or maintain their property

13          or take their car out of the driveway that's up

14          on jacks, obvious things that you shouldn't

15          have at your property.

16     BY MR. WARD:

17          Q    And once you get to that point, if the

18     fine is that high, you didn't follow the law?

19          A    That's above my paygrade, the fines.  I

20     mean, the fines that are entered into our job, my

21     job, I try to avoid them at all cost.  I try to

22     avoid cases going to the Code Enforcement Board at

23     all cost.  I personally went out of my way to avoid

24     that.

25               That's why, like the letter says, the

1    process would be, if somebody simply picked up the

2    phone and said, "This is going on in my world, A, X,

3    Y, Z.  I need X amount of time."

4             "Fine.  How much time do you need?"

5             If the communication begins, you know, the

6    compliance stage kind of goes away and we then begin

7    to work with that person because we all want the

8    same thing, compliance.  We're not looking to take

9    people to the Code Enforcement Board.

10            Quite frankly, I was trying to get out of

11   it because it was more work for all of us.  It's

12   more costly for the City.  Personally, my view was,

13   if I could avoid that, I did and I did it a lot.

14   Once again, there has to be a call made to

15   facilitate that communication and work toward a

16   resolution.

17        Q    But you did take Mr. Ficken to the Code

18   Enforcement Board after he mowed his lawn?

19        A    Right.

20        Q    So you weren't avoiding taking someone to

21   the Code Enforcement Board in that instance?

22            MR. MORA:  Form.

23            THE DEPONENT:  That's a different set of

24        circumstances in this case.

25

1    BY MR. WARD:

2        Q    Does it bother you that he was fined $500

3    a day and the guy you mentioned earlier who was

4    accused of running a meth lab was only fined $250 a

5    day?

6             MR. MORA:  Objection.

7             THE DEPONENT:  I didn't cite for a meth

8        lab.  I don't have any authority to enforce any

9        criminal activity.  That particular one you're

10       talking about, he was cited for those

11       violations and went to the Code Enforcement

12       Board, he was found not in compliance and he

13       was fined the maximum amount of $250 a day.

14   BY MR. WARD:

15       Q    Would you raise the fine above $500 a day

16   if you could?

17       A    No.

18            MR. MORA:  Objection.

19   BY MR. WARD:

20       Q    Why not?

21       A    It's not my call.  Above my paygrade.

22   It's state law, from what I understand.  That's just

23   not my -- that's not my call.  My call when I was

24   there was to enforce code enforcement cases and try

25   to get them to some resolution.

1          Q    But what if it were your call; what if you

2     could change; would you?

3               MR. MORA:  Objection.

4               THE DEPONENT:  Change it to what?

5     BY MR. WARD:

6          Q    I'm asking would you have that maximum be

7     higher?

8               MR. MORA:  Objection.

9               THE DEPONENT:  Okay.  I think every case

10          is unique, every case has it's own set of

11          circumstances.  There are people that we've

12          dealt with that just do not want to do the

13          right thing.  It happens in this world, whether

14          it be code enforcement, whether it be criminal

15          stuff, and we have people that are very

16          anti-government for whatever reason.  They

17          don't feel that government should be telling

18          them what to do with their property.

19               So, in that regard, what do you tell

20          people nextdoor that are calling complaining

21          about it that have to live nextdoor to it.

22          We're thrown in the middle of these cases and

23          have to deal with them, and at the end of the

24          day sometimes we're like out there by ourselves

25          because it's not a good -- you know, any time

1    you're doing enforcement, as I said earlier,

2    you're not very popular, and I get that.  It's

3    part of the job, which I understand.  I got

4    pretty thick skin.

5        When it rises to this level like this case

6    here, like why we're here today, the way it was

7    reported, fake news, I'll call it exactly what

8    it was, that generated so many complaints.  Not

9    just to me.  I can take care of myself, but we

10   have females in the office who are on the

11   receiving end of a lot of these calls, people

12   screaming profanity of the way this was

13   reported, it rises to a different level.  It's

14   unfortunate it got to this point, but that's

15   the property owner that has to answer for that,

16   not the City of Dunedin, in my opinion.

17   BY MR. WARD:

18   Q    Sorry.  Was that last part that the

19   property owner, Mr. Ficken, should answer for the

20   publicity this case has generated?

21   A    That's not what I said.  I'm just stating

22   facts that have occurred since this case was

23   publicized.  The calls that I personally got,

24   messages that I got, the calls that other people in

25   my office got that were threatening in nature, laced

1    with profanity, people screaming.  I had one guy

2    call me from a 305 area code.

3                 "I'm coming to your house tonight."

4                 I called him back.

5                 I said, "Hey."

6                 It went to a voice mail.

7                 I said, "This is so and so calling you

8    back.  Come on over.  What time are you coming

9    over?"

10                 That's just a small example of what we

11   dealt with since this case, which is very

12   unfortunate.

13       Q    I'm sorry to repeat myself, but do you

14   think there are ever long grass cases where somebody

15   deserves more than a $500-a-day fine?

16                 MR. MORA:  Objection.

17                 THE DEPONENT:  That's state law.  That's

18            not my call.  I don't set the fine schedule.  I

19            don't have anything to do with that.  That's

20            not what we did in our role as code

21            enforcement.

22   BY MR. WARD:

23       Q    If the fines changed, if they were legally

24   different, would you think anything different about

25   fine recommendations or notices of violation?

1           MR. MORA:  Objection.

2           THE DEPONENT:  I don't know how to answer

3       that other than I would continue to do my job

4       as specified and as the law required.

5   BY MR. WARD:

6       Q    Like if the fine for the maximum daily

7   fine for a repeat violator was $1,000 a day and

8   maybe sometimes for long grass you would recommend

9   that; that's also the law?

10          MR. MORA:  Objection.

11          You can answer.

12          THE DEPONENT:  But in every case I was

13      very aware of the financial impact it had on

14      people and I was very concerned about it.

15  BY MR. WARD:

16      Q    In recommending the fine in this case,

17  which was part about $23,000 and then the other part

18  is still open, that's factoring in financial

19  concern?

20          MR. MORA:  Form.

21          THE DEPONENT:  That's factoring the

22      history of the previous violations of ongoing

23      for however many years that you have all that

24      data.

25

 1   BY MR. WARD:

 2        Q    Do you think the Board has ever issued a

 3   fine that was too high?

 4             MR. MORA:  Objection.

 5             You can answer.

 6             THE DEPONENT:  I don't recall.  They're

 7        very understanding.  They listen to people.  A

 8        lot of times they don't go with our

 9        recommendations, they will go lower.  All I can

10        say in that regard is that I think they're very

11        fair and they try to work with people just as

12        much as we do.

13   BY MR. WARD:

14        Q    Did they ever go above your

15   recommendations?

16        A    Yes, they have.

17        Q    Did you read -- stop me if you don't know

18   what I'm talking about -- the USA Today story about

19   fines here in town?

20             MR. MORA:  Form.

21             THE DEPONENT:  Is that where they compared

22        this case to the police shooting in St. Louis?

23             MR. WARD:  I don't believe so.  I'm not

24        sure.

25             THE DEPONENT:  He read one in USA Today,

1     and I don't understand the correlation to that.

2   BY MR. WARD:

3       Q    The part I'm thinking of -- I don't know

4   if we're talking about the same article -- talked

5   about a woman being fined about $100,000 because her

6   pool was green.

7            Does that sound too high?

8            MR. MORA:  Objection.

9            THE DEPONENT:  I would have to know all

10        the circumstances and facts on that.  I'm not

11        aware of those.

12  BY MR. WARD:

13      Q    Well, the basic story was that she gave

14  her keys back to the bank, but she still had title

15  for a bit and the violation started while she still

16  had title and then title transferred, but the

17  violation was still open and so she ended up owing

18  about $100,000.

19           Does that help?

20           MR. MORA:  Objection.

21           THE DEPONENT:  Oh, I recall part of it,

22        but there is a mechanism in place.  The

23        mechanism would be a telephone or coming into

24        the office and going this is my situation and

25        explain the situation to get it resolved, and

1      that happened a lot.  We're very understanding

2      to that and we listen.

3           So there is mechanisms in place that would

4      avoid someone being in that circumstance, and

5      it comes back to being a responsible person,

6      responsible property owner.

7           MR. MORA:  Andrew, it's your deposition,

8      but if we're going to continue on like a

9      philosophical debate on the cases outside of

10      what's at issue in this case, you know, I'm

11      just going to keep objecting.

12           MR. WARD:  That's fine.  We won't continue

13      for long.

14           MR. MORA:  Okay.

15           MR. WARD:  A couple minutes.

16  BY MR. WARD:

17      Q    Are you aware of whether Mr. Ficken tried

18  to get in touch with the City to resolve things?

19      A    Oh, there was some communications and so

20  forth, I believe.  There was some contact.

21      Q    In fact, he did that before the

22  September 4th meeting; is that correct?

23      A    I believe so.

24      Q    Okay.

25      A    But, once again, if you're out of town,

1    there is plenty of lawn services.  You can pick up

2    the phone and say "hey, can you please cut my

3    grass."  So there is ways to avoid these

4    circumstances, in my opinion.

5         Q    Do you know who Ann Lokey is?

6         A    Yes.

7         Q    She's a woman -- tell me if any of this is

8    wrong -- who is, you know, elderly, a widow, was

9    dealing with cancer, owes about $85,000.

10             MR. MORA:  Is that a question for the

11        deponent?

12   BY MR. WARD:

13        Q    The question is, does the fine sound too

14   high in that circumstance?

15             MR. MORA:  Objection.

16             You can answer.

17             THE DEPONENT:  I can tell you about the

18        case, right.  Mrs. Lokey is a collector of

19        stuff.  I don't want to call her a hoarder

20        because some people have a problem with that.

21        Many complaints to the point where cars in the

22        driveway are disabled, one van in particular.

23        Every car is full of stuff.  Early on, and

24        again this is inaccurate reporting because I

25        sent an email to Mr. Rice about this after it

1      came out to tell him about the case, but early

2      on prior to the citing of Ms. Lokey I had a

3      conversation with her.

4           "You need to get this place cleaned up.

5      We will provide you with a dumpster free of

6      charge.  I will get you some people to help

7      clean up."

8           If you know anything about hoarding, I

9      learned a lot about hoarding, they don't like

10     to get rid of stuff, they don't like people

11     touching their stuff.  All of those requests

12     went unanswered and it continued.  She came to

13     the hearing and nothing changed.  It's still --

14     it just went on.

15          So another example of a person not taking

16     responsibility to cleaning up their property.

17     I can tell you that I think it was the last

18     time I posted the property I actually fell

19     trying to get to the front door climbing over

20     stuff.

21          On one visit to her property I said, "Can

22     I go look in your backyard?"

23          She said, "Sure.  I have a lot of stuff

24     back there."

25          I went, "Okay."

1          So, as we're walking back there, I said,

2     "You must have a lot of rats."

3          She said, "No.  I have a lot of big black

4     snakes."

5          I go, "I'm out.  Goodbye.  Have a nice

6     day."

7          I don't like snakes.

8          But that's the story in that.  That's the

9     rest of the factual part.  Once again we get

10     portrayed to be the bad guy when we're

11     basically just doing our job and the pictures

12     tell the story if you see the pictures.

13          So that is another example of where that

14     offer was extended to Ms. Lokey.  For whatever

15     reason she didn't take us up on it to help her

16     clean up and it continues.

17  BY MR. WARD:

18     Q    And in that circumstance then $85,000, in

19  your opinion, is not too much?

20          MR. MORA:  Objection.

21          You can answer.

22          THE DEPONENT:  That's above my paygrade.

23     That's not for me to decide.

24  BY MR. WARD:

25     Q    Did you hear about the consulting study

1    that just came out that the City commissioned?

2         A    I heard about it.

3         Q    Did you hear anything about it or read it?

4              MR. MORA:  Objection.

5              THE DEPONENT:  Skimmed through it.

6    BY MR. WARD:

7         Q    Did you see where it said that some of the

8    fines are outrageous?

9         A    I don't recall that specifically.  Like I

10   said, I just skimmed through it.

11        Q    I'll show it to you.

12        A    Yeah.  I believe you.  I mean, you don't

13   have to show it to me.  I believe you.

14        Q    Well, in that case -- so the City hires an

15   outside consulting firm.  They say some of the fines

16   are outrageous.

17             What do you think about that?

18             MR. MORA:  Objection.

19             You can answer.

20             THE DEPONENT:  What do I think about

21        outrageous fines?

22   BY MR. WARD:

23        Q    What do you think about the firm that the

24   City hired concluding that some of the fines at

25   issue are outrageous?

1      A    Which cases were they talking about?

2        MR. MORA:  Objection.

3        You can continue.

4        MR. WARD:  They don't refer to specific

5    ones.

6        THE DEPONENT:  I can't answer that.

7  BY MR. WARD:

8      Q    Did you see that they recommended an

9  amnesty program of lower fines to $1,000?

10      A    Yeah.  I think that would be a good idea.

11      Q    Why do you think it would be a good idea?

12      A    Like I have been telling you today, we

13  work with people all the time, and there are people

14  that really need help, whether it be financial

15  issues, health issues.  I've reiterated that many

16  times today.

17        Again, I'm looking to work with people.

18  That's my background, you know, fixing problems, not

19  making them worse.  So I agree with that.  I think

20  that would be a good option.

21      Q    Do you think it would be fair if instead

22  of being fined the current amount Mr. Ficken -- if

23  his fines were reduced to $1,000?

24        MR. MORA:  Objection.

25        You can answer.

```
1              THE DEPONENT:  I think you have to look at
2         all the factors of the case.  You have to look
3         at all the circumstances.  Every case is
4         different.  Every case is unique.
5    BY MR. WARD:
6         Q    I'm asking about this case.
7              Do you think it would be fair if instead
8    of his current fines, his fines were $1,000?
9              MR. MORA:  Renewed.
10             You can answer.
11             THE DEPONENT:  I'm hesitant to put a
12        dollar sign on it other than discussing that
13        all the prior violations were the same thing
14        over and over again and the complaints were the
15        same thing.  So I can't really put a dollar
16        figure on it.
17   BY MR. WARD:
18        Q    Well, but it sounds like you think the
19   $30,000 is fair.
20             MR. MORA:  Form.
21   BY MR. WARD:
22        Q    Is that right?
23        A    It's a lot of money in my book.  I can't
24   answer if it's fair or not.  I really can't.  I know
25   what you're asking, but I can't say if it's fair or
```

1    not.  Again, it shouldn't have gotten to this point.

2         Q    I gotcha.

3         A    So that's my beef.

4              MR. WARD:  Let's take a break.

5              (Whereupon, there was a break in the

6         proceedings.)

7              MR. WARD:  Thank you for your time.

8              THE DEPONENT:  Yes, sir.

9              MR. WARD:  We are almost wrapped up.

10             THE DEPONENT:  Okay.

11   BY MR. WARD:

12        Q    The meeting minutes reflect that you were

13   at Mr. Ficken's on July 5th, 12th, 17th, 19th and

14   25th and August 1st, 3rd, 8th, 14th, 16th and 20th.

15        A    Yes, sir.

16        Q    Were you there any other days between

17   July 5th and August 22nd?

18        A    I don't recall.  The only way for me to

19   know for sure is if I took a photograph on that

20   particular date or if it's noted in my case file.

21        Q    Okay.  Did you consider the financial harm

22   of the fine you were recommending in this case?

23             MR. MORA:  Form.

24             THE DEPONENT:  Yeah.  I consider it to be

25        a lot of money for something in my opinion

1         that's very simple to correct.

2    BY MR. WARD:

3         Q    Did you want it to sting given the history

4    at this property?

5              MR. MORA:  Form.

6              THE DEPONENT:  Of course not.  I'm not

7         wired that way.

8    BY MR. WARD:

9         Q    So what did you want it to do?

10             MR. MORA:  Form.

11             THE DEPONENT:  Cut his grass.

12   BY MR. WARD:

13        Q    Do you remember any other repeat tall

14   grass fines?

15        A    I think you asked that earlier.  I don't

16   recall.

17        Q    Just to be clear, I'm not asking about

18   other ones $400 or $500.  Just any other repeat tall

19   grass fines.

20             MR. MORA:  Form.

21             THE DEPONENT:  Oh, I think there were.

22        Yeah.  I think there were.

23   BY MR. WARD:

24        Q    Do you know about how much those fines

25   typically were?

1      A    I don't remember.  As you know, there is a

2   Code Enforcement Board hearing once a month and, as

3   you guys know, we always had a pretty big calendar

4   of cases.  I don't recall.

5      Q    But, since you don't remember any others

6   that were $500, it's fair to say they were typically

7   not $500 per day?

8           MR. MORA:  Form.

9           THE DEPONENT:  Well, there may have been.

10          I'm sorry.  There may have been, but I just

11          don't remember.  I can say that it's unusual,

12          especially a property that we cited this amount

13          of time is unusual.  This is the only one that

14          I can recall that we've had that many cases at.

15          I don't recall any others like this one, if

16          that helps you.

17   BY MR. WARD:

18      Q    And the $500 for a repeat tall grass is

19   also unusual?

20          MR. MORA:  Form.

21          You can answer.

22          THE DEPONENT:  Well, once again, it's

23          state law, I believe, that regulates the fine.

24   BY MR. WARD:

25      Q    So is it the case that repeat fines for

1    tall grass are typically not $500 fines?

2              MR. MORA:  Form.

3              THE DEPONENT:  It would depend on the

4         circumstances of the property, amount of cases

5         prior to, is it vacant.  There is a lot of

6         factors that would enter into play, so I don't

7         know.

8    BY MR. WARD:

9         Q    I'm not asking you to predict a particular

10   one.

11        A    Right.

12        Q    Just in general they weren't generally as

13   high as $500 a day, were they?

14        A    In general, no.  I would say that's a fair

15   statement.

16        Q    Okay.  Why do you think you had a -- you

17   said you may have had a conversation with Mr. Ficken

18   on July 5th.

19             Why do you think that?

20        A    Because, like I said earlier, I got a

21   complaint about the property being overgrown and I

22   responded that same day.  That was the day that I

23   was there when I started taking the pictures, so

24   that's the date I thought it was.

25        Q    But you also testified earlier that

1    typically you don't get out of your car; is that

2    correct?

3         A    Correct.

4         Q    So is there a reason you particularly

5    think that this first day had a conversation on it?

6         A    I'm pretty sure it was that day because I

7    believe he was standing in his driveway when I

8    pulled up.  So I'm pretty sure it was that first

9    day.

10        Q    I'd like to show you what will be

11   Colbert 5, I believe.

12             Can you tell me what this appears to be?

13        A    It looks like an American Airlines form in

14   the name of James Ficken, itinerary information.

15        Q    Do you see the third and fourth entries

16   down; do those look to you like flights on May 19th,

17   2018, from Tampa to CLT Airport and then from CLT to

18   CAE?

19        A    It appears to be, yes.

20        Q    Do you happen to know what the airport

21   codes are?

22        A    I do know some.  Tampa, TPA.  What's the

23   other one.  CAE.  CLT.  No.  I don't know what those

24   are.

25        Q    It's not a quiz.  Sorry.  One is Charlotte

1    and one is Columbia.

2         A    Okay.  All right.  Okay.

3         Q    What's the status listed in that column

4    for those two flights?

5         A    Under --

6         Q    Under the status column, second from the

7    right.

8         A    It says "used."

9         Q    Fair to say then that this document says

10   that Jim Ficken used a ticket from Tampa to Columbia

11   on May 9th, 2018?

12        A    I have no idea if he went there or not.

13             MR. MORA:  Sorry.  May 9th is not correct.

14             MR. WARD:  All right.  I'm going to start

15        that one over.

16   BY MR. WARD:

17        Q    Does this document say that Jim Ficken

18   used a ticket to go from Tampa to Columbia,

19   South Carolina, on May 19th, 2018?

20        A    It appears to, yes.

21        Q    Okay.  I'm going to show you one more,

22   Colbert 6.

23             Could you tell me what this is?

24        A    It appears to be the same type of document

25   American Airlines in the name of James Ficken.

1    Itinerary information.

2         Q    The first two flights there, fair to say

3    this document reflects Mr. Ficken using a plane

4    ticket back from Columbia to Tampa on July 19th

5    2018?

6         A    Yes.

7         Q    If Mr. Ficken was away from Tampa and near

8    Columbia from May 19th, 2018, to July 19th, 2018,

9    could you have spoken to him on July 5th, 2018?

10             MR. MORA:  Form.

11             You can answer.

12             THE DEPONENT:  I don't recall what date it

13        was.

14   BY MR. WARD:

15        Q    You don't recall the date that you had

16   that first conversation with him?

17        A    No.

18        Q    And the date in the meeting minutes of

19   that conversation is August 20th?

20        A    Right.

21             MR. WARD:  I think we're all done.

22             MR. MORA:  I got some questions.

23                    CROSS-EXAMINATION

24   BY MR. MORA:

25        Q    Randy Mora on behalf of the City of

1    Dunedin.

2           Mr. Colbert, I've got a few limited

3    questions based on some of the testimony you've

4    given today.

5           Is one of the purposes of code enforcement

6    to address concerns of life, safety, health and

7    wellness?

8        A    Yes.

9        Q    Did you see that as a function of your

10   job?

11       A    Yes.

12       Q    Mr. Colbert, I want to turn your attention

13   to -- you were shown two photographs.  They were

14   Colbert 3 and Colbert 4.

15          Do you remember seeing those, sir?

16       A    Yes.

17       Q    The line of questioning concerned the

18   difference in the condition of the grass on those

19   two days; do you remember that?

20       A    Yes.

21       Q    During that discussion there was some

22   questioning suggesting the grass was slightly

23   shorter in Colbert 4 than in Colbert 3; do you

24   remember that?

25       A    Yes.

1     Q     Is it possible that the grass was cut, but

2     not cut to a height that was in compliance?

3     A     Possible.

4     Q     Looking at these two photographs alone,

5     are you capable of determining to what height the

6     grass was cut in between the image taken in

7     Colbert 3 and the image taken in Colbert 4?

8     A     I can't ascertain the height, but it's

9     clearly been cut.  There is difference in height.

10    Q     In Colbert 4 there was mention made of

11    what appear to be grass clippings in the photo; do

12    you see that?

13    A     Yes.

14    Q     Does it appear whatever grass was cut was

15    left in place?

16    A     Appears to be.

17    Q     Sir, if a resident is out of town, does

18    that excuse them from complying with the City's

19    code?

20    A     No.

21    Q     In your capacity as a code enforcement

22    inspector, do you personally directly assess fines

23    against individual properties?

24    A     No.  That's a decision made by the Code

25    Enforcement Board.

1      Q     But, as a code inspector, were the Code

2  Enforcement Board considering whether to assess a

3  fine, you would make a recommendation as to a fine,

4  correct?

5      A     Correct.

6      Q     And your recommendation would be for a

7  daily sum; is that correct?

8      A     Correct.

9      Q     Did you ever recommend aggregate sums, say

10  I recommend this property is assessed a charge of

11  $15,000, for example?

12      A     No.  It goes by a daily fine.

13      Q     The last two images you were shown were --

14  I failed to mark which one was Colbert 5 and

15  Colbert 6 on my papers, but appear to be two --

16          MR. WARD:  Five is the earlier flights.

17          MR. MORA:  -- itineraries.

18          Thank you.

19  BY MR. MORA:

20      Q     Have you ever seen these documents before

21  today, sir?

22      A     No, I have not.

23      Q     Are you an employee of American Airlines,

24  sir?

25      A     No, I am not.

1     Q    Are you custodian of American Airlines'
2  records?
3     A    No.
4     Q    Are you in any way able to authenticate
5  the accuracy or legitimacy of this record?
6     A    No.
7     Q    In the records and getting to their actual
8  content, in Colbert 5 there was a discussion -- the
9  second two entries indicate a flight from Tampa to
10  what's been represented to you as Columbia, the
11  city, not the country, on May 19th, 2018.
12         Do you see that on Colbert 5?
13     A    Yes.
14     Q    And then on Colbert 6 almost exactly maybe
15  two months to the day a returning flight from
16  Columbia to Tampa; do you see that?
17     A    Yes.
18     Q    Looking at these two records alone, are
19  you capable of ascertaining whether Mr. Ficken
20  returned to Tampa and back to Columbia in between
21  those two flight dates?
22     A    No.
23         MR. MORA:  I have nothing further.
24         Do you have anything else?
25         MR. WARD:  One quick one.

REDIRECT EXAMINATION

BY MR. WARD:

Q    At the September 4th meeting, you recommended a $500-a-day penalty for a violation that was 48 days long and then another one that was open, correct?

A    Yes.

Q    For the 48-day violation could you have figured out the aggregate fine at $500 per day at the time of this meeting?

A    Could I have figured out what it would cost?

Q    What a fine of $500 per day for 48 days would be?

A    I guess I could have figured out the total.  I don't know if I calculated it.

MR. WARD:  That's it.

THE DEPONENT:  Read.

(Whereupon, the deposition was concluded at 4:50 p.m.)

(Exhibits 1 through 6 were marked for identification.)

* * * * *

ERRATA SHEET

INSTRUCTIONS: Please read the original transcript of your deposition and make note of any errors in transcription on this page. DO NOT mark on the original transcript itself. Please sign and date this sheet and then kindly return the transcript to the court reporter. Thank you.

PAGE            LINE                CORRECTIONS/AMENDMENTS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I have read the original transcript, and except for any corrections and/or amendments noted above, I hereby subscribe to the transcript as an accurate record of the statements made by me.

                    DEPONENT -----------------
                    DATE: --------------------

        MURRAY & ASSOCIATES COURT REPORTING

1        WITNESS' SIGNATURE PAGE

2

3        I have read the foregoing pages,

4        and, except for any changes or

5        amendments I have indicated on the

6        sheet attached for such purposes,

7        I hereby subscribe to the accuracy

8        of this transcript.

9

10       _____

11       THOMAS COLBERT

12       _____

13       DATE

14       _____

15       WITNESS TO SIGNATURE

16

17

18

19

20

21

22

23

24

25

1                      CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4

5    COUNTY OF PINELLAS

6

7         I, the undersigned authority, certify that

8    Thomas Colbert personally appeared before me and was

9    duly sworn.

10

11        WITNESS my hand and official seal this 9th day

12   of March, 2020.

13                         /s/ KATHERINE A. LYLE

14                         _____

15                         Katherine A. Lyle

16                         Notary Public - State of Florida

17                         My Commission Expires:  1/20/23

18                         Commission No.:  GG260915

19

20

21

22

23

24

25

```
 1                    REPORTER'S CERTIFICATE
 2
 3    STATE OF FLORIDA
 4    COUNTY OF PINELLAS
 5
          I, Katherine A. Lyle, Registered Professional
 6    Reporter, certify that I was authorized to and
      did stenographically report the Deposition of
 7    Thomas Colbert; that a review of the transcript
      was requested; and that the transcript is a
 8    true and complete record of my stenographic
      notes.
 9
          I further certify that I am not a relative,
10    employee, attorney, or counsel of any of the
      parties, nor am I a relative or employee of any
11    of the parties' attorney or counsel connected
      with the action, nor am I financially
12    interested in the action.
13
          Dated this 9th day of March, 2020.
14
15                    /S/ KATHERINE A. LYLE

16                    _____

                      Katherine A. Lyle
17
18
19
20
21
22
23
24
25
```

**A**

**a** 1:12,13,15,16,17
2:8 4:2,7,12,15,17
4:21,24 5:1,3,4,6
5:6,10,13,17,21
5:24,25 6:1,1,18
6:19,20 7:11,12
7:20,22,24,25 8:3
8:10,18,24,25 9:2
9:3,7,15,18,18,23
10:2,5,9,12,17,19
10:21,23,25 11:5
11:7,9,11,14,14
11:17,20,22,24
12:1,3,9,13,15,19
12:21,24 13:2,4,7
13:7,9,12,16,17
13:18,21 14:3,5,8
14:8,10,14,16,17
14:21,22,25 15:2
15:5,8,20,21,25
16:5,5,8,9,12,14
16:16,17,20,21,25
17:2,2,5,5,15,18
18:8,10,12,13,15
18:17,22,22 19:5
19:5,7,11,11,12
19:16,20,23 20:4
20:6,6,8,11,11,13
20:16,18,20,22
21:6,6,7,9,16,18
21:24 22:4,8,13
22:16,19,24,25
23:2,2,4,6,8,15,15
23:25 24:1,2,5,14
24:21 25:5,8,8,11
25:11,16,17,18,21
25:24 26:2,4,6,7,9
26:9,10,10,13,16
26:16,21,24 27:8
27:10,12,16,17,21
27:24 28:2,6,13
28:15,21,24 29:2
29:11,13,15,15,17
29:18,23 30:6,7,9
30:13,13,18,20,24
31:2,4,6,6,9,12,14
31:14,25 32:3,13
32:14 33:6,9,19
33:21 34:1,3,8,9
35:5,9,10,10,11
35:18,20,20 36:4
36:9,17,20,24
37:4,6,7,11,14,19
38:2,5,6,14,16
39:4,6,9,15,16,17

39:22,23,24,25
40:2,4,6,11,17,17
41:6,9,9,12,14
42:4,8,10,10 43:2
43:5,8,16,18,23
44:2,9,12,15 45:4
45:5,6,25 46:3,5
46:11,13,13,21,24
46:24,24 47:2,2,3
47:4,5,7,12,13,14
47:14,14,23,23,24
48:8,15,21,22,24
49:2,2,3,5,7,12,16
49:20,23,24,25
50:6,9,11,13,17
51:15,17 52:5,10
52:18,21,24 53:10
53:18,23 54:3,6
54:13,16,17,18,20
54:24 55:1,11,13
55:15,24 56:2,4,8
56:22,23 57:12,20
58:1,7,10,10,12
58:16,21,25 59:2
59:3,3,7,10,11,12
59:14,15,17,20,25
60:3,17,19 61:4,8
61:13,20,21,24,25
62:1,3,8,9,11,13
62:15,17,18,20
63:8,11,14,17,18
63:19,20,21,24
64:11,18,19,20,23
65:1,7,14,21 66:2
66:4,7,13,15,17
66:17,20,24 67:6
67:19,20,23,25,25
68:7,9,14,16,21
69:2,8,8,14,16,20
69:22,23 70:7,10
71:2,3,10,12,21
71:24,25 72:3,5,9
72:10,11,13,20
73:2,11,17,23
74:1,2,5,21,24,25
75:1,7,10,12,17
75:21,24 76:1,5,6
76:9,9,10,14,14
76:18,19,24 77:8
77:9,16,18,19,25
78:5,8,11,13,13
78:14,14,15,18,20
79:6,7,11,12,13
79:19,20,21,22,23
79:25 80:10,10,12
80:14,19,20,21,24
81:3,3,6,8,10,11

81:12,15,22,24
82:1,5,5,14,17,24
83:9,10,12,12,15
83:18,19,22 84:7
84:8,13,16,17,24
85:8,10,13,16,16
85:20,23,23,24
86:5,6,9,11,13,14
86:16,17,18,21,22
87:4,15,20,24,25
87:25 88:7,12,16
88:19,22,25 89:1
89:3,10,13,17,19
89:22,24,25 90:2
90:2,3,19,20 91:1
91:2,8,10,10,14
91:19,20,24 92:1
92:3,5,7,16,20,25
92:25 93:3,6,8,8,9
93:11,13,23,23
94:11,15,18,20,24
95:1,11,14,19,23
95:25 96:3,5,5,8
96:11,14,14,20,20
96:23,25 97:3,7,9
97:10,14,16,18,20
97:22,25 98:3,11
98:14,15,21,23
99:2,3,7,9,14,15
99:19,20,21 100:8
100:10,12,18
101:1,5,7,8,12
102:11,17,20
103:2,4,14,18
104:3,5,6,7,11,18
104:20 105:1,6,13
105:14,17,22,24
106:3,5,7,14,16
106:24 107:2,6,8
107:10,14,19,22
108:3,6,6,8,13,17
108:20 109:10,13
109:17,19,22
110:4,12,21,24
111:1,3,4,14,18
111:22 112:3,5,25
112:25 113:9,13
113:15,19,21
114:1,1,4,5,6,14
114:18,20,23,25
115:4,5,6,7,14,18
115:24 116:1,4,23
117:3,5,5,8,9,11
117:11,12,16,17
117:19,19,20,21
117:22 118:1,6,10
118:12,13,15,20

118:21,25 119:2,3
119:6,17,19,22,22
120:3,4,5,7,9,15
120:20,22 121:8
121:13,14,15,17
121:23 122:5,14
122:16,20,23,25
123:1,3,7,10,15
123:22 124:5,8,11
124:11,12,14,16
124:19,21,22
125:9,11,15 126:2
126:6,7,8,16,16
127:1,8,9,19
128:2,13,14,15,19
128:23 129:3,4,4
129:7,13,15,17,21
130:25 131:11,13
131:21 132:2,6,10
132:15 133:7,7
134:2,7,16 135:5
135:15,22,23
136:1,5,8,15,19
136:23,25 137:6,7
137:8,10,18,19,20
138:2,5,9,15,23
139:2,3,5 140:2,9
140:12 141:1,10
141:10,11,12,20
142:11,15,23,23
143:3,4,5,15,18
143:19,25 144:15
145:1,1,2,3,12,18
146:5,9,11,13,14
146:14,16,17,20
146:20 147:3,4,5
147:6,13,19,22,25
148:2,5,8,10,12
148:18,20,24
149:3,6,17,20
150:2,8,9,11,16
150:20,25 151:2,3
151:8,13,16,17,20
151:21,24,24
152:1,2,3,3,5,6,8
152:10,12,12,22
152:25 153:3,6,8
153:9,13,15,17,22
154:4,4,7,11,13
154:15 157:13,15
158:5,7,7,9,10,15
158:16
**Abargil@ij.org**
2:17
**ability** 5:19,23
29:11 30:4
**able** 27:7,10,11

153:4
**about** 5:4 6:14 8:4,6
9:4,8,10,12,13
10:6,14 14:16,24
20:4 22:12 23:9
23:12 24:5 25:3,6
27:13,17 30:19,20
31:17 32:22,24,25
32:25 33:2 34:3
35:11 37:1 38:18
40:10,19 42:4,13
43:7,9,22 44:13
45:3,12 46:2
48:20,22 51:15,16
55:5 56:2,9 59:8
59:18 60:10,25
64:14 67:7 68:8
68:21 69:25 71:4
73:7 75:18 77:18
78:19 82:6,7,8
86:10 87:16,21,22
88:1 89:20 90:8
90:17 91:3,17,23
94:8,14 95:18
96:9 98:4 100:10
100:25 103:7
105:4,11,18
107:23 108:1
112:14 115:2,4,21
117:14 122:22
126:21 127:7
129:10 130:21
132:24 133:14,17
134:18,18 135:4,5
135:5,18 137:9,17
137:25 138:1,8,9
139:25 140:2,3,17
140:20,23 141:1
142:6 144:17,24
146:21
**above** 32:11 52:9
69:10 117:11
127:19 129:15,21
134:14 139:22
155:19
**academy** 15:12,12
15:13
**accepted** 15:11
**accident** 39:25
**accomplished** 66:1
**account** 36:25 80:22
**accuracy** 153:5
156:7
**accurate** 103:18
122:10 155:19
**accusation** 32:13
**accusations** 44:1

Case 8:19-cv-01210-CEH-SPF   Document 43-17   Filed 04/10/20   Page 161 of 192 PageID 2861

Page 160

87:11
accuse 33:6 70:24
accused 33:23 87:8
88:9 126:12 129:4
accusing 33:17
69:19,20
achieve 108:19
across 68:10,18
124:17 126:9
act 21:13
acted 65:23
action 37:6 67:21
73:25 74:4 85:25
158:11,12
actions 37:8
activity 40:20 129:9
actual 153:7
actually 12:7 18:18
19:6 29:16 33:16
37:25 67:15 93:17
138:18
add 63:8 67:19,22
74:19
added 23:20 41:10
additional 47:19
61:12 121:3
address 23:2 40:14
72:25 150:6
addresses 28:4
addressing 42:12
Administration
16:11
administrator
60:19
admission 33:9
adults 127:8
advice 5:25 8:21
aerobic 19:7
affect 81:4
affecting 59:24
70:18
affects 75:24 76:3,4
affidavit 63:15,16
63:18 64:21
affiliated 39:8
affirmatively 22:25
97:20 109:10
after 8:12 13:19
14:12,17 19:4,10
24:18 32:12 50:9
50:19 54:2 58:15
60:16,18,21 75:3
92:14,19 107:23
108:5,14 109:23
111:5,20 112:3
116:3,8 121:4
128:18 137:25

aftermath 85:11
afternoon 4:6,7
again 31:6 69:10
74:7 77:4 86:4
99:10 108:9 109:8
110:9 111:22
112:11 125:6,14
128:14 136:25
137:24 139:9
141:17 142:14
143:1 145:22
against 4:13 44:6
57:20 65:19 87:12
151:23
agenda 31:21
agent 5:13 18:13
aggregate 152:9
154:9
ago 12:5 26:7 27:16
39:15 41:15 43:5
48:22 63:17 82:15
83:19 85:20 94:12
agree 31:24 33:14
78:17 119:5
141:19
agreeing 33:11
agreement 48:7
82:10
ahead 112:9
air 37:25
aircraft 18:25
Airlines 147:13
148:25 152:23
Airlines' 153:1
airport 147:17,20
all 7:10 23:24 25:24
26:2,4,10 29:1
31:7 32:11 33:19
33:19 36:11 50:1
50:3 51:6 69:11
69:24 76:12 86:6
101:2 113:4
117:11,13 121:17
126:2,11 127:5,21
127:23 128:7,11
133:23 134:9
135:9 138:11
141:13 142:2,3,13
148:2,14 149:21
allegation 33:3,11
44:9 88:12
allegations 36:10,11
88:8,25
allege 70:16
Allegedly 70:22
alleviate 101:15
allotted 48:2

almost 55:25 67:19
77:24 143:9
153:14
alone 151:4 153:18
along 17:7 29:8
34:21 65:10 73:6
76:21
already 45:21 110:6
110:13 111:6
also 10:3 21:19 47:7
55:10 59:11,12,14
67:19 93:19 97:2
97:5 101:2 106:5
114:9 118:7 133:9
145:19 146:25
alterations 73:9
always 14:10 27:14
31:8,18 46:16
64:7 65:23 82:16
118:17 127:6,7
145:3
am 33:6,16 38:12
38:23 152:25
158:9,10,11
amazed 31:8
amendments
155:19 156:5
American 147:13
148:25 152:23
153:1
amnesty 141:9
amount 25:4,6
92:18 128:3
129:13 141:22
145:12 146:4
an 4:9 6:13 23:20
24:1 27:1 28:11
28:17 31:25 32:19
34:25 40:14 43:19
49:14 53:21 54:23
55:3 56:25 57:9
63:15,18 64:21
65:14 73:12 76:7
82:10 83:20 84:2
85:15 88:14
103:18 120:23
121:2 123:14
126:4,21 137:25
140:14 141:8
147:13 152:23
155:19
and 1:5,17 4:3,13
4:16,19 5:8 6:19
6:25 7:7,12,16,17
8:7,7 10:3,13,24
11:10,15,17 12:16
12:22 13:11,18,23

14:17 15:12,14,15
15:22,23 16:7,24
17:1,6,12,19,21
17:21 19:2,11
20:15,24 21:8,12
21:12 22:9,12,23
23:4,18 24:16,24
25:11,13 26:12,24
28:7 29:1,8 30:3
31:5 32:10,14,21
32:22 33:1,4,5,7
33:13,22 34:6,12
34:15 35:1 36:2
36:12,14,18 37:2
37:10,14 38:14,17
38:22 39:17,20,23
40:2,7,14,23
41:13 42:5 43:2
43:21 44:6,23
46:6,14,21 47:13
47:15,16,19,25
48:2,7,16,19,19
49:5,6,13,16
50:12,13,16 51:16
51:18,20 52:8,10
52:14 53:16 54:23
55:2,16,18 56:7
58:12,13,15 59:3
59:5,5,8,11,14
60:16,21,22 61:2
61:3,9,11 62:1,18
62:21 63:1,6,8,10
63:11,12,14,15
64:1,5,7,14,18,22
65:2,9,21,24,24
66:1,18 68:7,21
68:25 69:1,14
70:25 73:2,21,22
73:24,24 74:1,2,6
74:11,23 75:1,18
76:23 77:3,9,14
79:7,9 81:1,7,9,23
81:24 82:3,4,7
83:1,1,24 84:5,18
84:19 85:2,23,25
86:1,1,17 87:11
88:14 89:1,4
94:21 95:3,5,8
96:5,15 97:12,21
98:20 99:4 100:8
100:23 101:2,10
101:23 102:4,14
102:18,21 103:4
103:12,13 104:19
105:7,23 106:9,9
106:12 108:14,24
109:2,11,18

110:13 111:2
112:13,14 113:10
115:8,10 117:12
118:3,3,3,13,21
119:3,5,9,16,23
119:23 120:3,7,9
120:11,21,22
121:4,8 122:16,21
122:24 123:1,13
123:15,23 124:9
125:4,10,11,19
126:4,6,8,9,13,18
127:17 128:2,6,13
128:15 129:3,11
129:12,24 130:15
130:22,23 131:2
132:7 133:4,7,14
133:17 134:11
135:1,10,15,16,17
135:24,24,25
136:2,4,19 137:2
137:23 138:12,13
139:11,16,18
141:13 142:14,14
143:13,14,14,17
145:2,18 146:21
147:15,17 148:1
149:7,18 150:6,14
151:7 152:6,14
153:7,14,20 154:5
155:2,3,4,18
156:4 157:8,11
158:6,7,8
and/or 46:14 155:19
Andrew 2:14 4:9
136:7
angry 32:1
animals 77:3,14
86:8
Ann 137:5
anonymous 45:5
another 16:13 22:7
35:7,8 36:7 37:4
38:6 49:11 60:11
67:22,22 68:16
89:2 100:21
105:25 121:4
126:9,10,18
138:15 139:13
154:5
answer 6:23 7:7,8
7:25 8:20,22
14:11 21:4 26:18
38:8 42:23 43:12
44:18 50:22 51:22
51:24 53:24 56:14
57:4,5,6,15 58:22

62:9 67:2 70:21
72:20 73:16 75:22
78:8,16 81:22,25
82:24 83:2,8,11
84:12 110:16
111:24 116:9
117:18 124:25
125:4,16 126:24
131:15,19 133:2
133:11 134:5
137:16 139:21
140:19 141:6,25
142:10,24 145:21
149:11
answered 25:19
42:18 61:16 72:22
74:7 75:21 77:4
82:12
answering 7:4 8:16
9:2 101:10
answers 6:25 7:3,15
7:17
anti-government
130:16
any 5:18,22 6:11
8:25 9:4,24 11:10
11:13 12:2,11,16
18:9 19:13,18
21:5,23 25:3
36:22 39:7 40:15
41:5,7 43:19 44:7
48:15,16 49:1,13
50:14 56:14 58:18
59:15,21 61:5
67:17 71:7,11
76:4 78:4,6,24
79:8,18 83:11
86:19,20 87:7,21
88:23 89:15,21,23
95:4 96:12,13
97:9 98:25 103:21
104:2,4,8,24
115:19 116:2,8,11
117:18 121:22
122:12,18 123:8
129:8,8 130:25
137:7 143:16
144:13,18 145:5
145:15 153:4
155:2,19 156:4
158:10,10
anybody 36:4
Anyhow 17:19
37:18
anymore 33:24 51:3
anyone 10:4,11,22
11:1 18:4 25:22

39:7
anything 7:16 9:16
9:21 12:14,20
36:8,25 37:13
43:17 49:21 67:6
70:24 89:2 91:15
91:17,21,23 96:1
96:9 98:4 105:3
105:11 111:6
113:6 115:2,4,16
117:14 132:19,24
138:8 140:3
153:24
anyway 9:5
anywhere 80:20
91:9 102:8 112:23
apologize 6:11
appear 58:16 93:9
105:20 106:5
123:25 151:11,14
152:15
APPEARANCES
2:13
appeared 107:2
157:8
appears 105:17
106:3 108:13
147:12,19 148:20
148:24 151:16
appointment 10:19
Appraiser's 46:8
appreciate 32:22
approach 120:6
approaching 16:25
appropriate 60:9
73:25
appropriately 62:23
75:19 86:18
115:10
approximate 92:18
April 19:24 20:2
122:22
are 2:5 5:18 6:17
7:3,13,14 11:18
15:25 21:9,10
24:25 25:1,9,12
26:15 28:13 29:15
29:23 33:10 34:2
35:17,18 36:5,14
42:12 56:9 57:20
65:2,24 69:19
71:24 73:3,4 75:5
75:15,15 83:1
86:19 90:7 91:12
93:24 102:18
103:18 115:18
123:25 124:9,16

127:20 130:11,15
130:20 131:10
132:8,14 136:17
137:22 140:8,16
140:25 141:13
143:9 146:1
147:21,24 151:5
152:23 153:1,4,18
area 21:9 28:12
132:2
aren't 7:2 43:21
91:21 94:6
Ari 2:14 4:11
ARLENE 1:12
around 14:13 17:12
17:19 21:11 22:18
32:4 42:13 44:11
73:4 116:6
arrest 16:24 17:8
27:1,1,3,4
arrested 34:9 35:18
arrests 35:10 40:15
article 135:4
as 1:10,11,12,13,15
1:16,17 2:5 4:2,3
5:13,25 6:13,14
6:18 7:25 8:5
18:12 19:12 21:25
24:20 26:16 28:21
34:8 37:6 39:17
41:12,12 42:17
43:20 46:9,22
48:23 49:12 52:12
52:12,20 57:22
65:14 71:12,24
72:4 73:4,6 76:16
79:4,4,13,23 80:3
84:1,1 87:15 93:4
93:24 98:18,18
100:17 102:1,1
104:19 106:6
109:21 114:1,15
114:16 125:1,2,9
125:10 131:1
132:20 133:4,4
134:11,12 139:1
145:1,2 146:12,13
150:9 151:21
152:1,3 153:10
155:19
ascertain 151:8
ascertaining 153:19
ask 7:7,12,22,25 8:4
8:12 9:1 37:24
62:7,15 64:16
65:3 70:10 73:13
76:1 77:15 100:9

107:20 110:11,20
120:7 125:5
asked 21:21 42:15
45:17 88:5,7 95:3
95:6 110:23
111:20 112:3
118:21 120:21
144:15
asking 6:23 10:14
18:8 27:16 39:4
62:6 63:17 91:12
106:22,25 110:18
117:7 130:6 142:6
142:25 144:17
146:9
asks 119:24
assess 151:22 152:2
assessed 152:10
assigned 16:22
assist 29:21,25
associated 45:7
ASSOCIATES
155:24
association 59:5
assume 27:14 125:3
at 2:4,9 6:5,8,11
8:25 9:3 12:12,17
13:22 15:9,10,15
15:18 16:8,10
18:19,20 19:2
20:7 21:15 23:3
25:24 26:2,4 29:4
33:19,19 34:19
39:16,22 40:20
42:25 46:15 47:8
47:21 48:1,24
49:4 52:22 54:12
58:12,13,16 59:20
60:1,4 61:2,12,13
62:4 63:13,14
64:19 69:24 71:4
80:4,25 81:3 87:3
90:7 92:20 94:16
97:8 98:23 100:3
100:18 102:4,12
103:15,16,20
104:15,18 109:6
115:16 120:16,22
122:24 123:24
124:3 127:15,21
127:22 130:23
136:10 140:24
142:1,3 143:13
144:4 145:14
151:4 153:18
154:3,9,9,20
attached 156:6

attacking 36:12
attend 11:25
attended 11:24
14:21
attending 13:14
attention 34:12,12
150:12
attorney 2:23 4:9
8:7 120:24 158:10
158:11
attorney's 8:21 9:19
18:2
attorneys 2:18 10:1
10:5,7,11,16
attracts 77:13
August 95:1,2,9,17
97:4,5,15 98:5,24
99:13,17,21 100:5
100:8,16 101:3,24
102:15 103:13
105:5,10,12 107:7
107:11,12,18
108:2,5,11,15,19
108:21 109:2,7,11
109:12,14,16,21
109:21 110:22
111:15 112:4
115:22 116:3,8
118:3 120:13,21
121:2,6,12 143:14
143:17 149:19
authenticate 153:4
authority 56:4
129:8 157:7
authorized 158:6
available 13:25
Ave 2:1
Avenue 2:20
avoid 37:14 79:4
92:7 98:15 99:3
99:14,21 127:21
127:22,23 128:13
136:4 137:3
avoiding 128:20
aware 71:16,25 87:8
87:23 133:13
135:11 136:17
away 92:12 128:6
149:7

B
back 12:3 13:4 16:6
16:22 17:13,22
18:24 20:25 23:3
26:20 27:2 31:5
37:5 46:9,16
48:23 54:3 61:22

62:2 63:8,21 64:2
64:25 65:2,13
73:20,22 74:10,16
74:18,20,22,23
75:17 83:18 87:11
87:18 89:6 93:17
94:5,9 95:6 96:14
102:22 107:3
115:22,25 120:12
123:13 132:4,8
135:14 136:5
138:24 139:1
149:4 153:20
**background** 11:17
33:5 40:4 90:16
141:18
**Backing** 46:1 95:20
**backyard** 138:22
**bad** 37:13 139:10
**bank** 135:14
**bar** 35:21 68:9,17
69:7 70:4,6,8,17
70:25
**Bargil** 2:14 4:11
**based** 68:25 88:4
94:21 114:16
150:3
**basic** 135:13
**basically** 18:3 28:11
58:20 60:23 65:21
65:22 69:11,21
91:21 98:7 121:3
139:11
**basis** 20:13,13
21:23 50:17 80:21
**Bayshore** 68:19
**be** 6:2,23 8:13 14:10
15:2 19:1 20:8
21:8 22:24 23:17
23:20,21 24:3,3,4
24:18 25:4,20
27:6,10 32:13
33:8,22 36:19,23
37:3 40:1 43:10
43:21 44:3,4,8
46:16,25 47:19
48:8 49:6 53:23
56:23 57:15 60:9
60:10 61:2,3
62:21 63:25 66:17
73:5 74:6 75:2
77:11 79:4,7,19
79:22,23 80:19,20
81:19 82:20 83:6
83:23,25 84:2
86:11 87:5 91:10
93:9 95:4,7,15

97:24,25 102:6
105:17,20 106:1,3
106:5,19 107:22
108:13 114:12,21
117:15 118:22
120:24 121:7,15
121:17 122:9
125:16,17 126:3,6
126:12 128:1,14
130:6,14,14,17
135:23 139:10
141:10,11,14,20
141:21 142:7
143:24 144:17
147:10,12,19
148:24 151:11,16
152:6,15 154:14
**became** 13:9 16:11
16:17
**because** 8:12 14:5
17:4 21:10,15
25:10,14 30:18
31:11 33:8 36:13
37:24 38:5,18
49:24 53:22 63:1
63:24 64:17 65:9
68:24 69:9,12
70:17 72:15 73:3
74:22 77:24 78:14
79:22 81:6,22
82:24 85:11,12
86:16 89:4 96:16
98:11 99:7,9
101:5 104:21
107:22 111:14
112:12 114:25
119:4 123:13
125:16 126:11,12
127:9 128:7,11
130:25 135:5
137:20,24 146:20
147:6
**beef** 143:3
**been** 4:2 5:2 19:24
25:10 31:11,23
34:11 39:24 40:9
45:21 50:13 53:6
61:25 64:6,25
67:20 68:24 69:9
70:17 71:1,7 82:3
85:18 87:7,24
96:15 97:19
100:21 101:13
107:2,21 108:4
112:16 114:10
120:5 126:7
141:12 145:9,10

151:9 153:10
**before** 2:8 5:2 7:8
12:25 33:4 42:14
42:19 52:19 66:16
74:10 75:20 80:7
80:9 90:4 97:21
97:23 105:4,12
109:12 111:10,16
119:10,24 136:21
152:20 157:8
**begin** 120:9 128:6
**begins** 128:5
**behalf** 31:16 121:1
149:25
**behavior** 71:13
**being** 14:6 17:25
27:11 30:19 35:17
38:1 41:17 42:21
43:24 54:19 59:9
66:16 69:2 75:23
76:5,22 81:7
85:12 88:1,9
103:19 104:9
119:4 126:11
135:5 136:4,5
141:22 146:21
**believe** 22:24 41:2
42:11 47:7 55:16
92:4,6,8 94:15
96:17 98:16,25
99:10 100:22
101:1 102:5 105:6
134:23 136:20,23
140:12,13 145:23
147:7,11
**believes** 95:2,8
**bell** 90:19
**besides** 27:7 62:24
96:10 115:3 118:8
**best** 113:16
**bet** 108:6
**better** 7:22 37:11,14
66:2,7,24 67:7
125:25
**between** 47:12
106:11 143:16
151:6 153:20
**beyond** 18:20 48:17
78:2 91:18 103:21
104:9
**big** 139:3 145:3
**billed** 30:22
**billing** 49:20
**Biscayne** 2:15
**bit** 5:4 69:22 106:14
135:15
**black** 139:3

**blank** 42:15
**Board** 1:9,10,11,13
1:14,15,17,18
9:12,13 11:3,4
26:1 31:10 43:2
45:24 47:5,13,18
48:5,14,18 50:10
51:1,2,3 57:1,6
58:8,16,22 59:15
60:16,20,24 61:9
61:20 63:19 64:12
64:18,22 80:16
86:23 89:8 97:10
119:10 121:5
123:9 127:22
128:9,18,21
129:12 134:2
145:2 151:25
152:2
**boat** 31:6,10,17
126:7,9,9,10
**book** 142:23
**boss** 32:21 51:15
52:17,20,23
**boss's** 52:22,22
**both** 27:8 52:11
84:24 88:2 124:19
124:21
**bother** 129:2
**bothered** 43:6
**bothers** 32:17
**Boulevard** 2:15
**BOWMAN** 1:9
**Brady** 16:9,23
**Bramley** 45:17 52:2
52:17
**Bramley's** 50:19
**break** 8:25 9:3 10:8
49:24 50:6 71:5
78:20 83:12,15
117:21,22 143:4,5
**breaking** 56:12
57:23
**breaks** 9:4
**breeds** 85:2
**brief** 6:21 15:25
92:12 98:8
**bring** 25:22 26:5
34:15 37:4 40:14
58:23 60:11
**broke** 92:9 109:1
**broken** 40:8 94:13
98:17
**brother** 17:5,21
**brought** 33:17
36:10
**bullet** 94:16,19,23

99:24 120:16,18
**bulleted** 94:17
**bullets** 100:3
**bunch** 9:18 18:22
**BUNNY** 1:17
**business** 13:7 41:1
43:19
**bust** 16:20
**busy** 24:3
**but** 4:23 7:5 8:21
9:2,19 10:15 12:5
17:5,16,17 18:19
19:23 21:19 22:18
25:20 28:5 31:8
33:17 34:18 36:22
37:25 39:19 40:9
45:7 51:24 52:11
56:1 57:19 59:10
62:14 71:25 73:7
75:2,22 77:18,21
78:1,13,17 79:5
79:21 82:12,16
83:4 90:1,4 95:6
95:17 96:25
100:15,20 104:17
106:17 112:19,23
113:11,14,15
114:16 116:6
117:3 119:9
128:17 130:1
131:9,14 132:13
133:12 135:14,16
135:22 136:8,25
138:1 139:8
142:18,25 145:5
145:10 146:25
151:1,8 152:1,15
**buy** 16:20
**by** 2:3 3:3,4,5 4:5
6:16 8:9 9:25 14:6
14:22 15:25 21:3
23:22 24:12,13
26:22 28:9,11
29:10 30:16 31:23
32:21 35:3 39:2
39:13 41:21 42:1
43:4,14 44:3,8
45:1,16,23 46:5
47:16 48:1 50:8
50:24 51:10,19
52:1,16 53:1,7,14
54:1,11 55:9
56:16,24 57:8,18
58:6 60:5,15
61:19 63:5 64:12
65:12,18 66:6,22
67:5,11,16,25

68:11 69:4 70:3
70:15,23 71:6,17
72:1,24 74:14
75:9,14 78:3,23
79:4,7,10,17 80:6
81:2 82:13,22
83:4,17 84:4,22
85:7,12 86:12
87:6,17 90:15
91:7 94:10 95:2,9
96:18 98:10 100:7
102:7 103:1,9
104:1,13,23
106:16,21 109:4
110:3,10,19
111:12,25 112:22
113:5,24 116:12
116:20 117:2,24
119:8,15 121:21
122:2,11 124:2
125:8,24 127:16
129:1,14,19 130:5
130:24 131:17
132:22 133:5,15
134:1,13 135:2,12
136:16 137:12
139:17,24 140:6
140:22 141:7
142:5,17,21
143:11 144:2,8,12
144:23 145:17,24
146:8 148:16
149:14,24 151:24
152:12,19 154:2
155:20

**C**

**C-o-l-b-e-r-t** 4:17
**caddy** 68:10,18
**CAE** 147:18,23
**calculated** 154:16
**calendar** 145:3
**call** 19:8 20:7 21:24
21:25 23:17 25:8
26:16 28:22 29:4
31:14 32:9 35:11
35:23 43:21,23
49:3,8,12 50:12
53:10 55:16 62:21
64:6,10 77:1 82:1
82:5 123:23
128:14 129:21,23
129:23 130:1
131:7 132:2,18
137:19
**called** 4:2 17:7
32:20 115:6,8

132:4
**caller** 91:2
**callers** 87:13
**calling** 31:15,17
34:13 45:6 126:6
130:20 132:7
**calls** 20:24 23:15
34:6 35:2 38:10
38:11,21,25 41:3
44:21,21 45:5
55:15 131:11,23
131:24
**came** 16:14 25:12
26:6 28:5 46:16
48:23 66:10
109:23 120:1,18
120:20 138:1,12
140:1
**can** 8:8 23:16 25:14
27:14 28:5 31:19
35:15 36:3 38:8
39:3 42:5,23
43:12,18,23 44:18
50:22 51:6,22
53:19 57:4,11
59:2 62:3 64:6
66:18,19 67:2
70:21 72:9 73:1
73:16 76:16 78:8
78:8 80:19 81:21
81:24 84:7,25
85:10 86:6,8,19
86:23 90:23 91:3
92:6 98:14 99:25
105:3,16 107:4
111:25 113:16
120:17 122:12,18
123:5,7,8,17
124:3 125:5,11
126:4,24 131:9
133:11 134:5,9
137:1,2,16,17
138:17,21 139:21
140:19 141:3,25
142:10 145:11,14
145:21 147:12
149:11
**can't** 26:24 28:4
39:19 51:5 57:5
64:2 76:13 77:21
82:24 83:2 86:16
86:21 89:25
111:24 112:23
113:6 118:18
141:6 142:15,23
142:24,25 151:8
**cancer** 137:9

**capability** 29:24
**capable** 151:5
153:19
**capacity** 1:10,11,12
1:13,15,16,17
151:21
**car** 22:19 39:23
74:24 104:5
127:13 137:23
147:1
**care** 25:14 66:19,19
120:11 131:9
**career** 12:6 14:2,4,7
17:3 18:1 27:2
**Carolina** 148:19
**cars** 137:21
**CARSON** 1:13
**case** 1:3,3 3:20 4:12
8:20 11:2,15
16:21,23 18:2
23:10 26:13 27:10
34:3,4,5,11 36:10
43:1 44:15 46:24
46:25 47:2,5,13
47:13,14,23,24
48:4,4,13 49:21
50:16,17 51:15,25
58:7 60:8 61:8,25
63:25 73:25 78:1
79:8 82:4,6 86:5
87:5 89:19 90:5,6
90:8,24 93:8,10
93:12 95:23 96:10
96:13,16,19 97:9
97:9 98:1 100:18
102:12 103:3
104:18,22 107:3
108:24 112:2
114:10 116:7
119:19 121:15,18
122:17 128:24
130:9,10 131:5,20
131:22 132:11
133:12,16 134:22
136:10 137:18
138:1 140:14
142:2,3,4,6
143:20,22 145:25
**case-by-case** 80:21
84:8
**cases** 5:9 15:20,21
15:24,24 16:1
18:23,25 19:1
21:2,19 22:20
23:3 25:4,18,23
25:25 27:24 28:13
33:7 40:20 53:23

54:16,18,19 55:5
58:19 59:1 61:1
63:9 71:19 72:10
73:18 76:21 78:4
78:6,9 87:2 89:15
90:4 115:11
118:15 119:19
120:10 122:16,17
127:22 129:24
130:22 132:14
136:9 141:1 145:4
145:14 146:4
**categorize** 76:16
86:16
**caught** 35:22
**cause** 27:1 76:19
**causing** 76:23
103:21,24 104:9
**cautious** 30:19,20
**Center** 14:16
**certain** 26:17 39:5
59:8
**certainly** 33:22 75:2
**CERTIFICATE**
3:8,9 157:1 158:1
**certified** 58:10
**certify** 157:7 158:6
158:9
**cetera** 28:1 37:21
114:8
**chain** 33:14
**Chair** 60:20
**Chairman** 1:10
**challenge** 4:12
**change** 50:10 130:2
130:4
**changed** 52:10
103:7 132:23
138:13
**changes** 156:4
**charge** 52:13,15
138:6 152:10
**charges** 40:6
**Charlotte** 147:25
**check** 20:22,23
40:12 52:19 54:23
65:8 75:2
**checking** 108:7
**Chief** 16:8,24 17:4
17:20
**choice** 38:1
**circumstance** 62:10
136:4 137:14
139:18
**circumstances**
17:18 50:15 60:1
80:25 89:11 94:21

119:20 128:24
130:11 135:10
137:4 142:3 146:4
**circumvented** 66:15
**cite** 38:17 40:8
68:24 69:7,11,13
119:9 126:19
129:7
**cited** 31:6,23 35:9
35:13,24 38:18,19
39:22 40:6 43:24
45:21 51:16 71:1
114:10 119:2
129:10 145:12
**citing** 70:4,6,17,25
138:2
**city** 1:8 4:19,23 9:9
9:9,11,11,19 10:6
16:10 19:11,14,21
21:25 22:11 32:20
32:21 33:10,13
35:11 37:20 38:19
39:4,6,8,9 42:6,12
45:10,17 49:4
68:1,1,2,5 70:5
88:3,7 94:20
114:2,11 121:4
122:22 128:12
131:16 136:18
140:1,14,24
149:25 153:11
**City's** 10:1,11,15
120:19,20 151:18
**Civil** 2:6
**civilized** 58:1
**clarify** 47:24
**clean** 138:7 139:16
**cleaned** 138:4
**cleaning** 29:17
138:16
**cleanup** 30:3
**clear** 30:11 64:7,9
81:6 144:17
**clearly** 4:14 151:9
**Clearwater** 2:2,21
**Clerk** 121:4
**climbing** 138:19
**clippings** 106:10
151:11
**close** 48:3 50:17
82:4
**closed** 61:2,4,20
63:18
**closing** 18:22
**CLT** 147:17,17,23
**clue** 49:6
**cocaine** 16:21

code 1:9,10,11,12
1:14,15,16,18
4:12 5:1 9:13 11:3
11:4 19:12,13
21:10 22:9 25:25
28:2 30:25 31:7
31:10,21,23 33:18
37:19 38:5 41:5
42:25 43:1 44:13
46:24 47:4,13,17
47:24 48:5,18
52:15 55:15 56:11
56:17 57:23 58:2
58:8,16,21,23
59:11,14 60:20,24
61:9 64:11 67:21
69:6,21 70:1,2
71:8,13 73:2
76:13 80:24 86:23
87:7,12,14,18,21
89:13 97:10 106:6
106:23 110:6,14
111:5,7 119:10
123:1 127:22
128:9,17,21
129:11,24 130:14
132:2,20 145:2
150:5 151:19,21
151:24 152:1,1
codes 147:21
Colbert 1:21 4:1,6
4:17 93:4 94:4,20
147:11 148:22
150:2,12,14,14,23
150:23 151:7,7,10
152:14,15 153:8
153:12,14 156:11
157:8 158:7
colleague 4:10
collector 137:18
college 11:23,24,25
12:1,4,8,9,12,17
13:14,19 14:19
Columbia 148:1,10
148:18 149:4,8
153:10,16,20
column 148:3,6
come 17:9 33:4 46:9
47:24 50:19 54:25
59:4,8 60:21 64:7
64:13 65:7,11
73:6 82:10 95:6
132:8
comes 19:25 28:14
75:17 119:23
136:5
coming 19:24 20:8

34:14,15 37:2,19
121:8 132:3,8
135:23
command 33:14
comments 88:4
Commission 37:21
42:13 157:17,18
commissioned
140:1
common 85:10
89:10 90:1
communicate 55:11
communicated
115:9
communicating
64:15
communication
28:23 29:5 40:17
42:6 48:15 50:19
53:3,9,13 114:6
128:5,15
communications
39:3 48:6 136:19
communities 31:25
community 12:4,8,9
14:1 81:9
comp 16:12
compare 84:25
compared 106:25
134:21
comparing 106:8
complain 87:22
complainant 91:25
complained 91:16
complaining 130:20
complaint 21:6,16
21:20 42:11 43:23
44:5 53:16 56:2,3
68:23 72:20 76:25
77:9 91:2,9,10
100:19 101:7
111:24 112:13
116:5 126:16
146:21
complaints 20:25
22:4,21 23:6,10
23:24 35:10 37:10
37:17 41:1 42:11
43:7,9 44:13,16
45:2,11 56:6
71:22 73:4,5,7
76:21 87:21 107:6
112:14 116:2,8,25
131:8 137:21
142:14
complete 7:17 85:16
158:8

compliance 48:17
61:11,15 62:1,4
63:16,19 64:1,22
64:22 81:14,19
83:10 99:10 100:3
106:22 108:19,20
108:24,25 109:1,8
109:15,21,22,24
110:14 116:1
128:6,8 129:12
151:2
complied 110:6
comply 31:11 110:5
110:12 111:5
complying 111:6
151:18
composite 93:23
concern 36:7 86:9
86:11 89:2 133:19
concerned 71:12
133:14 150:17
concerns 150:6
concluded 154:19
concluding 140:24
condition 59:23
150:18
conditions 5:22
37:22
condo 59:3,5
condos 77:1
confirm 36:21 108:9
confuse 101:20
confusion 101:16
connected 158:11
Connecticut 12:5
12:10,12 13:16,22
14:4
connection 5:9 71:8
consider 27:22 39:9
83:22,25 84:2
113:20 115:2,16
115:19,20 143:21
143:24
considering 117:7
152:2
construction 14:14
77:12
consulting 139:25
140:15
contact 20:6 28:6
29:20 32:15 40:18
48:16 49:5,14
55:20,22,24,25
63:1,12 80:22
87:4 88:7 100:20
102:5 105:9
111:23 114:5

120:4 136:20
contacted 62:12
85:13
contacts 18:1 62:3
contemporaneously
101:11
content 121:3 153:8
context 9:10
continuance 120:22
continue 36:13 62:2
62:16,18 99:25
127:1 133:3 136:8
136:12 141:3
continued 51:24
138:12
continues 139:16
Continuing 35:7
contract 29:18
contracting 54:19
contractors 55:2,6
85:12
conversation 7:2
91:22 92:12,19,24
94:11 95:12,17
98:5 99:20 100:9
100:16,24 108:15
110:21 112:12,18
113:7 115:8 119:3
119:4 120:9 138:3
146:17 147:5
149:16,19
conversations 64:13
77:1 91:14
convey 37:11
cook 39:17
cookies 34:15
cooking 41:2
copies 8:7
copy 46:13 47:8
58:12 93:9
corner 68:10,18
corp 16:15
correct 4:20 10:2
12:24 14:11 27:12
52:4,5,23,24
54:13 55:13 56:8
57:21 62:13,16,17
62:20 70:7 80:11
80:12 82:16,17,23
87:20 88:16 93:9
97:16,18,22
100:25 101:4
102:16,19,20,23
103:19 108:12,16
108:17 109:13,16
110:23,25 111:21
112:4 117:20

121:13 122:4,5,23
126:3 136:22
144:1 147:2,3
148:13 152:4,5,7
152:8 154:6
corrected 47:16
48:2,3,3 50:13
62:22 64:4,6 82:4
82:20
corrections 40:24
155:19
CORRECTIONS...
155:5
correctly 22:15
79:22
correlation 135:1
correspondence
47:19
corruption 15:24
32:24 33:2,7 44:2
88:12
cost 30:7,12 58:1
127:21,23 154:12
costly 128:12
could 4:21 5:4 15:2
18:21 23:11 26:13
27:25 28:3 29:5
30:22 31:20 34:24
39:20 40:14 47:1
48:8 50:10 51:24
53:15 62:22 72:25
73:5 76:9,10,19
79:4,11 82:7
87:12,14 93:12
94:16,19 95:21
98:12 102:6,22
106:19 107:9,20
107:22 110:2,11
111:4,5 113:21
119:18 125:21
128:13 129:16
130:2 148:23
149:9 154:8,11,15
couldn't 26:11 40:1
53:22 71:21,25
counsel 2:3 158:10
158:11
country 153:11
county 5:11 14:18
15:4,5,9 32:9
40:13 46:7 157:5
158:4
couple 21:9 29:18
31:12 40:2 54:24
59:4 83:18 96:14
103:2 105:14
118:2 136:15

**course** 17:6,23
  21:11 22:1 40:18
  55:18 66:11 73:23
  74:9 77:19 144:6
**court** 1:1 6:24 8:5
  15:10 36:17 155:4
  155:24
**courtesy** 26:16
**courtroom** 6:19
**cover** 78:14
**covered** 85:18
**covering** 78:11
**credibility** 16:7
  36:12,14 65:24
**crew** 29:12 113:21
**crimes** 15:23
**criminal** 12:13,19
  129:9 130:14
**criteria** 65:20
**CROSS-EXAMI...**
  3:4 149:23
**crosstalk** 7:9
**CT** 1:3
**curious** 90:16
**current** 141:22
  142:8
**custodian** 153:1
**cut** 16:7 28:8 30:5
  72:5 75:20 76:22
  92:6,11,14,15,16
  95:1,4,7,15 96:15
  98:14,18,20,22,24
  99:5,7 106:11
  107:1,2,7,12
  110:23 111:2,20
  111:21 112:3,3,7
  114:12 116:3
  127:2,4,8,11
  137:2 144:11
  151:1,2,6,9,14
**cutoff** 48:11
**cuts** 18:22
**cutting** 18:24 30:1
  114:16

**D**

**D** 2:19 3:1
**D&D** 16:10
**Daigneault** 2:20
**daily** 20:13 21:16
  22:13,17 43:3
  55:25,25 56:1
  64:1 114:18
  116:14 121:23
  122:4,7 123:8
  133:6 152:7,12
**damaged** 40:1

**data** 133:24
**database** 40:23,24
**databases** 40:13
  49:4
**date** 1:22 48:17
  61:11 63:11,14
  82:3 83:10 92:17
  95:22 97:1,7,11
  97:19 99:10
  105:10,23 107:14
  107:16 111:11,17
  118:12,13 143:20
  146:24 149:12,15
  149:18 155:3,23
  156:13
**Dated** 158:13
**dates** 103:13 108:25
  111:14 118:2,9,10
  118:18,18 153:21
**DAVE** 1:15
**day** 15:25,25 20:20
  20:22 21:12 22:18
  22:19 23:16 24:1
  24:3,9,10,17,18
  24:18 25:17 34:12
  41:9 64:3 65:25
  71:3 72:22,25
  73:2,23 74:9,16
  75:4 80:19 96:10
  99:5,7 105:8
  108:14 109:23
  111:20 112:3,15
  112:16 114:19,22
  118:13,14,21
  123:11 129:3,5,13
  129:15 130:24
  133:7 139:6 145:7
  146:13,22,22
  147:5,6,9 153:15
  154:9,13 157:11
  158:13
**days** 24:2,3,10,13
  24:14,14,15 46:2
  95:7,15 96:14
  118:8 143:16
  150:19 154:5,13
**deal** 16:12 73:3
  130:23
**dealing** 40:10,11,21
  55:17,17 56:2,5
  64:8 137:9
**dealings** 79:3
**dealt** 115:10 130:12
  132:11
**debate** 136:9
**December** 4:22 31:2
**decide** 16:2 18:16

  20:5 65:19 139:23
**decided** 14:2,6 46:2
  48:13 50:9
**deciding** 44:12
**decision** 81:1,23
  151:24
**Defendants** 1:19
  2:23
**Delightful** 88:22
**department** 5:12
  15:16,19 19:7
  32:10 35:3 40:24
  52:14
**departments** 19:14
**depend** 74:21 119:1
  119:21 124:1
  146:3
**Dependent** 24:14
**depending** 59:23
**depends** 76:11
  119:20
**depict** 111:25
  118:10
**depiction** 103:18
**deponent** 6:6 20:22
  23:14 24:9 28:20
  30:15 38:9 39:12
  41:25 42:24 43:13
  44:19 45:14,21
  50:23 51:5,14,23
  52:8 53:5,21
  54:10 55:8 56:14
  56:20 57:5,11,25
  60:7,14 61:7 63:3
  65:5,17 66:10
  67:3,10,14 70:12
  70:22 71:16,21
  72:19 73:16 75:12
  77:24 78:22 79:2
  79:15 80:3,18
  81:21 83:8,22
  84:16 85:5 86:4
  87:1,10 90:10
  91:1 93:16,18,21
  94:7 98:7 100:2
  101:14,18,21,25
  102:3,25 103:6,24
  104:17 106:14
  108:23 110:1,8,16
  111:9 112:10
  113:3,23 116:11
  116:17,25 118:25
  119:14 121:25
  122:9 123:20,22
  124:24 125:5,15
  126:25 128:23
  129:7 130:4,9

  132:17 133:2,12
  133:21 134:6,21
  134:25 135:9,21
  137:11,17 139:22
  140:5,20 141:6
  142:1,11 143:8,10
  143:24 144:6,11
  144:21 145:9,22
  146:3 149:12
  154:18 155:22
**deposed** 5:2,8
**deposition** 1:21 9:17
  9:22 10:4,10,13
  136:7 154:19
  155:2 158:6
**depositions** 5:16
**deputies** 40:18
  55:21
**deputy** 16:8,16,24
  17:4 35:5
**Deputy's** 17:21
**describe** 51:5
**described** 62:10
**describing** 20:2
  22:3
**deserves** 132:15
**detective** 16:10
**Detention** 14:16
**determine** 61:14
  76:11
**determining** 151:5
**did** 4:23,24 9:19,21
  9:24 10:10,15,15
  10:18,20,22,24
  11:11,13,19,23,25
  12:8,11,16,25
  13:3,11,18,24
  14:13 15:7,11,18
  16:2,22 17:4
  18:11,14,16,22
  19:4,8,10,21 20:5
  20:10,15 21:4,5
  22:12,17 23:1,6
  24:20 25:3,20,22
  26:18 27:19,22,25
  29:11,14 30:4,25
  31:3 34:17,18,19
  35:1 36:23 38:4
  38:21 40:4 41:6
  41:17,22,25 42:2
  42:5,7,20,24 43:7
  44:13 45:2 46:9
  46:19,22 50:18,25
  51:11 54:7,17
  59:18 63:6,21
  64:25 65:13,14,14
  65:17,19,20,22

  66:2,7,23,23 67:6
  67:17 69:4 71:18
  72:2,15 78:11,19
  78:24 79:18,25
  80:16 81:4,13
  87:21 88:11 91:23
  91:24,25 92:2,16
  96:2,22 97:5,7
  98:20,22 99:5
  100:1 103:20
  104:2,4,6,8,21
  105:1 106:11
  107:13 108:23
  111:2 113:7,20
  114:24 115:2,16
  115:25 116:14,21
  117:14 120:13
  121:6 122:12
  128:13,13,17
  132:20 134:14,17
  136:21 139:25
  140:3,7 141:8
  143:21 144:3,9
  150:9 152:9 158:6
**didn't** 6:13 10:3
  11:1,10 12:7,22
  16:18 17:16,17,23
  21:16 25:10 27:2
  28:16 29:24 31:11
  31:14 32:22 33:14
  33:14 35:6 37:20
  38:20 40:8 45:4,8
  50:13 55:4 60:8
  62:15 63:1 69:10
  74:3 89:1,2 98:8
  111:16 113:17
  114:11 115:4,19
  122:3 127:18
  129:7 139:15
**difference** 47:1,12
  150:18 151:9
**different** 11:13
  13:19 21:22 24:4
  24:16 48:8 61:10
  66:20 67:21 84:20
  84:23 87:5 118:2
  119:19 128:23
  131:13 132:24,24
  142:4
**difficult** 6:25 13:22
  14:8 23:21
**dig** 96:25
**dignitaries** 15:23
**Dignitary** 15:21
**dining** 68:21 69:9
**DiPasqua** 52:8,11
  52:14

**DiPasquo's** 69:1
**direct** 3:3 4:4 52:2,3
  52:6 55:18
**directly** 151:22
**director** 52:13
**disabled** 137:22
**disciplinary** 37:6,8
  37:17 67:21
**discovery** 2:4
**discretion** 26:7,8
  27:17,19,23 28:14
  79:18
**discuss** 29:6
**discussed** 28:16
  88:24 120:22
**discussing** 142:12
**discussion** 115:7
  121:20 150:21
  153:8
**displayed** 74:3
**disputes** 36:18
**disrepair** 29:23
  123:16
**DISTRICT** 1:1,1
**disturbing** 68:2
  89:4
**DIVISION** 1:2
**do** 5:22 6:17,20 7:2
  7:5,23,25 8:15,22
  9:21 10:18 11:17
  13:3,11,18 14:13
  15:7,18 18:24
  19:4,10 20:15,25
  21:1,6,8,16 22:12
  23:1,19,21,23
  24:11,13 26:22
  27:6 30:7,9,12,15
  31:18 33:22 35:4
  35:15,17 38:12,16
  38:23,23 40:12
  41:4,7,10 42:15
  42:16,16,16 43:19
  45:10 46:12,13
  48:19 49:12,14,21
  53:2,8 55:4 56:17
  56:25 57:1,9,22
  61:13 62:3,5,12
  62:24 63:15 64:9
  66:12,12 67:3,10
  67:15 69:11 71:11
  74:23 75:15,23
  76:3,3 77:6,7 78:1
  78:4,6 83:14
  88:20,23 89:2,15
  89:21,23 91:3,8
  91:16 92:2,14,18
  92:23 93:5,22,24

96:1,7,9,12,18,22
96:23 98:4,25
100:10 101:11
103:11,15 104:24
111:6,13,16,18
112:6 113:17,19
115:11,23,24
116:2,4,11 118:5
119:9 121:8,22
122:20 124:19,21
125:18,20 126:2
126:11,17 127:5,5
127:5 128:4
130:12,12,18,19
132:13,19 133:3
134:2,12 137:5
140:17,20,23
141:11,21 142:7
144:9,13,24
146:16,19 147:15
147:16,20,22
150:15,19,23
151:11,22 153:12
153:16,24 155:3
**docket** 50:16 58:14
**document** 23:2,18
  25:10 93:3,5
  106:2 148:9,17,24
  149:3
**documents** 8:5 9:18
  9:24 11:10,13
  101:12 103:3
  121:9 152:20
**does** 7:10,19 8:2,9
  8:22 9:6,14 20:2
  57:19 63:23 70:16
  70:24 90:19 93:9
  97:2 105:20 106:5
  107:16 108:19
  109:22 116:7
  119:21,25 123:23
  123:24 129:2
  135:7,19 137:13
  148:17 151:14,17
**doesn't** 8:16 26:25
  26:25 72:4 85:3
  86:17 117:16
**doing** 6:7 20:11
  25:12,13 42:3
  66:2,7,24 67:7
  69:19,20,21 70:8
  70:18 79:22 91:21
  96:7,8,9 119:24
  120:8,8 125:18
  131:1 139:11
**dollar** 142:12,15
**dollars** 114:2

**don't** 7:5,12,21
  14:25 21:5,24
  23:20,25 25:19
  30:10,24 31:24,24
  32:14 36:3,5,22
  42:4,18 43:22
  44:19 45:4,14,15
  45:25 53:5,21
  55:22 56:14,15
  57:1,6 58:2 60:7
  60:12 62:2 63:3
  65:5 66:10,13
  68:24 69:15 72:22
  75:13,21 76:2,6,9
  76:10,16 77:18
  78:8,13 82:11
  83:8,10 84:7,24
  85:5,6,10 89:22
  90:4 91:14 92:1
  92:16,20 95:14,15
  97:7 100:9,12
  102:11,12 105:1
  107:14,14,19,22
  109:17 110:8,16
  110:17 112:19
  113:10,14 114:2
  116:4,5 117:17
  118:18 120:3
  121:25 122:17
  125:20,23 129:8
  130:17 132:18,19
  133:2 134:6,8,17
  134:23 135:1,3
  137:19 138:9,10
  139:7 140:9,12
  141:4 143:18
  144:15 145:1,4,5
  145:11,15 146:6
  147:1,23 149:12
  149:15 154:16
**done** 9:16 18:1 35:1
  61:2 63:14 64:11
  74:15 85:12 90:3
  119:4,5 149:21
**Donna** 68:16
**door** 38:17 40:8
  47:9 58:13 66:17
  104:14 120:4
  138:19
**doorknob** 47:9
**doors** 82:8
**down** 15:10 67:6
  85:17 97:24 98:1
  102:9 112:1 113:7
  126:8,10 147:16
**drive** 39:18 48:1
  73:4 74:22 126:8

**driven** 21:20 40:1
  53:16
**driveway** 75:1 76:5
  92:5 105:8 127:13
  137:22 147:7
**driving** 21:11,25
  22:10,19,21 75:3
  95:2,9
**dropped** 121:2
**drove** 92:12
**drug** 5:18 16:11
  18:23 34:10 35:9
  40:21,25 55:17,17
  56:2,5
**drugs** 35:18 36:4
  40:10,11 89:1
**due** 13:22 76:22
**dull** 71:3
**duly** 4:2 157:9
**dumb** 81:3
**dump** 91:20
**dumpster** 74:25
  76:5 138:5
**Dunedin** 1:8,9 4:19
  4:23 9:9,11,13
  11:2,3 19:11,15
  19:22 22:11,22
  30:25 35:9 37:9
  44:6 45:3,12 58:3
  71:8,13 88:22
  114:2 131:16
  150:1
**during** 13:14 14:20
  35:6 71:23 115:7
  150:21
**duties** 22:1,3 66:12
  72:13 77:19 106:6
**DUTTON** 1:17
**duty** 23:21

---

**E**

**E** 3:1
**each** 87:5 124:17
**earlier** 43:25 44:11
  44:20 51:7 54:2
  55:10 58:10 80:4
  82:10 84:17 87:2
  100:15,22 105:7
  112:7,7 114:4
  116:18 122:3,14
  125:20 129:3
  131:1 144:15
  146:20,25 152:16
**early** 15:1 31:2
  137:23 138:1
**easy** 45:18
**Eddie's** 68:9,17

69:7 70:6,8,17
**effect** 63:15 91:21
  92:8 97:8
**either** 12:23 13:1
  24:9 32:11 48:2
  51:1 110:17
  125:16,22
**elderly** 27:24 28:17
  29:17 137:8
**element** 56:25 57:9
**elements** 86:7,14
**eligible** 18:18
**else** 9:10 10:22 11:2
  11:8 12:14,20
  18:5 36:8 43:17
  49:21 96:9 98:4
  153:24
**email** 32:19,22,23
  34:5 37:2 137:25
**emails** 20:23,24
  23:16,16,16 44:22
**employed** 14:22
**employee** 37:10,17
  39:10 68:1,1
  152:23 158:10,10
**employees** 38:19
  39:4,6 43:7,9 44:1
**employment** 28:25
**empty** 38:18
**encourage** 110:12
**encouraging** 78:20
**end** 6:4,5,8,9 39:25
  53:6 93:15 122:24
  123:11 130:23
  131:11
**ended** 18:3 20:9
  135:17
**ends** 119:9
**enforce** 42:24 72:14
  76:12 84:3 129:8
  129:24
**enforced** 41:18
  42:21 85:19
**enforcement** 1:9,10
  1:11,13,14,15,16
  1:18 4:12 5:1,13
  9:13 11:3,4 12:6
  13:21 14:1,4,10
  15:17,19 16:3,4
  16:11 19:12,14
  20:12 21:10 22:9
  25:25 28:3 31:1,7
  31:10,21,24 32:10
  32:16 33:18 34:8
  37:19 41:5 42:25
  43:2,20 44:8,13
  45:19 46:25 47:5

47:13,18,24 48:5
48:18 52:15 55:15
55:23 56:1,7,10
56:11,18 58:2,8
58:16,22,23 59:14
60:20,24 61:9
64:12 67:20,21
69:21 70:1,2 71:9
71:14 76:13 80:24
86:23 87:12,14,18
88:3,5,8 89:13
97:10 106:6 110:6
119:10 127:22
128:9,18,21
129:11,24 130:14
131:1 132:21
145:2 150:5
151:21,25 152:2
**enforcing** 22:9
**enough** 27:3,9
41:20 51:9 58:5
62:21 64:5 70:1
70:14 74:16 90:14
123:12
**ensure** 25:1 56:20
**enter** 117:16 146:6
**entered** 127:20
**entire** 21:8 126:18
**entirely** 82:25
**entity** 44:7
**entries** 147:15
153:9
**entry** 107:4,13,17
107:21 108:4
**ERRATA** 3:6 155:1
**erroneous** 36:11
**errors** 155:2
**escalated** 17:25
**especially** 33:5
145:12
**ESQUIRE** 2:14,19
2:19
**estimate** 53:15,22
**et** 28:1 37:21 114:8
**ethic** 65:21
**ethics** 16:6 36:14
65:23
**evaluate** 65:20
86:23
**evaluation** 69:23
**even** 44:19 45:5
53:21,24 57:14
64:24 68:20 71:11
79:19 85:2 122:7
127:2
**evening** 16:20 17:7
**evenly** 42:21

**eventually** 52:15
92:16 98:21
**ever** 5:2 18:8 19:18
25:3,22 34:11
41:4 46:9 64:25
66:23 67:6,17
71:12 72:15 73:13
78:11,19 113:20
132:14 134:2,14
152:9,20
**every** 9:4 22:18,19
23:16,17 24:3
64:3 65:25 72:2
104:18,20,21
119:19 130:9,10
133:12 137:23
142:3,4
**everybody** 17:13,22
28:24,24 33:10
**everyday** 23:15
**everything** 56:22
**everywhere** 58:4
**evidence** 27:7,10
58:17,17,19
**exact** 6:4 92:17
107:14 122:17
**exactly** 90:4 131:7
153:14
**EXAMINATION**
3:3,5 4:4 154:1
**examined** 4:3
**example** 38:9 55:3
85:16 126:4
132:10 138:15
139:13 152:11
**except** 155:18 156:4
**exception** 10:5
**excuse** 8:16 151:18
**exercising** 27:23
**Exhibit** 93:25 94:1
95:21 99:18 106:1
106:9,9 107:3
**exhibits** 3:18 8:6
154:21
**exit** 37:12 57:16
**experience** 81:13
**expert** 78:13
**Expires** 157:17
**explain** 25:13 47:1
135:25
**explained** 31:18
120:8
**explanation** 73:12
**expressing** 114:6
**expressly** 8:19
**extend** 61:11
**extended** 139:14

**extensively** 40:1
**extra** 48:8 82:11

___

**F**

**facilitate** 54:20
128:15
**fact** 76:22 103:22
104:9 109:18
136:21
**factor** 66:13 116:14
**factored** 116:18
**factoring** 133:18,21
**factors** 27:22 28:16
117:13 142:2
146:6
**facts** 94:21 115:18
115:19 131:22
135:10
**factual** 139:9
**failed** 152:14
**fair** 21:8 41:20 51:9
56:10 58:5 70:14
75:5 81:17 90:14
102:21 122:6
125:16,17 126:3
126:11 134:11
141:21 142:7,19
142:24,25 145:6
146:14 148:9
149:2
**fairly** 41:18,23
**fake** 34:4 131:7
**falling** 85:17 123:16
**false** 36:11 89:5
126:14
**familiar** 5:15 6:22
13:25 37:7 40:15
90:7,10
**family** 11:6 14:9
15:23 28:1,12
**far** 13:4 41:12 52:12
84:1 87:15
**FBI** 32:10
**FDLE** 18:21 20:7
**fear** 55:23
**February** 1:22
**federal** 44:4
**feel** 34:17,18 37:20
41:17 42:20
130:17
**fell** 138:18
**felony** 44:2
**felt** 59:8 88:8
104:19
**female** 91:2
**females** 131:10
**Ferrari** 32:14 33:1

**few** 24:10,13 150:2
**Ficken** 1:5 4:13
89:19 90:8 92:4
94:12 98:5 99:17
100:16,23 102:9
102:15,23 105:4
108:9 110:5
111:19,21 114:21
121:7 128:17
131:19 136:17
141:22 146:17
147:14 148:10,17
148:25 149:3,7
153:19
**Ficken's** 90:6
104:25 105:18
106:4 120:12
143:13
**field** 12:11,16
123:12
**figure** 142:16
**figured** 154:9,11,15
**file** 46:15 92:21
143:20
**filed** 68:10 70:12
**financial** 28:12,25
114:7 133:13,18
141:14 143:21
**financially** 28:1
158:11
**find** 7:14 13:22 14:8
41:7 49:16 97:3
**findings** 60:24
**finds** 63:19 64:18
**fine** 6:7 56:23 57:2
57:13 59:15 60:17
61:21 62:1,9
63:20 64:1,23
81:11 86:23 89:9
89:24 90:2 114:19
115:15 116:14
117:15 121:23
123:5 127:18
128:4 129:15
132:15,18,25
133:6,7,16 134:3
136:12 137:13
143:22 145:23
152:3,3,12 154:9
154:13
**fined** 80:19 114:22
126:21 129:2,4,13
135:5 141:22
**fines** 4:12 32:4
33:18 43:3 56:11
56:18 57:20 63:6
66:25 67:8 80:15

90:7,10 122:4,7
122:18 123:8
127:19,20 132:23
134:19 140:8,15
140:21,24 141:9
141:23 142:8,8
144:14,19,24
145:25 146:1
151:22
**fining** 57:23
**finish** 9:2 113:1
**fire** 37:18
**fired** 36:23 37:5
38:1
**firm** 140:15,23
**first** 1:5,6 4:17 16:2
26:10 32:18 33:13
38:16 68:23 73:1
73:2 94:13 95:18
95:21 99:15
100:13,24 102:5
107:4 111:22
112:16,20 118:21
119:11 120:17
147:5,8 149:2,16
**five** 10:25 19:24
123:3,4 152:16
**fix** 62:25 82:16
**fixed** 62:14 63:1,10
64:19,25 83:6
110:13
**fixing** 83:5 141:18
**flight** 3:24,25 153:9
153:15,21
**flights** 147:16 148:4
149:2 152:16
**flip** 93:12
**Florida** 1:1,8 2:2,6
2:9,16,21 5:7,12
12:18 13:12,24
14:2,7,12,20
15:16,18 16:3
18:12 32:10 58:3
157:3,16 158:3
**folks** 27:24 29:21,25
64:13
**follow** 8:21 127:18
**follows** 4:3
**for** 2:3,4,15,18,23
4:10,14,19,23 5:7
5:10,11,13 6:4,11
7:1,7,16,17 8:13
9:17,22 10:4,10
10:13 11:2,3,3,4
13:8,17 14:15,16
14:16,22 15:3,8
15:11,14 17:3

18:4,11,18 19:5,5
19:6,8,13,18 21:7
21:14 22:6 24:24
26:17 30:22 31:6
31:12 33:10,21
34:9 35:18,24
36:16 39:4,4,22
40:6,6,8,9,19 41:5
41:7 44:10 46:24
47:4,18 48:1,12
48:18 49:24 52:10
53:24 55:23,24
56:12 57:12,23
60:11 61:8,9,25
62:15 64:10 67:7
68:25 70:6 72:10
72:23 73:5,11
74:16 75:2 77:10
77:11 80:15 81:8
81:9 82:8 83:4
84:9 89:8,17,24
90:1,2,18 95:23
95:23 96:20
103:16 107:4
113:2,21 114:5,11
116:18 117:4,8,11
118:15,19 120:21
120:24 121:15,19
121:23 122:7,18
122:21 123:2,5,9
124:11,12,14
126:8,16,19,21
128:11,12 129:7
129:10 130:16
131:15,19 133:6,7
133:8,23 135:15
136:13 137:10
139:14,23 143:7
143:18,19,25
145:18,25 148:4
152:6,11 154:4,8
154:13,21 155:18
156:4,6
**foregoing** 156:3
**form** 20:21 23:13
24:8 28:19 30:14
41:19,24 42:22
44:17 45:20 52:7
53:8,11,20 54:9
55:7 56:13,19
60:6 61:6 63:2
65:4,16 66:5
71:20 72:18 75:8
75:11 78:21 79:1
80:2,17 82:21
83:7,21 84:15
85:4 86:3,25 87:9

90:9,25 98:6
102:24 103:23
104:12,16 106:13
108:22 109:25
110:7,15 111:8
112:8 113:22
116:16,24 118:24
119:13 121:24
122:8 128:22
133:20 134:20
142:20 143:23
144:5,10,20 145:8
145:20 146:2
147:13 149:10
**Fort** 2:1,20
**forth** 30:3 77:14
136:20
**forward** 29:9 51:24
**found** 61:25 109:7
129:12
**four** 24:14 94:8
**fourth** 147:15
**frame** 42:14 47:16
48:1 116:6
**frankly** 63:25
128:10
**fraud** 15:24
**free** 138:5
**frequently** 38:4
39:1 50:11
**Friday** 20:17
120:21
**friend** 35:20 38:6,14
39:14 51:17
**friends** 11:6
**from** 5:12 8:16 9:10
9:19 11:19 12:22
13:5 15:13 16:16
20:7 31:14 32:4
34:4,18 35:5,10
35:11,20 37:20
38:21 39:3,6 40:5
40:23 41:3,3 42:6
44:20 45:2,11
46:7,17 48:6,16
49:19,25 50:16
53:3 68:18 72:7
80:20 82:5 83:18
85:13 90:17 91:2
93:14 94:8 99:10
100:3,4 101:7
102:18 103:15
105:15 106:9
107:11 109:5
111:14 112:1
124:4,17 129:22
132:2 147:17,17

148:6,10,18 149:4
149:7,8 151:18
153:9,15
**front** 6:18 39:25
40:3 47:9,9 58:13
66:18 79:5 95:3
95:10 120:6
138:19
**fugitive** 15:24
**full** 7:17 12:25
18:19 20:15 89:24
137:23
**function** 150:4
**funds** 18:24 30:21
**further** 61:5 114:9
153:23 158:9
**future** 37:15

---

## G

**garage** 40:7,8
**garbage** 77:13
**gated** 31:25
**gave** 38:10 124:3
135:13
**general** 75:12 81:25
87:11 146:12,14
**generally** 146:12
**generate** 21:19
**generated** 53:17,23
131:8,20
**generating** 66:25
67:8
**gentleman** 16:9
**genuinely** 7:14
**George** 35:13 39:16
41:16 45:18 50:18
**get** 11:17 14:5 17:10
18:8 23:11 24:17
26:3,25 29:6 30:4
31:9,19,20 34:17
34:19 35:11 38:10
38:11,21,25 43:7
44:13 45:2 46:7
49:17,18,25 55:15
57:12,14,19 69:10
69:15 71:22 73:1
73:9,20,22 74:8
74:10,11,12,16,20
74:23 76:20,21,24
76:24 77:9 81:22
82:1,5 83:5,9
85:13 92:10 93:2
98:18 100:10
106:11 111:5
114:15 117:25
119:5 123:13
126:12 127:3,17

128:10 129:25
131:2 135:25
136:18 138:4,6,10
138:19 139:9
147:1
**gets** 6:4 81:18,23
82:25 97:11
**getting** 28:8,8 45:11
55:2 91:1 112:13
116:4 126:21
153:7
**GG260915** 157:18
**Gilbert** 68:7
**gist** 91:22
**give** 8:7 25:7 28:4
45:8 48:7 61:11
79:25 81:24 82:10
85:15 86:5 93:3
93:19 126:4
**given** 38:1 125:3
144:3 150:4
**giving** 7:15
**go** 6:1 11:23 16:3,22
22:5,6,17,23 23:3
23:11 24:15 26:20
26:25 29:8 30:13
45:18 47:25 50:10
50:12 51:1,2
57:13 59:18 61:22
62:2 63:11 64:2
64:25 65:2 73:22
76:21 79:8 82:2
83:18 86:8 107:3
111:16,25 112:9
113:17 114:3
115:25 116:9
120:3 134:8,9,14
138:22 139:5
148:18
**goes** 31:22 32:25
35:21 58:11,13
97:9 128:6 152:12
**going** 6:2,3 8:1
12:25 13:4 16:6
17:15 18:4 22:3
31:10 32:3 36:13
37:3,22 39:20
41:12 45:22 48:14
49:7,16 50:16
51:2 54:3 62:7
63:7,21 68:3 73:8
83:1 93:24 95:4
99:23 107:9 114:7
115:9,22 123:3,4
124:19 125:18
126:12 127:22
128:2 135:24

136:8,11 148:14
148:21
**goldfish** 98:11
**gone** 74:6 111:10
112:6 120:11
**good** 4:6,7 11:14
19:23 25:16 49:9
50:4 65:14 83:13
112:14 130:25
141:10,11,20
**goodbye** 25:15
139:5
**got** 11:4 14:17
17:7 19:7,11 20:6
21:6 29:1 31:14
34:11 36:17 38:2
42:6 56:2 68:3,23
72:20 73:17,19,20
74:5 100:19 101:7
104:5 115:12
116:2 123:13
125:22 126:16
131:3,14,23,24,25
146:20 149:22
150:2
**gotcha** 143:2
**gotten** 112:21 143:1
**government** 15:24
33:6 44:4,7
130:17
**governments** 19:19
**Governor** 15:22
**graduate** 11:19
12:22
**graduated** 11:24
13:5
**graduation** 15:13
**GRAHAM** 1:12
**grandfathered**
68:24 69:9
**grandmother's**
31:16
**grapes** 37:13
**grass** 28:8 30:1
71:18,24 72:4,10
75:10,16,20,24
76:18,20,22,24
77:7,10,17,18,22
77:25 78:7,10,11
78:14,19 84:6,10
84:13 85:5,9
86:15 92:3,7 95:1
95:4 98:14,20,24
99:5 103:21 104:2
104:4,9 106:10,11
107:7,12 110:23
111:2,20 112:3

114:16 116:15,22
117:4,5,8,12,14
121:23 122:7,19
123:5,9 124:6
125:9 127:2,4,8
127:11 132:14
133:8 137:3
144:11,14,19
145:18 146:1
150:18,22 151:1,6
151:11,14
**great** 32:6,6 33:12
**Greatly** 81:6
**green** 83:19,22
84:14 135:6
**Greg** 32:21 34:18
37:1 52:9,9 69:14
**Greg's** 52:17
**Gregg** 52:13
**grill** 68:9 69:7 70:6
70:8,17,25
**grocery** 13:7
**ground** 78:15
**groups** 28:9 29:7,20
**grow** 72:4
**grows** 71:24 72:6
**guard** 35:22
**guess** 4:21 42:15
51:24 56:20,23,23
61:1 68:20 72:9
77:3 79:21 87:12
87:14 91:12 92:25
105:25 116:21
119:7 121:9
154:15
**guy** 17:13,22 35:13
129:3 132:1
139:10
**guys** 71:24 91:21
145:3

**H**

**had** 14:9 16:14,21
16:25 17:5 22:4
27:24 28:2,6
30:12 31:11 33:15
35:5,8 37:20 38:5
38:16 39:22,24
40:17 45:6,21,24
48:15 49:4 50:19
54:17,18,24 55:1
59:1,3,3 63:9
64:24 65:9 67:3
69:9 73:18 74:1
74:23 79:6 85:16
85:17 87:3 92:9
96:15,16 100:23

110:6,12,13,21
112:6,11,18,20
114:10 115:7,8,18
117:9 118:20
124:20 127:7
132:1 133:13
135:14,16 138:2
145:3,14 146:16
146:17 147:5
149:15
**half** 96:5
**hand** 26:11 34:16
157:11
**handled** 36:19
80:20
**hanging** 38:17
**happen** 17:24 35:1
41:10 47:18 57:12
59:10 63:6 147:20
**happened** 18:9
46:12 50:11 59:1
63:4 90:24 98:12
100:16 107:23
108:1 119:24
136:1
**happens** 58:9,15
74:15 130:13
**happy** 43:21
**harbor** 77:3
**hard** 14:5 24:24
53:24 65:25 84:9
84:12 106:16,18
**harm** 143:21
**Harrison** 2:1,20
**has** 18:7 28:11,24
28:25 33:4 34:12
40:9 50:13 56:22
57:12 82:3 123:21
128:14 130:10
131:15,20 134:2
**have** 5:2,22 9:16
12:11,16 13:24
17:2,16 19:13,16
19:18,24 23:14,19
23:23,25 25:10,17
27:2,9,19,25 28:2
29:11,18,24 30:4
30:7,22 31:19,23
32:3,13,14 33:7
33:15 34:11,13
35:6 36:17,22
38:18,19,22 42:14
46:9 49:6,13
50:13 51:14 53:6
53:18 54:24 56:4
56:14 58:7,19,20
58:25 59:7,10

61:25 63:4,9
64:21 67:14 70:10
70:17 71:1,7 72:5
74:2,3 76:1,23,25
77:8,16 78:24
79:18 81:11 82:9
86:5 87:7,24
89:20 90:3 92:5
92:20,25 96:23
97:8,19 98:11,25
100:8,21 101:12
107:2,21 108:4
109:14 111:10
112:7,15,21
113:12 115:7,10
115:19 118:15,17
118:18 119:3
120:3,5,23 121:1
122:1 123:12
124:15 125:3
127:1,10,15 129:8
130:6,15,21,23
131:10,22 132:19
133:23 134:16
135:9 137:20
138:23 139:2,3,5
140:13 141:12
142:1,2 143:1
145:9,10 146:17
148:12 149:9
152:20,22 153:23
153:24 154:8,11
154:15 155:18
156:3,5
**haven't** 48:15
**having** 4:2 59:4
75:16 83:19,20
84:5 104:20
113:20 126:21
**he** 6:3 8:19,22 16:9
16:11,14,17,25
31:15,16,16,22,23
32:2,2,12,15,25
39:16,17,22 41:6
41:7 90:11 92:8
92:14,15,16 95:2
95:2,3,6,8,8,9,10
98:16,20,22 99:5
103:11 105:8
110:6,12,13 111:2
111:6 112:7 115:6
115:8 120:1,13,23
120:24,24,25
121:12 128:18
129:2,10,12,12
134:25 136:21

147:7 148:12
**he's** 6:3 35:20 70:12
**head** 17:2 39:19
**health** 28:25 76:14
83:24 84:19 85:23
114:8 141:15
150:6
**hear** 12:7 38:4 73:6
78:19 139:25
140:3
**heard** 44:12 140:2
**hearing** 31:11 43:2
44:16 48:5,18
58:12 60:22,24
138:13 145:2
**hearings** 64:12
**height** 151:2,5,8,9
**help** 28:7 29:7
35:15,17 36:2,3,6
38:4 50:17 93:2
101:9 109:22
135:19 138:6
139:15 141:14
**helps** 99:18 103:3
145:16
**her** 1:12,17 30:19
35:5 42:7 50:25
51:11 52:20 53:3
68:11 135:5,14
137:19 138:3,21
139:15
**here** 10:6 12:17
17:15 18:5 25:14
35:8 41:14 61:1
72:7 92:22 94:23
95:21 97:3,15
98:23 101:5
105:18 118:12,13
126:7,8 131:6,6
134:19
**hereby** 155:19
156:7
**hers** 51:17
**herself** 28:11
**hesitant** 142:11
**hey** 25:12,14 66:18
98:14 126:7 132:5
137:2
**high** 11:19 13:5,9
76:20,24 77:10
78:10 84:10 85:5
92:4 106:15,17
117:5,12,14
127:18 134:3
135:7 137:14
146:13
**higher** 81:11 130:7

**him** 17:1 18:4 29:19
34:19 35:16,17
36:2,2 50:17 52:9
73:11 94:13 95:14
95:18 99:4 100:20
100:24 101:23
102:4 105:9,11
108:10 110:12,12
110:21,23 111:5
111:23 112:3
113:1 115:2,4,11
118:21 121:8
132:4 138:1 149:9
149:16
**hired** 14:15 140:24
**hires** 140:14
**his** 1:9,11,13,14,16
15:22 16:15,19
17:21 18:4 31:15
31:16 40:3 41:15
92:9 94:12 95:5
98:16 105:8 113:1
115:9 121:1,11
123:21 128:18
141:23 142:8,8
144:11 147:7
**history** 3:20 23:4
28:3 50:14 54:4,8
55:1 59:20 68:19
89:13 93:8,10
98:2 107:4 114:16
114:25 115:3,16
116:7,18,23,25
133:22 144:3
**hit** 17:1
**HOA** 31:25
**hoarder** 137:19
**hoarding** 138:8,9
**hole** 78:15
**home** 76:14 89:1
**homeowner** 85:14
**homes** 25:1 28:2
44:23
**homework** 40:12
**homicide** 34:10
**honestly** 36:16
101:19
**hope** 28:21 62:20
**hopefully** 29:3
**hopes** 112:20
**hoping** 64:4 99:21
**host** 87:4
**hour** 9:4 24:1
**hourly** 20:13
**hours** 20:19
**house** 34:14 35:9,10
35:12 36:4 40:3,9

42:13 78:20
123:15,21 124:10
124:13,14 125:9
125:11 132:3
**houses** 40:20 44:23
**how** 5:15 10:24 13:4
15:7 18:11 20:9
22:12 23:23 24:15
25:6 27:4 29:6,14
30:7,12 31:9
44:19 45:3,12
46:3 48:9 54:24
57:6 59:18 64:9
65:13,19,22,22,25
66:14 67:12 71:18
72:19 73:18 75:23
77:16 79:25 81:4
81:21,24 83:1,8
83:10 84:10 86:24
89:8 90:21 92:14
107:22 108:19
109:21 110:16
117:17 119:21
123:20,23 125:21
126:15 128:4
133:2 144:24
**however** 133:23
**husband** 68:11,12
68:14,15,16 70:5
**hypothetical** 119:1
119:6 124:6,23,25
125:2

_____ I _____

**I** 3:1 4:21,21,24 5:6
5:8,10,11 6:10,11
6:13,14,15,20,21
6:21,23 7:4,5,6,6
7:11,12,21,25 8:4
8:12,18,20 9:1,4,9
9:11,11,18,19
10:3 11:11,14,15
11:24,24 12:3,7
13:7,7,8,9,12,16
13:16,23,24 14:1
14:9,9,10,15,15
14:17,21,21,21,25
15:8,8,11,11,12
15:13,14,16 16:1
16:18,18,22 17:2
17:7,16,16,17,18
17:20 18:2,3,6,17
18:19,20,21,23,23
19:2,5,6,7,8,8,11
19:16,23 20:1,6,6
20:7,8,9 21:4,18
21:21,21,24,24

22:15,19 23:20,25
23:25 24:2,15
25:9,16,18,19,20
26:10,11,12,13,14
26:15,18,24 27:2
27:3,4,14,16 28:3
28:4,5,13 29:16
30:9,10,10,15,19
30:20,24 31:5,14
31:17,18,18 32:3
32:6,8,13,13,14
32:15,19,20,24
33:2,6,7,12,15,16
33:21 34:4,17,17
34:17,18,19,19,21
34:22,23 35:1,4,6
35:8,9,11,24,24
36:1,3,3,3,5,9,10
36:13,16,17,21,22
36:24 37:1,2,2,5,5
37:7,10,11,18,19
37:21,24 38:2,3,9
38:10,12,16,16,20
38:23,24 39:18,19
39:22,23 40:4,6,7
40:7,12,12,15,20
40:23 41:1,3,12
41:14,15,25 42:4
42:4,5,6,10,11,14
42:15,18,24 43:7
43:18,18,22,25,25
43:25 44:4,13,19
44:20 45:4,4,4,6,6
45:8,14,14,25
46:13,15 47:7
51:5,6,6,7,17,18
51:24,24,24 52:19
53:5,18,21,22,22
55:20,22,24 56:4
56:14,15,20,21,22
56:23 57:5,6,11
57:14,25 58:2,3
58:10 59:2,3,20
60:1,7,11,12,25
61:7,10,16,24
62:7,20 63:3,9,9
63:11,12,14,17
64:2,16,17 65:1,1
65:5,7,10,17,22
65:22,23,23,25,25
65:25 66:1,10,11
66:12,13,14,15,16
67:10 68:3,20
69:2,10,22,23,24
71:21,25 72:3,5,5
72:9,19,20,22,22
73:9,16,16,16,17

73:18,19,20,20
74:7,21 75:13,13
75:17,19,20,20,21
75:21 76:2,6,9,9,9
76:10,10,13,16,16
77:1,3,4,18,24
78:1,8,8,8,13,17
79:2,3,4,5,15,21
79:21 80:3,9,18
80:25 81:15,21,24
82:9,11,12,17,24
83:2,8,10,22,25
84:2,7,7,11,16,17
84:24 85:5,6,10
85:10,18,20,23
86:4,6,9,16,21
87:1,12,14,24
88:2,7,8,17,17
89:3,5,20,22 90:3
90:3,4,11,12,21
91:1,12,19,24
92:1,3,4,5,5,6,6,8
92:10,12,16,20,20
92:25 93:11 94:15
95:14,15 96:3,5,8
96:14,14,15,16,16
97:7,7,7 98:3,11
98:14,16,18 99:10
99:15 100:2,9,10
100:12,12,13,18
100:18,19,22
101:1,2,6 102:3,4
102:6,11,12,25
104:17,19,21
105:1,1,6,6,7,7,9
105:25 107:14,14
107:19,22 108:6,9
108:23,23 109:17
110:1,8,16,17
111:18,22,23,24
111:25 112:10,10
112:11,12,17,18
112:19,19 113:13
113:16,19 114:2,4
114:10 115:4,6,7
115:12,12,18,19
115:24 116:4,4,5
116:11,17,18,19
116:21 117:17
118:11,15,17,18
118:18 119:1,6
120:5 121:8,9,25
121:25 122:3,9,14
122:17,20 123:7
123:25 124:3,11
124:21,21 125:19
125:19,20,20,20

125:21,21,22,23
126:2,2,4,8,8,10
126:11 127:5,6,7
127:11,19,21,21
127:23 128:3,10
128:13,13,13
129:7,8,22,23
130:9 131:1,2,3,3
131:9,21,23,24
132:1,4,5,7,18,18
133:2,3,12,14
134:6,9,10,23
135:1,3,9,21
136:20,23 137:17
137:19,24 138:2,6
138:8,17,17,18,18
138:21,22,23,25
139:1,3,5,7 140:2
140:9,9,10,12,12
140:13,20 141:6
141:10,12,19,19
142:1,15,23,24,24
142:25 143:2,18
143:19,24 144:15
144:15,21,22
145:1,4,10,11,14
145:15,23 146:6
146:14,20,20,21
146:22,23,24
147:6,7,11,22,23
148:12 149:12,21
149:22 150:12
151:8 152:10,14
152:22,25 153:23
154:11,15,15,16
154:16 155:18,19
156:3,5,7 157:7
158:5,6,9,9,10,11
**I'd** 105:14 147:10
**I'll** 8:7 10:8 11:17
16:5 31:4 65:13
67:19,22 80:7
85:15 93:3 105:25
111:19 120:10
131:7 140:11
**I'm** 4:9,24 8:1,11
9:8,12,12 10:14
17:15,23 19:23
22:2,14,14,14
24:21 26:19 27:1
30:24 33:23 36:17
37:7 38:14 39:9
45:14 47:11 49:24
50:4 53:12 57:25
60:7 61:7,16,24
62:4,5 63:3 65:3
67:14,23 68:3,12

68:17,20 69:24
71:16 72:7,19
73:8 74:7 77:5
78:13,16 79:15
81:21 90:11,12,16
91:5,12 93:1,18
94:22,22,23,24,25
97:3 99:8,12,16
99:23 100:3,19,21
101:5,5,6,19
102:11 106:22,25
107:22 108:23
109:2 110:1,8,11
110:17 111:24
112:12,17,19
113:3,15 117:7
121:9 124:19
125:18 130:6
131:21 132:3,13
134:18,23 135:3
135:10 136:10
139:5 141:17
142:6,11 144:6,17
145:10 146:9
147:6,8 148:14,21
**I've** 33:21 34:9 59:1
67:20 77:18 103:7
141:15 150:2
**I"m** 15:3
**ID'd** 3:19
**idea** 23:25 45:6
53:18 141:10,11
148:12
**identification**
154:22
**Idlewild** 39:17
**if** 6:18 7:5,12,21,25
8:25 9:8,11,11,16
10:15 21:6 22:2,4
22:5 23:4,9,17
24:6 25:11,19
26:10,11,13,24
27:2 28:15 29:4
30:5,10 31:20
33:6,8 36:1 41:4,7
43:23 44:5,8,10
45:10 46:12,21
47:11,16 48:3,4,5
48:15 49:5 50:13
51:1 56:2 57:16
59:15,22,22,24
60:8 61:8,14,16
61:23,25 62:5,14
63:6,13,18,22
64:3,3 65:2 66:3,8
66:24 71:11 72:20
72:22 73:16 74:7

74:18,23 75:21 77:4 78:24 79:5,6 79:22 81:6 82:12 85:5 86:9,17 91:8 91:12 95:3,20 96:1,15,15 97:23 99:3,18 101:9 103:4 104:24 105:1,10 106:22 106:25 107:3 109:20 112:6 114:5 115:6,8 116:1,2 117:16,25 118:12,13,20 119:1,9,17,22 120:6,16 121:14 123:17 124:15,20 125:21 126:4,16 126:18 127:17 128:1,5,13 129:16 130:1,1 132:23,23 133:6 134:17 135:4 136:8,25 137:7 138:8 139:12 141:21,22 142:7,24,25 143:19,20 145:15 148:12 149:7 151:17 154:16

**illnesses** 84:18,19
**image** 151:6,7
**images** 152:13
**imagination** 87:15
**imagine** 93:11
**impact** 133:13
**impair** 5:19,23
**important** 36:15 65:24 76:17 84:2 84:10
**impose** 59:16
**imposed** 26:3
**imposes** 63:20
**impossible** 109:18
**impoverished** 28:18
**improper** 42:7,10 51:8,23
**improvement** 67:17
**in** 1:9,11,12,13,14 1:16,17 4:11,21 5:9,14 6:18,19 7:2 7:4 8:20 11:12 12:4,10,12,18 13:7,9,12,16,19 13:21,24,25 14:4 14:7,9,19 15:8,13 15:14 16:16,17,18 16:21 17:1,5 18:9 19:6 20:9,11 21:4 21:9 22:19 23:10 26:5,8 28:8,10,12 29:17,23,25 31:6 31:25 32:21 33:13 33:21 34:4,8,22 35:9,18 36:6 37:5 37:9,15 39:7,23 39:24,25 40:3,14 40:21,25 41:2 42:5,20 43:3 44:6 45:2,10,11,18 46:15 47:18,21 48:11 49:7,21 50:6,18 52:12,13 52:15 54:22 55:5 55:15 57:16 58:1 58:4,23 59:1,2,4,8 60:5,21 61:4,14 62:1,4,10 64:1,22 64:24 67:6,19,25 68:20,25 69:10 71:7,8,12,13 72:5 73:2,18,25 74:2 74:24 75:1,3 76:5 76:19 77:3,16,19 77:25 78:15 81:13 83:9,15,23 84:17 84:20,25 85:15 89:1 90:8,24 91:10 92:4,24 93:17 94:5,16,17 95:6,8,15,20 97:2 98:1,12 99:17,24 100:18 102:11,12 102:14 103:3,10 103:10,13,16 104:2,4 105:8,17 106:15,22 107:10 108:15,18,24,24 109:1,5,5,8,18,20 110:13 111:14 112:5,20 114:7,13 115:9,21 116:1,14 116:18 117:13,22 118:15,22 119:19 120:10 121:15,17 122:22 123:4,11 123:21 124:6,9 126:15 127:9 128:2,21,24 129:12 130:13,19 130:22 131:10,16 131:24,25 132:20 133:12,16,16,18 134:10,19,22,25 135:22 136:3,4,10 136:18,21 137:4 137:14,21,22 138:22 139:8,18 139:18 140:14 142:23 143:5,20 143:22,25 146:12 146:14 147:7,13 148:3,25 149:18 150:18,23,23 151:2,6,6,7,9,10 151:11,15,21 153:4,7,8,20 155:2 158:12
**inaccurate** 44:24 137:24
**inappropriate** 60:11
**inches** 84:11 106:19 117:17
**include** 32:20
**included** 88:2
**including** 9:25
**indefinitely** 62:18
**indicate** 105:11 107:17 153:9
**indicated** 95:5 156:5
**Indicates** 22:25 97:20 109:10
**individual** 54:23 151:23
**individuals** 16:24 52:12
**infestation** 59:3 85:17
**influence** 5:18
**information** 7:14,16 46:6 55:22 147:14 149:1
**inside** 86:8
**inspecting** 77:17 96:3 118:7,11
**inspection** 95:22 96:10
**inspector** 5:1 19:12 59:11 65:15 123:1 151:22 152:1
**inspectors** 69:6 87:7
**inspire** 64:25
**instance** 61:8,9,25 118:16 128:21
**instead** 141:21 142:7
**Institute** 2:15 4:10
**instruct** 8:19 25:22
**instruction** 6:10 25:3
**instructions** 6:21 155:2
**insult** 6:13
**intel** 34:25
**interacting** 20:12
**interested** 20:9 68:20 158:12
**interfere** 38:20
**internet** 49:14
**interpretation** 69:12
**interrupt** 7:4,6 94:22,25
**interview** 37:12
**intimidating** 17:11
**into** 7:15 17:25 28:5 28:14 29:22 58:20 64:13 65:7,11 66:11 69:11 78:20 80:22 88:2,14 90:22 102:22 109:23 117:16 120:19,20 121:8 123:16 127:20 135:23 146:6
**invalid** 28:11
**investigate** 37:16 43:6 56:3,4 88:3,5
**investigated** 33:8 43:10 44:8 88:11
**investigates** 37:10
**investigation** 88:14
**investor** 59:23
**investors** 54:17
**invoices** 30:18
**involve** 22:10
**involved** 37:6 40:25 68:17,21 69:15
**involvement** 11:15
**involves** 33:9
**is** 4:9,10,12,18,19 6:25 8:14 10:6 14:19 17:16 23:10 28:11,17,20 29:22 32:3 34:18 35:15 37:9,16,17 44:1,5 44:6,9 46:13 47:11,14,15,16,16 47:21 48:11,13,13 49:12,25 50:3 51:6,20,20 52:2 52:17,23 54:4 55:11 56:10,11,18 56:25 57:1,11 58:2,19 59:25 61:1,10,20 62:1 62:11,16 63:18,18 64:1,1,2,3,5,14,20 66:13,20 68:1,6,8 68:12,19 69:21,25 70:1,5,8 72:8,25 73:11 75:10 76:7 76:10,18 77:2 78:15 80:11,24 81:17 82:14,19,23 83:19 84:5,7,10 84:10,11,13,17,23 85:8,22,23 86:6 86:13,24 87:19 89:25 90:8 91:19 93:7,8,23 95:10 95:12,17 98:1 99:4,17 100:25 101:3 102:8,11,14 102:15,19 104:19 105:10,16 106:2 106:17,19 107:8 109:8,12,20 110:11 112:4 114:7 115:5 116:21 117:7,19 118:12,13,17 119:4,19 120:10 122:4,22 123:5,14 123:15,20,23,24 124:6 125:9,11,15 126:7,9,10,13,20 126:25 127:18 128:2 130:10 132:7,11 133:18 134:10,21 135:22 135:24 136:3,22 137:1,3,5,7,8,10 137:13,18,23,24 139:13,19 142:3,4 142:19,22 143:19 145:1,13,13,18,25 146:5,5 147:1,4 147:25 148:1,13 148:23 149:19 150:5 151:1,9,17 152:7,10,16 158:7
**issue** 26:8,9 27:17 27:19 28:15 36:7 46:3 69:16 76:14 76:18 79:12 83:24 85:23 90:7 99:6 108:20 109:22 136:10 140:25
**issued** 50:19 62:1 64:19 66:3 80:10 109:11 121:14 123:9 134:2
**issues** 28:25,25 29:1

31:8 37:15 59:4
60:17 61:21 64:23
65:9 76:19 77:8,9
82:8,9 114:8,8
141:15,15
**issuing** 66:25 67:7
110:4 111:4
**it** 5:8 6:25 7:13,25
8:1,8 10:3,8 13:18
14:4,8 15:25
16:21 17:3,11,23
19:1,8 20:10,13
20:18 21:2,14,15
21:24,25 23:20,23
24:2,2,6,11,18,19
25:8,10 26:8,12
26:12,13,14,14,16
26:23,24,24,25,25
27:5,6,11,13 29:4
29:25 30:7,12
31:8,9,10,11,19
31:19,20,21,24
33:15,16,17 34:12
34:19,23 35:3,22
36:9,24 37:11,12
37:14,14 38:2,17
38:18 39:19,22,24
39:24,24 40:1,1,3
40:14 41:17,22
42:2,10,10,16
43:2 44:6,7 45:7
45:21,22,24 46:4
46:5,15,16,17,21
46:25 47:16,17,21
47:24 48:2,2,3,4,8
48:13,18,24,24
49:17,23 50:13
51:7,20,23 52:8,9
52:10 53:5,22,23
55:4,16 56:10
57:9,12,14,19
58:13 59:2,10,22
59:22,22,24 60:8
60:8,10 61:18
62:18,22,25 63:1
63:10,13,25 64:24
65:1,8 66:17 67:3
67:4 68:17,21,24
69:8,11,13,15,23
70:18 71:4,22,23
71:25 72:6,13,21
73:5 74:3 75:17
75:20 76:3,4,11
76:13,19,21 77:11
79:4,6,6,7,13,22
79:23 80:20 81:7
81:8,17 82:16

83:1,2,5,6,12,14
84:5,10,11 86:16
86:18 87:2,11
89:2,4,6,8 90:1,3
92:10,13,15,15,16
92:19 93:2,7,9,17
93:24 95:7,14,18
95:25 96:11,15,16
96:25 97:2,3,3,9
97:23,25 98:1,7,8
98:18,22,23 99:7
99:9,9,12 100:2
100:21 101:6,9,22
102:2,8,11,14
103:3,11,12,22
104:9,18,21
105:17,23 106:3
106:14,18,22,25
107:2,5,16,22
108:1,13,19,24
109:1,6,22,23
110:5,17,20,22
111:5,9,16,21
112:4,5,7 113:11
113:11,13 114:5
114:14 116:1,3,9
116:19,21,22
117:3,8,8,11,12
117:12,16 118:1
118:16 119:1,5,9
119:14,16,20,21
120:11 122:13
123:20,21,23,23
123:24,24 124:1
125:5,16,17,21
126:6 127:2,6,7,8
128:11,11,13
129:2 130:1,4,13
130:14,14,21,21
131:5,6,7,8,13,14
132:6 133:13,14
135:21,25 136:5
137:25 138:12,14
138:17 139:15,16
140:2,3,3,5,7,10
140:11,13 141:11
141:14,21 142:7
142:12,16,18
143:1,24 144:3,9
145:25 146:3,5,24
147:5,6,8,13,19
148:8,20,24
149:12 151:1,14
152:12 154:11,16
154:17
**it's** 6:2 7:8 12:10
14:12 16:6 20:1

31:17,25 33:9
36:16 41:12 44:10
48:16 51:18 58:3
61:14 64:4,6,11
64:19,22 68:24
69:16,21,22 74:10
75:18 76:11,22,23
79:19 81:6,18,23
84:8,12,16 85:18
86:1,17,17 89:4,4
89:5,5 91:6,6
93:14 94:4,5,8
96:5 102:12
106:16,18 109:18
112:24 113:4,15
114:14 115:21
117:16,17 119:6
123:11 126:7,25
128:11 129:21,22
130:10,25 131:2
131:13 136:7
138:13 142:23,24
142:25 143:20
145:6,11,22
147:25 151:8
**Item** 94:5
**itineraries** 152:17
**itinerary** 3:24,25
147:14 149:1
**itself** 96:10 103:22
104:10 155:3

_____

## J

**J.C** 14:21
**Jack** 16:9
**jacked** 40:2
**jacks** 74:24 127:14
**jail** 15:9,10 33:21
40:23
**James** 1:5 147:14
148:25
**Jennifer** 50:18 52:2
52:17
**Jim** 4:13 148:10,17
**Joan** 20:7 30:18
60:19
**job** 13:19 14:5,8,17
16:3,4 17:18
19:12 20:5,6,8
22:8 23:20 24:20
40:18 41:25 55:10
65:14,20,22 66:2
66:7,12,13,24
69:20 71:8 79:22
125:18 127:20,21
131:3 133:3
139:11 150:10

**jobs** 13:21,25 14:14
18:9 19:17
**Joey** 52:8,11,14
69:14
**joke** 25:16
**joked** 32:25 38:18
**jokes** 127:7
**jokingly** 38:16
**judge** 6:19 8:14
**judged** 27:4
**judgment** 25:8
123:22
**July** 93:1 95:25
96:2 99:10,11,15
100:4,14,19 101:6
101:23 102:6,10
103:13 105:7,24
106:3,9,10,11,12
106:17,20,23,25
107:5,11,21,24
109:2 111:15,23
112:11,17 113:8
113:11 118:2,16
124:4 125:10
143:13,17 146:18
149:4,8,9
**jump** 17:13 123:24
**jumped** 17:22
**June** 93:1
**Junior** 12:1
**jurisdictions** 44:7
**jury** 6:19
**just** 5:7,11,25 6:3,7
7:13,16 9:1 10:19
11:12 12:7 14:20
18:17 19:1,17
22:2,5,14,15
23:20 25:10,20
26:25 27:25 28:16
30:10 35:8 36:1
36:21 37:1 38:10
38:20 39:9 42:4
42:10,13,15,17
44:6,23 47:2,23
49:15 50:15 51:7
52:19 62:10,25
65:21 66:12 68:3
72:13,15 73:21,24
74:3,20 77:22
81:24 84:11 85:18
88:17 90:16,19,21
91:19 94:2 95:12
96:3 99:23 101:15
103:3,5 106:8,25
108:4,7,9 113:2
115:12 116:22
118:10,17 121:5

125:14,18,18,21
126:20 127:12
129:22 130:12
131:9,21 132:10
134:11 136:11
138:14 139:11
140:1,10 144:17
144:18 145:10
146:12
**justice** 2:15 4:10
12:13,19
**Juvenile** 14:16

_____

## K

**Kale** 20:7
**Katherine** 2:8
157:13,15 158:5
158:15,16
**keep** 23:6 63:7
73:17 107:9 127:3
127:4 136:11
**keeping** 94:2
**KEN** 1:13
**Kepto** 68:7 87:19
87:22 88:15
**keys** 135:14
**kicking** 44:22
**kids** 78:20
**kind** 11:15 15:25
16:7 17:18,25
18:5 20:18 27:4
29:15 35:22 36:9
37:2,7,18 48:9
55:3 57:15 68:9
68:18 69:22 73:19
73:21 75:12,22
84:12,20 89:3,5
100:19 117:12
118:25 119:6
122:16 127:6,9
128:6
**kindly** 155:4
**kinds** 73:14
**knew** 40:23 73:20
74:22
**knock** 120:4
**knocking** 66:17
**know** 6:22 7:13,21
9:1 11:18 23:9,20
23:25 24:4,16
25:19 28:24 29:3
29:22 30:1,2,7,10
30:12,17,24 35:4
36:25 37:13,15
38:12,23,23,24
39:18 40:22 41:4
41:7,10,12,20

42:4 43:18,22,22
44:19 45:5,10,14
45:15 46:3 48:6
52:13 55:22 56:15
57:1,6 63:3 64:19
65:1,6,25 66:14
66:14 69:2 71:11
72:3,5,22 73:1,1,6
73:8,20,23 74:9
74:12,24 75:13,21
75:23 76:2,3,6,12
76:15,20,25 77:12
77:13,18 79:2
82:8,11 83:8,10
84:10,11 85:5,6
85:11 86:6 87:13
90:12,21 96:5
97:7 100:12,18
102:9 104:18,24
107:14,22 110:16
111:16 112:19
113:15,17 115:4
116:5 117:17
120:13 121:6
123:14,22 125:19
125:20,21,23
128:5 130:25
133:2 134:17
135:3,9 136:10
137:5,8 138:8
141:18 142:24
143:19 144:24
145:1,3 146:7
147:20,22,23
154:16
**knowing** 68:20
121:12
**knowledge** 90:17
**known** 109:14
**knows** 31:23

**L**

**lab** 129:4,8
**laced** 131:25
**lady** 85:16 103:16
105:19 106:4
118:7 120:12
**landscaping** 14:14
**Lane** 103:16
**Large** 2:9
**last** 21:4 41:15 53:6
57:16 94:16,19,23
98:9 109:5 114:13
131:18 138:17
152:13
**Late** 15:1
**later** 8:13 25:15

96:6,15
**latest** 117:9
**law** 5:12 12:6 13:21
14:1,3,9 15:16,19
16:2,3 32:10,16
34:8 44:8 46:5
55:23,25 56:6,9
56:12 67:20 79:7
80:18 88:3,5,7
127:18 129:22
132:17 133:4,9
145:23
**lawn** 30:8,13 76:8
83:20 106:11
108:11 113:20
123:15 126:22
128:18 137:1
**lawnmower** 92:9
95:5 98:16
**lawns** 29:12 30:4
**laws** 34:10
**lawsuit** 67:25 68:8
69:2,18 70:13,16
70:24
**lawsuits** 71:11
**lead** 81:14 117:15
**leads** 82:16
**learn** 23:11
**learned** 138:9
**least** 103:16
**leave** 16:2 17:17
18:14,16 23:19
30:25 31:3 44:12
87:14
**leaving** 67:23
**left** 13:19 16:11
17:16 18:6 37:5
37:11 122:24
151:15
**legal** 69:12,16
**legally** 132:23
**legitimacy** 153:5
**length** 106:10
**less** 72:16 76:5
122:7
**let** 7:6,13,21 9:1
32:8 35:7 41:14
69:4 77:15 93:19
103:2 107:20
110:20 113:1
**let's** 13:5 22:23 58:7
60:16 61:20 74:15
83:14 117:21
123:11 124:6
143:4
**letter** 26:13,15
28:21,21 43:22

46:14 47:5 58:11
81:23 83:1 97:10
97:12 119:4 121:3
121:4 124:11,12
127:2,8,25
**letters** 47:19 66:14
66:16 80:4
**level** 131:5,13
**levied** 4:13 57:20
**licensed** 55:2
**lie** 18:4
**liens** 26:3 67:8
**lieutenant** 16:16
17:5 18:3
**life** 34:8 115:9 150:6
**life-safety** 76:14,18
85:21
**light** 30:1 83:23
84:18
**like** 9:4 14:9 17:20
17:23 18:23 19:8
19:8 20:20 21:6
21:14 24:15 27:1
27:13 31:18 33:16
36:19 37:13 41:17
41:22 42:2,20
43:15,16 55:4
57:16 58:10 65:23
66:16 69:18,22
74:24,25 75:20
79:8,20 82:9
83:12 84:17 86:10
87:1 91:15,20
92:25 93:14 95:25
96:3,20 97:3
99:13 101:8,22
102:1 105:7,14
106:18 111:9
114:4 115:7,11
116:17 118:15
120:5 122:14
126:6 127:5,5,5
127:25 130:24
131:5,6 133:6
136:8 138:9,10
139:7 140:9
141:12 142:18
145:15 146:20
147:10,13,16
**likely** 81:18 97:9
110:5
**limited** 72:15 150:2
**line** 28:22 29:5
125:1 150:17
155:5
**lines** 29:8 34:21
65:11

**list** 38:17 47:25
74:19 94:17
**listed** 118:12,13
148:3
**listen** 134:7 136:2
**lists** 103:12
**little** 5:4 6:1 11:17
28:12 40:4 49:25
67:23 69:22
106:14
**live** 31:25 58:1 68:9
68:19 77:3,14
130:21
**lived** 13:24
**lives** 28:11 39:17
**LLP** 2:20
**local** 55:20
**log** 23:17,24
**Lokey** 137:5,18
138:2 139:14
**long** 10:24 15:7
18:11 50:13 52:10
71:18 72:10 75:10
75:16,23 76:18
77:16,18,22 78:7
78:11,19 84:5
102:1 103:21,22
104:9 117:4,8
123:5,9 124:7
125:10 132:14
133:8 136:13
154:5
**Long-term** 15:20
**look** 8:8 21:15 23:3
50:12 54:4,7,14
59:20 60:1,4
63:10 77:10,10
80:25 92:20 94:16
95:20 97:8 102:2
120:16 124:3
138:22 142:1,2
147:16
**looked** 29:3
**looking** 7:16,17
54:7 75:2 98:23
100:3,18 101:5
102:12 128:8
141:17 151:4
153:18
**looks** 91:20 95:25
97:3 101:22
106:14,18 147:13
**loop** 52:12
**lot** 6:1 18:22 23:15
23:15 25:16,18
28:6,13 29:2,23
34:9 35:10,10,19

40:17,17 44:12
45:5 49:2,5,7
53:23 54:17,18
55:11,25 57:12
59:7,10 66:15,20
71:24 74:1 76:24
77:19 80:21 87:25
89:3 112:25 119:2
128:13 131:11
134:8 136:1 138:9
138:23 139:2,3
142:23 143:25
146:5
**lots** 16:22
**loud** 7:4 68:21
**loudly** 4:13
**Louis** 134:22
**LOWELL** 1:10
**lower** 134:9 141:9
**Lyle** 2:8 157:13,15
158:5,15,16

**M**

**made** 17:3 29:4
32:12 43:25 44:5
64:3 89:16 105:9
128:14 151:10,24
155:20
**mail** 23:4 26:12,14
28:21 34:6,21
46:9 47:3,5 48:22
49:22 60:23 80:4
83:10 132:6
**mailed** 26:25 46:21
47:20 66:16 121:4
**mails** 20:23
**mainly** 30:1 55:17
58:17
**maintain** 24:21,22
24:22,23,25 28:1
30:21 56:21 65:25
114:3 127:12
**maintained** 25:2
59:9 81:8 127:4
**maintaining** 24:25
75:19
**majority** 45:8 81:15
82:17,18
**make** 6:1,21 7:3,5
7:10,19 8:2,9 9:6
9:14 24:23,25
27:3 30:10 37:11
37:14 47:23 48:24
49:2 58:21 59:12
59:15 63:12,21,23
64:7,9 68:3 74:13
81:1 88:17 96:25

110:5 115:12
120:4 127:7 152:3
155:2
**makes** 37:23 44:9
60:13
**making** 22:20 33:11
59:18 89:7 141:19
**man** 31:14 32:1
**manager** 13:8,10
32:20,21 33:13
35:11 37:21 42:6
45:17 68:2 70:5
88:4,7
**Manager's** 68:5
**mandatory** 34:10
**manner** 29:25
**many** 5:3 12:4,5
18:1 21:19 24:15
25:8 26:15 28:23
34:9,21 38:11
40:9 45:7 49:8
50:11,15 54:24
55:20,23 57:13
64:11 66:14 72:14
73:1,18 74:2
77:16 82:1,2
87:13 114:10
115:7,11 120:10
131:8 133:23
137:21 141:15
145:14
**March** 157:12
158:13
**marine** 16:15
**Marion** 103:16
105:19 106:4
118:7 120:13
**mark** 8:5 93:3
152:14 155:3
**marked** 3:19 92:5
154:21
**materials** 77:12
**matter** 29:6 49:12
50:18 57:17 86:17
104:18 116:21
120:22
**max** 89:25
**maximum** 89:9
129:13 130:6
133:6
**may** 19:25 20:2,8
24:17 28:2 38:22
47:17 48:4 49:6
54:23,24 61:10
63:4 64:13 65:7
65:11 74:2 82:9
90:3 100:21

107:10 119:5
121:25 122:22
145:9,10 146:17
147:16 148:11,13
148:19 149:8
153:11
**maybe** 10:25 21:8
24:16 29:6 40:2
46:14 49:15 56:1
71:4 76:15 92:25
93:2 108:25
112:18 116:19
122:16 133:8
153:14
**Mayor** 35:4 37:21
51:16
**Mayor's** 35:20 38:6
39:15
**McHale** 30:18
60:19,22
**me** 5:4 7:7,13,21 9:1
25:17 31:8,15
32:8,17 35:2,7,22
36:14,15 37:4
39:20 41:14 42:16
42:16,17 43:16
53:24 60:11 65:25
68:7 69:4 76:23
77:15 84:9 86:5
90:23 93:19 95:21
97:1 101:22 103:2
103:19 105:3,16
107:20 110:20
112:23 113:6
115:6,8 125:17
131:9 132:2
134:17 137:7
139:23 140:13
143:18 147:12
148:23 155:20
157:8
**mean** 6:13 9:9,11
21:18 24:2,13
25:9 26:22 27:6
36:9,10,16 38:20
42:10 43:18 45:4
45:6 50:25 51:11
53:22 56:21 60:12
61:10 64:2 66:12
66:15 69:4 72:20
74:21 75:13,19
76:9 77:6,7 79:21
84:11 85:18 90:11
96:18 97:12 99:12
115:6 119:1,25
123:25 127:11,20
140:12

**means** 11:12 27:25
28:12
**mechanism** 43:6
135:22,23
**mechanisms** 136:3
**media** 87:25,25
88:20
**medical** 5:22
**medication** 5:19
**meet** 28:16
**meeting** 93:20
99:18 100:17
102:14,18 103:10
108:15 109:6
110:22 112:2
114:14 117:25
136:22 143:12
149:18 154:3,10
**member** 1:12,13,15
1:16,17
**members** 14:9
**memory** 11:14
90:23 98:11 103:3
**Menial** 14:14
**mention** 21:4
151:10
**mentioned** 12:17
14:20 19:18 26:7
44:20 54:2 55:10
80:3 84:17 87:1
96:4 122:14 129:3
**messages** 34:22
131:24
**meth** 41:2 129:4,7
**Miami** 2:16
**MICHAEL** 1:9
**Michelle** 68:7
**microphone** 4:14
**middle** 1:1 103:10
130:22
**might** 5:19,23 7:4
8:4,6,19 24:18
75:1 87:24 113:11
**Mike** 68:7 87:19
**milk** 34:15
**mind** 50:10 54:25
73:18 103:7
**mindset** 11:16
**mine** 72:5 89:3
**minimum** 34:10
**minutes** 3:21 10:25
83:19 93:20 94:17
99:18 100:17
102:14,18 103:11
108:16 109:6
110:22 112:2
114:14 117:25

136:15 143:12
149:18
**missing** 39:24 40:2
64:17 110:17
**moment** 26:7 27:16
39:15 43:5 48:22
63:17 82:14 85:20
94:12 101:12
103:4
**Monday** 20:17
121:1
**money** 43:16 44:2
87:8,22,23 88:10
88:13 89:1 142:23
143:25
**month** 92:23 145:2
**months** 31:12,12
41:15 72:4 153:15
**Mora** 2:19 3:4 4:5
5:25 6:7,13 8:11
8:15 10:20,24
20:21 23:13 24:8
28:19 30:14 38:7
39:11 41:19,24
42:22 43:11 44:17
45:13,20 50:2,4
50:21 51:4,13,21
52:7,25 53:4,11
53:20 54:9 55:7
56:13,19 57:3,10
57:24 60:6 61:6
63:2 65:4,16 66:5
66:9 67:1,9,13
69:25 70:11,20
71:3,15,20 72:18
73:11 75:8,11
77:23 78:21 79:1
79:14 80:2,17
81:20 82:21 83:7
83:14,21 84:15
85:4 86:3,25 87:9
90:9,25 93:14,17
93:23 94:2,8 98:6
99:23 101:9,15
102:24 103:4,23
104:12,16 106:13
108:22 109:25
110:7,15 111:8
112:8 113:1,22
116:9,16,24
118:24 119:13
121:24 122:8
123:19,21 124:22
124:25 125:14
126:23 128:22
129:6,18 130:3,8
132:16 133:1,10

133:20 134:4,20
135:8,20 136:7,14
137:10,15 139:20
140:4,18 141:2,24
142:9,20 143:23
144:5,10,20 145:8
145:20 146:2
148:13 149:10,22
149:24,25 152:17
152:19 153:23
**more** 5:4 6:1 23:11
25:22,25 26:3,5
43:24 64:16 66:3
66:8,25 67:8,8
72:16 74:19 75:16
76:5,7,11,17
81:18 84:5,7,9
85:21 86:1,14
88:23 91:17 96:5
98:9 103:2 106:20
110:5 116:4
117:17 128:11,12
132:15 148:21
**mosquito** 83:23
**mosquito-born**
84:18
**mosquitoes** 85:2
**most** 21:14 31:4,5
97:9
**MOTLEY** 1:14
**move** 14:2
**moved** 13:12 14:12
**moving** 66:20
**mow** 29:12 30:13
100:9
**mowed** 30:8 108:11
113:21 128:18
**mower** 29:18 94:12
**Mr** 3:3,4,5 4:5,6
5:25 6:7,10,13,15
6:16 8:11,15
10:20,24 20:21
21:3 23:13,22
24:8,12 28:19
29:10 30:14,16
38:7 39:2,11,13
41:19,20,21,24
42:1,22 43:4,11
43:14 44:17 45:1
45:13,16,20,23
49:24 50:2,3,4,5,8
50:21,24 51:4,9
51:10,13,19,21
52:1,7,16,25 53:1
53:4,7,11,12,14
53:20 54:1,9,11
55:7,9 56:13,16

56:19,24 57:3,8
57:10,18,24 58:5
58:6 60:6,13,15
61:6,18,19 63:2,5
65:4,12,16,18
66:5,6,9,22 67:1,5
67:9,11,13,15,16
68:25 69:1,1,25
70:3,10,11,14,15
70:20,23 71:3,4,6
71:15,17,20 72:1
72:18,24 73:11,12
74:13,14 75:8,9
75:11,14 77:23
78:3,21,23 79:1
79:10,14,17 80:2
80:6,17 81:2,20
82:13,21,22 83:7
83:12,14,17,21
84:4,15,22 85:4,7
86:3,12,25 87:6,9
87:17,22 88:15
90:6,8,9,14,15,25
91:7 92:4 93:14
93:17,19,22,23
94:1,2,4,8,10,12
94:20 98:5,6,10
99:17,23 100:1,6
100:7,16,23 101:9
101:15,17,19,22
102:1,7,9,15,23
102:24 103:1,4,7
103:9,23 104:1,12
104:13,16,23,25
105:4,18 106:4,13
106:21 108:9,22
109:4,25 110:3,5
110:7,10,15,19
111:8,12,19,21
112:8,22 113:1,4
113:5,22,24
114:21 116:9,12
116:16,20,24
117:2,21,24
118:24 119:8,13
119:15 120:12
121:7,19,21,24
122:2,8,11 123:19
123:21 124:2,22
124:25 125:7,8,14
125:24 126:23
127:16 128:17,22
129:1,6,14,18,19
130:3,5,8 131:17
131:19 132:16,22
133:1,5,10,15,20
134:1,4,13,20,23

135:2,8,12,20
136:7,12,14,15,16
136:17 137:10,12
137:15,25 139:17
139:20,24 140:4,6
140:18,22 141:2,4
141:7,22,24 142:5
142:9,17,20,21
143:4,7,9,11,13
143:23 144:2,5,8
144:10,12,20,23
145:8,17,20,24
146:2,8,17 148:13
148:14,16 149:3,7
149:10,14,21,22
149:24 150:2,12
152:16,17,19
153:19,23,25
154:2,17
**Mrs** 137:18
**Ms** 45:17 60:22
138:2 139:14
**much** 9:18 21:2
23:23 30:7,12
47:9 49:23 58:4
59:21 63:13 69:25
72:4,21 75:23
79:4 128:4 134:12
139:19 144:24
**multiple** 42:11
**multitude** 48:8
**municipal** 19:18
**MURRAY** 155:24
**must** 32:13 108:4
139:2
**my** 4:9,10 6:12,21
6:24 8:12 11:15
11:16 12:6 14:11
16:6 17:3 18:1
22:8,19 26:11
27:2 31:5,6 32:19
32:21 33:5 34:8
34:11,12,18 36:12
36:12,24 37:5,12
38:17 39:19 40:12
41:25 42:18 43:25
49:24 57:11,15
64:16 65:21,23
69:10 73:12,18
74:24 75:17,20,22
76:19,23 77:19
79:3 82:14 84:1
84:20 86:16 91:10
94:2 100:20 102:5
102:11,12 103:7
104:5,19 111:22
112:18 116:21

118:16 124:6
125:1,18 126:25
127:12,19,20,23
128:2,12 129:21
129:21,23,23,23
131:16,25 132:18
133:3 135:24
137:2,4 139:22
141:18 142:23
143:3,20,25
152:15 157:11,17
158:8
**myself** 6:14 131:9
132:13

---

## N

**N** 3:1
**name** 4:9,16,17
31:15 41:15 45:8
147:14 148:25
**named** 16:9 67:25
71:12
**narcotics** 15:15,20
16:18
**nationwide** 44:20
**nature** 34:23 40:21
43:19 131:25
**near** 149:7
**necessarily** 54:16
65:6
**need** 8:13,21,22,25
17:9 32:9 57:2
73:9 74:16 103:4
114:4,5 123:12
128:3,4 138:4
141:14
**needed** 30:5 32:15
**needing** 22:6
**needs** 67:17
**neglected** 40:9
**neighbor** 41:1,1
101:7,8
**neighborhood** 81:8
**neighborhoods**
22:20
**neighbors** 35:11
58:25 59:7 76:2
**nephew** 18:4
**never** 11:24 18:10
23:18,19 25:5,8
26:2,6,6 34:11
35:1,2 38:2 67:10
67:20 71:3 104:5
**new** 16:10 85:13
**news** 34:4 131:7
**next** 13:18 14:13
24:10,10,13,18

58:9 69:1 99:5,7
109:23
**nextdoor** 130:20,21
**nice** 6:4 25:17 139:5
**no** 1:3,3 5:21,24
8:14 9:23 10:5,12
10:23 11:2,5,7,9
11:11,14 12:3,15
12:21 17:23 18:10
19:20 21:18 23:8
23:14,25 25:8
32:25 36:25 37:9
37:16,17 38:13
39:6,6,12 40:7
43:6 45:6 49:6
53:18 56:4,4 66:4
67:19,20 71:2,10
72:11 74:4,25
77:8 78:2,22 79:2
79:6 80:23 86:21
88:19 89:22 91:14
91:15 99:2,16
104:3,5,7,11
105:13 112:25
113:9,15,23 114:8
115:5,6 118:10
120:15 123:10
129:17 139:3
146:14 147:23
148:12 149:17
151:20,24 152:12
152:22,25 153:3,6
153:22 157:18
**Nobody** 11:8
**nods** 7:1
**non-health** 86:1
**non-repeat** 89:24
**noncompliance**
64:21
**None** 71:16
**nonlife-safety** 85:22
**nonstop** 36:5
**nor** 158:10,11
**normal** 21:25 97:9
**normally** 27:9
**North** 39:18
**not** 7:15 8:19,21
9:18,19,24 10:14
11:11 17:4 19:16
19:23 22:14,15,18
24:17 25:10,19,24
26:2,4,12,14,19
27:25,25 28:2,17
30:9,15,24 31:25
33:9,17,19,19,22
33:24 34:14,17,19
36:24 37:12 38:17

39:6,9 43:18 44:6
46:24 47:16 48:2
49:9 51:2 52:2,3
54:16 55:2,8,16
56:1 57:25 59:9
59:10 60:7 61:7
61:15,16,24 62:1
62:5,11 63:24
64:1 65:5 68:17
68:20 69:6,8,11
69:13,20,20,24
70:1,6,25 72:7,12
72:19,23 74:7
75:2 76:19,22
77:5 78:13,16
79:15 81:7,21
82:12,16 85:6
87:3 89:10,22
90:3,11,12 93:1
95:5,6 96:16
97:21 98:3 99:1
99:12 100:21
101:5,19 105:1
106:22 108:23
109:2,8 110:1,8
111:18,24 113:19
113:25 116:11
117:3 118:13,14
119:2 121:9
122:20 125:19
128:8 129:12,20
129:21,23,23
130:12,25 131:2,8
131:16,21 132:18
132:20 134:23
135:10 138:15
139:19,23 141:18
142:24 143:1
144:6,6,17 145:7
146:1,9 147:25
148:12,13 151:2
152:22,25 153:11
155:3 158:9
**Notary** 2:8 157:16
**notation** 46:17
**note** 24:16 46:15,16
48:24 101:10
155:2
**noted** 143:20
155:19
**notes** 91:12 93:2
94:3 96:13 97:2
98:23 102:11,12
107:4 112:2,5
121:16,18 158:8
**nothing** 42:16 67:3
138:13 153:23

39:6,9 43:18 44:6

**notice** 2:3 23:5 24:5
26:9,11,16 27:17
28:15 46:3,21
47:3,8,14 58:12
64:20 79:12,25
80:10 81:18 82:19
83:5,9 91:11
96:20,23 97:13
99:6 108:20
109:22 110:4
111:4 113:17
121:14
**noticed** 119:17
**notices** 21:1 53:16
66:8 81:14 121:17
132:25
**notification** 111:10
**notifying** 82:15
**now** 8:14 62:4 64:21
64:22 111:6
**number** 3:20,21,22
3:23,24,25 8:6
39:18 45:7 71:21
71:25
**numbers** 49:9,13,18
94:6

_____

**O**

**oath** 3:8 6:18 58:18
157:1
**object** 99:23
**objecting** 136:11
**objection** 38:7
39:11 43:11 45:13
50:21 51:4,13,21
52:25 53:4 57:3
57:10,24 66:9
67:1,9,13 70:11
70:20 71:15 77:23
79:14 81:20
123:19 125:1,14
126:23 129:6,18
130:3,8 132:16
133:1,10 134:4
135:8,20 137:15
139:20 140:4,18
141:2,24
**objections** 8:11,13
**objects** 8:16 70:9
77:7
**observed** 126:18
**observing** 25:11
**obvious** 6:3 40:19
51:18,20 127:14
**obviously** 9:10
23:16 39:25 51:23
106:17

**obviousness** 6:11
**Occupied** 114:1
**occur** 113:7
**occurred** 62:19
63:20 113:11
131:22
**odd** 42:17 69:3
**of** 1:1,8,12,14,15,16
1:17,21 2:4,6,8
3:8 4:19,22,23 5:6
5:6,12,18,25 6:1,4
6:5,11,18 8:12 9:9
9:11,18 10:5
11:14,15 12:11,16
12:23 13:1,17,23
14:3,23 15:16,19
15:21,25 16:1,7
16:15,17,22,23,25
17:6,8,18,23,25
18:5,7,11,22,22
19:11,14,21 20:2
20:18 21:5,9,12
21:15,16,19,22,23
22:1,3,11,18,21
23:4,6,15,16,18
24:6,20,21 25:4,6
25:14,15,16,18
26:9,10 27:4,11
27:14,17,25 28:3
28:5,6,10,13,15
28:17,22 29:1,2,5
29:15,23 30:2
31:2,12,16,21,22
32:10,11 33:5,6
33:14,23,23 34:9
34:16 35:10,10,20
35:22 36:4,7,9,11
37:2,4,6,7,18,18
37:25 38:1,6,14
38:25 39:7,14,19
40:2,3,4,6,11,17
40:17,18,20,22,24
41:3,5,7 43:19
44:1,5,12,16,22
44:24 45:5,7,8,9
46:3,6,14,21 47:3
47:8,10,14 48:7,8
48:9,24 49:2,5,7
49:12,15,21 50:14
51:17 52:11,14,15
53:6,12,15,16,23
54:4,17,18 55:1,3
55:17,18,23,25
56:10,11,17,25
57:9,13,16,22
58:11,12 59:2,4,5
59:7,15,20,23,24

59:25 60:2,5,24
61:18 63:16,19,21
63:24 64:20,20,21
65:10,19 66:8,11
66:14,15,19,19,20
67:25 68:5,9,18
69:12,17,18,19,20
69:20,22 70:5,17
70:24 71:16 72:13
72:13,15 73:12,13
73:14,18,19,21,23
73:25 74:1,9 75:3
75:12,22 76:15,24
77:2,6,9,11,12,13
77:19,19,20 78:9
79:12 80:10,15,21
80:25 81:3,15
82:11,15,18 83:9
83:23 84:12,18,19
84:20 85:11,18
87:4,8,8,10,13,23
88:1,2,9,12,12,25
89:2,3,3,6 90:11
90:12,16,18,23
91:8,10,12,13,22
92:18 93:9,20
94:2,4,9 95:25
96:13 97:4,13
98:11,24 99:6,9
99:11,24 100:2,4
100:5,14,20 101:6
101:15 102:9,22
103:19,21 104:5,9
104:14,18,20,24
105:2,20,24 106:6
106:10 107:6,7,11
107:12 108:20,25
109:1,2,2,15,21
109:22 110:4
111:4,14 112:16
112:19,25 114:1,2
114:14,16,19,25
114:25 115:3
116:23,25 117:9
117:11,13 118:17
118:21,25 119:2,6
119:22 120:9,11
120:14,17,21,25
121:7,14,17
122:16,16,22,24
123:11 125:2
126:11,11,12
127:6,9,13,23
128:3,6,10,11,23
129:4,13 130:10
130:22,23 131:3,9
131:11,11,12,16

132:10,25 133:13
133:22,22 134:8
135:3,11,21 136:9
136:17,25 137:1,7
137:18,23 138:2,5
138:10,11,15,23
139:2,3,9,13
140:7,15,24 141:9
141:22 142:2,8,23
143:22,25 144:6
145:4,13 146:4,4
146:5 147:1,14
148:24,25 149:18
149:25,25 150:3,5
150:5,6,9,17,18
151:5,10,17
152:10,23 153:1,5
153:19 154:10,13
155:2,2,20 156:8
157:1,3,5,12,16
158:3,4,6,7,8,10
158:10,10,11,13
**off** 17:15 31:21,22
35:22 39:18 121:2
121:19,20
**offenders** 80:13
**offense** 32:6,7 33:12
75:10 80:1 116:22
116:23
**offenses** 75:15 80:15
**offer** 139:14
**offered** 17:18 20:6
36:24
**offhand** 89:22
**office** 5:11 9:19
14:18,22 15:5
16:15 18:2 21:1
23:3,19 32:9
34:24 35:3 40:14
46:8 54:4 55:19
64:14 73:21 74:10
74:17,18,20 75:3
120:19,21 121:8
131:10,25 135:24
**officer** 5:6 14:11
18:12 34:9 59:14
67:20 87:18
**officers** 38:19 87:21
**offices** 18:23
**official** 1:9,11,12,13
1:14,16,17 33:6
38:6 157:11
**often** 22:12 71:18
82:15,16 89:8
122:4,7
**oh** 4:24 20:11 21:18
22:13 50:11 57:20

82:3 90:20 93:16
94:24 96:8 99:9
108:23 124:14,24
135:21 136:19
144:21
**okay** 4:15 6:6 7:24
9:21,24 10:9,13
11:1,8,12 15:3
15:18 22:16 25:15
25:21 26:21 31:17
33:20 38:15 50:2
50:5 62:8 68:15
70:8 71:18 74:4
78:18 81:13 90:21
93:13,16,18,21
94:2,7,18 95:20
96:1,12 97:5,17
98:1 99:3,19
100:1,15 102:3,8
102:21 103:2,6
104:14 106:24
108:7,8,14,18
109:20 110:24
112:1 113:10
116:13 117:3
121:22 123:4,20
125:5 130:9
136:14,24 138:25
143:10,21 146:16
148:2,2,21
**old** 49:9
**on** 8:14 16:5,6,14,20
16:20,22 17:8,9
17:13,15,22 18:24
20:12 21:7,13,22
22:17 26:18 27:10
29:16 31:15,19,22
32:3 33:15 34:5
35:5,7 36:24
38:17 39:17,20
40:4,12 45:18
46:24 47:2,9,25
49:7,16 50:17
53:22 56:14 57:15
58:13 61:17 63:10
63:14,25 65:21
66:17 68:19,25
71:21,25 74:12,18
74:24 75:24 76:23
76:25 77:2,4,11
77:25 80:20 82:2
82:9 88:4,8 89:8
90:4 94:9,21 95:1
95:2,8,22 96:2
97:5,9,11,15,19
98:5,24 99:13,17
99:20 100:8,13,16

100:19 101:3,23
101:23 102:5,5,9
102:15,21 104:21
104:25 105:6,19
105:23 106:4,10
106:15,20,23
107:7,12,17,21
108:1,5,11,19,20
109:7,14,15,21
110:22 111:23
112:4,11 113:8,11
114:7,13,16 115:9
115:11,22 116:3
116:14,22 118:1,8
118:20 119:1,20
120:4,13,21 121:1
121:1,6,11 123:3
123:4 124:1,16
125:9,10 126:16
127:14 128:2
131:10 132:8
133:13 135:10
136:8,9 137:23
138:2,14,21
139:15 142:12,16
143:13,19 146:3
146:18 147:5,16
148:11,19 149:4,9
149:25 150:3,18
152:15 153:11,12
153:14 155:3,3
156:5
once 28:20 46:2
47:23 48:13 63:25
73:19 109:8
111:22 127:17
128:14 136:25
139:9 145:2,22
one 11:2 15:8,10,11
16:20,25 26:18
27:20 28:10 29:17
32:11 33:23 34:16
35:6,8 36:25 37:9
37:16 39:23 41:1
41:3 46:20 56:15
59:2,12 60:10
64:16 65:13 69:5
70:1,12 72:13,25
73:8 77:5,21,25
78:1 80:8 84:7
85:2,3,15,18
88:25 92:10,22
93:14 94:23 102:4
105:20 110:17
112:20 114:9
115:12 116:5
120:18 121:19

123:14,15,17
124:15,20,21
125:9,12,15,19,19
125:21,22 126:1
129:9 132:1
134:25 137:22
138:21 145:13,15
146:10 147:23,25
148:1,15,21 150:5
152:14 153:25,25
154:5
ones 9:25 72:17
73:3,5 83:4 141:5
144:18
ongoing 91:6,20
115:1 133:22
only 7:6 15:10 17:4
37:24 78:6,9
87:10 102:3
111:25 123:5,17
125:12 129:4
143:18 145:13
open 28:22 29:5
61:3 62:11 76:15
82:7 86:7,7,8
123:25,25 124:9
125:11 133:18
135:17 154:6
opened 86:13
opening 20:8 25:4
operated 126:16
operating 41:23
opinion 74:24 76:19
84:21 86:16
127:12 131:16
137:4 139:19
143:25
opposed 104:20
option 141:20
or 2:5 5:18 6:8 7:1,1
7:15 8:21 9:5 11:2
11:3,4 13:19 18:4
19:6,25 20:2
21:16 22:4,17
23:11 24:10,10,14
24:17 25:19 26:9
28:4 29:19 32:11
33:1 34:15 35:2
37:13 38:1,6 39:7
42:14,16 43:24
44:3 46:15 47:9
48:2,5,8,16 49:9
50:14 51:1 52:3
54:18 55:16 58:18
59:11 61:15 64:3
66:17 67:8 68:12
72:23 73:5,7,9

74:19,25,25 76:3
76:5,12 77:7,12
77:12 78:19 79:5
80:23 82:12 84:11
85:6 86:5 87:3
91:13,14,17,23
92:15 93:23 96:7
96:13 97:9 101:7
105:1 106:20
108:5 111:19
114:5,5 116:22
117:8,17 119:2
122:22 125:17
126:10 127:12,13
132:25 135:23
140:3 142:24,25
143:20 144:18
148:12 153:5
156:4 158:10,10
158:11
oral 7:3
order 47:18 54:21
60:21
ordinary 7:2 119:16
original 75:17 155:2
155:3,18
other 2:5 9:3,8
10:11 12:17 15:23
18:9 19:14,17
21:9,10 22:3 25:9
36:10,25 37:5
38:9 39:3,7 42:2,4
44:7 45:10 49:1
50:14 54:14 59:25
60:4 70:1,25 71:7
73:5 76:17 79:8
83:11 84:8 85:3
86:20 87:7,18
90:4 99:24 104:8
105:6 115:16,19
117:18 118:8
121:22 122:12,18
123:8,15 124:18
125:10 131:24
133:3,17 142:12
143:16 144:13,18
144:18 147:23
others 12:2 33:13
34:2 73:15 75:6
89:21 145:5,15
our 17:10 18:22,24
18:25 21:12 22:1
23:19 35:3 36:6
37:6 40:18 49:3
49:20 57:13 58:17
60:19 64:8 69:20
72:13 114:2 115:8

127:20 132:20
134:8 139:11
ourselves 130:24
out 7:4,14 16:15
19:25 21:15 22:4
22:5,6,18 24:5,7
24:16 25:12 26:25
26:25 29:11 30:13
36:4 40:11 44:22
45:9 47:15,16,20
47:25 48:7 49:16
50:17 55:17 57:13
63:11 64:7 66:15
66:16,18 79:5
82:2 92:3 93:2
95:3,10 96:20,25
97:11 99:9,15
100:2,13 104:5
108:24 109:1,15
111:10,16 112:6
113:17 119:23
120:1,6,14,24
121:7 123:24
126:7,7,13 127:13
127:23 128:10
130:24 136:25
138:1 139:5 140:1
147:1 151:17
154:9,11,15
outdoor 68:21 69:9
outrageous 140:8
140:16,21,25
outside 136:9
140:15
over 8:8 18:2 28:5
46:20 59:13 69:5
72:16 73:14 80:8
111:19 114:15
124:12 132:8,9
138:19 142:14,14
148:15
overgrown 76:8
83:20 91:6 123:14
123:20,23 126:21
146:21
overgrowth 39:22
40:7 90:18 91:17
91:18 107:7
overseas 34:7 44:21
45:9
overview 16:1
overwhelmed 74:11
owes 137:9
owing 135:17
own 36:24 65:21
130:10
owned 54:15,25

59:23 60:4
owner 25:12 30:22
31:6 40:4 46:6
48:6,16 49:3,8,13
54:15,23 58:11
60:5,23 61:12
62:2,12,14 64:5
66:18 80:23 81:23
82:6,25 87:4 95:3
95:6,9 114:6,17
118:20 119:5,9,12
119:23 120:1,5,6
120:18,20,23,25
121:2 125:17
131:15,19 136:6
owners 28:7 45:11
82:15 127:11

**P**
p.m 1:23,23 154:20
page 3:2,7 94:6,9
114:14 155:3,5
156:1
pages 1:24 94:8
156:3
paid 19:7
painfully 6:2
pains 6:11
papers 152:15
paperwork 20:25
25:17 60:23 74:11
paperwork-type
21:2
paragraph 103:10
114:13 115:21
parameters 125:3
paraphrasing 91:5
parked 35:5
part 13:9 21:14
22:3 37:6 56:10
61:18 72:13 106:6
117:14 126:11
131:3,18 133:17
133:17 135:3,21
139:9
participated 29:17
particular 12:11,16
16:20 23:10 28:7
28:10 42:13 46:14
48:1 59:2 61:14
75:24 85:15 129:9
137:22 143:20
146:9
particularly 147:4
parties 158:10
parties' 158:11
parts 22:21 66:20

106:15 109:2,2
**party** 71:12
**past** 59:1 64:18
   114:25
**patrol** 15:14 22:18
**patrolled** 21:22
**patrolling** 21:5,24
**patrols** 22:17
**PAULEY** 1:15
**pay** 58:1
**paygrade** 69:10
   127:19 129:21
   139:22
**paying** 114:11
**PBA** 37:7
**penalty** 44:9 56:22
   56:22 154:4
**pending** 9:2
**people** 24:24,25
   28:10 29:23 31:9
   31:22 32:5 33:21
   34:9,13 35:17
   37:24 38:21 40:25
   42:2,4,12 43:20
   44:22 45:2,10
   50:12 55:16,22
   56:12,21 57:23
   62:25 63:10 64:13
   64:15 65:22 77:1
   86:8 126:13,13
   128:9 130:11,15
   130:20 131:11,24
   132:1 133:14
   134:7,11 137:20
   138:6,10 141:13
   141:13,17
**per** 54:17 79:6
   114:19,22 145:7
   154:9,13
**percentage** 53:15
   53:17
**perception** 76:12
**performance** 67:7
   67:12 69:23
**period** 6:8 13:17
   14:20,23 16:17
   18:5 64:20
**periodically** 20:25
   65:8 85:13
**permit** 74:3,5,6
**permits** 54:20 55:2
   122:15
**permitted** 2:5
**person** 28:18 33:5
   33:11 38:5 39:5
   39:14 41:4 49:15
   63:12 79:5 128:7

136:5 138:15
**person's** 39:21
**personal** 79:3 82:9
**personally** 33:8
   46:13 127:23
   128:12 131:23
   151:22 157:8
**Pete** 14:21
**Petersburg** 12:1
**philosophical** 136:9
**phone** 20:23 23:15
   23:17 29:4 32:3
   35:22 44:21,21
   45:7 49:3,18
   53:10 64:5,12,12
   79:5 82:1,5 128:2
   137:2
**photo** 3:22,23
   105:25 106:5,15
   106:20 125:10
   151:11
**photograph** 23:2
   104:20 106:16
   109:5 119:22
   120:7 124:3
   143:19
**photographed**
   96:11
**photographic** 58:17
**photographs**
   103:12,18 104:24
   105:14 111:25
   112:17 118:1,10
   118:17,19 150:13
   151:4
**photos** 105:20 106:8
**pick** 64:5 124:15,20
   124:21 125:21,22
   125:25 137:1
**picked** 128:1
**pictures** 58:18
   104:14 139:11,12
   146:23
**piece** 5:25
**piles** 77:2,6,11,12
**Pinehurst** 39:17
**Pinellas** 5:10 14:18
   15:5,9 32:9 40:13
   46:7 157:5 158:4
**place** 2:1 37:12,14
   91:20 101:3
   135:22 136:3
   138:4 151:15
**Plaintiff** 2:4
**Plaintiffs** 1:7 2:18
   4:11
**plane** 149:3

**play** 28:5,14 65:7
   65:11 66:11 146:6
**please** 4:13,16 7:3,7
   7:13 9:1 62:3 64:6
   91:3 92:6,10,10
   94:17,19 95:24
   98:13,14,18 100:9
   102:1 107:9 137:2
   155:2,3
**plenty** 137:1
**plus** 17:18 21:11
   40:20 41:1
**pocketing** 32:5
   33:18
**pockets** 106:19
**point** 18:21 24:20
   37:4 38:2 39:23
   42:15 43:25 47:21
   53:16 57:14,22
   61:2,13 73:17,20
   74:8 94:23 98:8
   105:3 112:21,23
   113:6 114:15
   120:17 125:22
   127:3,17 131:14
   137:21 143:1
**police** 5:6 14:10
   15:12,12,13 18:12
   19:17 35:18 36:5
   38:19 55:11
   134:22
**policies** 78:24 79:2
**policing** 20:10
**policy** 44:5 79:6
**pool** 83:19,22 84:14
   84:17 122:17
   135:6
**pools** 29:23
**popular** 131:2
**portrayed** 139:10
**position** 37:5
**positions** 14:5
**possible** 62:25
   98:19 151:1,3
**possibly** 31:20 72:3
**post** 46:14,19,22
   47:7 48:19,24
   54:20 58:12 80:9
   97:5,19
**postal** 46:17 47:4,6
**posted** 46:25 97:11
   97:23 138:18
**posting** 47:22 48:12
   80:4 104:20,25
**postings** 104:15
**practice** 63:21
   97:17 119:16

**predict** 146:9
**prepare** 9:17,21
   10:4,10,13 60:20
   60:22
**present** 27:7 58:18
   120:24
**presented** 61:8
   124:22
**preserved** 8:13
**pretty** 5:15 11:14
   21:2 24:11 47:9
   49:23 58:4 59:21
   63:12 72:6,21,21
   83:23,25 85:24
   106:17 112:12,13
   112:17,19 113:15
   126:25 131:4
   145:3 147:6,8
**previous** 34:8 80:23
   87:2 89:13 133:22
**primarily** 18:23
   47:8 71:23
**prior** 10:19 12:3,4,6
   28:2 32:12 35:8
   54:10,12 59:21
   64:16 114:10
   115:21 116:18,23
   116:25 138:2
   142:13 146:5
**priorities** 84:1
**prioritize** 72:16
   73:14
**priority** 72:10
**prison** 40:6
**private** 30:21 114:3
**probable** 27:1
**probably** 9:12
   13:12,13 17:15
   41:14 43:20 44:6
   69:14 71:24 76:1
   96:11 98:8 116:1
   122:14
**problem** 17:2 29:22
   35:9 38:5 59:3
   65:1 81:8 83:24
   88:19 137:20
**problems** 65:2
   104:8 141:18
**Procedure** 2:6
**proceeded** 96:16,18
**proceedings** 50:7
   83:16 117:23
   143:6
**process** 45:19,22
   47:21 79:9 128:1
**processed** 79:23
**produce** 13:8,10

19:7
**profanity** 131:12
   132:1
**Professional** 158:5
**program** 141:9
**progress** 47:17 48:4
   48:9 64:3
**progressed** 43:1
**progression** 48:11
**properly** 74:4 81:7
**properties** 21:15
   24:24 30:21 40:12
   49:6 54:14,19,24
   54:25 55:1,17
   56:21 57:21 59:9
   59:25 60:4 63:22
   74:1 78:9 114:3
   122:15 151:23
**property** 23:4 24:22
   24:23 25:1,11,12
   26:16 28:7 29:17
   31:6,16 35:24
   39:21 40:16 42:25
   45:11 46:6,7,15
   46:19,23 47:8,22
   48:6,13,16,25
   49:3,8,12,16 54:4
   54:12,23 58:11,13
   59:21,24 60:5,10
   60:23 61:5,12,22
   62:2 63:11 64:4
   65:1,8 66:18
   75:18,19,24,25
   76:4,24 77:2,11
   80:5,10,22,23
   81:4,7,10,22 82:6
   82:15,25 86:7,13
   87:3 91:4 95:3,9
   95:22 96:3 97:6
   102:4 103:16
   104:25 105:17,18
   107:10 108:18
   109:7,8,15,20
   114:1,6,12,17
   115:3,17,22 118:8
   118:11,20 119:5
   119:23,23 120:1,4
   120:6,13,18,20,23
   120:25 121:2,11
   121:15 123:24
   125:17 127:4,10
   127:12,15 130:18
   131:15,19 136:6
   138:16,18,21
   144:4 145:12
   146:4,21 152:10
**property's** 77:10

proposed 86:22
prosecuted 44:3
protecting 15:22
protection 15:21
prove 26:13,24 27:6
  27:10
provide 31:15 34:23
  34:24 55:21 138:5
provided 35:2
  101:13 121:5
providing 121:9
Pub 39:17
public 2:8 20:12
  40:13 157:16
publicity 131:20
publicized 131:23
Publix 14:15 19:5
pulled 92:5 147:8
punish 56:11
purpose 56:11,17
purposes 2:4,5
  150:5 156:6
PURSUANT 2:3
pursue 14:2,7
pursuing 14:3
put 33:21 40:14
  51:17 53:21 71:21
  71:25 142:11,15
putting 105:2

_____

**Q**

Q 4:6,8,16,19,23,25
  5:2,4,8,15,18,22
  6:17,21 7:12,21
  7:25 8:4,11,19,25
  9:8,16,21,24 10:3
  10:8,10,13,18,20
  10:22,24 11:1,6,8
  11:10,12,17,21,23
  11:25 12:2,7,11
  12:14,16,20,22,25
  13:3,5,11,14,18
  14:3,12,19,24
  15:1,3,7,18 16:2
  18:7,11,14,16
  19:4,10,13,17,21
  20:1,5,10,15,17
  20:20 21:4,14,21
  22:2,12,14,17,23
  23:1,6,9,23 24:1,5
  24:13,20 25:3,6
  25:20,22,25 26:3
  26:5,7,20,22 27:6
  27:9,13,22 28:15
  29:11,14 30:4,7
  30:10,17,22,25
  31:3 33:16,20,25

34:2 36:8,16,21
37:23 38:4 39:3,7
39:14,20 40:10
41:4,7,10,13,17
41:22 42:2,7,9,18
43:5,9,15,17
44:11,16 45:2,10
45:17,24 46:1,9
46:12,19 47:1,11
47:21 48:11,19,22
49:18,21 50:9,18
50:25 51:11,20
52:2,6,11,19,22
53:2,8,15,19 54:2
54:7,12,14 55:4
55:10,14 56:2,6,9
56:17,25 57:9,19
57:22 58:7,15,23
59:11,18 60:2,4
60:16,25 61:20
62:7,9,14,18,24
63:6,17 64:9,16
65:13,19 66:2,7
66:23 67:6,12,17
67:24 68:3,8,12
68:15 69:4,13,18
69:24 70:4,8,16
70:24 71:7,11,18
72:2,7,10,12,15
72:25 74:15 75:5
75:10,15,23 76:3
76:7,18 77:6,15
77:21 78:4,6,11
78:16,19,24 79:11
79:18,25 80:7,13
80:15 81:3,10,13
81:17 82:14,18,23
83:3,18 84:5,13
84:23 85:2,8,20
86:1,13,19,22
87:7,18,21 88:5
88:11,14,17,20,23
89:7,11,15,18,20
89:23 90:1,6,16
90:21 91:8,12,16
91:23,25 92:2,14
92:18,22 93:2,7,9
93:12 94:11,16,19
94:22,25 95:8,12
95:17,20,24 96:1
96:5,9,12,18,22
96:24 97:2,5,12
97:15,17,19,21,23
98:1,4,11,20,22
98:25 99:3,8,12
99:16,20 100:8,15
100:22 101:2

102:8,14,18,21
103:2,10,15,20
104:2,4,6,8,14,24
105:2,10,14,20,23
105:25 106:5,8,22
106:25 107:3,9,13
107:16,20,25
108:4,7,9,14,18
109:5,11,14,18,20
110:4,11,20,25
111:2,4,13,16,19
112:1,6,23 113:6
113:10,14,17,20
113:25 114:13,21
114:24 115:2,5,12
115:15,21,25
116:2,7,13,21
117:3,6,14,19,25
118:7,12,20 119:9
119:16,21,25
120:12,16 121:6
121:11,14,22
122:3,6,12,18,21
122:24 123:1,4,8
123:11 124:3,6,9
124:12,15,17,20
125:9,25 126:5,20
127:17 128:17,20
129:2,15,20 130:1
130:6 131:18
132:13,23 133:6
133:16 134:2,14
134:17 135:3,13
136:17,21,24
137:5,7,13 139:18
139:25 140:3,7,11
140:14,23 141:8
141:11,21 142:6
142:18,22 143:2
143:12,16,21
144:3,9,13,17,24
145:5,18,25 146:9
146:12,16,25
147:4,10,15,20,25
148:3,6,9,17,21
149:2,7,15,18,25
150:9,12,17,21
151:1,4,10,14,17
151:21 152:1,6,9
152:13,20,23
153:1,4,7,14,18
154:3,8,13
qualification 99:24
question 6:8 7:12,22
  7:25 8:17 9:2
  25:19 26:18 27:16
  30:11 42:18 53:25

60:5 61:16,24
62:7 63:17 64:16
65:6 73:11 74:8
75:13,22 77:4
79:16 81:3 82:14
84:12 90:12,13,13
105:17 110:2,9
111:14 113:2
116:10,21 137:10
137:13
questioning 125:2
  150:17,22
questions 6:2,12,23
  6:24,25 7:7,8,18
  8:4,12,23 58:22
  78:17 83:18 89:20
  149:22 150:3
quick 16:5 153:25
quickly 24:11 72:6
  72:21 85:25
quiet 24:3
quit 89:3,6
quite 51:18,20
  63:24 72:4 128:10
quiz 147:25
quotes 37:25

_____

**R**

radar 63:25
rains 75:20
rainy 71:23 72:8
raise 26:11 129:15
Randy 2:19 149:25
Randy's 17:13,22
Randy@cityattor...
  2:22
rat 59:3 77:1,16
rather 17:11 36:23
rats 59:5 76:23
  77:19,19 78:4,7
  91:23 104:2 139:2
Re-ask 90:13
reached 45:24
react 72:21 73:24
  81:24 83:1 89:1
reaction 126:20,25
read 11:10 58:20
  69:23 94:19
  101:12 107:4
  120:17 134:17,25
  140:3 154:18
  155:2,18 156:3
reading 89:4,6
  101:11
realistic 25:11
really 24:4 29:24
  32:17 43:23 53:24

55:8 60:19 63:24
64:2 65:5 78:16
79:2,21 84:25
86:21 90:3 111:24
120:3 123:23
125:15 141:14
142:15,24
rear 94:9
reason 17:16 22:7
  35:7 36:22 37:5
  67:22 68:17 98:25
  130:16 139:15
  147:4
reasons 31:4 33:23
  33:25 34:16 40:19
  87:4
recall 14:25 39:3,19
  43:18 77:21 78:1
  78:4,6,9 90:4 91:1
  92:1,20 95:14,15
  96:15 102:3 105:1
  107:15,19 109:17
  113:16 116:4,4
  121:8,25 122:20
  123:7,8 134:6
  135:21 140:9
  143:18 144:16
  145:4,14,15
  149:12,15
receipt 47:7
receive 23:15 25:3
  67:17 114:18
received 9:18 23:7
  34:4 35:4 41:4
  53:2 82:19 107:6
  111:23 117:1
receiving 131:11
recent 31:5,5
recently 40:5 52:11
  121:5
recognize 93:5
recognized 94:21
recommend 80:16
  81:11 89:9 90:1
  114:24 122:4
  133:8 152:9,10
recommendation
  58:21 59:15 81:5
  89:16 152:3,6
recommendations
  59:19 89:7 132:25
  134:9,15
recommended
  59:12 89:12,23
  114:21 121:23
  122:6 123:6 141:8
  154:4

recommending 86:22 115:15 116:13 133:16 143:22
record 6:24 7:1 23:6 46:6 58:11,21 91:8,10,14 113:2 121:19,20 153:5 155:20 158:8
recorded 118:22
records 97:8 153:2 153:7,18
REDIRECT 3:5 154:1
reduced 141:23
refer 56:6 141:4
referred 39:15 52:20 58:7 94:11 108:15
referring 27:2 95:13
refers 118:1
reflect 100:17 110:22 112:2 116:7 119:11 143:12
reflected 99:17 102:8,14
reflects 113:7 149:3
regard 36:6 42:5 54:22 77:4 85:1 126:15 130:19 134:10
regarding 41:22 61:5 78:25
registered 47:6 80:4 158:5
regular 21:23 46:24 47:2,3,12,14 50:17
regularly 47:22 48:12
regulates 145:23
regulations 22:10
rehab 75:1 122:15
rehabbed 54:19
rehabbing 55:1
rehabs 74:1
reinspect 62:11 63:11 64:7 121:11
reinspection 47:25 61:13 62:4,15,19 64:10 82:2
reiterated 141:15
relate 60:8
relative 158:9,10
relatives 13:24
released 40:5

rely 87:2
remedy 118:21
remember 41:3 53:2,5,8 88:20,23 89:15,21,23 91:8 91:16,19 92:14,17 92:18,23 95:18 96:1,7,8,9,12 98:4 102:22 112:13 113:10,14 116:2 121:22 122:12,17 122:18 123:6 144:13 145:1,5,11 150:15,19,24
remembered 41:15
remind 39:20
remove 50:16
removed 31:20,20
Renewed 142:9
rent 92:10
reoccurred 63:22
reoccurring 61:23 65:2
rep 37:7
repeat 78:25 79:6,7 79:11,13,19,20,23 79:23 80:1,13,15 89:8,17 90:2 92:7 96:21 98:12,15 99:4,14,22 100:10 107:8 112:16 114:19 117:12 132:13 133:7 144:13,18 145:18 145:25
repeated 117:10
repeats 79:3
report 3:20 34:25 55:16 93:8 96:13 98:2 158:6
reported 131:7,13
reporter 6:24 8:5 155:4 158:6
REPORTER'S 3:9 158:1
reporting 34:5 137:24 155:24
represent 4:11
represented 153:10
reputation 16:7 36:12,14 65:24
request 42:7
requested 47:7 88:3 158:7
requests 38:4 138:11
required 46:5 55:11

133:4
residence 106:4
resident 151:17
residents 64:8
resign 36:23 38:1
resigned 37:25
resisting 17:1
resolution 128:16 129:25
resolve 29:6 31:8 36:18 136:18
resolved 49:17 135:25
respond 20:24 21:12 22:4 62:22 83:2,4 85:24 86:18
responded 146:22
Respondent 114:18
responding 22:20 112:14,15
responsibility 62:24 138:16
responsible 15:22 62:21 64:5 65:23 127:10 136:5,6
rest 17:8 139:9
resulted 43:2
retired 4:21 5:12 16:9 18:17 19:3 85:16
retirement 18:18,20
retiring 5:14
retribution 55:23
retroactively 64:2
return 20:23,24 47:6 155:4
returned 46:17,22 153:20
returning 153:15
revenue 26:5
revert 16:6
review 9:20,24 11:13 37:19 67:7 68:25 69:1 103:5 158:7
reviewed 101:9
reviews 67:12
Rice 32:21 34:18 37:1 52:9,9,13 69:1 137:25
rid 138:10
right 15:10 16:15 17:14 19:2 20:3,4 26:11 28:24 43:7 44:14 50:3 54:5 55:12 62:19 68:4

78:15 83:3,6 84:1 85:22 87:19 95:10 95:11,19 97:14 100:11 101:2 107:16,25 108:2,3 109:9,18,19 113:4 115:13 117:6 122:22 128:19 130:13 137:18 142:22 146:11 148:2,7,14 149:20
ring 90:19
rises 131:5,13
risk 81:3
rodent 77:8
rodents 76:16,25 77:9
role 36:6 60:18,25 132:20
roofs 29:24
room 17:12
roughly 20:18
rounds 21:17
routine 22:5 49:12 104:18
RSLT 107:5
rule 8:14
rules 2:6 22:9 31:18 37:18 41:17 42:21
rumor 32:3
run 29:22
running 34:25 64:1 73:17 129:4

_____

S

S 2:1,14
S-h-a-n-n-o-n 68:11
S-w-a-r-t-z 41:16
s/ 157:13 158:15
sad 29:1 127:1
safe 25:20 108:6
safety 83:24 84:19 85:23 86:2 150:6
said 11:1 12:22 14:9 17:9,12,20,21 18:23 20:8 24:15 31:15,16,17 32:2 32:8,13,15,21,24 33:2,16,25 35:24 36:3,25 37:1 39:16 41:2 43:5 44:11 48:23,24 58:10 63:15 65:23 66:16 69:15 75:20 80:7,9 82:14 85:20 91:13,19 92:6,8,10 94:12

98:16,18 99:4,13 99:20,21 115:7 120:5,24 122:3,21 128:2 131:1,21 132:5 138:21,23 139:1,3 140:7,10 146:17,20
sake 6:4
same 6:18 17:6 24:9 27:4 65:1 72:22 79:7 80:3,13 97:11 112:15 114:17,17,25 116:19,23 121:3 124:16 125:25 128:8 135:4 142:13,15 146:22 148:24
saved 34:21
saving 25:17
saw 17:13,22 37:2 37:18 74:18 79:5 79:25 88:1 92:3
say 4:16,21 6:14 9:11 12:8 13:5 22:23 23:9 25:13 27:6 28:13 37:24 38:23 41:14 50:15 51:6 53:22 56:10 58:7 60:16 61:9 61:20 62:3 63:9 63:10 64:6,18 72:3,9 74:15 75:5 76:13 77:6 79:18 81:15,17 82:3,17 84:7,9 85:10,10 86:19,21 87:13,13 91:23 97:2,12 100:8 102:21 108:6,10 111:13 120:10 122:6,9 123:11 124:6 125:18 134:10 137:2 140:15 142:25 145:6,11 146:14 148:9,17 149:2 152:9
saying 53:12 57:1 95:14 126:7
says 98:23 103:11 107:5,16 109:6 112:5 114:14 118:16 127:25 148:8,9
scenario 27:4
schedule 48:17 132:18

school 11:19 13:6,9
schools 12:23 13:1
scores 67:18
screaming 131:12
  132:1
se 54:17 79:6
seal 157:11
search 49:14
season 71:23 72:8
second 92:22
  114:13 121:14,19
  148:6 153:9
seconds 98:9,12
secretary 68:1,5,13
  70:5
see 20:10 21:12 22:5
  22:23 24:20 25:15
  29:1 40:20 49:5
  54:23 57:22 61:22
  63:22 64:3 65:2
  71:18,22 72:2
  73:2,4,5,7,24
  78:11,19 85:11
  96:15 98:3 103:11
  103:20 104:2,4,6
  104:8 115:23
  116:1,11 118:1,5
  123:14 126:8
  139:12 140:7
  141:8 147:15
  150:9 151:12
  153:12,16
seeing 54:2 66:17
  77:21 89:1 150:15
seem 41:22 42:2
seemed 19:1 42:10
  111:9
seems 83:12 127:9
seen 77:16,19
  152:20
self 21:19 53:17
selling 36:4
send 24:7 25:25
  26:10 29:11 46:4
  46:5 48:19 97:10
  119:3 124:11
  127:1,8
sending 24:5 81:13
  96:20 124:12
sense 7:10,19 8:2,9
  9:6,14 37:23
  60:13 63:23 74:13
sent 9:25 26:16
  30:18 32:19 66:8
  66:14 97:15
  137:25
sentence 103:11

120:17
separate 93:24
September 93:20
  102:19,21 136:22
  154:3
sergeant 16:17,23
  17:6,20
serious 17:2 34:7
  39:25 44:2 72:16
  72:17 74:24 75:10
  75:16 76:7,11
  83:23 84:5,8,17
  85:24 86:1,14,24
  88:9 89:2
seriously 22:14
  33:22 44:1 85:21
seriousness 60:2
served 69:2
service 30:13,23
  46:18 47:4,6
services 137:1
set 37:17 59:25
  80:25 128:23
  130:10 132:18
several 19:6,8 21:18
  27:24 28:4,5
  29:16 31:4,22
  33:4,25 54:25
  59:1 107:6
shake 34:15
shame 114:15
Shannon 68:11,12
  70:9,18
she 20:7 28:11 35:5
  35:21 39:16 51:5
  52:22 91:13,16,19
  91:23,25 135:13
  135:14,15,17
  138:12,23 139:3
  139:15
She's 137:7
sheet 3:6 155:1,4
  156:6
sheriff 35:5
Sheriff's 5:11 14:18
  14:22 15:5 16:14
  32:9 34:24 35:2
  40:13 55:19
shooting 134:22
ShopRite 13:8
short 13:17 14:22
  16:8,17 19:5
shorter 150:23
shortly 14:17
shotgun 16:25 17:2
should 25:4,7 33:8
  34:25 36:1,19

39:18 42:14 43:10
  44:4,8 50:9 51:2
  59:16 64:10 65:2
  70:16,25 74:5
  79:23 97:25
  111:10 114:3
  117:15 119:14
  120:25 130:17
  131:19
shouldn't 51:1
  79:19 108:10
  127:2,10,14 143:1
show 74:5 103:2
  105:14,25 140:11
  140:13 147:10
  148:21
shown 150:13
  152:13
shows 105:3
side 125:9,10
sign 60:21 142:12
  155:3
SIGNATURE 3:7
  156:1,15
silly 127:6,9
similar 20:10,14
simple 31:8,18
  114:15 127:3
  144:1
simply 128:1
since 6:21 8:14 13:5
  33:17 44:15
  108:18 131:22
  132:11 145:5
singling 126:15
sinkhole 78:12,13
  78:14,15 104:6
sir 4:7 5:10,17,21
  5:24 7:11,24 8:3
  8:10,24 9:7,15
  15:6 38:3 60:3
  97:14 101:19
  143:8,15 150:15
  151:17 152:21,24
site 46:8 88:21
situation 41:22
  42:20 135:24,25
situations 64:24
six 41:15
sixth 120:16,17
skimmed 140:5,10
skin 131:4
skip 6:10 73:8
slightly 21:21
  150:22
small 132:10
Smith 68:11,11 70:9

70:10,19
smoothly 6:1
smuggling 15:20
snake 77:8,25
snakes 76:23 77:10
  77:20 91:23 104:4
  139:4,7
so 5:15 7:3 9:5,16
  9:21 11:2,15 14:1
  14:3,6,11,12 15:3
  15:25 18:2,5,14
  18:20 19:13,25
  20:1,9,13,20
  21:14 22:10,17,23
  23:9 24:3,5,17
  25:18 27:9 28:13
  29:3 30:3,4 32:19
  34:16,23 36:7
  37:7,21 38:14,14
  38:25 40:6,19
  43:21,22 45:5,22
  45:25 47:21 48:9
  49:7,11 53:23
  54:22 55:3,23,24
  56:6 57:6,14 58:7
  59:9,25 60:7,10
  61:4,12 62:12,14
  62:22 63:18 64:14
  65:10 66:19 69:2
  69:6 70:4,4 72:6
  73:1,19 74:4,15
  77:3,14 78:1
  80:19,24 81:10
  82:18 83:2,25
  84:12 85:18 86:9
  86:22 87:5,12,14
  88:2,14 89:5 90:6
  93:11 94:15 97:17
  100:19 102:25
  105:2 106:8 108:4
  109:2,14,20 111:4
  111:24 112:15
  114:10,21 115:5
  117:12 118:12
  119:6 121:6,9,11
  123:1 126:15
  128:20 130:19
  131:8 132:7,7
  134:23 135:17
  136:3,19,23 137:3
  138:15 139:1,13
  140:14 141:19
  142:15 143:3
  144:9 145:25
  146:6,23 147:4,8
social 87:24,25
  88:20

society 58:2
solution 127:3
some 8:12 13:24
  23:18 24:2,3,15
  28:10 29:7 36:10
  44:4 45:9 46:17
  48:7 58:19 68:19
  73:6,14 75:5
  87:24 89:11,20
  91:13 101:15
  103:12 105:2
  106:15 108:25
  114:5 119:19
  129:25 136:19,20
  137:20 138:6
  140:7,15,24
  147:22 149:22
  150:3,21
somebody 27:3
  37:18 111:19
  126:6,20 128:1
  132:14
someone 18:7 26:9
  26:10 28:16,17
  29:4 38:5 44:9
  62:20 69:6 81:17
  121:1 127:1
  128:20 136:4
something 9:10
  11:12 21:21 32:8
  34:25 35:15 40:10
  48:19 70:9,18
  73:10 74:23,25
  86:5,10 91:3 92:8
  104:21 107:23
  114:15 143:25
sometime 52:10
  60:21
sometimes 20:19
  29:19,19 37:24
  57:19 58:23 61:1
  61:3 74:21 82:5
  104:17 106:16,18
  130:24 133:8
somewhere 23:11
  97:24
son 16:14,23 17:21
soon 92:14 95:4
  98:18
sooner 81:17,18
  82:19,19 83:5,6
  113:18
sore 49:25
sorry 4:24 15:4
  36:17 47:11 68:12
  84:23 94:22,22,23
  94:24,25 96:25

99:8,16 113:1,3
131:18 132:13
145:10 147:25
148:13
**sort** 18:7 21:5,16,22
21:23 22:18 23:18
28:17 37:25 39:7
44:16 48:7 65:19
73:13 91:13 94:4
103:21
**sorts** 36:11 80:15
**sound** 20:3 135:7
137:13
**sounded** 33:16
101:7
**sounds** 20:4 21:14
27:13 55:4 99:13
142:18
**sour** 37:13
**South** 2:15,20
148:19
**speak** 4:13 10:20,22
11:1 18:21 119:16
**speaking** 32:2 95:18
102:4 121:1
**special** 5:13 18:13
**specific** 8:4 39:4
86:5 89:15 91:17
114:4 141:4
**specifically** 18:21
45:4 60:10,25
78:1 87:22 95:16
117:3 140:9
**specificity** 88:23
**specifics** 69:11
**specified** 133:4
**spell** 4:16
**spelled** 47:15,16
**spoke** 94:13 100:23
100:24 101:23
102:9,15,23
119:11
**spoken** 118:20
149:9
**spouse** 67:25 68:5
**spring** 72:9
**squad** 16:19
**squatters** 65:9
**St** 12:1 14:21
134:22
**staff** 31:1
**stage** 57:13 128:6
**standard** 21:16
**standing** 92:4 147:7
**stands** 125:1
**start** 19:21 31:4
46:19 47:22 48:12

59:12 69:4 73:21
80:7 111:19
148:14
**started** 13:9 15:8
38:16 122:21
135:15 146:23
**starting** 49:25
**starts** 93:17 120:18
**state** 1:3 2:8 5:6
8:11 16:3 18:2,11
40:5 44:3 45:9
120:25 121:7
129:22 132:17
145:23 157:3,16
158:3
**stated** 94:20
**statement** 75:18
146:15
**statements** 155:20
**states** 1:1 28:21
34:6 47:4,6 80:18
**stating** 131:21
**status** 148:3,6
**stenographic** 158:8
**stenographically**
158:6
**step** 49:11 114:9
**stepped** 77:25
**steps** 49:1 61:5
**still** 41:12 52:12
63:19 86:17
106:14 112:10
133:18 135:14,15
135:17 138:13
**sting** 144:3
**stop** 56:7 74:2 75:1
134:17
**stop-work** 54:21
**stopped** 34:19
**stories** 17:10 29:2
**story** 16:5,8,13 18:8
28:24 67:22
134:18 135:13
139:8,12
**straight** 17:10 18:8
**street** 15:10,10 21:7
21:8 35:6 39:23
68:10,18 124:16
124:17 126:8,9,10
126:16,18
**streets** 21:9
**strongly** 59:3
**struck** 42:17
**study** 12:11,17
139:25
**stuff** 74:23 77:2,6
77:11 88:1 89:3

130:15 137:19,23
138:10,11,20,23
**stupid** 47:11
**subjects** 17:1
**submitted** 103:12
**subscribe** 155:19
156:7
**subsequently** 32:20
**substance** 69:18
**such** 2:5 63:10,10
63:14,14 156:6
**sued** 67:20 71:7
**sufficient** 104:19
**suggested** 120:23
**suggesting** 150:22
**suing** 68:6 70:6 90:8
90:17
**suit** 68:10
**Suite** 2:1,16,21
**sum** 152:7
**summer** 72:5,8
90:18,24 102:22
105:15 118:8
**sums** 152:9
**SUNCOAST** 1:5,6
**supermarket** 13:20
14:15
**Supermarkets** 13:8
**supervisor** 34:18
52:3,3,6
**supervisors** 32:19
**SUPLICKI** 1:10
**support** 27:25 34:17
34:20 37:20
**supposed** 78:16
**sure** 7:3 8:11 22:14
22:15 24:23,25
26:19 30:10,24
39:9 45:14 57:25
60:8 61:7,16,24
62:5 63:3 67:14
67:24 68:3 69:24
72:19 74:7 77:5
79:15 81:21 88:17
90:11,12 93:1
99:12 100:21
101:5,17 108:23
109:3 110:1,8
111:25 112:12,18
112:19 113:15
115:12 121:10
126:5 134:24
138:23 143:19
147:6,8
**surrounding** 75:24
76:4
**suspicious** 40:21

**Swarts** 50:18
**Swartz** 41:16
**swimming** 122:16
**sworn** 4:2 157:9
**system** 36:18 41:23
48:10 79:9

_____

**T**

**T-h-o-m-a-s** 4:18
**T-u-n-x-i-s** 12:9
**table** 6:5 17:19
**take** 5:8 8:8,25 9:3
9:4 10:3 12:3 20:5
23:2 25:14 31:21
33:15,21 46:13
49:1 61:4 63:13
63:14 66:18,19
73:25 74:4 80:21
83:12 85:21,25
92:25 101:11
102:1 103:5,15
114:9 117:21
120:11 127:13
128:8,17 131:9
139:15 143:4
**taken** 14:6 23:24
103:12 151:6,7
**taking** 32:4 43:16
44:2,23 87:8,22
87:23 88:9,12,25
104:14 118:1
119:22 120:7
128:20 138:15
146:23
**talk** 8:6 10:4,11,15
10:24 34:3 36:1
40:19 64:14 71:4
82:6,6 119:25
120:1
**talked** 10:14 24:5
27:13 32:22 88:1
135:4
**talking** 9:8,10,12,12
10:6 46:1 48:22
50:1 51:15,16
56:9 60:9 82:8
86:10 87:16 99:16
107:23 115:21
129:10 134:18
135:4 141:1
**talks** 108:1
**tall** 84:13 85:9
121:23 122:7,19
144:13,18 145:18
146:1
**tally** 73:18
**Tampa** 1:2 147:17

147:22 148:10,18
149:4,7 153:9,16
153:20
**tangent** 17:15
**tape** 91:14
**targeting** 126:13
**tasked** 22:9
**tasset** 33:9
**tax** 114:2
**taxpayer** 30:20,21
114:1
**telephone** 34:5
135:23
**television** 68:22
**tell** 5:4 8:20 16:5
32:8 42:5 57:11
62:21 86:6 95:21
97:1 105:16
106:16,18 127:10
130:19 137:7,17
138:1,17 139:12
147:12 148:23
**telling** 18:3 34:13
51:15 110:11
130:17 141:12
**tend** 81:11,14
**termite** 85:17
**testified** 4:3 51:7
100:22 101:2
105:7 114:4
116:17 146:25
**testify** 5:20,23
26:12,14,22,24
27:11 58:18,20
59:8 118:18
**testifying** 6:17
27:14
**testimony** 27:7
100:4,15 104:19
105:2 118:16,23
119:11 150:3
**Texas** 12:8
**TEXT** 107:5
**than** 9:3 10:11
19:14,17 36:23,25
38:9 70:25 75:5
75:16 76:5,7,17
83:19 84:5,8,13
85:9,21 86:1,14
86:20 91:17 96:5
98:9 99:25 105:6
115:16 116:5
125:25 132:15
133:3 142:12
150:23
**thank** 4:8 25:17
36:20 38:3 92:11

| | | | | |
|---|---|---|---|---|
| 143:7 152:18 | 60:1,8,12,13,16 | 112:20,20,20 | 36:4,5,9,12,18 | 31:4,5,10,17,18 |
| 155:4 | 60:18 61:2,5,12 | 113:7,7,7,10,14 | 44:2 48:9 49:11 | 31:19,21,22 32:3 |
| **that** 4:20 5:8,19,22 | 61:13,17,22 62:5 | 113:21,21 114:9 | 49:23 51:17 55:3 | 32:9,10,11,17,20 |
| 6:8,10,13,14,17 | 62:7,16,20,22,22 | 114:13,14,18,21 | 57:9,15 58:1 59:1 | 32:21,23,24 33:1 |
| 7:1,2,3,5,5,10,19 | 62:25 63:4,6,8,9,9 | 114:24 115:5,10 | 59:21 61:18,25 | 33:1,2,5,10,13,13 |
| 7:23 8:2,9,15,16 | 63:12,15,23 64:4 | 115:12,18,23 | 62:5,9,17,20 65:3 | 33:13,23 34:2,3,4 |
| 8:22 9:1,3,6,14,25 | 64:7,9,9,13,19,25 | 116:6,7,21,22 | 68:14,15,16 69:10 | 34:6,16,17,19,24 |
| 10:3,6,18 11:21 | 65:1,7,10,11,13 | 117:3,5,8,8,9,15 | 75:12,22 76:15 | 35:2,4,11,18,20 |
| 12:3,4,5,5,12,17 | 65:19,25 66:10,11 | 117:16,18 118:5,8 | 82:24 84:1,9 86:7 | 35:22,24 36:5,18 |
| 13:11,14,22,23,24 | 66:19,19,21 67:10 | 118:11,13,14,17 | 86:9,13 98:25 | 37:15,20,20 38:1 |
| 13:25 14:2,7,9,17 | 67:19 68:2,3 69:3 | 118:22,22 119:3 | 100:20 101:1,6 | 38:6,9,9 39:8,12 |
| 14:19,24 15:7,11 | 69:4,8,12,17 70:4 | 119:25,25 120:9 | 108:6,14 112:5,18 | 39:14,14,15,16,18 |
| 16:1,5,18,25 17:3 | 70:9,12,16,18,25 | 120:18 121:4,6,12 | 118:25 119:24 | 39:18,23,25 40:3 |
| 17:3,5,7,8,8,25 | 71:16 72:14,20,22 | 121:15 122:3,4,9 | 123:15,22 126:11 | 40:4,5,7,8,9,13,18 |
| 18:1,3,5,7,19,20 | 73:2,6,8,11,12,19 | 122:15,22 123:4,5 | 126:15 127:11,13 | 40:23,24,25 41:3 |
| 18:25,25 19:2,4,8 | 73:20 74:10,12,13 | 123:6,7,9,12 | 127:19,25 128:23 | 42:6,12,20,24,24 |
| 19:10,17,24,25 | 74:15,16,21,25 | 124:3,7,11 125:3 | 129:22,23 131:14 | 43:1,13,19,19,22 |
| 20:2,4,5,8,15 21:4 | 75:2,3,15,21 76:2 | 125:10,15,19,19 | 131:21 132:10,17 | 44:3,3,11,19,20 |
| 21:8,9 22:2,10,12 | 76:15,21,24 77:3 | 125:22 126:2,15 | 132:17,19 133:9 | 44:21,21 45:8,10 |
| 22:13 23:4,6,21 | 77:4,13,13,17,20 | 126:17,19 127:1,6 | 133:18,21 136:12 | 45:14,17,18,21,22 |
| 24:7,17,23,24,25 | 77:25 78:2,8 79:8 | 127:14,17,18,20 | 139:8,8,22,23 | 45:24 46:5,7,15 |
| 25:1,9 26:18 | 79:12 80:8,11,18 | 127:24 128:7,13 | 141:18 143:3 | 46:15,17,19,22 |
| 27:23 28:5,13,22 | 80:25 81:1,4,6,10 | 128:15,21 129:2,9 | 144:1 146:14,24 | 47:1,3,6,8,9,9,12 |
| 29:4,5,8,14,16,18 | 81:18,22 82:7,11 | 130:6,11,12,15,17 | 151:24 154:17 | 47:15,15,17,22 |
| 29:20,22,25 30:2 | 82:12,23,24,25 | 130:19,20,21 | **the** 1:12,14,15,16,18 | 48:1,3,4,4,6,10,11 |
| 30:11,17,19 31:23 | 83:2,9,11,25 84:2 | 131:2,8,15,15,18 | 2:5 4:11,14,19,23 | 48:12,13,14,16,17 |
| 31:23 32:4,6,12 | 84:12,19,25,25 | 131:18,22,23,24 | 5:1,6,10,12,18 6:2 | 48:18,25 49:3,4,8 |
| 32:12,13,14,17,17 | 85:8,16,17,17,19 | 131:24,25 132:19 | 6:4,4,4,5,5,6,8,8 | 49:9,12,14,21 |
| 33:6,9,10,10,15 | 85:20,22,24 86:6 | 133:3,9,23,23 | 6:11,18,24,24 7:6 | 50:6,10,12,16,16 |
| 33:11,12,12,14,15 | 86:8,10,10 87:3,8 | 134:3,10,10,21 | 7:7,8,17 8:5,16,22 | 50:17,18,23 51:1 |
| 33:15,21,22,23 | 87:15,19,23 88:1 | 135:1,7,10,13,19 | 9:4,9,9,11,11,12 | 51:2,2,5,14,16,23 |
| 34:4,14,16,22,23 | 88:2,8,18,20 | 136:1,2,3,4,21,22 | 9:13,19,25,25 | 52:8,12,13,14,22 |
| 35:1,4,8,21 36:6,7 | 89:12,16,20 90:8 | 137:10,14,20 | 10:5,5,6,11,15 | 53:5,6,21 54:10 |
| 37:1,2,4,9,11,13 | 90:11,19,22,24 | 138:17 139:8,13 | 11:3,4,14 12:17 | 54:15 55:8,18,20 |
| 37:19,23 38:2,5 | 91:9,15,19,20 | 139:13,18 140:1,1 | 13:7,19,21,23,25 | 56:10,12,14,17,20 |
| 38:20 39:14,15,21 | 92:1,3,9,13,14,19 | 140:7,9,14,17,23 | 14:1,16,18,20,22 | 56:22,25 57:5,5 |
| 40:7,15,16,21,24 | 92:23 93:3,10,23 | 140:24 141:6,8,10 | 15:3,8,9,10,11,12 | 57:11,12,16,22,23 |
| 40:25 41:4,10 | 94:11,13,19,20 | 141:14,15,19,20 | 15:13,16,18,22 | 57:25 58:1,4,8,11 |
| 42:5,12,14,25 | 95:6,10,12,14,15 | 142:12,22 143:12 | 16:1,2,7,8,8,10,14 | 58:12,12,13,13,16 |
| 43:1,5,6,7,9,18,23 | 96:7,8,10,22,25 | 143:19 144:7,15 | 16:15,17,23,23,25 | 58:21,21 59:1,5 |
| 44:5,9,10,11,12 | 97:7,8,11,11,19 | 145:6,11,12,13,14 | 17:2,4,6,6,8,12,16 | 59:15,15,20,20,22 |
| 44:13 45:18 46:6 | 97:23 98:3,7 | 145:14,16,23,25 | 17:19,20,20 18:1 | 59:23,23 60:2,2,5 |
| 46:12,14,14,16,17 | 99:18,20,25 | 146:6,19,22,22,22 | 18:3,11 19:2,2,6 | 60:5,7,14,16,20 |
| 46:19 47:8,10,17 | 100:10,12,15,16 | 146:25 147:1,5,6 | 19:11,14,17,21,23 | 60:21,21,22,23,24 |
| 47:18,21,22 48:1 | 100:22,25 101:3,3 | 147:8 148:3,9,10 | 20:6,12,22 21:1,9 | 60:24 61:1,7,8,11 |
| 48:11,13,20,23 | 101:3,5,12 102:5 | 148:15,17 149:15 | 21:11,14,25 22:3 | 61:11,20 62:2,10 |
| 49:4,11,13,15 | 102:8,9,15,15,19 | 149:16,19 150:9 | 22:11,20 23:2,3,3 | 62:12,14,14,15,25 |
| 50:3,9,11,25 | 103:8,15,15,22 | 150:19,21,24 | 23:14,16,19,24 | 63:3,6,9,11,17,19 |
| 51:15,16,20,25 | 104:8,19,21 105:3 | 151:1,2,12,18 | 24:9,9,10,10,13 | 63:24,25,25 64:1 |
| 52:23 53:2,8,24 | 105:4,8,8,10,11 | 152:7 153:12,16 | 24:18,18,20,21 | 64:4,5,11,14,18 |
| 54:4,4,12,22 55:1 | 105:11,15,18,21 | 154:5,5 157:7 | 25:4,6,25 26:13 | 64:22 65:5,6,17 |
| 55:5,5,10,12,14 | 107:13,17,17,23 | 158:6,7,7,9 | 26:15 27:1,3,13 | 65:22 66:10,11,14 |
| 55:21,21,24 56:3 | 108:1 109:1,6,8 | **that's** 8:12 9:2 | 27:16,17,25 28:6 | 67:3,10,14,25,25 |
| 56:10,15,20,25 | 109:15,17 110:5 | 11:15 14:1,11,11 | 28:12,13,16,20,20 | 68:1,1,2,5,5,8,10 |
| 57:7,12,14,15,15 | 110:17,21 111:5,6 | 16:12 18:5 19:2 | 28:21,22 29:3,6 | 68:10,12,12,14,15 |
| 57:16 58:12,15,20 | 111:9,10,13,17,24 | 20:9 21:2 27:4 | 29:11,22,24 30:4 | 68:16,18,23 69:1 |
| 59:3,4,5,8,12,24 | 112:1,2,4,11,15 | 29:15 32:15 33:23 | 30:15,18,22,22,25 | |

69:6,9,11,18,18
69:23 70:1,4,5,5,5
70:12,12,12,16,22
70:24,25 71:5,16
71:21,23 72:3,4,5
72:8,8,9,13,19,22
72:25 73:1,2,3,5
73:16,17,21,23,25
73:25 74:5,8,9,10
74:16,16,18,18,19
74:20 75:1,3,12
76:1,5,17,22 77:2
77:11,19,24 78:6
78:15,22 79:2,5,7
79:8,9,15,16,22
80:3,5,16,18,18
80:23 81:3,6,8,9
81:15,15,17,18,21
81:23 82:2,3,4,6,7
82:17,18,18,18,19
82:19,25,25 83:4
83:5,5,5,8,9,15,18
83:22,23 84:8,10
84:16,18,25 85:2
85:5,11,18 86:4,7
86:13,23,24 87:1
87:2,4,10,13,18
88:3,7,12,25 89:8
89:9,13,19,24,25
90:7,10,10,11,12
90:13,18 91:1,10
91:20,22,22,25
92:3,4,8,17,18,21
93:2,12,14,15,16
93:17,18,19,20,21
94:5,7,8,9,9,11,13
94:16,16,17,20,21
94:23,23 95:1,2,3
95:4,5,8,9,9,12,17
95:21,22 96:3,10
96:10,16,18,23
97:1,2,6,8,10,12
97:13,17 98:1,7,8
98:11,20,23,23
99:5,5,6,7,10,18
99:23,24 100:2,3
100:4,12,13,17,18
100:19,22,24
101:7,10,12,14,15
101:18,21,25
102:3,4,14,18,22
102:25 103:6,10
103:10,11,15,17
103:18,20,21,22
103:24 104:2,4,8
104:9,17 105:4,8
105:12,17,20,23

106:10,10,10,11
106:14,15,20,23
107:3,4,12,14,16
107:16 108:11,14
108:14,15,18,23
109:5,5,6,7,7,11
109:15,20,23
110:1,2,8,9,13,14
110:16,21,23
111:2,5,7,9,14,14
111:20,20,23,25
112:2,2,3,5,6,10
112:13,15,16,16
113:2,3,16,20,23
114:1,9,11,13,14
114:16,16,17,17
114:17,18,25,25
115:3,15,16,18,21
115:22 116:7,9,11
116:13,14,17,18
116:19,22,23,25
117:9,11,14,15,22
117:25 118:7,10
118:10,11,18,21
118:25 119:4,5,9
119:10,11,12,14
119:17,20,23,23
120:1,3,4,9,16,17
120:17,18,18,19
120:20,20,22,23
120:25 121:2,3,4
121:5,8,15,17,19
121:20,25 122:9
122:17,21,24
123:5,9,11,11,11
123:15,20,22
124:3,6,9,9,12,14
124:16,17,24,25
125:1,2,3,5,9,10
125:11,15,25
126:2,8,9,9,10,17
126:25 127:8,13
127:17,18,19,20
127:22,25,25
128:1,5,5,7,9,12
128:17,21,23
129:3,7,11,13,15
130:4,9,12,22,23
130:23 131:3,6,10
131:10,12,15,16
131:18,19,23,24
132:17,18,23
133:2,4,6,6,9,12
133:13,16,17,21
133:21,22 134:2,6
134:18,21,22,25
135:1,3,4,9,10,13

135:14,15,16,21
135:22,24,25
136:9,18,21 137:2
137:10,13,13,17
137:17,21,21
138:1,2,13,17,18
138:19 139:8,8,9
139:10,11,12,12
139:22,25 140:1,5
140:7,14,15,20,23
140:23,24 141:6
141:13,22 142:1,2
142:2,3,11,13,13
142:14,14,18
143:5,8,10,12,18
143:21,22,24
144:3,6,11,21
145:9,13,18,22,23
145:25 146:3,3,4
146:21,22,23,24
147:14,15,20,22
148:3,6,6,24,25
149:2,12,15,18,18
149:25 150:3,5,17
150:17,18,18,22
151:1,5,6,7,8,11
151:18,24 152:1
152:13,16 153:5,7
153:8,10,11,15
154:3,8,9,10,15
154:18,19 155:2,3
155:4,4,18,19,20
156:3,5,7 157:7
158:6,7,7,10,11
158:11,12

**their** 24:24 25:1,1
28:1,8,8 29:23,24
44:22 45:8 49:7
49:18 56:21 58:22
63:13,15 76:22
78:9 81:23 114:6
114:7 127:2,11,12
127:13 130:18
138:11,16 153:7

**theirs** 42:3

**them** 7:1 8:14 9:20
10:14 16:22,23
21:19 23:12 24:17
24:25 25:13 28:8
29:2,7 32:5 34:24
36:6 45:7,9 49:5
55:18,24 63:13,14
67:14 71:12 72:2
73:7,7 76:16 77:1
79:4 82:10,16
103:5 112:19
120:8 123:13

125:25 126:11
127:21 129:25
130:18,23 141:19
151:18

**then** 5:8 10:3 14:17
15:11 16:22 20:2
20:24 28:23 31:22
32:2 42:5 47:17
48:17,19 52:9,10
57:19 60:16,22
63:1,8 81:17
82:18 86:24 87:11
87:19 89:6 92:12
96:16 97:23 98:20
99:5 100:8 103:12
111:2 115:5 121:6
122:6 128:6
133:17 135:16
139:18 147:17
148:9 153:14
154:5 155:4

**there** 4:25 8:14 14:5
14:8 15:9,15
16:12 17:4,5,20
20:8,9 21:10,18
22:5 23:10 25:18
26:15 27:10 28:3
29:15 31:12,19
32:3 33:24,25
35:15,17,18,18
36:5,9,13 37:9,16
37:16,17 39:23
40:10,11,15,24,25
41:3 42:12 43:6,9
44:4,9 45:6 46:16
47:19 48:5 50:6
50:14 54:16,22
56:7 57:19,20
58:19,20 59:25
61:1,10,23 62:1
63:18 64:2,2,3,14
64:20 66:13,20
68:17,19,19 75:15
75:23 77:2,22
78:7 79:11 80:24
81:18 83:15 84:1
87:10,24,25 88:24
91:8,12 92:3
93:18 94:5 99:15
99:20 100:13,18
101:23 102:13
103:19,20 105:6,8
105:10 106:19,19
108:25 112:10
114:4,5 116:7,22
117:22 118:11,13
118:14 120:5

121:12 123:1,25
126:7,9,10,12
128:14 129:24
130:11,24 132:14
135:22 136:3,19
136:20 137:1,3
138:24 139:1
141:13 143:5,16
144:21,22 145:1,9
145:10 146:5,23
147:4 148:12
149:2 150:21
151:9,10 153:8

**these** 25:9 28:10
29:21,23 31:7
45:5 49:6 54:17
76:20 88:8 106:8
118:17 130:22
131:11 137:3
151:4 152:20
153:18

**they** 17:1,19,21
18:21,22,24 28:2
28:22 31:11,24,24
33:10 34:24,25
37:25 38:22,22,22
40:11 41:2,2
43:21,21 45:3,12
48:9 49:9 51:2
54:24,25 55:1
61:3,10 63:13
64:9 68:9,19
69:15,19 74:2,3,5
80:19 81:22 82:8
83:1,5,9 87:15
109:6,7 116:5,6
119:2 120:7,10,22
124:16 125:3
130:16 132:23
134:7,8,9,11,14
134:16,21 138:9
138:10 140:15
141:1,4,8 145:6
146:12,13 150:13

**they're** 33:9 34:14
34:14 43:23 84:24
124:17 134:6,10

**thick** 131:4

**thing** 13:23 18:7
24:18 28:20 30:2
40:22 47:10 49:15
59:6,24 65:10
67:22 69:1,17
76:15 77:13,20
82:11 84:9,20
100:13 115:1
119:6 122:16

128:8 130:13
142:13,15
**things** 7:1 9:8 15:21
25:9 27:15 34:10
36:19 44:24 48:9
73:24 75:3 80:22
84:20,23 108:1
127:14 136:18
**think** 8:1 11:15
13:16 14:21 18:19
19:23 20:1 21:5
21:21 23:23 24:21
25:20 28:3,5
34:19 35:8 36:3,5
36:17,22 39:23
40:7 41:14 42:7
42:18 43:25 44:4
45:8,25 51:17,18
56:17,25 57:9,14
57:25 58:2,3 59:2
60:7 62:24 64:17
65:7,10,14 66:2,7
66:10,11,13,23,23
73:8,16 75:15,17
76:3,9,10,16 78:8
78:14 80:9,18
84:7,16,25 85:20
85:23 86:4,9
87:24 90:3 96:14
100:2 101:2
102:11,12,25
108:24 112:6,10
113:11,13 114:2
114:11 116:19
117:15 122:3
125:21 130:9
132:14,24 134:2
134:10 138:17
140:17,20,23
141:10,11,19,21
142:1,7,18 144:15
144:21,22 146:16
146:19 147:5
149:21
**thinking** 14:3 51:6
100:20 101:6
135:3
**thinks** 57:6
**third** 93:14 109:5
147:15
**this** 4:10,11 9:17,22
10:4,10,13 11:12
16:23 17:13,16,22
18:2 19:24 23:10
25:14,15 33:4
34:3,4,5,11,12
35:5,6,12,13,25

36:10,16,19,22
41:5,8,13,22
42:13,20 44:15
46:1 47:11 50:1
57:1,1 69:25
77:15 79:18 88:1
90:8,24 91:3,19
93:5,8 94:14
95:17 96:13
100:23,25 104:15
105:16,20 106:2,5
106:11 107:7,8,10
107:20,20 108:4
108:24 110:20
112:21 114:10,11
114:12,15 115:3
115:17 118:15
123:4 127:3 128:2
128:24 130:13
131:5,5,12,14,20
131:22 132:7,11
133:16 134:22
135:24 136:10
137:7,24,25 138:4
142:6 143:1,22
144:4 145:12,13
145:15 147:5,12
148:9,17,23 149:3
152:10 153:5
154:10 155:3,4
156:8 157:11
158:13
**Thomas** 1:21 4:1,17
4:18 156:11 157:8
158:7
**those** 5:5,9 8:5,6,13
12:23 13:1 15:25
17:17 18:24 19:1
20:19 21:13 23:11
25:18 28:6,13
29:1,8,25 31:9
33:7,8 34:21,23
35:1 37:22 38:25
40:19,22 44:23
50:25 52:11 56:6
59:18 63:22 64:24
65:10 73:4 74:19
88:4 93:22 98:12
115:18 118:8
122:16 129:10
135:11 138:11
144:24 147:16,23
148:4 150:15,18
153:21
**though** 41:2 51:12
64:24 79:19 85:2
**thought** 34:22

38:22 43:10 51:7
54:3 69:3,22
100:12 105:7
111:22 127:6
146:24
**threatened** 34:11
**threatening** 34:22
131:25
**threats** 34:3,5,7
35:4 36:17
**three** 15:14 24:14
31:12
**throat** 49:25
**through** 20:17
21:11,25 22:19,21
29:7 40:18 45:22
47:3 48:9 49:3,20
64:11 66:11 73:23
74:9 79:8,9 90:23
100:4 102:2
107:11 111:15
116:9 140:5,10
154:21
**throughout** 22:11
34:6
**thrown** 130:22
**ticket** 148:10,18
149:4
**tidbit** 67:23
**time** 1:23 8:8,25 9:4
12:25 13:9,15,17
13:22 14:20,23
15:9,16 16:8,10
16:17 18:19 19:2
19:2,5 20:15
23:19,23 32:18
33:13 42:14 43:19
44:11 47:15,17
48:1,1,8 50:1
52:10,22 61:12,14
62:4 64:17,19
72:16 74:10 77:25
82:11,18 83:13
92:19 94:13 95:4
95:18 100:13,21
100:23,24 102:4
103:5 104:15
112:1,20 116:6
119:11 120:3,23
126:2 128:3,4
130:25 132:8
138:18 141:13
143:7 145:13
154:10
**times** 5:3,5 7:6 25:9
25:16 26:15,15
28:23 33:4 49:2,5

49:7,8 50:12,15
54:22 55:20,24
57:13 59:2,7
64:11 66:15 71:7
74:2 77:16 81:15
82:1,2 89:23
103:16,20 112:25
114:10 115:7
119:2 120:5
121:22 122:12
134:8 141:16
**tired** 53:12
**tires** 40:2 74:25
**title** 4:25 135:14,16
135:16
**to** 1:23 2:3 4:12
5:19,23,25 6:2,4,8
6:14 7:1,5,7,14,15
7:17,22 8:1,7,7,8
8:13,14,19,21,22
8:25 9:3,16,21,25
10:4,4,10,11,13
10:15,19,20,22
11:1,2,4,13,18,23
12:3,6,25 13:12
13:22,23 14:2,2,2
14:5,6,8,10,12,19
15:11,12,14,16
16:2,3,3,6,6,7,14
16:16,22,24 17:9
17:16,17 18:4,8,9
18:16,24 19:1,1,5
19:8,11,25 20:5,6
20:10,17,18,24,25
21:8,15,24 22:2,4
22:4,5,6,18,20,24
23:3,9,11,14,17
23:19,21,24 24:11
24:17,21,21,22,22
25:1,13,20,22,25
25:25 26:3,5,8,12
26:12,14,16,22,24
27:2,3,7,9,10,10
27:11,11,15,17,19
28:1,7,12,17,22
29:1,4,6,11,12,21
29:25 30:4,5,7,10
30:13,19,21 31:8
31:10 32:6,9,12
32:15,19,19 33:12
33:22 34:12,14,15
34:23,23,24 35:2
35:2,8,15,21 36:2
36:2,6,13,13,14
36:15,18,21,22
37:3,4,10,11,11
37:12,14,14,16,18

37:22 38:2,4
39:15 41:10,11,23
42:16,16 43:1,2,6
44:3,12,19 45:18
46:1,2,4,5,5 47:17
47:18,23 48:4,7
48:14 49:2,3,4,5,8
49:14,15,15,16,25
50:10,16,25 51:1
51:2,2,7,11 52:11
52:19,20 53:21,24
54:3,4,14,20,25
55:11,18,21,22
56:4,6,10,11,20
57:2,6,12,12,12
57:14,14 58:1,3,7
58:11,20,21 60:8
60:9,11,23,23
61:8,14,22,22
62:2,3,7,12,21
63:8,8,8,15,21,22
64:3,5,6,16,25,25
65:3,24 66:20
67:3 68:2,3,16
69:6,13 70:5,9,10
72:5,21 73:1,8,9,9
73:13,17,18,19,20
73:21 74:8,10,10
74:12,16,16,18,19
74:20,23 75:3,5
75:17 76:1,22,23
77:14 78:16,20
79:3,18 80:16,19
81:11,14,14,17,24
82:6,10,16,25
83:1,1,2,8,11,18
83:22,25,25 84:3
84:9,12 85:24
86:5,7,7,8,13,18
86:23 87:15 88:3
88:3,5,7,17 89:1,7
89:9 90:1,21,21
91:20 92:7,8,20
92:25 93:2,9,12
93:24 94:11,13,22
94:25 95:4,13,18
96:15,25 97:3,8,8
97:9,19 98:8,15
98:25 99:3,4,13
99:16,21,23,23
100:10,23,24
101:11,12,13,15
101:20,22,23
102:2,4,9,15,21
102:23 103:4
104:20 105:3,7,14
105:17,20 106:3,5

106:16,18,25
107:2,3,16 108:9
108:13,15,20
109:22 110:11,12
110:16,23 111:5
111:21 112:3,14
112:21,23 113:6
114:3,9,10,12,13
114:15,15 115:12
115:18,19,22
116:1,9,17 117:15
117:18 118:1,18
118:20,21 119:5
119:12,16,17,25
120:1,1,3,4,8,12
121:5,11 122:6
123:12,13 124:15
124:19,20 125:1,2
125:16,16,17,18
125:18,22,25,25
126:2,2,20 127:1
127:1,2,3,7,8,10
127:11,17,21,21
127:22,23 128:7,8
128:9,10,14,14,17
128:20 129:8,11
129:24,25,25
130:4,12,18,21,21
130:23 131:5,9,13
131:14,15 132:3,6
132:13,19 133:2,3
134:7,11,22 135:1
135:9,14,25 136:2
136:5,8,11,18,18
137:3,19,21,25
138:1,2,4,6,10,12
138:16,19,19,21
139:10,14,15,23
140:11,13,13
141:4,9,17,23
142:1,2,11 143:1
143:18,24 144:1,3
144:9,17 145:6
146:5,9 147:10,12
147:16,17,17,19
147:20 148:9,10
148:14,18,18,20
148:21,24 149:2,4
149:8,9 150:6,12
150:13 151:2,5,11
151:16 152:2,3,14
152:15 153:4,7,9
153:10,15,16,20
153:20 155:4,19
156:7,15 158:6
**today** 6:1 73:8
105:18 113:10

115:8 120:24
131:6 134:18,25
141:12,16 150:4
152:21
**today's** 10:19
**together** 51:18
93:22 105:3
**told** 17:25 34:23
37:1 68:24 69:6,8
69:13 105:4,11
120:25 125:20
**tomorrow** 95:6
**tonight** 132:3
**too** 25:18 26:19
41:15 62:9 67:23
69:25 72:9 93:20
100:21 134:3
135:7 137:13
139:19
**took** 32:6 33:12
44:1 53:9 101:3
104:24 105:21
106:6 112:17
128:10 138:19
**tools** 18:25
**top** 27:10 39:18
**total** 18:17 154:16
**touch** 136:18
**touched** 82:9
**touching** 138:11
**tough** 7:8 125:15
**toward** 128:15
**towards** 94:5
**town** 120:14 134:19
136:25 151:17
**TPA** 147:22
**track** 94:2
**tracked** 23:17
**trafficking** 16:21
**train** 37:2,19
**transcript** 155:2,3,4
155:18,19 156:8
158:7,7
**transcription** 155:3
**transferred** 135:16
**trash** 30:2
**Trask** 2:20
**Trask's** 68:25
**treat** 79:12 125:25
**treated** 45:3,12
65:22 79:20
**treatment** 39:4
**tree** 30:1
**trees** 28:8
**trial** 2:4
**trick** 7:15
**tried** 27:9 37:10

79:3 136:17
**trimming** 30:2
**trims** 28:9
**trouble** 103:21,24
**true** 44:10 99:1
158:8
**TRUST** 1:5,6
**trustee** 1:5
**truthfully** 26:12,14
26:22 27:15
**try** 7:5,22 24:11
28:7 36:2 37:11
49:2,4,5,8,15,16
53:19 54:14 126:2
126:2 127:21,21
129:24 134:11
**trying** 7:14,15 22:2
24:21 49:14 65:3
73:13 97:3 99:3
101:19 110:11
128:10 138:19
**tunnel** 74:22
**Tunxis** 12:4,9
**turn** 150:12
**Twenty** 18:13
**twice** 72:5 75:21
**two** 9:8 16:24 24:14
51:17,18 61:1
84:20,23,25 87:10
90:17 95:7,15
101:12 106:8
112:18 123:14
148:4 149:2
150:13,19 151:4
152:13,15 153:9
153:15,18,21
**type** 13:23 23:3
24:18 30:2 33:5
38:25 44:5 47:10
49:15 59:5,24
65:10 69:17 75:3
76:15 77:13,20
82:11 84:8,19
119:6 122:15,17
148:24
**types** 40:20,22
44:23 54:18
**typical** 20:20,22
46:2
**typically** 21:8 23:1
55:4 80:16 118:22
119:11 121:15
126:17 144:25
145:6 146:1 147:1

_____

**U**

**U.S** 58:4

**Uh-huh** 22:25 97:20
109:10
**uh-huhs** 7:1
**ultimately** 16:16
**un-permitted** 73:9
76:7
**unanswered** 138:12
**Uncontracted** 85:8
**undeliverable** 46:10
46:22 48:23 49:22
**under** 2:5 5:7,11,18
6:18 16:12,18
17:17 18:17 37:22
58:18 148:5,6
**undersigned** 157:7
**understand** 6:15,17
7:11,13,21 8:15
8:18 22:2,15
23:14 38:2,3
43:20 50:25 51:11
60:12 61:7,24
65:6 69:24 79:15
110:1,9,18 129:22
131:3 135:1
**understanding**
134:7 136:1
**understood** 8:1
88:17
**uneasy** 17:3
**unfortunate** 131:14
132:12
**unfounded** 89:5
**union** 37:7
**unique** 58:3 130:10
142:4
**unit** 16:18 17:6
**United** 1:1 34:6
47:4,6
**unjustly** 37:3
**unless** 8:22 9:9
76:13 114:3 120:1
**unlicensed** 54:18
55:5 85:12
**until** 6:3,8 13:11,12
14:15 15:15 62:2
62:12,18 80:10
**unusual** 69:22
145:11,13,19
**unwarranted** 89:5
**up** 10:8 14:8 16:16
18:3 19:24 20:8,9
23:3 26:6,14,24
27:6 28:22 29:5
29:17 33:4,17
36:11 40:2,15
41:10 46:1 47:24
49:24 54:4,7,8,14

60:11 63:8 64:5
65:13 73:19 74:24
78:11 80:19 82:7
82:10,25 84:1
85:18 87:15 92:5
95:20 96:12 109:1
119:10 120:3
123:13,17,18
125:12,13 127:13
128:1 135:17
137:1 138:4,7,16
139:15,16 143:9
147:8
**upon** 15:13 24:15
59:23 87:2
**upset** 31:9 43:22,24
**upstairs** 17:7,9
**us** 17:8 28:22 54:20
55:16 62:3,21,21
64:6 69:20 74:5
87:11 88:12,25
89:1 120:6 121:9
128:11 139:15
**USA** 134:18,25
**use** 2:4 18:25 19:1
29:18,19 113:21
**used** 11:2,4 148:8
148:10,18
**using** 30:19,20 55:2
149:3
**usual** 97:17
**usually** 21:10 24:9
**utility** 49:20

_____

**V**

**vacant** 49:6 59:22
65:7 76:14 80:22
81:4,7,10 86:6,13
123:15,24 124:10
124:12,14 125:11
146:5
**valid** 42:11 114:5
**value** 27:14
**values** 24:22,23
25:1 75:18,25
76:4
**van** 137:22
**variation** 61:10
**variations** 29:16
**varied** 15:25 20:18
22:8
**variety** 15:21 40:6
**various** 22:21 28:9
29:7,20
**vary** 24:2,19
**vehicle** 40:5 92:5
**verbal** 7:2

**very** 6:25 16:16
    17:3 20:13 28:12
    30:19,20 31:7,17
    31:25 33:22 34:22
    36:14 44:1 65:24
    68:2 88:9 89:4,10
    98:8 127:3 130:15
    131:2 132:11
    133:13,14 134:7
    134:10 136:1
    144:1
**vested** 18:19
**veterans** 13:23 14:6
**via** 47:5
**vice** 15:14
**Vice-Chair** 1:11
**Vietnam** 13:23 14:6
**view** 31:7 33:14
    57:11 128:12
**views** 16:6
**violation** 21:1,7
    22:24 23:5 24:6
    26:9,11 27:18
    28:15 44:3 46:3
    46:21 47:3,14,15
    50:9,12 53:16
    54:3 60:2 61:4,20
    62:11,14,15,25
    63:18,19 64:18,20
    66:8 69:8 76:10
    76:10 78:7,10
    79:11,12,19,20,23
    79:24 80:10 82:3
    82:7,19 83:9 84:3
    84:16 85:9,11,24
    86:14,17,18,24
    89:17 91:11 92:7
    94:14 96:20,21,23
    97:13 98:15 99:4
    99:6,14,22 100:10
    100:25 105:4,12
    107:8,11 108:20
    109:12,23 110:4
    110:12,13 111:4
    112:6,16 114:18
    116:14,19 117:4,5
    117:8,9,9,11,12
    117:17,19,19
    118:21,22 119:17
    120:10 121:14
    126:17,18,19
    132:25 135:15,17
    154:4,8
**violations** 21:11,12
    22:6 24:17 26:17
    41:5 42:25 50:14
    50:20 51:1 54:10

54:12 59:21 61:2
    61:23 63:22 64:14
    66:24 72:14,16
    73:2,14 74:19
    75:5 76:13 80:24
    82:15 84:24 85:19
    85:21,22 86:2,19
    86:20 89:14 90:17
    121:17 123:12,14
    129:11 133:22
    142:13
**violator** 89:24 90:2
    119:17 133:7
**violators** 78:25 89:8
**VIP's** 38:22
**virus** 83:24
**vision** 74:22
**visit** 138:21
**voice** 20:23 34:6,21
    132:6
**volunteer** 28:9 29:7
    29:20
**vs** 1:7

_____

**W**

**wait** 6:3,7 7:7
**walk** 90:21,23
**walking** 139:1
**wall** 85:16
**want** 17:17 21:24
    30:10 33:22 36:21
    42:15,16 53:21
    55:22 64:16 74:11
    88:11 90:21 98:15
    100:9 101:11
    115:12 128:7
    130:12 137:19
    144:3,9 150:12
**wanted** 14:10 23:9
    52:19 88:17 99:13
**Ward** 2:14 3:3,5 4:9
    6:10,15,16 21:3
    23:22 24:12 29:10
    30:16 39:2,13
    41:20,21 42:1
    43:4,14 45:1,16
    45:23 49:24 50:3
    50:5,8,24 51:9,10
    51:19 52:1,16
    53:1,7,12,14 54:1
    54:11 55:9 56:16
    56:24 57:8,18
    58:5,6 60:13,15
    61:18,19 63:5
    65:12,18 66:6,22
    67:5,11,15,16
    70:3,14,15,23

71:4,6,17 72:1,24
    73:12 74:13,14
    75:9,14 78:3,23
    79:10,17 80:6
    81:2 82:13,22
    83:12,17 84:4,22
    85:7 86:12 87:6
    87:17 90:14,15
    91:7 93:19,22
    94:1,4,10 98:10
    100:1,6,7 101:17
    101:19,22 102:1,7
    103:1,7,9 104:1
    104:13,23 106:21
    109:4 110:3,10,19
    111:12 112:22
    113:4,5,24 116:12
    116:20 117:2,21
    117:24 119:8,15
    121:19,21 122:2
    122:11 124:2
    125:7,8,24 127:16
    129:1,14,19 130:5
    131:17 132:22
    133:5,15 134:1,13
    134:23 135:2,12
    136:12,15,16
    137:12 139:17,24
    140:6,22 141:4,7
    142:5,17,21 143:4
    143:7,9,11 144:2
    144:8,12,23
    145:17,24 146:8
    148:14,16 149:14
    149:21 152:16
    153:25 154:2,17
**warning** 26:9
**warnings** 25:6 66:3
**warrant** 114:11
**warranted** 23:4
    24:6
**was** 4:2,2,25 5:6
    11:21 12:5,5 13:7
    13:16,18,25 14:5
    14:8,15,22,24
    15:9,11 16:8,9,18
    16:21,22,25 17:5
    17:11,18,20 18:1
    18:18,20 19:2
    20:6,8,13,20
    21:15,22 22:2,13
    22:19 24:6 25:8
    26:8 27:10,16,16
    29:4,25 30:11,19
    30:20 31:5,9,10
    31:15,17 32:2,20
    34:16,23 35:1

36:7,24,24 37:5,7
    37:12,14 38:6,17
    39:14,14,20,23,24
    39:24,25 40:2,3,5
    40:8,10,15 41:7
    41:13 42:7,10
    43:6 45:6,6,18,22
    46:17 48:2,2,3
    50:6 51:6,7,23
    52:3,6,8,9,9,13,15
    52:22 54:3 55:14
    59:2,22,22,24
    62:7,22,25 63:1
    63:10,13,17,17
    65:1 68:2,10 69:3
    69:8 70:18,18
    72:13 73:12 74:23
    76:14 77:22,25
    78:7,10 79:6,7,11
    79:22 81:4,7,7,8
    81:10 83:15 85:16
    85:17 87:10,11,19
    87:25 88:1,21,24
    88:25 89:9 91:8
    91:22 92:3,4,13
    92:19,24 94:12,13
    95:1,2,3,4,5,9,10
    95:22 97:15 98:7
    98:16,24 99:9,9
    99:20 100:2,12,13
    100:15,18,20,24
    101:6 102:5
    103:22 104:9,18
    104:21 105:6,8,8
    105:10 106:22
    107:1,7,10,12,17
    108:11,18,24,25
    109:1,8,15 110:13
    110:22 111:6,20
    111:23 112:3,10
    113:13 114:4,5
    115:9 116:1,3,14
    116:19,22,22,23
    117:3,5,8,9,11,12
    117:22 118:11
    119:16 120:13,25
    127:6 128:10,11
    128:12 129:2,3,4
    129:10,12,13,23
    129:24 131:6,8,12
    131:18,22 133:7
    133:12,14,17
    134:3 135:6,13,17
    136:19,20 137:8
    138:17 139:14
    143:5 146:22,23
    146:24 147:6,7,8

149:7,13 150:21
    150:22 151:1,2,6
    151:10,14,14
    152:14 153:8
    154:5,5,19 157:8
    158:6,7
**wasn't** 18:4 26:13
    32:17 33:12 36:13
    37:3,12,21 41:23
    46:22 48:4 90:1
    99:7 121:12
**way** 16:15 20:11
    29:3 31:5 36:18
    39:7 57:14 59:22
    69:23 72:25 74:18
    83:11 110:20
    117:18 127:9,23
    131:6,12 143:18
    144:7 153:4
**ways** 137:3
**we** 4:11 7:2,8,13,14
    8:6 15:22 16:20
    16:21,24 17:9
    18:25,25 21:6,6,7
    21:12,18 22:8
    23:9,11,15,17,18
    24:3,11 25:9,11
    25:13,13 26:16
    28:6,7,20,21,23
    29:1,3,5,8,18,18
    29:19,19,20,22,24
    31:20 32:22 35:15
    36:1,17 37:20
    38:10,18,18,19,21
    38:25 40:17,19
    46:1,6,15 47:7
    48:22 49:2,4,4,6,8
    49:11,13,13 50:15
    53:23 54:17,17,18
    54:23 55:15,18,21
    56:9 57:2,13 58:1
    58:11,17,18,19,20
    58:25 59:7,9
    61:25 62:1,5,22
    64:2,7 65:8 66:15
    67:15 68:23,23
    69:8 72:14,20,20
    73:2,3,4,4,5,23
    74:1,2,6 76:12,20
    76:21,24,24,25
    77:8,9,10,10 79:5
    82:1,2,4,5 85:11
    85:12,19,24 88:1
    88:2 89:25 91:14
    93:3 112:20 115:6
    115:9,11 119:2,3
    120:3 126:12,15

126:16,17,18,19
127:1,5,7 128:6,7
130:15 131:9
132:10,20 134:12
136:2,12 138:5
139:9 141:12
143:9 145:3,12
**we'll** 26:20 34:3
50:16 71:4 86:18
93:22
**we're** 7:16,17 9:9
25:14 44:22,23
46:5 50:15 60:9
64:4,8,17 69:2
88:9 90:17 105:18
112:13 120:6,7,8
128:8 130:22,24
131:6 135:4 136:1
136:8 139:1,10
149:21
**we've** 27:24 48:7
65:9 120:8 130:11
145:14
**web** 46:8
**website** 87:25
**week** 72:2,6 75:21
**weekends** 31:19
**weekly** 21:17 56:1
**welcome** 9:3
**well** 6:14 13:21 16:5
18:20 20:1 22:8
26:10 29:15 33:2
35:20,24 36:1,3
38:12,14 42:24
47:23 48:15 51:14
58:10 77:15 82:14
84:13,24 85:23
87:1,10 89:20
96:14 99:7,12
100:2 102:3
107:20 110:4
111:22 119:22
120:16 135:13
140:14 142:18
145:9,22
**wellness** 150:7
**went** 14:19 15:12,14
15:16 16:24 17:12
17:19 19:5,11
21:15 22:17 59:22
92:3 96:14 99:15
100:13 120:12
121:11 127:23
129:11 132:6
138:12,14,25
148:12
**were** 5:8 6:18 9:25

13:14,22,25 14:3
14:4,5,9 15:3,22
17:8 18:22,24
21:18,20 22:6,8
23:17 25:11,13,18
30:18 31:7 33:17
33:25 34:22,25
35:2 36:9 38:1,21
38:22 40:11,15,21
40:25,25 41:2
42:12 43:5,9
44:12,16,24 45:3
45:9,9,11,12 46:1
48:5,22 49:9,9
51:2 52:12 53:16
53:17 54:7,16,22
59:4 61:23 66:2,7
66:24,24,25 67:12
68:23 69:8 71:13
72:10 77:17 78:7
87:16 88:2,8 89:7
89:11 95:12 99:3
99:16 101:22
103:15,20 104:14
109:6 115:15
116:5,6,8,13
117:7 118:7,12,14
119:2,22 123:1
130:1 131:25
132:23 141:1,23
142:8,13,14
143:12,16,22
144:21,22,25
145:6,6 146:13
150:13,13 152:1
152:13,13 154:21
**weren't** 17:1 41:17
42:2,21 50:14
55:5 70:4 71:12
128:20 146:12
**what** 4:25 9:16 10:6
10:14 13:3,18
14:13,25 15:18
19:4,10 20:20
22:23 23:1 24:13
24:20 25:12,13
26:22 27:22 33:2
34:2 35:17 36:16
37:1,1 39:20 41:3
41:10,20 42:5,15
43:15,25 44:16,20
46:12,13 47:21
51:5,6,11,20 53:8
53:15,17 54:2,7
56:17 57:5,22
58:9,15 60:25
62:5 65:3,20 66:1

68:8 69:4,19 73:4
78:24 80:15 84:11
84:23 88:6,11,20
88:24 89:11 90:5
90:24 91:13 92:2
92:23 93:7 95:23
96:1,18 97:7
98:12 99:4,12
101:1,7 105:16
106:2 110:11,18
111:25 112:5
115:9 117:7
119:24 120:7,8,9
124:20 125:19,20
126:20 129:22
130:1,1,4,18,19
131:7,21 132:8,10
132:20 134:18
140:17,20,23
142:25 144:9
147:10,12,20,23
148:23 149:12
151:5,11 154:11
154:13
**what's** 47:12 49:7
49:16 60:18 69:18
76:11,17 84:9
97:15 99:24
105:23 112:1
136:10 147:22
148:3 153:10
**whatever** 16:12
19:25 21:7 28:4
31:13 33:1 42:14
43:24 49:10 68:25
76:12 114:7
126:17 130:16
139:14 151:14
**when** 4:25 7:8 8:15
10:18 11:21 13:11
14:19,24 18:14
19:21 21:14 24:7
26:15 27:6,22
30:12,25 32:15
34:13 37:11 38:16
41:13 45:17 46:1
48:12 51:14 53:2
54:7 64:8 68:23
71:13,23 75:20
76:20,25 77:6,8,9
79:11,25 80:7
81:3,10,24 86:22
88:9 89:7 95:21
96:22 97:10,12
98:22 99:15,16
100:19,20 101:6
102:23 105:9

107:13 109:6,11
110:6,12 111:23
112:11,17 115:15
116:5,13 119:17
120:12 129:23
131:5 139:10
146:23 147:7
**where** 6:3 22:5
26:13 28:6 32:25
35:9 36:4 40:1
44:5 45:18 46:4
47:15 48:11 49:18
54:16,22,25 62:11
63:9 68:18 74:8
77:2,21 78:6,7,9
87:25 89:11,15
94:12 99:21 100:9
103:11 106:19
107:5,16 110:22
112:23 118:15
120:5 132:14
134:21 137:21
139:13 140:7
**Whereas** 69:25
**Whereupon** 50:6
83:15 117:22
143:5 154:19
**whether** 8:20 13:18
21:22 26:8 27:17
27:19 66:17 71:11
73:3,13 76:4
77:11 79:4 86:19
87:3 91:16 92:15
130:13,14 136:17
141:14 152:2
153:19
**which** 4:12 8:20
11:25 15:4,9,15
16:10,21 21:22
35:1 40:8 44:24
54:20 62:4 68:20
69:21 74:1 88:2
99:4,17 100:13
105:25 120:23
123:17,21 125:13
126:13 131:3
132:11 133:17
141:1 152:14
**while** 13:16 14:4,21
32:2,2 56:9 126:8
135:15
**White-collar** 15:23
**who** 11:2,18 16:14
20:7 27:24 28:17
30:17 31:14 34:18
38:5,12,21,23,24
39:9,14 40:5 45:6

52:6 69:13 83:4
87:15 129:3
131:10 137:5,8
**whole** 52:14 59:25
80:25 87:4 125:1
**why** 14:1 16:2 17:16
18:5,16 19:2 20:5
31:3 32:13 33:23
36:13 37:5 42:9
55:14 67:22 68:17
72:12 87:5 91:21
99:5 111:13,16
113:17,25 114:24
115:25 127:25
129:20 131:6
141:11 146:16,19
**widow** 137:8
**wife** 123:21
**will** 6:10,21,23,24
7:5,6,22,23 8:5,11
24:15,16 37:4
40:14 43:21,21
57:16 81:19 82:20
92:25 93:2,3
106:1 117:25
118:1 119:2
120:10 134:9
138:5,6 147:10
**WILLIAM** 1:14
**windows** 123:25
124:9 125:11
**winter** 72:4
**wired** 144:7
**with** 4:10 5:9,15
10:5,14 13:25
14:17 16:23 17:2
17:3,8 18:1,8,21
19:21,23 20:7,12
22:9 28:6 29:8,21
31:4,7,9,24 33:5
33:11,14 37:6,8
37:19 39:8,21
40:15,18 43:24
45:7 49:13,16
50:3 51:25 55:11
55:21,25 58:17
59:5 63:12 64:8
64:13,15 65:7,9
67:3 69:2,15 71:8
73:3 74:11,25
75:1 76:14,20,21
77:1 78:4,17 79:3
80:13,23 83:10
87:4 88:23 90:7
90:10 96:16,18
98:5 100:16,20
103:3 105:9

106:23 109:22
110:6,14,21 111:5
111:6,23 113:21
114:6,17 115:10
115:10 120:4
121:3,9 122:14
124:22 125:9,11
128:7 130:12,18
130:23 132:1,11
132:19 134:8,11
136:18 137:9,20
138:3,5 141:13,17
141:19 146:17
149:16 151:18
158:11
**within** 24:10
**without** 22:6 54:19
122:15
**witness** 4:2 156:15
157:11
**WITNESS'** 3:7
156:1
**witnesses** 58:19,24
58:25 59:4,10
**woman** 6:5 135:5
137:7
**won't** 8:20 119:3
136:12
**wondered** 36:1
**wood** 77:12
**word** 24:22 63:13
63:15
**words** 7:4 91:20
**work** 4:19,23 5:16
11:3,4 12:25
16:18 17:4,17
18:11,23 19:1,5
24:24 29:14,20
31:5 36:13 37:22
55:21 65:21 76:7
85:8,12 128:7,11
128:15 134:11
141:13,17
**worked** 4:25 5:10
13:7 14:15,16
15:8,13,15 16:1
16:15 18:7 19:6
19:13,18 20:7
29:8 33:7 48:7
66:1 115:10
**working** 13:16 15:3
33:24 74:12 95:5
122:15,21
**workload** 63:24
**workmen's** 16:12
**workout** 19:7
**works** 11:2 18:5

33:10 39:16
**world** 49:7 114:7
128:2 130:13
**worse** 75:5 83:19
84:13 85:8,10
86:20 141:19
**worth** 36:16
**would** 4:16 9:1
18:25 19:1,24
21:6,7,12,19,25
22:5,10 23:18,20
23:21,23 24:2,2,3
24:4,7,11,19
25:10,13,16 26:12
26:14 28:7,13,15
28:22,23 29:18,19
29:19,20 30:17
31:9 38:10,10,23
38:25 40:12,12,19
40:20 41:14 46:3
46:7,12,13,15,16
46:16,25 47:2,5,7
47:19,22,24,25
48:3,12,17,23,24
49:1,2,4,8,12,13
49:14,18,21 50:12
50:15 53:5,23
54:14,20 55:15,16
55:18,20,24 56:3
56:6,23 57:13,15
58:23,25 59:7,9
59:10,11,12,14,20
60:1,4,10,20,21
60:22 61:2,3,4,13
61:22 62:5,11,15
62:18,20,21 63:6
63:9,10,11,12,14
65:8 67:10 70:10
71:22,22 72:3,14
72:19,21 73:17,24
73:24 74:2,4,6,8,9
74:19,21,22 75:2
76:1 78:14 79:7,8
80:20,21,25 81:10
81:15 82:2,4,5,17
83:4,6 84:2 85:6
85:13,24 86:4,11
87:2,5,13 91:10
92:20 93:11 95:7
95:15 97:1,8,19
97:23 101:9
102:25 104:17
105:11 108:6
110:4,5 112:7,15
114:11 115:6,9
118:22 119:1,10
120:6,7,9,24

121:7,15,17 122:9
122:9 123:17
124:1,11,21
125:13,19 126:6
126:10,17,19
128:1 129:15
130:2,6 132:24
133:3,8 135:9,23
136:3 141:10,11
141:20,21 142:7
146:3,6,14 152:3
152:6 154:11,14
**wouldn't** 27:3 60:9
63:25 79:12,21
80:9 82:1 109:14
112:21 119:25
124:21 125:16,17
125:22 126:12
**wrapped** 143:9
**wreck** 39:24
**write** 21:1 23:18
67:6 73:19 107:13
123:13,17,18
125:12,13
**writing** 73:21,22
96:12
**written** 97:24 98:1
102:9 107:17,21
108:4 112:1,24
113:6
**wrong** 57:2 102:6
137:8

---

**X**

**X** 1:4,19 3:1 128:2,3

---

**Y**

**Y** 128:3
**yacht** 32:14 33:1
**yeah** 12:3 20:11,13
22:8 24:23 35:14
40:23 43:1 47:2
49:2,11 55:24
57:22 59:9 60:14
77:24 81:16 83:14
83:25 84:2 86:10
88:19 89:3 95:14
97:25 101:14,18
101:21,25 115:14
124:5,8,11,15,17
140:12 141:10
143:24 144:22
**year** 14:17,25 15:8
15:11 53:6 96:5
**years** 5:7,11,13 12:4
12:5 15:14 18:13
18:17,19,20 19:6

19:9,23,24 28:6
40:9 67:19 123:3
123:4 133:23
**yes** 4:24 5:10,17
6:20 7:11,20,24
8:3,10,18,24 9:7
9:15 10:17,21
11:20 13:2,17
14:11 15:5 20:4
20:14,16 27:21
28:20 29:13 30:6
34:1 40:11 41:6,9
42:8 43:8,13
44:15 46:11 48:21
50:11,23 52:18,21
54:6 57:20 59:17
60:3 63:8 65:17
72:9 75:7 78:5,17
80:14,23 81:12
89:18 90:20,20
92:16 93:6 94:1
95:24 96:8,24
97:14 98:21 100:6
101:1 102:17
103:14 105:22
106:7 107:2,2
108:13 111:1,3
112:5 113:13,13
114:20,23 115:24
118:6,15 121:18
122:25 124:9
125:7 134:16
137:6 143:8,15
147:19 148:20
149:6 150:8,11,16
150:20,25 151:13
153:13,17 154:7
**yet** 45:24
**York** 16:10
**you** 4:8,16,19,21,23
4:25 5:2,4,8,18,22
6:14,17,17,18,23
7:3,4,5,6,6,8,12
7:15,21,23,25 8:1
8:4,7,7,15,16,19
8:20,20,22,25 9:1
9:16,21,24,25
10:3,10,14,14,15
10:15,18,20,22,24
11:1,1,10,13,13
11:18,19,23,25
12:7,8,11,16,17
12:22,22,25 13:3
13:5,11,14,18,19
14:3,4,6,12,13,19
14:20 15:3,7,18
16:2,5 18:7,8,9,11

18:14,16 19:4,10
19:13,17,18,21
20:5,10,15 21:4,5
21:15,16,22 22:4
22:5,12,17,17,23
22:23,23 23:1,6,7
23:14,23 24:4,5,7
24:13,15,16,16,17
24:20 25:3,4,6,12
25:14,15,17,20,22
26:7,22 27:6,6,9
27:14,19,22 28:4
28:15,16,23 29:3
29:11,22 30:1,2,4
30:5,7,12,12,22
30:25 31:3,19,20
32:3,8,8,25 33:6
33:16,17,17,18,25
34:13,13,14,15
35:13 36:17,20,23
36:25 37:1,13,15
38:3,4,8,10,12,23
38:23 39:3,9,15
39:20 40:14,21
41:4,7,10,20,23
42:5,7,15,16,18
42:20,23 43:5,5
43:10,12,18,19,20
43:22,23 44:11,11
44:12,16,18 45:2
45:10,18 46:3,9
46:12,19,21,22
47:1,2,5,22,23,25
48:3,6,12,15,17
48:19,23,23,24,24
49:1,18,21 50:3,9
50:10,19,22,25
51:11,14,15,16,17
51:22 52:13,19
53:2,2,8,15,19
54:2,3,7,7,14 55:4
55:10,11 56:2,3,6
56:17,25 57:1,2,4
57:9,11,16,22
58:7,16 59:11,18
60:4 61:4,8,13,22
62:3,10,11,12,24
63:1,21 64:6,9,10
64:19,19,21,25
65:6,13,14,14,19
65:20 66:2,2,3,7,7
66:8,12,13,14,18
66:19,23,23,23,24
67:2,6,14,17 68:6
69:2,4,13,19 70:4
70:6,10,16,21,24
71:7,11,12,13,18

---

71:22,22,24 72:2
72:3,9,10,15,23
72:25,25 73:1,1,6
73:6,7,7,8,13,20
73:23,24 74:4,8,9
74:11,11,12,16,18
74:19,21,22,22,23
75:1,15,23 76:1,3
76:3,12,15,20,25
77:6,6,7,12,13,16
77:17,21 78:4,6
78:11,17,19,24
79:12,18,21,25,25
80:7,7,9,9,10,16
80:21 81:11,24
82:8,14 84:10,11
84:25 85:11,15,20
85:21 86:4,6,6,19
86:23 87:12,13,14
88:5,11,14,20,23
89:7,9,11,15,16
89:21,23,23 90:1
90:7,23 91:3,8,16
91:21 92:2,6,11
92:14,18,23 93:3
93:5,12,19,24
94:11,13,16,19,22
94:25 95:10,12,18
95:20,21 96:1,2,7
96:9,12,18,22,23
96:25 97:5,10,12
97:12,23 98:4,12
98:14,25 99:3,4,5
99:12,13,13,16,20
99:21,25 100:8,8
100:9,22,23,24
101:2,9,11,13,20
101:22,23 102:1,8
102:9,15,22,23
103:2,4,11,15,15
103:20,20 104:2,4
104:6,8,14,17,24
104:24 105:3,4,11
105:14,16,21,25
106:5 107:3,4,9
107:13,20 109:11
109:14 110:2,21
110:23 111:13,16
111:20 112:3,6,23
113:6,10,11,14,15
113:17,20,21
114:21,24 115:2
115:15,16,23,25
116:2,2,13,14
117:7,15,25,25
118:1,5,7,12,14
118:20 119:9,11

119:17,17,22,25
120:2,12,13,16,17
121:6,11,14,22,22
122:3,3,6,12,12
122:18,21,21
123:1,5,6,8,12,12
123:13,13,14,17
123:18,22,24
124:3,4,15,20
125:4,5,11,13,20
126:4,24 127:5,9
127:14,17,18
128:4,5,17,20
129:2,3,15,16
130:1,2,6,19,25
132:7,8,13,24
133:8,11,23 134:2
134:5,17,17
136:10,17 137:1,2
137:5,8,16,17
138:4,5,6,8,17
139:2,12,21,25
140:3,7,11,12,12
140:13,17,19,23
141:3,8,11,12,18
141:21,25 142:1,2
142:7,10,18 143:7
143:12,16,21,22
144:3,9,13,15,24
145:1,3,5,16,21
146:9,16,16,16,17
146:19,25 147:1,4
147:10,12,15,16
147:20 148:21,23
149:9,11,15,15
150:9,13,15,19,23
151:5,12,22 152:3
152:9,13,18,20,23
153:1,4,10,12,16
153:19,24 154:3,8
155:4
you're 5:15 6:7,22
9:3 10:6 18:18
20:1,11,12 22:3
25:16 32:4,5 62:6
86:9,22 87:8,23
99:21 101:10
110:18 119:24
120:11 124:22
129:9 131:1,2
136:25 142:25
you've 27:13 46:2
48:13 74:5,15
87:3 150:3
young 31:14 32:1
your 4:16,25 5:19
5:23 6:25 8:7,8,21

20:22,23 24:20
25:19 26:8,18
27:7 32:22 34:14
34:15 46:2 47:25
50:10 51:14 52:2
52:3,6,20,22 54:3
55:10 60:18,25
61:16,24 62:24
65:20 66:12,12,13
67:12 71:8,13
72:15 74:7,9
75:19 77:4 81:4
81:13 87:15 90:16
90:23 92:6 98:4
98:14 100:15
103:3,5 105:2
106:6 118:23
119:10,16 126:20
127:4,4,15 130:1
132:3 134:14
136:7 138:22
139:19 143:7
147:1 150:9,12
151:21 152:6
155:2
yourself 56:3

_____
Z
_____
Z 128:3
Zika 83:24

_____
0
_____

_____
1
_____
1 1:24 3:20 93:4
95:21 107:3
154:21
1,000 133:7 141:9
141:23 142:8
1/20/23 157:17
1:00 1:23
10 5:11 18:19 24:16
84:11 106:19
117:16
10-inch 84:13
10-inch-long 86:14
100,000 135:5,18
1001 2:1,20
105 3:22,22
106 3:23
107 3:23
11 103:16
12 116:19
12th 118:2,16
143:13
147 3:24,24
148 3:25,25

149 3:4
14th 118:3 143:14
15 84:11
15,000 152:11
154 3:5
155 3:6
156 3:7
157 3:8
158 1:24 3:9
16 94:5
16th 118:3 143:14
17th 118:2,16
143:13
18-858 93:12 95:23
19 1:22 106:25
19-003181-CI 1:3
1972 11:22
1976 13:13,19 14:13
1977 13:13
1982 15:14
1987 15:15
19th 105:24 106:9
106:11,17 118:2
124:4 125:10
143:13 147:16
148:19 149:4,8,8
153:11
1st 118:3 143:14

_____
2
_____
2 2:15 3:21 93:25
94:1,4,5 99:18
20 5:13
2008 5:14 18:15
201 2:1,21
2015 20:2 107:10
122:22
2018 90:18 95:1,25
96:2 97:4 98:24
99:11 100:4,5,14
101:6 102:19,22
102:23 105:24
106:3 107:5,8,11
107:12,12,18
108:11 109:7
115:22 116:8
120:21 121:2
147:17 148:11,19
149:5,8,8,9
153:11
2019 4:22 31:2
122:24
2020 1:22 20:1
157:12 158:13
20th 95:2,9,17 98:5
99:13,17,21 100:5
100:8,17 101:3,24

102:15 105:5,10
105:12 107:11
108:15 110:22
111:15 112:4
118:4 143:14
149:19
21st 98:24 107:7,12
108:2,5,11,19
109:21
22nd 95:1 97:4,5,15
107:18 108:21
109:11,14,21
116:3,8 143:17
23,000 133:17
24th 120:21
25 18:20
250 41:9 89:25
129:4,13
250-a-day 32:4
25th 106:3,10,12,15
106:20,23 118:3
143:14
27th 121:2

_____
3
_____
3 3:22 106:9 150:14
150:23 151:7
30 5:7 18:17 67:19
98:9,12
30-second 100:23
30,000 126:21
142:19
305 2:17 132:2
3180 2:16
31st 109:7,12,16
115:22 120:13
121:6,12
33131 2:16
33756 2:21
3rd 118:3 143:14

_____
4
_____
4 3:3,23 106:1,9
150:14,23 151:7
151:10
4:30 20:18
4:50 1:23 154:20
400 144:18
48 154:5,13
48-day 154:8
4th 102:19,21
136:22 154:3

_____
5
_____
5 3:24 147:11
152:14 153:8,12
5:00 20:17

**50/50** 53:19
**500** 80:19 89:24
   90:2 114:19,22
   115:15 116:13
   117:15 121:23
   122:4,6,18 123:5
   123:8 129:2,15
   144:18 145:6,7,18
   146:1,13 154:9,13
**500-a-day** 89:9
   132:15 154:4
**5th** 95:25 96:2
   99:10,11,15 100:4
   100:14,19 101:6
   101:23 102:6,10
   105:7 107:5,10,11
   107:21,24 111:15
   111:23 112:11,17
   113:8,11 118:2,16
   143:13,17 146:18
   149:9

---
**6**
---

**6** 3:25 148:22
   152:15 153:14
   154:21

---
**7**
---

**70s** 15:1
**72-foot** 32:14
**721-1600** 2:17
**727** 2:22
**733-0494** 2:22

---
**8**
---

**8/22/18** 107:17
**8:00** 20:18
**8:19-cv-01210** 1:3
**80s** 15:1
**85,000** 137:9 139:18
**8th** 118:3 143:14

---
**9**
---

**9:00** 20:17
**93** 3:20,20
**94** 3:21,21
**9th** 148:11,13
   157:11 158:13