# EXHIBIT 3

*Declaration of Ari S. Bargil*
*in Support of Plaintiffs' Dispositive Motion for*
*Summary Judgment and Incorporated Memorandum of Law*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 8:19-cv-01210
STATE CT. CASE NO.: 19-003181-CI

- - - - - - - - - - - - -X
JAMES FICKEN, trustee,                 :
SUNCOAST FIRST TRUST; and              :
SUNCOAST FIRST TRUST,                  :
                                       :
                Plaintiffs,            :
vs.                                    :
                                       :
CITY OF DUNEDIN, FLORIDA;              :
DUNEDIN CODE ENFORCEMENT BOARD;        :
MICHAEL BOWMAN, in his official        :
capacity as Code Enforcement           :
Board Chairman; LOWELL SUPLICKI,       :
in his official capacity as Code       :
Enforcement Board Vice-Chair;          :
ARLENE GRAHAM, in her official         :
capacity as a member of the Code       :
Enforcement Board; KEN CARSON, in :
his official capacity as a member :
of the Code Enforcement Board;         :
WILLIAM MOTLEY, in his official        :
capacity as a member of the Code       :
Enforcement Board; DAVE PAULEY,        :
in his official capacity as a          :
member of the Code Enforcement         :
Board; and BUNNY DUTTON, in her        :
official capacity as a member of       :
the Code Enforcement Board,            :
                                       :
                Defendants.            :
- - - - - - - - - - - - -X

     DEPOSITION OF:    MICHAEL KEPTO
     DATE:             February 18, 2020
     TIME:             2:00 p.m. to 5:00 p.m.
                       Pages 1 - 111

```
 1        PLACE:              1001 S. Fort Harrison Ave.
                              Suite 201
 2                            Clearwater, Florida

 3
          PURSUANT TO:        Notice by counsel for
 4                            Plaintiff for purposes
                              of discovery, use at trial
 5                            or such other purposes as
                              are permitted under the
 6                            Florida Rules of Civil
                              Procedure
 7
 8        BEFORE:             KATHERINE A. LYLE
                              Notary Public, State of
 9                            Florida at Large
10
11                       *  *  *  *  *
12
13   APPEARANCES:
14        ARI S. BARGIL, ESQUIRE
          ANDREW WARD, ESQUIRE
15        Institute For Justice
          2 South Biscayne Boulevard
16        Suite 3180
          Miami, Florida 33131
17        (305) 721-1600
          Abargil@ij.org
18
          Attorneys for Plaintiffs
19
          RANDY D. MORA, ESQUIRE
20        Trask, Daigneault, LLP
          1001 South Fort Harrison Avenue
21        Suite 201
          Clearwater, Florida 33756
22        (727) 733-0494
          Randy@cityattorneys.legal
23
          Attorney for Defendants
24
25                       *  *  *  *  *
```

1                         I N D E X

2                                                      PAGE

3    DIRECT EXAMINATION BY MR. WARD                      4

4    CROSS-EXAMINATION BY MR. MORA                      93

5    REDIRECT EXAMINATION BY MR. WARD                  105

6    ERRATA SHEET                                      108

7    WITNESS' SIGNATURE PAGE                           109

8    CERTIFICATE OF OATH                               110

9    REPORTER'S CERTIFICATE                            111

10

11

12

13

14

15

16                         *  *  *  *  *

17

18

19

20

21                          EXHIBITS

22                                     ID'd      MARKED

23   Kepto 1 (9/4/18 Minutes)          63         63

24   Kepto 2 (Employee Checklist)      68         68

25   Kepto 3 (Case History Report)     94         94

1                    MICHAEL KEPTO,

2    was called as a witness, having been duly sworn, was

3    examined and testified as follows:

4                    DIRECT EXAMINATION

5    BY MR. WARD:

6        Q    All right.  Good afternoon, Mr. Kepto.  My

7    name is Andrew Ward.  I'm an attorney with the

8    Institute For Justice and this is my colleague Ari

9    Bargil.  We represent the Plaintiffs in this case

10   which is a challenge to code enforcement fines

11   levied against our client, Jim Ficken.

12             Please speak loudly and clearly.

13             Could you please say and spell your name.

14       A    Michael Kepto, M-i-c-h-a-e-l, K-e-p-t-o.

15       Q    What was your title when you worked with

16   the City of Dunedin?

17       A    Code Enforcement.

18       Q    Just Code Enforcement?

19       A    Code Enforcement Inspector.

20       Q    Okay.  Have you ever been deposed before?

21       A    Quite a few times.

22       Q    Why is that?

23       A    I'm a retired Detective from the City of

24   St. Petersburg Homicide.

25       Q    So, in your capacity as a police officer,

1    you were --

2         A    That's correct.

3         Q    -- deposed many times?

4         A    Yes.

5              MR. MORA:  Just let him finish because the

6         record gets a little messy.

7              MR. WARD:  And I will try to not interrupt

8         you too.

9    BY MR. WARD:

10        Q    But fair to say then you're pretty

11   familiar with depositions?

12        A    Yes.

13        Q    Okay.  Are you under the influence of any

14   drug or medication that might impair your ability to

15   testify today?

16        A    No.

17        Q    Are you experiencing any medical or health

18   conditions that would impair your ability to

19   testify?

20        A    No, sir.

21        Q    And you understand that even though we're

22   here in a law firm you are under oath and you're

23   testifying under penalty of perjury the same as if

24   we were in front of a judge and a jury in a

25   courtroom?

1    A    Yes, sir.

2    Q    Okay.  So I will restate the instructions

3    that everyone gives at the beginning of a

4    deposition.  It sounds like you're pretty familiar

5    with them.  I will try to be quick.

6         I am going to ask you questions.  You will

7    answer the questions.  The court reporter here will

8    record the questions and the answers.

9         The court reporters often have a lot of

10   trouble with nods and "uh-huhs" and gestures, things

11   from an ordinary conversation, so please do be sure

12   to answer orally.  If you're not doing that, I might

13   interrupt you to point it out and describe out loud

14   what you're doing, but I will try to make that the

15   only time I interrupt you.

16        Does that all make sense?

17   A    Yes, sir.

18   Q    As we have seen briefly, it is tough if we

19   talk over each other, so, please, you know, just

20   take a moment and wait until I'm done asking my

21   question before you answer.  In the same way, I will

22   do my best not to interrupt you.

23        Does that all make sense?

24   A    Yes, sir.

25   Q    Okay.  If I ask a question and you don't

1    understand it, please just let me know.  I will try

2    to ask a better question.

3              Does that make sense?

4        A    Yes, sir.

5        Q    I'm really not trying to trick you.  I'm

6    just trying to find out what you know, but if you do

7    answer a question as I ask it, I won't know if you

8    don't understand it and I'll assume that you do.

9              Does that make sense?

10       A    Yes, sir.

11       Q    We're interested in learning about how

12   code enforcement worked in Dunedin while you were

13   working there.  We're looking for full and complete

14   answers.

15             Does that make sense?

16       A    Yes, sir.

17       Q    As I'm sure you have seen before, I will

18   sometimes ask you questions about specific documents

19   which I'll ask the court reporter to mark as

20   exhibits to your deposition and then I might talk

21   about them by number as we go and I'll distribute a

22   copy to your lawyer.  Please take as much time as

23   you like to look through it.

24             Does that make sense?

25       A    Yes, sir.

1      Q    Okay.  Sometimes the City's attorney might

2    state objections after I ask a question.  That is

3    done because there is no judge here to rule on the

4    objections.  So Mr. Mora might want to preserve

5    objections for a ruling later, but you still need to

6    answer the questions after he's objected unless

7    you're specifically instructed not to do so.

8           Does that make sense?

9      A    Yes, sir.

10     Q    And if you need to take a break at any

11   time, please just let me know.  If there is a

12   question pending, I would ask that you answer that

13   before taking a break, but, otherwise, I'd like to

14   make this as easy and hassle-free as possible, so

15   break if you want it.  Hopefully we won't be here

16   too long.

17          Does that work?

18     A    Yes, sir.

19     Q    I will probably from time to time talk

20   about "the City," and if I say that, you know,

21   without further elaboration, I'm talking about the

22   City of Dunedin here in Florida.  If I'm talking

23   about the Board, I'm talking about the Dunedin Code

24   Enforcement Board.

25          Does that make sense?

1        A    Yes, sir.

2        Q    Okay.  So first real question.

3             What, if anything, have you done to

4    prepare to testify today?

5        A    I have read over some of the reports that

6    I wrote concerning the property on Lady Marion.

7        Q    What reports did you read?

8        A    I don't have those in front of me, but

9    there were some that were provided by the attorney's

10   office for my review.

11       Q    Could you describe a little more what they

12   were?

13       A    They were reports of my investigations or

14   findings.  I believe you've been given copies of

15   those.

16       Q    Do you remember when they were from?

17       A    When they were from?

18       Q    Yeah.

19       A    From separate years.  There were a number

20   of them.

21       Q    Do you remember if they were from 2018?

22       A    I believe there were some from 2018.

23       Q    Do you remember if there were some from

24   2015?

25       A    Yes, there were.

1    Q    Do you remember if they covered years
2    other than those two years?
3    A    I believe so, yes, sir.
4    Q    Did you read anything else other than
5    those reports?
6    A    An email, several emails.
7    Q    Did the reports that you read cover any
8    properties other than the one at Lady Marion Lane?
9    A    I was only concerned about Lady Marion.
10   Q    So do you remember if they were about
11   other properties and you didn't focus on those parts
12   or --
13   A    They were involving the property located
14   on Lady Marion Lane.
15   Q    And only that property?
16   A    As far as I recall, yes, sir.
17   Q    What emails did you read?
18   A    Some emails between Mr. Ficken and myself.
19   Q    When you said "reports" a moment ago, were
20   they the files that you would normally refer to as
21   case notes?
22   A    Yes, sir.
23   Q    Okay.  And you said you reviewed emails
24   between you and Mr. Ficken; is that right?
25   A    Yes, sir.

1    Q    Do you remember what those emails were

2    about?

3    A    One email was regarding request for an

4    extension of time, and my reply was a denial of that

5    time.

6    Q    Do you remember any other emails?

7    A    Not offhand, no, sir.

8    Q    Do you remember when the emails were from?

9    A    No, sir.

10   Q    About how many emails did you review?

11   A    Problem one or two.

12   Q    You said that one of the emails was about

13   an extension time.

14        Do you remember what it was an extension

15   of time for?

16   A    Code Enforcement Board.

17   Q    What do you mean by that?

18   A    I did not want to go to the Code

19   Enforcement Board.

20   Q    I'm sorry.  Did you say he didn't or you

21   didn't?

22   A    He did not want to attend the Code

23   Enforcement Board.

24   Q    Do you remember what the subject of the

25   meeting was?

1    A    Overgrowth.

2    Q    Okay.  Do you remember if the emails

3  concerned any code violations other than overgrowth?

4    A    My emails, no, sir.

5    Q    They did not concern anything other than

6  overgrowth?

7    A    As far as I recall.

8    Q    Okay.  And I want to be very clear that

9  I'm not asking about the substance if you did speak

10  with attorneys, but, in order to prepare for this

11  deposition, it's just a "yes" or "no," did you speak

12  with any attorneys?

13    A    I reviewed my cases with the attorneys.

14    Q    Okay.  And when you say "your cases," do

15  you mean the case files about Mr. Ficken?

16    A    The reports that you have copies of.

17    Q    Okay.  About how long did you spend

18  preparing for this deposition?

19    A    Not long as all.

20    Q    Do you think it was more than four hours?

21    A    No, sir.

22    Q    You sounded confident in your response.

23      Can you estimate about how long it was?

24    A    I read the cases last night in preparation

25  for this.

1    Q    So you reviewed some case files and

2   emails, you spoke to attorneys.

3         Did you do anything else to prepare?

4    A    That's about it.

5    Q    So you didn't talk to anyone who used to

6   work or does work in the Code Enforcement

7   Department, for example?

8    A    What do you mean by that?

9    Q    Other than what we've discussed, did you

10   do anything else to review?

11   A    That's it.

12   Q    And the only people you spoke with to

13   review were the City attorneys?

14   A    And my old associate, Mr. Colbert.

15   Q    What did you and Mr. Colbert speak about?

16   A    Basically about the Ficken property.

17   Q    What about it?

18   A    It was such a problem property.  It was

19   kind of a joke that we were the property managers

20   for Mr. Ficken.  The only time he would take any

21   action was when we notified him and, yet, we were

22   getting complaints about the property on a regular

23   basis.

24   Q    Backing up to learn some background

25   information about you.

1          Did you graduate from high school?

2     A    Yes, sir.

3     Q    When was that?

4     A    1973.

5     Q    Did you go to college?

6     A    No, sir.

7     Q    What did you do after high school?

8     A    I worked for a surveying company for less

9     than a year and then I joined a police department.

10    Q    Which police department was that?

11    A    St. Petersburg Police Department.

12    Q    What did you do for the St. Petersburg

13    Police Department?

14    A    I was in patrol unit for several years, I

15    was a detective for 11 years and then I came out of

16    the detective division to join the community

17    policing unit.

18    Q    What did the community policing unit do?

19    A    Basically I was assigned to an area and I

20    was responsible for that area, many crime patterns.

21    I had to form and maintain business associations and

22    neighborhood associations.

23    Q    These different positions you mentioned,

24    were they consecutive or did they overlap?

25    A    What do you mean?

1        MR. MORA:   Form.

2   BY MR. WARD:

3        Q    It sounded like you were a detective and

4   then you stopped doing that and you worked in the

5   community policing unit.

6             Did I get that right or are these just

7   sort of many different roles you --

8        A    That's correct.

9        Q    Did you have any other roles at the

10  St. Petersburg Police Department?

11       A    That's it.

12       Q    Were you ever on the SWAT team?

13       A    Yes, sir.

14       Q    How long was that for?

15       A    Probably a few years.

16       Q    Where did that fall in the timeline?

17       A    When I was in the patrol unit.

18       Q    What sort of crimes did you investigate

19  when you were a detective?

20       A    I started off with white collar crimes,

21  thefts, larcenies.  From there I went to burglaries.

22  From there I went to sex crimes.  Then I went to

23  homicide.

24       Q    And then, after that, you did the

25  community policing unit; is that right?

1       A    Yes, sir.

2       Q    Did you do anything at the police

3   department after that?

4       A    Meaning?

5       Q    Meaning did you have any other roles while

6   you were at the police department after --

7       A    Other than just normal, you know, patrol

8   duties or detective duties.

9       Q    How long were you at the police

10  department?

11      A    Twenty-five and a half years and then when

12  I retired I was still on a reserve unit for another

13  seven years or so.

14      Q    When did you retire?

15      A    2000.

16      Q    Why did you decide to retire?

17      A    Because when I was in community policing

18  my last seven years I was very active in communities

19  and I was approached by the Deputy Mayor of

20  St. Petersburg, Mike Dove, asking me if I was

21  interested in code enforcement.  At that time I knew

22  hardly anything about code enforcement.  He wanted a

23  police officer to work code enforcement in the inner

24  cities, so I retired from the police department and

25  joined the code enforcement for the City of

1    St. Petersburg.

2         Q    How long did you do that for?

3         A    Until 2008.

4         Q    What did you do in code enforcement for

5    St. Petersburg?

6         A    Well, I was assigned to different areas to

7    bring properties into compliance, investigate

8    complaints about neighbors' properties, condition of

9    properties.

10        Q    How did it compare to police work?

11        A    Believe it or not, I thought it was very

12   satisfying because you could actually see results.

13        Q    What do you mean by that?

14        A    I'll give you an example.

15             When I was in community policing, I always

16   worked pretty much inner city properties and there

17   was a lot of drug activity.  I learned that when I

18   was in code enforcement I would meet with the

19   community officers assigned to that area and work

20   with them in partnership and I could use code

21   enforcement to have the owners of the property clean

22   up their properties.  Most of the properties were

23   rental properties, and a lot of the owners did not

24   want police getting involved with their properties

25   or code enforcement getting involved with their

1    properties.

2         Q    I'm sorry.  I didn't understand that last

3    part.

4              They didn't want code enforcement getting

5    involved; is that what you said?

6         A    That's correct.

7         Q    So do you mean that they would fix the

8    properties quickly rather than having a more

9    prolonged involvement or --

10        A    Well, sometimes they felt that it was

11   easier to evict their drug tenants and make quick

12   repairs on the property and just move on.

13        Q    And you thought that led to quicker more

14   visible change than when you were policing?

15        A    Yes, sir.

16        Q    What was your title when you were at the

17   St. Petersburg Code Enforcement Department?

18        A    Code Enforcement Inspector.

19        Q    And was that your role the entire time you

20   were there?

21        A    Yes, sir.

22        Q    You said you were there until 2008?

23        A    Yes, sir.

24        Q    Why did you leave?

25        A    If you remember, in 2008 there was a

1    market crash and there was a reduction in the work

2    force.  I was an exempt employee because I had been

3    hired by the Mayor, and my job was eliminated.

4         Q    So you were laid off?

5         A    Yeah.  They were cutting budgets.

6         Q    How did your work when you worked in the

7    St. Petersburg Code Enforcement Department compare

8    to your work later working for Dunedin?

9         A    Between the two, between St. Pete Code

10   Enforcement and Dunedin?

11        Q    Yeah.

12        A    I really did not see any difference.

13        Q    How often would you issue code violations

14   when you were working for St. Petersburg?

15        A    A lot more than in Dunedin.

16        Q    About how much more?

17        A    My Code Enforcement Board cases that I was

18   sending on a monthly basis would be anywhere from 20

19   to 30 a month to the Code Enforcement Board.  The

20   City of Dunedin, maybe five or six in the beginning.

21        Q    Is there a difference between sending a

22   case to the Board and opening up a case or issuing a

23   notice of violation?

24        A    You don't just send a case to the Board.

25   You start with a letter, a violation.  When there is

1   no compliance, then you send another letter, which

2   is a statement of violation, and when there is no

3   compliance, you send it to the Code Enforcement

4   Board.

5        Q    And is that the procedure at both when you

6   were at St. Petersburg and when you were at Dunedin?

7        A    Yes.  I'll back up to a question you asked

8   earlier, what was the difference, the main

9   difference, between St. Petersburg and Dunedin.  I

10  was impressed that when I sent letters in Dunedin I

11  almost always got compliance.

12       Q    Did you deal with overgrowth cases when

13  you were working at St. Pete's --

14            MR. MORA:  Form.

15            You can answer.

16            THE DEPONENT:  Yes, sir.

17  BY MR. WARD:

18       Q    How often do you think you would see a

19  case of an overgrown lawn?

20       A    It would depend on where you worked and

21  the time of season.

22       Q    So let's go season by season then.

23            When were the overgrowth violations most

24  common?

25       A    Rainy season.

1          Q    And in the rainy season how often would

2     you see those sorts of violations?

3          A    I couldn't tell you.

4               MR. BARGIL:  I'm sorry.  I'm sorry.

5               THE DEPONENT:  Is it something I said?

6               MR. BARGIL:  Well, a moment ago he asked

7          you about your knowledge of overgrowth

8          violations, and you said it would depend on the

9          season.  Then he asked you about the season,

10         and your response was "I couldn't tell you."

11              THE DEPONENT:  I think he was asking me

12         how many.  Did I construe that wrong?

13              MR. BARGIL:  We can get back to the

14         questions.  I apologize for the disruption.

15    BY MR. WARD:

16         Q    When is the rainy season?

17         A    I'm not a weatherman.  I couldn't tell you

18    that.

19              MR. BARGIL:  Can we go off the record for

20         a minute here?

21              MR. MORA:  We can go off the record for a

22         moment.

23              (Discussion off the record.)

24    BY MR. WARD:

25         Q    So, in 2008, is that when you went to work

1    for the City of Dunedin?

2         A    I'm not sure if it was the end of 2008 or

3    beginning of 2009.

4         Q    Was working for the City of Dunedin the

5    next job that you had after your position was

6    eliminated in St. Petersburg?

7         A    Yes, sir.

8         Q    Why did you decide to come work for

9    Dunedin?

10        A    I was contacted by the City of Dunedin

11   asking if I was interested in a position for code

12   enforcement.  I had no idea about even applying

13   there because I lived in south St. Pete and it was

14   quite a distance.

15        Q    Who contacted you?

16        A    A guy named James Leavengood.

17        Q    Who was that?

18        A    He used to work in St. Pete and he became

19   a code enforcement inspector in the City of Dunedin.

20   Apparently he heard that I was no longer working in

21   St. Pete.

22        Q    And what position were you hired for in

23   Dunedin?

24        A    Code Enforcement Inspector.

25        Q    And is that the position that you held

1    for -- start that one over.

2             Did you have any other positions while you

3    worked for Dunedin?

4        A     No, sir.

5        Q     What did you do as a code enforcement

6    inspector in Dunedin?

7        A     We would enforce local ordinances

8    pertaining to International Property Maintenance

9    Code, zoning and some of the building codes, for

10   instance, working without permits.

11       Q     So what was a typical day like?

12       A     Well, that would really depend on your

13   caseload, who was complaining.  We try to be

14   proactive as much as we can when we've got a lot of

15   complaints in a particular area.  For example, when

16   I was moved to south Dunedin there was a problem --

17   there was one guy that was constantly complaining

18   about cars parking on the sidewalks and on the

19   yards.  So I tried to be proactive and address that

20   before I got complaints.  So it depends on the

21   complaints that we were getting on a regular basis.

22       Q     I'm not sure I understood that last part.

23   You said you would try to be proactive before you

24   got complaints, but I think you might have said

25   after you got complaints.

1      A     Maybe you misunderstood me.

2            When you have people complaining about

3   cars parking on the sidewalks in the front yards,

4   you try to address that before you get those

5   complaints.  There was an individual in south

6   Dunedin that was retired, an Admiral or something

7   from the navy, I'm not sure, but he was always

8   writing letters and emails to the City Commissioners

9   about code enforcement wasn't doing their job

10  because all these cars are parked in the front

11  yards, they're blocking the sidewalks.  He would

12  walk around at night and literally take 20 or 30

13  pictures of these violators and send them in to

14  complain about them, and that's when I tried to

15  become proactive.

16     Q     So it sounds like one of your goals as a

17  code inspector was to avoid the need for residents

18  to complain; is that fair?

19     A     I felt that was our duty.

20     Q     So, when there were certain properties

21  that you were trying to be proactive about, what did

22  you do?

23           MR. MORA:  Form.

24           THE DEPONENT:  It depended on what the

25      complaint was.

1    BY MR. WARD:

2         Q    How did it depend on what the complaint

3    was?

4         A    For example, the guy in south Dunedin,

5    because he was complaining about the parking

6    situation, in that area I would try to address the

7    parking.  Also, when it started to rain a lot and

8    the grass would start to grow, he would complain

9    about all the overgrowth.  I remember when

10   Mr. Leavengood was working in that area he sent out

11   I don't know how many letters about the overgrowth.

12        Q    How often did you see overgrowth cases?

13             MR. MORA:  Form.

14             THE DEPONENT:  Excuse me?

15             MR. MORA:  I just objected to the form.

16             You can answer.  I'm sorry.

17             I'll just be saying "objection" or "form"

18        throughout.  Just keep on answering unless it's

19        otherwise.

20             THE DEPONENT:  Again the question, please?

21   BY MR. WARD:

22        Q    How often did you see an overgrowth case?

23             MR. MORA:  Form.

24             THE DEPONENT:  It depends on the season.

25        During the summer months when it's a draught

1          area, you didn't see a lot of overgrowth.

2     BY MR. WARD:

3          Q     How often did you tend to see overgrowth

4     in the summer months?

5          A     When it rained a lot, you saw it a lot.

6          Q     Did you tend to see it once a week, once a

7     day?

8          A     I probably saw it a lot.

9          Q     What was the typical response when you saw

10    an overgrowth case?

11         A     Well, depending on the day.  For example,

12    if I received a complaint about overgrowth, I would

13    probably hold off sending a letter if I've not dealt

14    with that particular person before until Monday

15    because most people work during the week and they

16    cut their grass over the weekend.  So, if I'm out

17    there on a Monday morning and the grass is still

18    high, I'll probably be sending you a letter.

19         Q     What would you typically do after that?

20         A     After I send a letter?

21         Q     Yes.

22         A     They were given a compliance date and it

23    came back in our computer to go back out and do

24    reinspection on that compliance date.

25         Q     How are you sending letters?

1          MR. MORA:  Form.

2          THE DEPONENT:  By mail.

3          MR. WARD:  Fair enough.

4   BY MR. WARD:

5      Q    Do you remember if it was certified mail,

6   return receipt requested, just normal first class

7   mail?

8      A    The first letter that goes out would be

9   normal U.S. mail.

10     Q    A letter by U.S. mail, that's typically

11  the first step.

12          Did you get into contact with property

13  owners in other ways?

14     A    I got a really good response by just

15  sending letters out by U.S. mail.  Now, if the

16  letter came back like no forwarding address, that

17  letter would be posted on the front door.  If the

18  letter came back from the U.S. post office with a

19  forwarding address, I would go and update our system

20  and resend that letter to the new address.

21     Q    Did you try to get in touch with people by

22  phone?

23          MR. MORA:  Form.

24          THE DEPONENT:  No, sir.

25

BY MR. WARD:

1   Q   Why not?

2   A   Because I would spend a lot of time trying
to find phone numbers.

3   Q   How many times do you think it would have
taken you to try to find a phone number for a
particular person you were trying to contact?

4   A   It would depend on who it is and their
address.

5   Q   If you wanted to find a phone number for
someone, where would you start?

6   A   Computer.

7   Q   What would you do with the computer?

8   A   Wow.  I guess I would start by looking up
their name.

9   Q   Looking it up where?

10   A   On the computer, different web sites.

11   Q   Would you ever try to look it up in City
records?

12   A   I would sometimes.  My complaint with the
City was why did we not take phone numbers on our
utility accounts because I've got our utility
accounts to look.  Very seldom would they have phone
numbers.  The other thing I kept requesting from our
utility account is why don't we just put their email

1    address into the accounts.  It would make it a lot

2    easier for us to track people or trace them down.

3         Q    Did the utility accounts have addresses

4    that were ever different from --

5         A    Very seldom were they different.

6         Q    How much of a priority were overgrowth

7    cases compared to other sorts of violations?

8         A    It's hard to tell priority because

9    everything we did we took it serious because if

10   someone complains about high grass, obviously it was

11   serious to that person.

12              For instance, if you complained about your

13   neighbor leaving their trashcan out all day, is that

14   a priority for me, no, but I'm going to try to get

15   that resolved because you obviously are complaining

16   about it, it's serious to you.

17        Q    So you viewed overgrowth cases as serious

18   to people that did or could complain about them?

19        A    Well, obviously someone is complaining

20   about it.

21        Q    I guess my question is, was your

22   motivation for addressing overgrowth cases that you

23   were trying to avoid complaints from neighbors?

24        A    In some instances, yes.

25        Q    Were there instances in which addressing

1      complaints from neighbors wasn't your goal?

2          A     What was that question again?

3                I'm sorry.

4          Q     You said that in some instances you were

5      trying to be proactive because it's serious to

6      neighbors when they complain.

7          A     Yes.

8          Q     Was it ever serious to you in your

9      position?

10               MR. MORA:  Form.

11               THE DEPONENT:  My attitude was or my goal

12           was to try to address violations before

13           complaints went to City Commissioners or to my

14           supervisor.

15     BY MR. WARD:

16         Q     Were you ever instructed on any way to

17     prioritize different code violations?

18               MR. MORA:  Form.

19               THE DEPONENT:  No, sir.

20     BY MR. WARD:

21         Q     For example, your supervisor said we think

22     cases of these sorts of violations are more

23     important than cases of those sorts of violations;

24     that didn't happen?

25         A     No, sir, but it would not be uncommon for

1   me to get called into our director's office and he

2   would say "I got a complaint from the Major or a

3   City Commissioner" where a citizen calls them about,

4   you know, there is a car parked somewhere or high

5   grass or trash, and I would go out and address that.

6   I don't want those complaints to go to the City

7   Commissioners or to the Mayor's office.

8        Q    Do you think that some code violations are

9   more serious than others?

10              MR. MORA:  Form.

11              THE DEPONENT:  Yes.

12   BY MR. WARD:

13        Q    Why is that?

14              MR. MORA:  Form again.

15              THE DEPONENT:  Public safety and welfare.

16   BY MR. WARD:

17        Q    Do I understand correctly then that you

18   mean that code violations that threaten public

19   safety and welfare are more serious than code

20   violations that don't threaten public safety and

21   welfare?

22        A    I think unless you want to be specific

23   about comparing one violation to another.  I'm

24   trying to give you a general answer.  For instance,

25   I think it's more serious for someone doing

1   un-permitted work than a car parked on a sidewalk.

2        Q    Is someone doing un-permitted work more

3   serious than having long grass?

4             MR. MORA:  Form.

5             THE DEPONENT:  In my opinion, yes.

6   BY MR. WARD:

7        Q    What, if any, are some other violations

8   that are more serious than having long grass?

9             MR. MORA:  Form.

10            You can answer.

11            THE DEPONENT:  We can go down a list.  I

12        mean, there is a lot of vacant houses that have

13        green pools.  Those became mosquito problems.

14        A lot of the houses that had the overgrowth

15        would start to get rats or snakes or other

16        critters that live in them.  Trash that would

17        draw rats, I would consider that a public

18        welfare issue.

19   BY MR. WARD:

20        Q    Did overgrowth -- I think you said -- you

21   mentioned rats a couple of times.

22            Did you find that long grass drew rats to

23   properties --

24        A    Yes.

25        Q    -- or that trash --

1      A    I'm sorry.

2           MR. MORA:  Let him finish.

3    BY MR. WARD:

4      Q    -- or that trash drew rats to properties

5    or both or --

6      A    Both.

7      Q    Do you remember any examples of seeing

8    properties with long grass that had rats that didn't

9    also have trash?

10     A    Yes.

11     Q    Can you tell me about any of those

12   examples?

13     A    The one that comes to my mind is I'm

14   walking around the building of a house that had long

15   grass with a building official and a rat ran out of

16   the grass, up the wall and into a hole in the

17   soffit.

18          The building official with me said, "Did

19   you get a picture of that?"

20          I'm like, Are you kidding me?"

21          It happened like in split seconds.

22     Q    They're really fast.

23          I didn't hear the word you said; is it

24   soffit?

25     A    Soffits or fascia boards.

1    Q    Okay.

2    A    There was another example where I saw the

3  City mowing contractor out mowing a property and the

4  grass was extremely high.  I stopped to talk to the

5  guy, and he says "Mike, it's funny I haven't seen

6  any rats jumping yet."

7         "What do you mean you haven't seen any

8  rats jumping?"

9         He said, "Usually when they hear my heavy

10  equipment they will actually jump up to look over

11  the grass to see what's causing it because they can

12  feel the vibrations coming."

13        I had never heard that before.

14    Q    So, just to confirm, from your time

15  working in Dunedin, you remember one time when you

16  saw a rat in an overgrown lawn; is that right?

17        MR. MORA:  Form.

18        THE DEPONENT:  There was probably more;

19     however, that's the first one I recall.

20  BY MR. WARD:

21    Q    Okay.  And you can't recall any others

22  now?

23    A    At this time, no.

24    Q    How long was the grass on that property

25  where you saw the rat, do you remember?

1      A     Maybe a foot.

2      Q     You talked about a list of -- did you

3  issue a code violation for that property?

4      A     We had multiple code violations on that

5  particular property.

6      Q     Did they ever get resolved?

7      A     Yes.

8      Q     Do you remember if the person was fined?

9      A     I believe it went to the Code Enforcement

10  Board, but I am not sure.

11      Q     So you don't remember whether that person

12  was fined?

13      A     No, I do not.

14      Q     Did you cite that person for having

15  overgrown grass?

16      A     That along with a number of other things.

17      Q     You said we could go through -- you

18  mentioned that you could run down a list of things

19  that are more serious than overgrown grass.  I don't

20  want to eat up your whole afternoon, but what are

21  some other ones besides un-permitted construction

22  and green pools?

23            MR. MORA:  Form.

24            You can answer.

25            THE DEPONENT:  Again, it depends on the

1           area and who's complaining, what's the priority

2           at that time.  If I'm getting a lot of

3           complaints again about the cars parked on the

4           sidewalks, that's going to be a priority of

5           mine.

6      BY MR. WARD:

7           Q    Is it fair to say that the enforcement as

8      a whole was complaint driven?

9                MR. MORA:  Form.

10               THE DEPONENT:  Yes.

11     BY MR. WARD:

12          Q    Is it fair to say that you were

13     prioritizing properties that you thought would get

14     more complaints?

15          A    Yes.

16          Q    Is it also fair to say then that -- never

17     mind.

18               Did you ever see anybody break into a

19     house because the grass was long?

20          A    That's a good question.  You're asking me

21     if a person is breaking into a house only because

22     the grass is long.  I can't tell you why someone is

23     breaking into a house.

24          Q    Do you ever remember seeing any cases

25     where a house was occupied and somebody broke into

 1    it and that house had long grass?

 2            MR. MORA:  Form.

 3            THE DEPONENT:  I couldn't recall.

 4    BY MR. WARD:

 5        Q    Did you ever see long grass covering up a

 6    sinkhole?

 7        A    What do you mean by that?

 8        Q    I mean, there being a sinkhole on a

 9    property that people didn't see because there was

10    long grass over it?

11        A    Not that I recall.

12        Q    I think it sounds strange too.

13            Did you see long grass as a health and

14    safety violation?

15        A    Yes.

16        Q    Why?

17        A    Because it draws rats and snakes.

18        Q    Can you think of any examples from when

19    you were working in Dunedin that an overgrown lawn

20    attracted snakes?

21        A    Yes.

22        Q    Can you tell me about those examples?

23        A    There was one house that Tom Colbert and

24    myself happened to go to together that had long

25    grass, and as we were walking around the yard with

1    the owner we asked her "do you have rats here," and

2    she says, because we're looking at the house and you

3    could see holes in the soffits and fascias and they

4    had those black marks that look like rat activity,

5    "we don't have rats because the snakes eat them."

6            My partner said, "I'll be out at the

7    street."

8            He doesn't like snakes.

9    Q    Do you know what kind of snakes they were?

10   A    No, sir.  I'm not a snake man.

11   Q    So you don't know if the snakes were

12   harmful snakes?

13   A    No, sir.

14   Q    Did you ever see rats at houses that

15   didn't have long grass?

16   A    Actually, it's hard to see the rats

17   because they see you first and they run.  A lot of

18   the houses we went to you could see the evidence of

19   the rats.

20   Q    And was there evidence of rats at houses

21   that didn't have long grass when you were there?

22   A    Yes.

23   Q    In your time as a code enforcement

24   inspector here at Dunedin, did you see properties

25   where there were snakes where the lawn wasn't

1    overgrown?

2        A    Not that I recall, no, sir.

3        Q    In the anecdote you told a moment ago, did

4    you actually see a snake, the one where Mr. Colbert

5    sort of left away because he's scared of snakes; did

6    you see a snake?

7        A    No, sir.

8        Q    Okay.  So can you think of any times

9    you've seen a snake in overgrown grass here in

10   Dunedin?

11       A    Once again, they're just like rats.  I can

12   look for snakes, but they know I'm there before I

13   get there.  I'm not going to see them.  They're

14   going to leave.  It's usually the neighbors that are

15   calling in and complaining about the snakes from

16   nextdoor or the rats from the nextdoor.

17           At the risk of asking a stupid question,

18   if there weren't snakes at a property and then you

19   didn't see snakes at a property, it could be because

20   they're not there, right?

21           MR. MORA:  Form.

22           THE DEPONENT:  If I don't see snakes --

23   BY MR. WARD:

24       Q    If you went to a property and didn't see

25   snakes, it could be because there are no snakes

1    there, right?

2        A    It could be, yes.

3        Q    That's another reason you might not see

4    snakes besides the snakes retreated when you came

5    there, right?

6        A    Yes.

7        Q    Okay.  Are there other potential problems

8    to having long grass?

9             MR. MORA:  Form.

10             THE DEPONENT:  I'm sure there are.

11    BY MR. WARD:

12        Q    Can you tell me what some of those are in

13    your experience as a code inspector?

14        A    I once got called out by the County

15    because a guy had an open septic tank in his

16    backyard.

17        Q    I'm sorry.  What's the relationship to

18    that and long grass?

19        A    Oh.  I thought you were asking me about

20    the other items.  I'm sorry.  Re-ask me your

21    question.  I'm sorry.

22        Q    Was that an answer to the question about

23    other harms that were more serious than having long

24    grass?

25        A    Yes.

```
 1          Q     Oh.   Thank you.   Sorry.   I misunderstood
 2     you.
 3                So having an open septic tank is more
 4     serious than having long grass?
 5          A     I would think so.
 6          Q     I do too.
 7          A     Thank you.
 8          Q     And so is having a green pool?
 9          A     Yes, sir.
10          Q     And so is having un-permitted work.
11                MR. MORA:   Sorry.   Was that a question for
12          the deponent or --
13                MR. WARD:   No, it wasn't.
14                MR. MORA:   Okay.
15                MR. WARD:   I'm thinking out loud, but fair
16          enough.
17     BY MR. WARD:
18          Q     Backing up to my question of a moment ago.
19                Were there other things that people
20     complained about regarding long grass like effects
21     of long grass?
22          A     We received complaints about a lot of
23     different issues.   Can you be more specific?
24          Q     Well, I'm asking.   I understand that
25     people might object because they don't like the way
```

1   the grass looks.  I'm curious if they ever

2   complained about consequences of the grass, sort of

3   problems the grass was causing besides the way the

4   grass looked?

5        A    Well, it seemed like every time we got a

6   complaint or a lot of times we got complaints about

7   high grass it was always the same, they have rats

8   and snakes.  It was kind of like here we go again.

9   Again, that's coming from neighbors.

10       Q    And you've seen, in your experience, one

11  rat and zero snakes in tall grass here in Dunedin?

12       A    As I can recall at this time.

13       Q    You mentioned a mowing crew earlier.

14            Did I hear that right?

15       A    That's correct.

16       Q    What is that?

17       A    We had a contractor that we could call for

18  mowing.

19       Q    Who was that?

20       A    The guy's name, I think, was Tim Gray.  I

21  think the name of the company was Green Island or

22  something like that.

23       Q    How much did mowing cost?

24       A    Good question.  I didn't get involved with

25  the price.

1      Q    Do you have any idea at all?

2      A    No, sir.

3      Q    And then, after you had a property mowed,

4  would you then send a bill to the homeowner?

5      A    No.

6      Q    Why not?

7      A    I would only use that for people that

8  needed it or had circumstances beyond their control.

9  I'll give you an example.

10         There was a lady, very elderly -- I can't

11  remember the name of the road.  She had four sons

12  because we tried to find out what their issue was.

13  She had four sons that didn't live anywhere near

14  here.  She was on a very limited income.  I was

15  getting complaints about the grass at her house.  It

16  was mostly weeds, just high weeds.  I had a mower go

17  in there.  I would usually tell them that we will

18  mow it one time, but we're not going to be their

19  manager, you'd have to make arrangements to maintain

20  it after that.

21      Q    So it's sort of a courtesy service, I

22  guess?

23      A    To help people that we felt needed the

24  help.

25      Q    Were there any written-down criteria about

1    when to do that?

2         A    No.  Not rental property.  We would try

3    not to do it to vacant property unless there was an

4    order from the Mayor's office to go out and cut a

5    particular property.

6         Q    Do you recall when the Mayor issued orders

7    to cut particular properties?

8         A    I'm sure she did, but I don't recall when.

9         Q    So you don't remember if it happened in

10   some circumstances or others?

11        A    I'm sure it did.  I just don't recall.

12        Q    Did the City ever when it mowed properties

13   send the bill to the owner?

14        A    I don't know.  I didn't get involved with

15   that.

16        Q    Do you mean that after you decided that a

17   property would be mowed and you would send a crew

18   out, you weren't involved with whether to bill the

19   owner or not?

20        A    No, sir.  I would usually discuss it with

21   our director to see if it was okay to send our mower

22   out.

23        Q    But I'm trying to figure out who would

24   decide -- it sounds like you weren't involved in

25   decisions whether to bill the owner for that

1    service.

2         A    That's correct.

3         Q    Who made those decisions?

4         A    My director.

5         Q    Whose the director again?

6         A    That was Greg Rice.

7         Q    It sounds like you're aware that he made

8    those decisions; that's right?

9              MR. MORA:  Form.

10             THE DEPONENT:  He would pretty much go

11        along with what we recommended.

12             MR. WARD:  Okay.  So -- I'm sorry.  Go

13        ahead.

14             THE DEPONENT:  Since it was coming out of

15        his budget, I would at least let him know about

16        it.

17             MR. WARD:  Okay.

18   BY MR. WARD:

19        Q    If he's making those decisions, it sounds

20   like sometimes he was deciding to bill the owner for

21   the mowing; is that right?

22        A    That would be correct.

23        Q    Okay.  But he normally did what the code

24   officer recommended?

25        A    That's correct.

1      Q    Do I have it right then that sometimes the

2    code officer recommended that the City mow a lawn

3    and then bill the owner for it?

4      A    I don't know about billing, but we would

5    mow the yard.

6      Q    I'm just trying to fit the pieces here.

7    It sounds like Mr. Rice sometimes decided to bill

8    the owner, and it sounds like he did usually what

9    the code inspector recommended.

10     A    I will back you up a little bit.

11          I don't think he billed the owners.  He

12   had a budget that he could use for mowing for

13   certain circumstances.  I'll give an example.

14          Tom Colbert had in his area, I think it

15   was, a war veteran who was disabled somehow and I

16   think Mr. Colbert had that property mowed at one

17   time because the guy just wasn't able to mow his

18   yard.  We were getting complaints.

19     Q    But you don't know how much it cost to do

20   that?

21     A    No, sir.

22          MR. WARD:  It's been about an hour.  Let's

23     take a break.

24          MR. MORA:  Yeah.  Sounds good.

25          (Whereupon, there was a break in the

1          proceedings.)

2     BY MR. WARD:

3          Q    How did you treat repeat violators?

4               MR. MORA:  Form.

5               THE DEPONENT:  How did I treat repeat

6          violators.  What do you mean?

7     BY MR. WARD:

8          Q    When you had a code enforcement issue with

9     someone who was a repeat violator, did you typically

10    do things differently as compared to people who

11    weren't repeat violators?

12         A    I'm not sure what you mean by did I do

13    anything differently.

14         Q    Yes.

15              Did you do things differently?

16         A    I'm not sure what you mean by that.  I

17    mean, we would follow the law.

18         Q    What laws were you following?

19         A    Florida State Statute, I believe, 162.

20         Q    Did you approach the ways you would give

21    them notice any differently?

22         A    Not that I'm aware of.

23         Q    So that procedure that you described

24    earlier sending a letter through the mail following

25    up with a notice, is that what you did for repeat

1    violators also?

2         A    No.  We would follow the State Statute

3    162, and any time you would send someone to the Code

4    Enforcement Board, you did one of three things, and

5    we did all three, which would be sending them

6    certified mail, sending -- okay.  Certified mail, we

7    would post a copy at the house and we would post one

8    in a public place.

9         Q    When you did those things, did you note in

10   the case notes that you did them?

11        A    No, sir.  Not always.

12        Q    Why not?

13        A    Because we did affidavits of compliance.

14   I'm sorry.  Affidavits of posting.

15        Q    Did you find in the case of -- strike

16   that.

17             When someone had a code enforcement

18   violation, the point of contacting them is to get

19   them to fix it; is that right?

20        A    To bring the property into compliance,

21   yes, sir.

22        Q    So, the sooner you notify them, the sooner

23   they will fix it; is that right?

24             MR. MORA:  Form.

25             THE DEPONENT:  Not always.

1  BY MR. WARD:

2       Q     Why not?

3       A     Depending on certain individuals.

4       Q     But fair to say that someone might ignore

5  you if you contact them, right?

6       A     That's correct.

7       Q     But, if they're going to fix a property in

8  response to your notice, sooner notice means sooner

9  compliance, right?

10      A     We would hope so, yes, sir.

11      Q     Okay.  So if you don't send -- excuse me.

12            The longer you take to send notice then,

13  the longer it will take before there is compliance;

14  is that right?

15      A     I would think so, yes, sir.

16      Q     Okay.  And when do fines start accruing

17  from; is it the date that you first see a violation

18  or some other time?

19            MR. MORA:  Form.

20            You can answer.

21            THE DEPONENT:  Are you referring to a

22      repeat violation or a case going to the Code

23      Enforcement Board for the first time?

24            MR. WARD:  A repeat violation.

25            THE DEPONENT:  A repeat violation would be

1        when we first observe that it's a repeat

2        violation.

3    BY MR. WARD:

4        Q    Okay.  So the longer that it takes -- you

5    testified a moment ago that the longer it takes for

6    you to send notice typically the longer it would

7    take for compliance; is that right?

8             MR. MORA:  Form.

9             THE DEPONENT:  Again, are we referring to

10        the first time it's going to the Code

11        Enforcement Board or after it's been declared a

12        repeat violation?

13             MR. WARD:  After it's been declared a

14        repeat violation.

15             THE DEPONENT:  After it's declared a

16        repeat violation, the owner is notified that

17        any time in the next five years that that

18        violation reoccurs it becomes a repeat

19        violation, and so it would start as soon as

20        that violation occurs.

21    BY MR. WARD:

22        Q    So, the longer it takes for the violation

23    to be fixed, the higher the fines will be, right?

24        A    Yes.

25        Q    Okay.  And generally the later that notice

1    is sent the later the violation gets fixed, right?

2              MR. MORA:  Form.

3              THE DEPONENT:  Well, the violation should

4         have been fixed when it was sent to the Code

5         Enforcement Board for the first time.

6    BY MR. WARD:

7         Q    Well, a repeat violator can be anything in

8    the next five years?

9         A    That's correct.

10        Q    We could be talking about a totally

11   separate violation?

12        A    It would have to be the same violation.

13        Q    But a different instance of it?

14        A    That's correct.

15        Q    So, the later notice of violation is sent,

16   the later the violation will tend to be fixed?

17             MR. MORA:  Form.

18             I think you've kind of asked this a few

19        times now.

20             THE DEPONENT:  For negligence of the

21        property, I would think so, yes, sir.

22   BY MR. WARD:

23        Q    So, just as a matter of simple arithmetic,

24   the later the violation is sent, the higher the fine

25   would tend to be, correct?

1        A     The longer that is neglected, yes.

2        Q     What was the biggest fine you saw in

3   St. Pete for long grass when you were a code

4   enforcement officer there?

5        A     I don't recall.

6        Q     Do you remember if it was more than

7   $10,000?

8        A     I believe St. Pete would cap their liens.

9        Q     Do you remember what the cap was?

10       A     I don't know if it was $5,000 or $10,000.

11       Q     Okay.  But they didn't have fines above

12   that cap?

13       A     Not that I know of.  I'm not sure if that

14   has changed or not.

15       Q     The property where you saw the rat, do you

16   remember the name of the owner?

17       A     No, sir.

18       Q     Do you remember the address?

19       A     Knollwood.  Knollwood Avenue.

20       Q     Do you remember where on -- are you saying

21   Norwood?

22       A     Knollwood, K-n-o-l-l-w-o-o-d.  Knollwood.

23             What was your other question?

24             I'm sorry.

25       Q     If you remembered the complete address.

1        A    I'll guess.  998 Knollwood.

2        Q    Did anyone ever complain about snakes or

3    rats at the Lady Marion property?

4        A    I don't recall.

5        Q    You cannot recall today any complaints

6    about --

7        A    Not that I know of.  You're asking me

8    something that happened how many years ago.

9             MR. MORA:  If you know, you know.  If you

10        don't, you don't.  Just answer the question.

11   BY MR. WARD:

12       Q    Did the Code Enforcement Department keep

13   track of complaints?

14       A    Only if we made cases on those.

15       Q    And then there was always a record that

16   there was a complaint or was it just sometimes?

17       A    If we made a written record -- when we

18   started a case, there would be a written report.

19       Q    Do you remember the war veteran you

20   mentioned earlier whose lawn someone had mowed?

21       A    Do I know him or --

22       Q    No.  Do you remember what I'm talking

23   about?

24       A    Yes.

25       Q    Did he ever have any overgrown grass after

1    that?

2         A    I don't know.

3         Q    Was a case opened the first time?

4              MR. MORA:  Form.

5              THE DEPONENT:  That was not my area.  That

6         was Mr. Colbert's area.

7    BY MR. WARD:

8         Q    For a repeat violation case, is it

9    important to give prompt notice of the violation?

10             MR. MORA:  Form.

11             THE DEPONENT:  That prompt notice was

12        given at the original Code Enforcement Board

13        advising them that if the violation reoccurs in

14        the next five years it will be a repeat fine.

15   BY MR. WARD:

16        Q    So, in your view, someone who's been

17   warned formally officially once doesn't need notice

18   of a violation again?

19             MR. MORA:  Form.

20             THE DEPONENT:  In my view?

21             MR. WARD:  Yes.

22             THE DEPONENT:  How many times do we need

23        to warn them?

24             MR. WARD:  Well, that's my question.

25

BY MR. WARD:

     Q    One warning is enough?

     A    It's sent to the owner with a certified
letter, and he is aware of it.

     Q    When you say "it," you mean the initial
finding?

     A    The initial.

     Q    So, once you've been warned once, you've
gotten a notice that you will be deemed a repeat
violator, could any fine be unfair if that person
has already gotten a warning?

          MR. MORA:  Form.

          THE DEPONENT:  I'm not sure what you mean.

BY MR. WARD:

     Q    I mean, let's say a violation reoccurs,
it's a repeat violation at a rental property, and it
goes on for three months before the owner receives
notice of the repeat violation.  That person could
be on the hook for about $45,000; is that right?

     A    I don't make that determination.

     Q    The maximum possible fine if that person
were fined $500 a day for three months?

     A    Well, that would be up to the Code
Enforcement Board.  The code inspectors don't impose
the lien.

1    Q    Code inspectors do recommend punishments

2    at board meetings, though; is that right?

3    A    You can recommend all you want, but that

4    doesn't mean those seven volunteers are going to go

5    with your recommendation.

6    Q    What factors went into your

7    recommendations for when you were recommending a

8    fine?

9    A    It would depend on the severity of the

10   complaint, the number of times that we've been out

11   there and if we felt that this is going to be an

12   ongoing problem or not.

13   Q    Do you consider the owner's other

14   properties, or is it on a property-by-property

15   basis?

16   A    I would say it's a property-by-property

17   basis.

18   Q    Okay.  When you posted a property, would

19   you take photos of the posting?

20   A    Toward the end I would.

21   Q    What do you mean by "toward the end"?

22   A    As I went on in my career, I started to

23   take more and more pictures.

24   Q    Did other code enforcement officers do

25   that?

1       A     You would have to ask other code

2   enforcement officers.

3       Q     So you don't know?

4       A     I do not know.

5       Q     When did you leave working for the City of

6   Dunedin?

7       A     I think it was April of 2019.

8       Q     Why did you leave?

9       A     I chose to retire.

10      Q     You chose to leave, you weren't let go?

11      A     I chose to retire.

12      Q     Did the City give you that option because

13  it was otherwise going to end your employment?

14      A     I chose to retire.

15      Q     Were you being threatened with

16  termination?

17      A     I chose to retire.

18          MR. MORA:  Answer the question if it's

19      directly asked.  If you have any knowledge of

20      what the City's intentions were, answer the

21      question.

22          THE DEPONENT:  What was your question

23      again?

24  BY MR. WARD:

25      Q     My question was, did the City either let

1    you go or threaten to let you go if you didn't

2    retire?

3         A    I was given a choice.

4         Q    What was the choice?

5         A    To be let go or to retire, and I chose to

6    retire.

7         Q    Why was the City giving you that choice?

8         A    You would have to ask the City.

9         Q    Who explained that choice to you?

10        A    It was Joe DiPasqua and the HR director

11   Teresa -- Teresa.  I forget her last name.

12        Q    When they were explaining that choice to

13   you, did they refer to anything that was underlying

14   them offering you that choice?

15        A    What was that again?

16             I'm sorry.

17        Q    When they were offering you that choice,

18   did they explain why they were doing it?

19        A    Not really, other than they had received a

20   complaint.

21        Q    Did they tell you what the complaint was?

22        A    Not really.

23        Q    Did they tell you anything about the

24   complaint?

25        A    I will give you a quote that the HR

1    director gave me.

2            "You gave the City a black eye."

3        Q    Do you know what she was talking about?

4        A    There was an individual that had a web

5    site called "Delightful Dunedin."  He went on there

6    and called me a domestic terrorist, falsely accused

7    me of a bunch of stuff and she claimed that that

8    gave the City a black eye.

9        Q    What did he accuse you of?

10       A    He accused me of calling Dr. Sylvia Earle

11   a mass murderer.  I did not.

12       Q    Was there anything else that this

13   "Delightful Dunedin" person accused you of?

14       A    If I'm not mistaken, he insinuated that

15   code enforcement was on the take, we were receiving

16   funds, we were overlooking drug activity.

17       Q    I'm sorry.  What was the mass murderer

18   line again?

19       A    He claimed that I called Dr. Sylvia

20   Earle -- she works for National Geographic in

21   California -- that I had referred to her as Ted

22   Bundy.

23       Q    Did he say anything about any descriptions

24   you made about him?

25       A    No.

1      Q    When you were being told the choice to

2    retire or be let go, did they talk about anything

3    other than this incident?

4      A    No.

5           MR. WARD:   Let's take a break.

6           (Whereupon, there was a break in the

7      proceedings.)

8    BY MR. WARD:

9      Q    When you see a repeat code violation, how

10   did you decide when to give notice of the violation?

11          MR. MORA:   Form.

12          You can answer.

13          THE DEPONENT:   I just document it and send

14     a letter.

15   BY MR. WARD:

16     Q    When did you typically do that?

17          MR. MORA:   Form.

18          THE DEPONENT:   It was our discretion.

19   BY MR. WARD:

20     Q    What factors went into how you would

21   exercise that discretion?

22     A    Well, I personally would try to get the

23   letter out as soon as I could.

24     Q    Did you get the letters out as soon as you

25   could?

1      A    As soon as I could, yes, sir.

2      Q    What did that typically mean in actual

3  time; you know, you noticed what you think is a

4  repeat violation, and then how soon are you

5  typically sending a letter out?

6      A    Depending on our caseload.  I personally

7  would try to do it within a day or two.

8      Q    Did you typically do it within a day or

9  two?

10      A    Yes, sir.

11      Q    What about when your caseload was busy?

12      A    About the same.

13      Q    Did you ever do anything to see whether

14  those notices were received?

15           MR. MORA:  Form.

16           THE DEPONENT:  I would comply with Florida

17       State Statute and fulfill all three of the

18       obligations by posting the property, sending

19       certified letter and posting one in a public

20       place.

21  BY MR. WARD:

22      Q    And you typically did that within one to

23  two days of noticing a repeat violation?

24      A    Yes, sir.  I would try.

25      Q    All three?

1       A    I'm sorry?

2       Q    Did you typically do all three things

3  within one to two days of noticing a repeat

4  violation?

5       A    I would turn in my paperwork to our

6  administrator.  When she would type it up, as soon

7  as it came back to me, we would make copies and I

8  would get it out the same day that the copies came

9  back to me.

10      Q    And how long did it typically take for

11 copies to get back to you?

12      A    Usually within a day or two depending on

13 the administrator's caseload.

14      Q    Are you aware of situations in which

15 repeat violators didn't get any of those notices?

16      A    I'm not aware of that because I cannot

17 answer for if they receive them or not.

18      Q    Did you personally ever hear anyone say "I

19 never got the mailing"?

20      A    Yes, sir.  That's why I started taking

21 pictures of my postings.

22      Q    Did you ever let a week go by before

23 sending a notice of violation to a repeat offender?

24      A    I couldn't answer that.  I don't know.

25      Q    Is it possible?

1    A    Is it possible, yes.

2    Q    Is it possible you let two weeks go by

3  before sending notice to a repeat offender?

4    A    Not that I could think of.

5    Q    And if it takes an extra week for a

6  violation to be corrected, if you sent out notice a

7  week later, there would be an extra week's worth of

8  fines for that violation; is that correct?

9    A    That would be up to the Code Enforcement

10  Board, yes, sir.

11    Q    But they could impose fines for that week?

12    A    That's their discretion, yes, sir.

13    Q    So they could do it?

14    A    Yes, sir.

15    Q    Okay.  Were you involved in the Lady

16  Marion fines from the summer of 2018 that are being

17  challenged in this case?

18    A    No, sir.

19         MR. MORA:  Form.

20  BY MR. WARD:

21    Q    I would like to show you the minutes of

22  that code enforcement meeting which I guess can be

23  Kepto 1.  If you could turn to Item 16.  The pages

24  aren't numbered.  Can you look at the third from the

25  last paragraph on the next page.

1      A     Okay.

2      Q     Could you just read that out loud,

3  "Mr. Kepto explained."

4      A     "Mr. Kepto explained what the City is

5  asking for is a two-part order from the Board;

6  first, finding the property was a repeat violation

7  for the 48 days and then it came into compliance.

8  When they were at the property on August 31, 2018,

9  they found the property was once again not in

10  compliance, so the second order would be that it is

11  another repeat violation beginning on August 31,

12  2018, and continuing until the property is brought

13  back into compliance."

14      Q     You said a moment ago that you did not

15  have any involvement in the fines against Mr. Ficken

16  that were challenging; is that right?

17      A     Well, then I stand corrected, sir, after

18  reviewing these notes.

19           Thank you.

20           MR. MORA:   Form.

21  BY MR. WARD:

22      Q     Honestly, I'm just trying to figure out do

23  you remember testifying during his case in the

24  September minutes?

25      A     I don't remember, but I'm going to assume

1      that these records are correct.

2           Q    Later on it says "When they were at the

3      property on August 31, 2018, they found the property

4      was once again not in compliance."

5                Do you know if that's referring to you?

6           A    To myself and Mr. Colbert.  This was

7      Mr. Colbert's case, and I was probably riding with

8      him at the time.

9           Q    But you don't remember whether you were or

10     not?

11          A    Well, this would indicate that I was.

12          Q    Okay.  Do you remember going to

13     Mr. Ficken's property on August 31, 2018?

14          A    I don't remember that, but I'm going to

15     assume that this is correct.

16          Q    Okay.  Do you remember anything about that

17     trip with Mr. Colbert?

18          A    Not in particular, no, sir.

19          Q    Do you remember any other involvement in

20     Mr. Ficken's 2018 case at issue?

21          A    Not offhand, no, sir.

22          Q    Okay.  Do you remember Mr. Colbert talking

23     to you about the case?

24          A    When?

25          Q    About the summer 2018 case in the summer

1    of 2018?

2         A    I'm sure we talked about it, but, do I

3    remember what we said, no, sir.

4         Q    Do you remember talking about it at any

5    other time?

6         A    No, sir.

7         Q    Actually, before I ask you about this --

8    basic question, but is it fair to say the point of

9    code fines is to punish people for breaking the

10   code?

11             MR. MORA:  Form.

12             THE DEPONENT:  I would say the fines are

13        to bring people into compliance, give them

14        incentive to bring the property into

15        compliance.

16   BY MR. WARD:

17        Q    You don't think there is any purpose other

18   than that; there is no point to just say you broke

19   the law, so you need to be fined?

20        A    That's not my decision.

21        Q    I'm not asking --

22        A    Well, I'm telling you that's not my

23   decision.  I've already answered that question.

24        Q    Well, you didn't answer the question.

25             The question was just, you don't think

1    part of the point is to say you broke the law, so we

2    need to fine you for breaking the law?

3         A    That would be a decision by the Code

4    Enforcement Board.

5         Q    I'm just asking you what you think about

6    the point of code enforcement fines?

7              MR. MORA:  Form.

8              THE DEPONENT:  I think fines are incentive

9         to bring the property into compliance and

10        they're necessary to do that.

11   BY MR. WARD:

12        Q    Do you think they have no purpose besides

13   incentivizing people to bring their properties into

14   compliance?

15        A    If there were no fines, would the property

16   be brought into compliance, no, probably not.

17             MR. MORA:  Excuse me.  Counsel, I think

18        we're just at a philosophical difference.  I

19        believe he's answering your question.

20             MR. WARD:  Let me just try one more time.

21   BY MR. WARD:

22        Q    Do you think fines are to punish people

23   for breaking the law; "yes" or "no"?

24        A    Yes and no.  That's not a "yes" or "no"

25   question.

1      Q    Do you want to answer in part?

2      A    I think I did, but I'll try it again.  I

3 think that without fines properties would probably

4 very seldom be brought into compliance because what

5 would be the incentive.

6      Q    Part of the purpose of fines is to punish

7 people for breaking the law?

8      A    In your opinion, yes.

9      Q    What about in your opinion?

10     A    That I would agree with you.

11     Q    Code enforcement fines, these fines?

12     A    (Indicates affirmatively).

13     Q    That was "yes"?

14     A    That was "yes."

15     Q    Yes, you agree with me, that's part of the

16 purpose in part?

17     A    Yes.

18     Q    All right.  Thank you.

19          Do you know what this document is?

20     A    Employee Separation Checklist.

21     Q    Can you look at it a little more, some of

22 the other pages.

23          MR. MORA:  Take your time.  Go through the

24     document so you sufficiently are able to

25     address questions asks.  If it takes you a few

1       minutes or seconds to turn through it, that's

2       fine.

3  BY MR. WARD:

4       Q    Just does it look like a copy of personnel

5  files related to you?

6       A    Okay.  This looks like copies of my

7  personnel file.

8       Q    Could you turn to the first sticky page

9  there.  If you look in Section I, it says "summary

10  of performance that contributed to overall

11  performance proficiency strengths."

12       Do you see that?

13       A    On the previous page, yes, sir.

14       Q    There is some handwriting after that.

15       Did you write that?

16       A    Yes, sir.

17       Q    What does it say?

18       A    "Recorded record liens from code

19  enforcement action received by City $400,000 plus.

20  Set record amount of cases sent to the Code

21  Enforcement Board.  Professionalism, customer

22  service, work in partnership with law enforcement

23  and the community."

24       Q    Why is it a strength to record a record

25  number of liens?

1      A    Because it showed productivity.

2      Q    So the way to be productive as a code

3  enforcement officer was to issue lots of liens then?

4      A    No, sir.  That was one way to show

5  productivity.

6      Q    What are some of the other ways you could

7  have showed productivity?

8      A    That's difficult because in previous

9  positions like for City of St. Petersburg you

10  actually filled out a daily form of how many visits

11  you did, how many contacts you did, how many hours

12  you did this or how many hours -- Dunedin didn't do

13  that.  So we did a lot of work that was not

14  documented, and there was very little way to show

15  productivity.

16          I could go out and sit underneath a tree

17  all day and do nothing, and who would know it, or I

18  could go out there and do active cases or make

19  contact with people to bring them into compliance

20  and there is no way to show productivity, that I was

21  doing my job.

22      Q    Did anyone at the City ever tell you that

23  you needed to increase the liens being issued?

24      A    No, sir.

25      Q    Did anyone at the City ever tell you that

1    you needed to send more cases to the Board?

2        A    No, sir.

3        Q    Could you look at the next page on the

4    performance goal objective section.

5             That's still your handwriting, right?

6        A    I believe so, yes, sir.

7        Q    And it says "continue to be a financial

8    asset to the City by the amount of liens collected;"

9    is that right?

10       A    Yes, sir.

11       Q    Did you consider yourself a financial

12   asset to the City?

13       A    I thought so.

14       Q    In 2015 it sounds like your cases

15   generated liens that had a value of about $400,000;

16   is that right?

17       A    That's correct.

18       Q    Why does the amount of fines matter if the

19   goal was to obtain compliance?

20       A    It doesn't.  May I give some examples?

21            This sounds like everybody in the City may

22   have gotten liens, which may not be true.  I'll give

23   you an example.

24            I had liens on a vacant property that had

25   been running for some time.  It was owned by

1   Deutsche Bank.  They pay the City over $100,000 to

2   settle liens.  So that's pretty substantial.  Most

3   of the liens that we were getting were from vacant

4   or abandoned properties that had been in

5   foreclosure.

6          Another example.  Fenway Hotel sat vacant

7   and was actually falling down.  I don't know if you

8   know where the Fenway Hotel is now, but it's been

9   completely renovated.  We placed a number of liens

10  on that.  It was a historical building that was

11  literally falling down.  When the, I think, Tai Chi

12  Society purchased that, they paid the City over

13  $100,000 in liens to buy that building.

14         So sometimes looking at the liens may look

15  awkward like we're citing a lot of people.  In some

16  cases it's not always true.  It's the abandoned

17  buildings or the derelict buildings that are owned

18  by either banks or investors.

19     Q    Did you cite buildings that weren't

20  derelict or that weren't owned by investors?

21     A    Absolutely.

22     Q    What percentage of your cases do you think

23  involved derelict properties?

24         MR. MORA:  Form.

25         You can answer.

1              THE DEPONENT:  A lot of it depended on the

2         years because, if you remember back in 2008,

3         2009 when the market started to crash, a lot of

4         houses started to go into foreclosure.

5    BY MR. WARD:

6         Q    How about in 2018?

7         A    In 2018 I think a lot of those properties

8    were starting to clear up and what we were finding

9    in later years is a lot of those properties were

10   being sold to investors or, as we call them,

11   flippers, someone who would just go in and do

12   cosmetic work on a property, and that's when we

13   started to cite a lot more people for doing work

14   without permits.

15        Q    So, I think the question was just, in

16   2018, what percentage of the properties you were

17   citing was derelict; can you estimate?

18        A    I don't know.  I couldn't guess.

19        Q    Do you think it was less than half?

20        A    I don't know.

21        Q    You have no idea?

22        A    I couldn't guess.

23        Q    Could you flip to the last sticky.

24        A    That's the only other sticky for us.

25        Q    Could you go two pages past that and there

1    will be a section of accomplishments for the

2    Employee Performance Annual Pre-Evaluation Form for

3    2018.

4              MR. MORA:  This one, Andrew?

5              MR. WARD:  Yeah.  Thank you.

6              MR. MORA:  There is a heading that says

7         "Accomplishments."  Section II.

8              THE DEPONENT:  Okay.

9    BY MR. WARD:

10        Q    Did you fill that out?

11        A    My signature is on there, yes, sir.

12        Q    So in Accomplishment Number 5 it says

13   "assisted in over $1,000,000 revenue returned to the

14   City in code enforcement lien fees and settlements

15   in 12-month period."

16             Is that right?

17        A    That's what it says, yes, sir.

18        Q    Was that just a measure of productivity,

19   that you were doing a lot?

20        A    I believe what you're doing on your

21   evaluations you're justifying your job, yes, sir.

22        Q    How did bringing in over $1,000,000 in

23   revenue help justify your job?

24        A    Once again, had there been no liens

25   placed, I would have been sitting underneath a tree

1    not doing my job.  This shows that I was doing my

2    job.

3        Q    But there are different ways to generate

4    to get to a number.  One way is that there could be

5    lots of cases and another way is that there could be

6    fewer cases, but with higher fines; is that right?

7        A    It could be, yes, sir.

8        Q    So one way to justify your job would just

9    be to have larger fines, right; that would help you

10   get to that number faster, right?

11            MR. MORA:  Form.

12            THE DEPONENT:  That would be a tool, yes,

13       sir.

14   BY MR. WARD:

15       Q    Could you explain that a little more.

16            What are large fines a tool for?

17       A    It would show your productivity.

18       Q    A little higher on the page it says Code

19   Enforcement Department opened almost 1K cases in

20   2017 and took 465 to the DCEB.

21            Do you know if that's referring to your

22   cases or the Board as a whole?

23       A    That would be the Board as a whole.

24       Q    And there were three code inspectors at

25   the time; is that correct?

1     A     I believe only two.

2     Q     Fair to say then that about half of those

3  would be yours?

4     A     We didn't keep statistics.  I wouldn't

5  know if it's fair or not to say that.

6     Q     Do you think you did less than a third of

7  the cases?

8     A     I don't know.

9     Q     You don't remember whether you split the

10  workload that unequally, two to one?

11     A     No, sir.  I don't keep statistics.  I did

12  what I could in my area and Tom did what he did in

13  his area.

14     Q     Do you have any reason to believe he was

15  doing twice as many cases as you were?

16     A     I have no idea what he was doing.

17     Q     About how many days in 2018 were you

18  working each year?

19     A     Without looking at vacation schedules, I

20  couldn't tell you.  I worked full time.

21     Q     So about 50 weeks a year?

22     A     I would think so, yes, sir.

23     Q     Okay.  And do you know if Mr. Colbert was

24  the same?

25     A     I couldn't tell you.

1      Q    Did he work full time?

2      A    Yes, sir.

3      Q    So two of you working full time would work

4    about 100 weeks a year.

5           So you're talking about 100 cases a week;

6    is that right?

7      A    I couldn't tell you.

8      Q    Excuse me.  That would be about 10 cases a

9    week.

10          MR. MORA:  I think the math speaks for

11       itself.

12          MR. WARD:  Fair enough.

13   BY MR. WARD:

14     Q    Could you back up a couple of pages to the

15   blue page.  It's got a red stamp in the bottom right

16   corner.

17          Can you read the level of performance for

18   judgment problem solving.

19     A    "Needs improvement."

20     Q    Did anyone explain to you why you were

21   rated "needs improvement" in judgment?

22     A    Absolutely not.

23     Q    Do you know why or have any idea why you

24   got that rating?

25     A    Absolutely not.  In fact, I'll refer you

1    to turn the page where it says "do you agree with

2    this performance review," and my reply was "no."

3         Q    I saw that.

4         Could you also read the rating on the

5    prior page for customer service communication.

6         A    Where am I looking?

7         I'm sorry.

8         Q    In the relationships category.  There is

9    one for customer service communication.

10        A    Yes, sir.

11        Q    Can you read the rating for that one?

12        A    It says "needs improvement."

13        Q    Did anyone explain to you why you received

14    that needs improvement rating?

15        A    No, sir.

16        Q    Do you have any idea?

17        A    Absolutely not.

18        Q    If you go to the following page above your

19    signature near where you said do you agree with this

20    performance and you wrote "no," if you go up to

21    original training or experience, it says "Mike has

22    been directed to take customer service/communication

23    training.  He should also take advantages of

24    opportunities for professional certifications."

25         Did you take customer service or

1    communication training?

2        A    Yes, sir.

3        Q    What was that?

4        A    That was for customer service.

5        Q    Who are the customers in that case?

6        A    That's a good question.  I was told to go

7    to that.

8        Q    Did it teach you anything about

9    communicating with residents whose properties you're

10   inspecting?

11       A    No, sir.  It reminded me.  It refreshed

12   me.

13       Q    What did it remind you of?

14       A    Customer care, diplomatic relations.

15       Q    Can you be a little more specific?

16       A    Not really.  I mean, it's just basic

17   communication skills.

18       Q    Was there any kind of communication after

19   you took that course that you did differently than

20   before you took that course?

21       A    No, sir.  Not that I'm aware of.

22       Q    So you were rated "needs improvement" in

23   communication, you took a communications course and

24   it had no effect; is that right?

25       A    It refreshed my memory.

1     Q    But it didn't change your behavior?

2     A    I'm sure it did, but nothing that I can

3   think of offhand.

4     Q    Do you think any of the Board's fines have

5   ever been too high?

6          MR. MORA:  Form.

7          THE DEPONENT:  Personally, yes, sir.

8   BY MR. WARD:

9     Q    Like what?

10    A    I don't recall offhand, but sometimes I

11  think that the liens were too high, but that's not

12  my job.  That wasn't my area.

13    Q    Do you remember anything about times that

14  you've thought that fines were too high?

15    A    Not off the top of my head, no, sir.

16    Q    Any things about the violator or about the

17  circumstances that would make a fine too high?

18    A    Not off the top of my head, no, sir.

19    Q    How often did you think the Board's fines

20  were too high?

21    A    Not too often.

22    Q    Once a meeting, less than that, more than

23  that?

24    A    I don't know.

25    Q    Do you think a $30,000 fine for long grass

1    could be too high?

2            MR. MORA:  Form.

3            THE DEPONENT:  I think it's ridiculous

4       that it was allowed to get to $30,000 without

5       addressing the problem, yes, sir.

6            MR. WARD:  I didn't understand your

7       answer.

8            THE DEPONENT:  I'll give you an example.

9            There was a guy that paid $16,000 for a

10      vacant lot that he never mowed and, when he

11      went to sell the lot, he had to pay the lien

12      and Tom and I were looking at each other

13      thinking how many lawnmowers you could have

14      bought for $16,000.  Why didn't he just mow the

15      lot.  I don't understand why people don't want

16      to bring their properties in compliance.

17   BY MR. WARD:

18      Q    Is there an amount that would bother you

19   even to fine someone for long grass even if they

20   didn't bring it into compliance?

21            MR. MORA:  Form.

22            THE DEPONENT:  I can't answer that.  I

23      don't know.

24   BY MR. WARD:

25      Q    When you were recommending fines for

1   repeat violators, did you usually stick to the

2   $250-to-$500 range?

3        A    Not always, no, sir.

4        Q    But usually?

5        A    It depended on that case.

6        Q    Would you say that that was the

7   recommendation more than half the time?

8        A    I really don't remember.  You're asking me

9   to look back over 10 or 11 years of Dunedin Code

10  Enforcement Boards.

11       Q    Would you up the fine if you could, the

12  maximum for repeat violators, and make it higher

13  than $500 per day?

14            MR. MORA:  Form.

15            THE DEPONENT:  That would depend on the

16       circumstances.

17  BY MR. WARD:

18       Q    So there are some circumstances where it

19  should be higher?

20       A    Yes, sir.

21       Q    Like what?

22       A    I'll give you an example.

23            There is a multi-story in downtown Dunedin

24  that's owned by a foreign guy.  I'm not sure if

25  you're aware of this, but in the City of Dunedin you

1   cannot do short-term rentals for less than, I think

2   it's, 30 days.

3           Are you finished?

4       Q   Go ahead.

5       A   You can't do short-term rentals.  They

6   continue to do short-term rentals and they're

7   getting several thousand dollars a day on their

8   rental because it's a really nice place to rent.

9   It's right on the water.

10          A $500-a-day repeat fine for them would be

11  nothing.  If I owned that building, I would continue

12  to rent the place short-term rentals because I was

13  making several thousand dollars a day and you're

14  only going to charge me $500 a day.  That's chump

15  change to that place.

16      Q   What about for homeowners who aren't

17  renting, would you raise the fine past $500 per

18  day --

19      A   No, sir.

20      Q   -- on them if you could?

21      A   No, sir.

22      Q   Why not?

23      A   I think $500 a day is pretty fair.  I

24  think $500 a day is enough incentive to bring the

25  property into compliance.

1      Q    Did you hear about the consulting study

2   that came out recently that recommended changes to

3   the code enforcement system?

4      A    I've heard rumors of it, yes, sir.

5           MR. MORA:   Form.

6   BY MR. WARD:

7      Q    One of the recommendations was an amnesty

8   program that would reduce outstanding fines down to

9   $1,000; what do you think about that?

10     A    I recommended that when I came up to

11  Dunedin and had worked here a few years.  That was

12  many years ago because St. Pete did the amnesty for

13  a certain period of time.  I approached my director

14  that we should be looking at something like that,

15  and that was years ago.

16     Q    Do you think then for a fine that's

17  currently much more than $1,000 that $1,000 would be

18  fair?

19     A    I never expressed an amount.  I was

20  approaching it of, if you've got $100,000 worth of

21  liens and the property is only worth $50,000, isn't

22  that pretty ridiculous.  I mean, who is going to

23  improve the property or do something about the

24  property.  I think it has to be on a case-by-case

25  basis, but that was my recommendation without using

1    a dollar amount.  I felt we should have an amnesty

2    program.

3         Q    Do you think the fines can ever be

4    ridiculous even if they're not more than the value

5    of the home?

6              MR. MORA:  Form.

7              You can answer.

8              THE DEPONENT:  I think it's ridiculous

9         that the fines go so high because the property

10        is being neglected.

11   BY MR. WARD:

12        Q    Do you think that when fines compound at

13   $500 a day they ever go to a point where there stops

14   being increased incentive to comply?

15        A    I can't answer that.  That would depend on

16   that individual.

17        Q    So, for some people then, it's not going

18   to make a practical difference whether a fine is

19   $50,000 or $100,000 because they can't pay it either

20   way, right?

21        A    I'm not sure what you're saying.  What's

22   the question?

23        Q    The question is, if a fine is more than

24   someone can pay, does increasing it offer increased

25   incentive to comply?

1          MR. MORA:  Form.

2          THE DEPONENT:  In the City of Dunedin we

3      would encourage the property owner to contact

4      the City Attorney's Office to negotiate

5      something that's fair, and it would be up to

6      the City Attorney to go to the City

7      Commissioners and try to work out a fair amount

8      of the lien.

9   BY MR. WARD:

10     Q    I don't think that was the answer to my

11  question, though.

12          The question was just, if fines go past

13  the point that someone can pay them, does increasing

14  them past that produce more incentive to comply?

15          MR. MORA:  Form.

16          THE DEPONENT:  In my opinion, no.

17          MR. WARD:  Okay.  Let's take a break.

18          (Whereupon, there was a break in the

19      proceedings.)

20   BY MR. WARD:

21     Q    You said earlier that when to issue a

22  notice of violation for a repeat offender is a

23  matter of your discretion; is that right?

24     A    My discretion, yes, sir.

25     Q    What goes into that, into your discretion?

1      A    Well, I want to see the issue resolved, so

2    I'm trying to get that letter out as soon as I can.

3      Q    Do you consider anything other than how

4    soon you can do it, though?

5           I mean, there could be other elements to

6    discretion.

7      A    I'm sure there are other elements, but if

8    I want to send something as a repeat or not, you

9    would have to go by case by case.

10     Q    Well, that's what I'm asking.

11          Do aspects of the cases go into your

12    discretion about when you would send a notice of

13    violation?

14     A    Not when, but if we would send a notice of

15    violation.

16     Q    But they don't go into when you would send

17    it; that's as soon as possible?

18     A    That was my goal was to send them as soon

19    as possible.

20     Q    Did you meet that goal?

21     A    To meet it as soon as possible, yes, sir,

22    I felt so.

23     Q    What about the decision whether to send a

24    notice of violation for a repeat offender; what went

25    into that?

1        A    It would probably depend on each

2    individual circumstance, if I felt the violation was

3    going to reoccur again after that notice, if it's

4    been a problem property or not.  For instance,

5    parking on a front -- I'll just give you an example.

6             Parking on the front grass and they go to

7    the Code Enforcement Board, a second offense is

8    going to be a repeat lien.  I drive by and I see the

9    car there and it should be a repeat and I talk to

10   them and they go "oh, yeah, it's my daughter's car,

11   they just pulled in," chances are I'm not going to

12   send that as a repeat.  Let's just move the car and

13   don't let it happen again.  We use a lot of

14   discretion like that.  Our goal is to bring

15   compliance.

16       Q    Could you issue a violation to a repeat

17   offender that wasn't a repeat or were your only

18   options a repeat violation or no violation at all?

19            MR. MORA:  Form.

20            THE DEPONENT:  I don't understand your

21       question at all.

22            MR. WARD:  That's fair.

23            THE DEPONENT:  Would I issue a repeat

24       violation if it's not a repeat?  I don't

25       understand.

1           MR. WARD:  The other way.

2      BY MR. WARD:

3           Q    If someone was a repeat offender, could

4      you issue a violation that wouldn't be treated as a

5      repeat offense?

6           A    Yes, sir.

7           Q    Did you do that?

8           A    I did by mistake, yes.

9           Q    So you never did that intentionally?

10          A    Not that I recall, no, sir.

11          Q    Okay.  Discretion then wouldn't factor

12     into whether you issued a citation to a repeat

13     offender as a repeat citation or not?

14          A    You always have that discretion.

15          Q    But you didn't use discretion in that?

16          A    On that particular one, no, sir.

17          Q    Okay.  Did anyone in the Code Enforcement

18     Department or the City encourage you to give more

19     warnings?

20          MR. MORA:  Form.

21          THE DEPONENT:  No, sir.  Not that I

22          remember.

23     BY MR. WARD:

24          Q    Did anyone at the City encourage you to

25     issue more notices of violation?

1      MR. MORA:  Form.

2      THE DEPONENT:  No, sir.

3  BY MR. WARD:

4      Q    When you were issuing a repeat violation,

5  did you ever wait until after the violation was

6  fixed to issue the notice?

7      MR. MORA:  Form.

8      THE DEPONENT:  Not that I can recall.

9  BY MR. WARD:

10      Q    Do you think you had the authority to do

11  that?

12      MR. MORA:  Form.

13      THE DEPONENT:  Again, what was the

14      question originally?

15  BY MR. WARD:

16      Q    The question was, do you think you had the

17  authority to issue a notice of repeat violation

18  after the violation was corrected?

19      A    I believe I had that authority, yes.

20      Q    Do you remember whether you used that

21  authority?

22      A    I don't recall.

23      Q    You mentioned earlier that you do think

24  some code enforcement fines were too high; is that

25  right?

1    A  Yes, sir.

2    Q  Is the reason those fines become large

3 that the daily fines add up?

4    A  No, sir.  The reason they become too large

5 is because of neglect of the owner to comply.

6    Q  And when an owner doesn't comply, the

7 owner is fined for each day of noncompliance, right?

8    A  By the Code Enforcement Board, yes, sir.

9    Q  And the total fine is made up by the fines

10 for each day of noncompliance; is that correct?

11    A  That is correct.

12    Q  When a code enforcement fine is large, and

13 I realize this may be obvious, it's because the

14 fines for each day of noncompliance add up to that

15 total amount, correct?

16    MR. MORA:  Form.

17    THE DEPONENT:  That sounds right.

18 BY MR. WARD:

19    Q  Did you ever get any code enforcement

20 citations while you lived in Dunedin?

21    A  I don't live in Dunedin.

22    Q  I'm sorry.

23    While you were a Dunedin code inspector?

24    A  No, sir.

25    MR. MORA:  Objection.  Sorry.  I just was

1          trying to process the question.

2     BY MR. WARD:

3          Q    What's the biggest fine you remember

4     Dunedin issuing for long grass?

5               MR. MORA:  Form.

6               THE DEPONENT:  I don't know.

7     BY MR. WARD:

8          Q    What's the biggest fine you ever remember

9     the Dunedin Code Enforcement Board issuing for long

10    grass?

11              MR. MORA:  Form still.

12              THE DEPONENT:  I don't know.

13    BY MR. WARD:

14         Q    Do you know of one larger than

15    Mr. Ficken's fines?

16         A    What was his total fine?

17         Q    $28,500.

18         A    I believe Dr. Sylvia Earle's fine was

19    right at $30,000 or close to it.

20         Q    Do you know of any other overgrowth fines

21    that have been larger?

22              MR. MORA:  Form.

23              THE DEPONENT:  Not that I can recall off

24         the top of my head, again, looking back over

25         the last 10 or 11 years.

1    BY MR. WARD:

2        Q    I know you're looking back, but, to the

3    best of your ability, what do you think was the most

4    common daily fine for overgrowth?

5            MR. MORA:  Form.

6            THE DEPONENT:  I couldn't even guess.

7    BY MR. WARD:

8        Q    Do you think it was in the $250-to-$500

9    range?

10       A    I really don't know.

11       Q    Do you think it was $100 or less?

12       A    I don't know.

13           MR. WARD:  I think that's it.

14           MR. MORA:  I've got questions.

15           MR. WARD:  Fair enough.

16                   CROSS-EXAMINATION

17   BY MR. MORA:

18       Q    Mr. Kepto, as you know, my name is Randy

19   Mora.  I represent the City in this action brought

20   by the gentlemen who have been asking you questions

21   on behalf of Mr. Ficken and his trust.

22           I want to briefly go through -- earlier do

23   you remember being presented with Plaintiff's

24   Exhibit 1 or Kepto 1 where there was some indication

25   that you planned what the City was asking for was a

1    two-part order?

2        A    Yes, sir.

3        Q    Okay.  Do you remember your testimony

4    indicating that some of what went into your

5    recommendation about, to the extent you made any

6    recommendation -- strike that.

7            In the minutes presented here, are you

8    quoted as recommending a specific fine amount?

9        A    No, sir.

10       Q    Do you remember testifying about the fact

11   that if you ever did in fact make a recommendation

12   that it was based on in part the history of your

13   dealings with the property or likelihood of that

14   violation to occur?

15       A    That's correct.

16       Q    Okay.  I'm going to present you with what

17   we'll call Defense Kepto 1.

18           Well, do you guys prefer to keep the

19   numbers successive and go to 3 for the transcript?

20           MR. WARD:  It actually might be easier to

21       do that.

22           MR. MORA:  Yeah.  Let's do 3.  We'll just

23       call this 3.  This is yours.  The reporter will

24       mark it afterwards.

25

1    BY MR. MORA:

2         Q    These pages are not individually numbered,

3    so I'm going to go with you successively.

4              Do you recognize what this document

5    generally is?

6              MR. BARGIL:  I just want to have an

7         objection here.  This is outside the scope of

8         the direction examination.

9              MR. MORA:  I'd submit that it's within the

10        scope, but your objection is noted.

11   BY MR. MORA:

12        Q    Can you go through the document.

13             Do you recognize this document?

14        A    These are our case histories.

15        Q    So, in the beginning of the deposition

16   when opposing counsel asked you about reviewing case

17   file notes, are these the case file notes?

18        A    Yes, sir.

19        Q    Okay.  On the left-hand portion of the

20   page on the first page where it says "address,"

21   underneath that do you see an address on that first

22   page?

23        A    Yes, sir.

24        Q    And what is the address?

25        A    1341 Lady Marion Lane.

1      Q    Okay.  To the right of that heading there

2  is an inspector heading.

3           Do you see that?

4      A    Yes, sir.

5      Q    Do you see the name underneath that?

6      A    Yes, sir.

7      Q    Whose name is there?

8      A    James Leavengood.

9      Q    Would that indicate the inspector that

10  handled that particular case?

11     A    Yes, sir.

12     Q    Would that be true generally through these

13  case file notes?

14     A    Yes, sir.

15     Q    Okay.  I'd like you to turn two pages to

16  the Case History Report with Case

17  Number 09-00000085.

18          Do you see that?

19     A    Yes, sir.

20     Q    It says Page 1 towards the right of that.

21     A    Okay.

22     Q    Who is the inspector on this case?

23     A    Me.

24     Q    And what address is this for?

25     A    1341 Lady Marion Lane.

1    Q    Do you see towards the bottom of the page

2    there is a heading that says "History;" do you see

3    that?

4    A    Yes, sir.

5    Q    Can you read next to the 9/02/09 date what

6    it says right next to the heading "RSLT TEXT."

7    A    "Respondent complained about vacant house

8    with high grass.  Note the overgrowth."

9    Q    And this was in September 2009?

10   A    September 2009, yes, sir.

11   Q    Do you have any reason to doubt the

12   accuracy of this record?

13   A    No, sir.

14        MR. BARGIL:  I'm sorry to interrupt, but I

15        think I see what's about to happen here.

16        MR. MORA:  Yes, sir.

17        MR. BARGIL:  I want to have a standing

18        objection to every question that's going to go

19        to code enforcement cases that were not

20        discussed at all in this deposition.

21        MR. MORA:  Okay.  Understood.

22        MR. BARGIL:  All right.

23        MR. MORA:  Standing objection noted.

24   BY MR. MORA:

25        Q    If you will turn to the next page that

1    says "Page 1" at the top with Case History Number

2    10-00000436.

3         A    Yes, sir.

4         Q    Are you the inspector on this case?

5         A    Yes, sir.

6         Q    Is this also for the Lady Marion property?

7         A    Yes, sir.

8         Q    Does the inspection concern overgrowth at

9    the same property?

10         A    Yes, sir.

11         Q    Okay.  Can you turn two pages to Case

12    Number 10-00000579.

13         A    Yes, sir.

14         Q    Were you the inspector on this case?

15         A    Yes, sir.

16         Q    Is this also the Lady Marion Lane

17    property?

18         A    Yes, sir, it is.

19         Q    Next to the "RSLT TEXT" dated July 13,

20    2010, can you read what's entered there.

21         A    "OG."

22         Q    What does "OG" mean?

23         A    Overgrowth.

24              "Overgrowth again.  Becoming a problem

25    without regular maintenance."

1    Q    Okay.  And further down there is a heading

2    for July 21st, 2010, with a second inspection.

3         What was the reason that the owner gave

4    you for the inability to mow?

5    A    It says, "Called owner by phone and he

6    assured me it will be mowed by Friday.  Mower broke

7    again."

8    Q    Okay.  Turn two pages to Case

9    Number 10-00000753.

10        Are you the inspector on this case?

11   A    Yes, sir.

12   Q    Is this also for the same Lady Marion Lane

13   property?

14   A    Yes, sir.

15   Q    And does this case also concern

16   overgrowth?

17   A    Yes, sir.

18   Q    And on September 7th, 2010, there is a

19   second inspection note again.

20        Can you read that note?

21   A    It says, "Mowed?  Sent to CEB, no more

22   courtesy calls to owner."

23        Then property was mowed on 09/08/10.

24   Q    Okay.  Can you turn to the next page, Case

25   Number 11-00001125.

1          Do you see that?

2     A    Yes, sir.

3     Q    Are you the inspector on this case, sir?

4     A    Yes, sir.

5     Q    Does this also concern Lady Marion Lane?

6     A    Yes, sir.

7     Q    And does this also concern overgrowth?

8     A    Yes, sir, it does.

9     Q    On the second inspection listed at the

10    October 10, 2011, entry on the left-hand margin to

11    schedule, can you read the note beginning

12    "overgrowth remains."

13    A    "Overgrowth remains.  Called owner Jim

14    Ficken and he will mow by the weekend."

15    Q    So you did call the owner despite

16    previously noting no more courtesy calls a year

17    before that?

18    A    Yes, sir.

19    Q    Okay.  If you will turn two pages to the

20    Case Number 12-00000659.

21         Are you the inspector on this case?

22    A    Yes, sir.

23    Q    Does this also concern Lady Marion Lane?

24    A    Yes, sir.

25    Q    Does this case also concern overgrowth?

1       A    Yes, sir.

2       Q    If you will turn two pages, sir, to Case

3   Number 12-00000786.

4          Are you the inspector on this case, sir?

5       A    Yes, sir.

6       Q    Does this also concern Lady Marion Lane?

7       A    Yes, sir.

8       Q    Does this also concern overgrowth of the

9   property again?

10      A    Yes, sir, it does.

11      Q    Turn the page to Case Number 12-00000988.

12         Were you the inspector on this case, sir?

13      A    Yes, sir.

14      Q    And this also concerns the Lady Marion

15   property?

16      A    Yes, sir, it does.

17      Q    Does this also concern grass overgrowth at

18   the property?

19      A    Yes, sir.

20      Q    If you would turn to the next page, sir,

21   with the Case Number 13-00000598.

22         Are you the inspector on this case, sir?

23      A    Yes, sir.

24      Q    Is this also concerning the Lady Marion

25   Lane property?

1       A    Yes, sir.

2       Q    In the text does it -- can you read what's

3    next to the "RQST TEXT"?

4       A    "Email complaint about overgrowth again.

5    Left courtesy message on owner's phone, Jim Ficken,

6    464-9999."

7       Q    And the next entry?

8       A    "Gave owner a courtesy call.  Today

9    inspected and found property mowed."

10      Q    So does this align with your testimony

11   earlier that when conducting code enforcement you're

12   often responding to complaints?

13      A    That's correct.

14      Q    Can you turn to the next page, sir.  This

15   is Case Number 13-00000646.

16           Were you the inspector on this file, sir?

17      A    Yes, sir.

18      Q    Does this concern the same Lady Marion

19   Lane property?

20      A    Yes, it does.

21      Q    In the "RQST TEXT" can you read the first

22   entry there?

23      A    "Email complaint of overgrowth again and

24   also complaint that grass is thrown on adjacent

25   property when mowed."

1    Q    And then in next "RSLT TEXT," can you read

2    that one, sir?

3    A    "Grass is high.  Gave owner a call on 7/23

4    because he previously advised that he mows on

5    Tuesday.  He told me that he is backed up due to

6    rain however hopes, rain permitting, it will be cut

7    tomorrow."

8    Q    Okay.  So you, nearly three years later,

9    are still providing courtesy calls?

10   A    That's correct.

11   Q    And, again, in this instance you were

12   responding to a complaint?

13   A    That's correct.

14   Q    Can you turn to the next page, sir, Case

15   Number 13-00000705.

16        Are you the inspector on this case, sir?

17   A    Yes, sir.

18   Q    Does this also concern Lady Marion Lane?

19   A    It does.

20   Q    And on August 12th, 2013, next to the

21   first inspection "RQST TEXT," can you read that

22   entry?

23   A    "Unknown female caller left message that

24   this property is overgrown and owner does not

25   maintain lawn."

1    Q    Okay.  So this note reflects a citizen

2    complaint; is that accurate?

3    A    That's correct.

4    Q    Finally, sir, the next page or, rather,

5    two pages later, do you see the Case

6    Number 15-00000116?

7         It was two pages past the last page we

8    were on.

9    A    Yes, sir.

10   Q    Were you the inspector on this case?

11   A    Yes, sir.

12   Q    Was this for the same Lady Marion Lane

13   property?

14   A    Yes, sir, it is.

15   Q    Did this also concern overgrowth?

16   A    Yes, sir.

17   Q    Sir, do you have any reason to doubt the

18   accuracy of the records we've just reviewed?

19   A    No, sir.

20   Q    I want to go back to some of your other

21   testimony and the questions you were asked today.

22        As a code inspector, do you have the

23   ability to unilaterally impose fines on any alleged

24   violators?

25   A    No, sir.

1    Q    As a code inspector, do you have the

2   unilateral ability to determine what services

3   residents are and are not charged for?

4    A    I do not have that ability.

5    Q    Much of the examination and discussion

6   we've had today dealt with your general practices.

7   Generally you said you tried to get things out

8   promptly or generally you did things.

9        Is it ever possible that your behavior

10  deviated from the generic norm?

11   A    Yes, sir.

12       MR. MORA:  That's all I have.

13              REDIRECT EXAMINATION

14  BY MR. WARD:

15   Q    In the cases that Mr. Mora went through a

16  moment ago, was Mr. Ficken ever fined?

17   A    Not that I'm aware of.

18   Q    And you testified earlier that the goal of

19  code enforcement is to achieve compliance; is that

20  correct?

21   A    That's correct.

22   Q    Was Mr. Ficken complying with your request

23  to mow the lawn in these earlier cases?

24   A    In the earlier cases, yes, sir.

25   Q    And he did that without being fined?

1          A     Only if requested.

2          Q     Are you suggesting that he didn't mow his

3     lawn unless you asked him to?

4          A     It seemed like if we did not request him

5     to mow his yard, it probably would go a long time

6     without being mowed.

7          Q     These violations -- excuse me -- these

8     records go from 2007 to 2015; is that correct?

9          A     The ones that we just reviewed --

10         Q     Yes.

11         A     -- yes, sir.

12         Q     If he hadn't been mowing his lawn except

13     when you asked him to, wouldn't there be

14     substantially more instances in these notes?

15         A     It would probably depend on if we got

16     complaints at his house.

17         Q     Did you not inspect his lawn when you

18     didn't receive complaints?

19         A     Sometimes we would drive by and just check

20     on it, yes, sir.

21         Q     About how often did you do that?

22         A     It would really depend on if we were

23     getting complaints.  If we got a complaint and he

24     mowed it -- I think in one of the cases I may have

25     even indicated that it was poorly mowed, which means

1    probably in a few more days it would probably be in

2    violation again.

3         Q    How many times would you say you checked

4    on that property a year?

5         A    I don't know.

6              MR. WARD:  Okay.

7              MR. MORA:  All right.  Sir, you have the

8         opportunity to --

9              THE DEPONENT:  I'll read.

10             (Whereupon, the deposition was concluded

11        at 5:00 p.m.)

12             (Exhibits 1 through 3 were marked for

13        identification.)

14

15

16

17

18                         *  *  *  *  *

19

20

21

22

23

24

25

```
 1                          ERRATA SHEET
 2       INSTRUCTIONS:  Please read the original transcript
         of your deposition and make note of any errors in
 3       transcription on this page.  DO NOT mark on the
         original transcript itself.  Please sign and date
 4       this sheet and then kindly return the transcript to
         the court reporter.  Thank you.
 5
         PAGE          LINE              CORRECTIONS/AMENDMENTS
 6
         _____
 7
         _____
 8
         _____
 9
         _____
10
         _____
11
         _____
12
         _____
13
         _____
14
         _____
15
         _____
16
         _____
17
         _____
18
         I have read the original transcript, and except for
19       any corrections and/or amendments noted above, I
         hereby subscribe to the transcript as an accurate
20       record of the statements made by me.
21
22                       DEPONENT -----------------
23                       DATE: --------------------
24
                   MURRAY & ASSOCIATES COURT REPORTING
25
```

 1          WITNESS' SIGNATURE PAGE

 2

 3          I have read the foregoing pages,

 4          and, except for any changes or

 5          amendments I have indicated on the

 6          sheet attached for such purposes,

 7          I hereby subscribe to the accuracy

 8          of this transcript.

 9

10     _____

11     MICHAEL KEPTO

12     _____

13     DATE

14     _____

15     WITNESS TO SIGNATURE

16

17

18

19

20

21

22

23

24

25

```
1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4

5    COUNTY OF PINELLAS

6

7        I, the undersigned authority, certify that

8    Michael Kepto personally appeared before me and was

9    duly sworn.

10

11       WITNESS my hand and official seal this 7th day

12   of March, 2020.

13                        /s/ KATHERINE A. LYLE

14                        _____

15                        Katherine A. Lyle

16                        Notary Public - State of Florida

17                        My Commission Expires:  1/20/23

18                        Commission No.:  GG260915

19

20

21

22

23

24

25
```

```
 1                    REPORTER'S CERTIFICATE

 2

 3    STATE OF FLORIDA

 4    COUNTY OF PINELLAS

 5

           I, Katherine A. Lyle, Registered Professional

 6      Reporter, certify that I was authorized to and

        did stenographically report the Deposition of

 7      Michael Kepto; that a review of the transcript

        was requested; and that the transcript is a

 8      true and complete record of my stenographic

        notes.

 9

           I further certify that I am not a relative,

10      employee, attorney, or counsel of any of the

        parties, nor am I a relative or employee of any

11      of the parties' attorney or counsel connected

        with the action, nor am I financially

12      interested in the action.

13

        Dated this 7th day of March, 2020.

14

15                    /s/ KATHERINE A. LYLE

                      _____

16

                      Katherine A. Lyle

17

18

19

20

21

22

23

24

25
```

**A**

**a** 1:12,13,15,16,17
2:8 4:2,10,14,17
4:19,21,21,23,23
4:25 5:2,4,6,12,16
5:20,22,24,24,24
6:1,3,9,17,20,24
6:25 7:2,4,7,10,16
7:21,25 8:2,5,9,10
8:11,13,18 9:1,5,8
9:11,13,17,19,19
9:22,25 10:3,6,9
10:13,16,18,19,22
10:25 11:3,4,7,9
11:11,16,18,22
12:1,4,7,11,13,16
12:19,21,24 13:4
13:8,11,14,16,18
13:18,19,22 14:2
14:4,6,8,8,9,9,11
14:14,15,19,25
15:3,8,11,13,15
15:15,17,19,20
16:1,4,7,11,11,12
16:15,17,22 17:3
17:6,11,14,17,23
18:6,8,10,15,18
18:21,23,25,25
19:1,5,9,12,15,15
19:17,18,19,21,21
19:22,22,24,24,25
19:25 20:2,7,7,18
20:20,25 21:3,6
21:17,17,20,21
22:2,7,10,11,14
22:16,16,18,19,24
23:4,5,7,11,12,14
23:15,16,21 24:1
24:16,19 25:4,7
25:25 26:1,5,5,5,6
26:6,8,8,11,12,13
26:17,18,20,20,22
26:22 27:8,10,14
27:14,18 28:3,3,6
28:6,8,10,12,14
28:17,20 29:1,5,6
29:8,14,19,24
30:2,7,25 31:2,2,3
31:4,22,24 32:1,1
32:11,12,14,17,21
32:24 33:1,6,10
33:13,14,15,15,16
33:19,25 34:2,3
34:16,23 35:1,1,2
35:3,4,7,9,13,16
35:16,18 36:2,4,8

36:15,18,20,20,21
36:21,23,25 37:5
37:7,8,8,11,13,15
37:17,21,23 38:10
38:10,13,16,17,22
38:23 39:2,3,4,6,7
39:9,11,17,18,19
39:24 40:2,6,13
40:14,15,19,25
41:5,7,8,9,11,18
41:22,22 42:5,5,6
42:12,13,15,17,17
42:20,24 43:2,3,4
43:5,7,10,14,16
43:21,23 44:2,4,8
44:11,14,16,17,20
45:2,4,6,22,25
46:2,4,10,10,12
46:15,21,23,25
47:8,9,12,16,19
47:22,24,25 48:2
48:7,8,11,13,17
48:20 49:3,6,7,10
49:15,17,21,22,24
49:25 50:1,5,11
50:13,15,18,24
51:7,9,10,12,13
51:14,18,23 52:1
52:3,5,8,10,13,17
52:19,22 53:1,4,7
53:14,15,16,17,17
53:18,18,21,24
54:2,3,8,14,18
55:3,3,7,9,9,11,15
55:16,16,20,22,23
56:3,7,9,14,16,16
56:18,20,22 57:1
57:4,7,9,11,14,17
58:3,3,5,8,10,15
58:19,19,22,25,25
59:2,4,4,6,7,8,10
59:11,14,19,25
60:4,5,6,9,14,22
61:1,3,5,6,7,8,10
61:12,19,23,24
62:1,3,5,12,12,16
62:20,22,23,23,24
63:1,3,4,5,6,9,12
63:14,18 64:1,4,5
64:6,14,17,25
65:6,11,14,18,21
65:24 66:2,6,20
66:22 67:3,3,15
67:18,24,24 68:2
68:8,10,12,14,17
68:20,21,25 69:4
69:6,13,16,18,24

69:24 70:1,2,4,8
70:10,13,16,24
71:2,6,7,10,11,13
71:15,17,20,24
72:9,10,15,21
73:1,3,7,7,9,12,13
73:18,20,22,24
74:1,6,11,17,18
74:19,20,24,25
75:4,7,12,15,16
75:17,18,22,23,23
76:1,4,6,8,11,16
76:19,21,22,25
77:2,4,5,7,8,14,15
77:19,22,25 78:6
78:10,12,15,17
79:2,4,6,6,11,14
79:15,16,21,23,25
80:2,10,15,17,18
80:21,22,24,25
81:9,9 82:3,5,8,20
82:22,23,24 83:5
83:7,8,10,13,14
83:19,21,23,23,24
84:4,10,11,13,16
84:19,24 85:1,13
85:13,15,18,18,21
85:23 86:7,17,18
86:21,22,22,24
87:1,7,8,12,14,14
87:18,21,23,24
88:1,4,5,7,8,9,12
88:13,16,16,17,18
88:23,24 89:3,4,4
89:6,8,10,12,12
89:13,14,16 90:4
90:17,19,22 91:1
91:4,8,11,12,21
91:23,24 92:16,18
93:10,12,25 94:2
94:8,9,11,15
95:14,18,23,25
96:4,6,8,11,14,19
96:21,23,25 97:2
97:4,7,10,13,17
98:3,5,7,10,13,15
98:18,21,23,24
99:1,2,5,11,14,17
99:18,21 100:2,4
100:6,8,13,16,18
100:22,24 101:1,5
101:7,10,13,16,19
101:23 102:1,4,8
102:8,13,17,20,23
103:3,3,10,12,13
103:17,19,23
104:1,3,9,11,14

104:16,19,22,25
105:1,4,11,15,17
105:21,24 106:1,4
106:5,9,11,15,19
106:22,23 107:1,4
107:5 110:13,15
111:5,7,7,9,10,15
111:16
**abandoned** 72:4,16
**Abargil@ij.org**
2:17
**ability** 5:14,18 93:3
104:23 105:2,4
**able** 46:17 68:24
**about** 7:11,18,21
8:20,21,23,23
10:9,10 11:2,10
11:12 12:9,15,17
12:23 13:4,15,16
13:17,22,25 16:22
17:8 19:16 21:7,9
22:12 23:18 24:2
24:9,14,21 25:5,9
25:11 26:12 29:10
29:12,16,18,20
31:3,23 33:11
35:2 36:3 37:22
39:15 40:19,22
41:20,22 42:2,6
43:15,25 45:15
46:4,22 51:10
53:2,6,23 55:19
58:23 59:3,23,24
60:2 61:11,12
65:16,23,25 66:2
66:4,7 67:5 68:9
71:15 73:6 76:2
76:17,21 77:4,5,8
79:8 80:13,16,16
83:16 84:1,9,23
87:12,23 94:5,10
95:16 97:7,15
102:4 106:21
**above** 52:11 78:18
108:19
**Absolutely** 72:21
77:22,25 78:17
**Accomplishment**
74:12
**accomplishments**
74:1,7
**account** 28:25
**accounts** 28:22,23
29:1,3
**accruing** 49:16
**accuracy** 97:12
104:18 109:7

**accurate** 104:2
108:19
**accuse** 59:9
**accused** 59:6,10,13
**achieve** 105:19
**action** 13:21 69:19
93:19 111:11,12
**active** 16:18 70:18
**activity** 17:17 38:4
59:16
**actual** 61:2
**actually** 17:12
34:10 38:16 39:4
66:7 70:10 72:7
94:20
**add** 91:3,14
**address** 23:19 24:4
25:6 27:16,19,20
28:9 29:1 30:12
31:5 52:18,25
68:25 95:20,21,24
96:24
**addresses** 29:3
**addressing** 29:22,25
81:5
**adjacent** 102:24
**administrator** 62:6
**administrator's**
62:13
**Admiral** 24:6
**advantages** 78:23
**advised** 103:4
**advising** 54:13
**affidavits** 48:13,14
**affirmatively** 68:12
**after** 8:2,6 14:7
15:24 16:3,6 22:5
23:25 26:19,20
43:3,20 44:16
50:11,13,15 53:25
64:17 69:14 79:18
88:3 90:5,18
**afternoon** 4:6 35:20
**afterwards** 94:24
**again** 25:20 30:2
31:14 35:25 36:3
39:11 42:8,9 45:5
50:9 54:18 57:23
58:15 59:18 64:9
65:4 68:2 74:24
88:3,13 90:13
92:24 98:24 99:7
99:19 101:9 102:4
102:23 103:11
107:2
**against** 4:11 64:15
**ago** 10:19 21:6 39:3

41:18 50:5 53:8
64:14 84:12,15
105:16
**agree** 68:10,15 78:1
78:19
**ahead** 45:13 83:4
**align** 102:10
**all** 4:6 6:16,23 12:19
24:10 25:9 29:13
43:1 48:5 56:3
61:17,25 62:2
68:18 70:17 88:18
88:21 97:20,22
105:12 107:7
**alleged** 104:23
**allowed** 81:4
**almost** 20:11 75:19
**along** 35:16 45:11
**already** 55:11 66:23
**also** 25:7 33:9 36:16
48:1 78:4,23 98:6
98:16 99:12,15
100:5,7,23,25
101:6,8,14,17,24
102:24 103:18
104:15
**always** 17:15 20:11
24:7 42:7 48:11
48:25 53:15 72:16
82:3 89:14
**am** 6:6 35:10 78:6
111:9,10,11
**amendments**
108:19 109:5
**amnesty** 84:7,12
85:1
**amount** 69:20 71:8
71:18 81:18 84:19
85:1 86:7 91:15
94:8
**an** 4:7 6:11 10:6
11:3,13,14 14:19
17:14 19:2 20:19
24:5,6 25:22
26:10 34:16 37:19
40:15,22 41:3
43:9 44:3 46:13
46:22 56:11 59:4
63:5,7 71:23 81:8
81:18 82:22 84:7
84:19 85:1 88:5
91:6 95:6,21 96:2
108:19
**and** 1:5,17 4:3,8,12
4:13 5:7,21,22,24
6:8,10,10,13,20
6:25 7:8,13,20,21

8:10,14,20 10:11
10:15,18,23,24
11:4 12:8,14 13:1
13:12,14,15,21
14:9,15,19,21,21
15:3,4,24 16:1
16:11,19,24 17:16
17:19,20,23 18:1
18:12,13,19 19:1
19:3,10,22 20:2,5
20:6,9,20 21:1,8
21:10 22:13,18,22
22:25 23:9,18,19
24:8,12,13,14
25:7 26:15,17,22
26:23 27:19,20
28:8 31:1,5,5,15
31:19,20 33:15,16
34:3,5,21 35:22
36:1,25 37:1,13
37:17,23,25 38:1
38:2,3,3,17,20
39:15,18,24 40:18
41:8,10 42:8,10
42:11 43:3 44:4
44:17 46:3,8,15
48:3,4,7 49:16
50:19,25 53:15
55:4,16 56:11,23
58:5,10 59:6,7
60:13 61:4,17,19
61:22 62:7,10
63:5 64:7,12 65:6
65:7 67:9,24
69:23 70:14,16,17
70:17,18,20 71:7
72:7 73:8,11,12
73:25 74:14 75:5
75:20,24 76:12,23
78:2,20 79:23
81:10,12,12 82:12
83:6,13 84:11,15
84:21 86:5,7 88:6
88:8,9,9,10,12
91:6,9,12 93:21
94:19 95:24 96:24
97:9 99:1,5,15,18
100:7,14 101:14
102:7,9,23 103:1
103:11,20,24
104:21 105:3,5,18
105:25 106:19,23
108:2,3,4,18
109:4 110:8,11
111:6,7,8
**and/or** 108:19
**Andrew** 2:14 4:7

74:4
**anecdote** 39:3
**Annual** 74:2
**another** 16:12 20:1
31:23 34:2 40:3
64:11 72:6 75:5
**answer** 6:7,12,21
7:7 8:6,12 20:15
25:16 31:24 32:10
35:24 40:22 49:20
53:10 57:18,20
60:12 62:17,24
66:24 68:1 72:25
81:7,22 85:7,15
86:10
**answered** 66:23
**answering** 25:18
67:19
**answers** 6:8 7:14
**any** 5:13,17 8:10
10:7 11:6 12:3,12
13:20 15:9 16:5
19:12 23:2 30:16
32:7 33:7,11 34:6
34:7,21 36:24
37:18 39:8 43:1
43:25 47:21 48:3
50:17 53:5,25
55:10 57:19 59:23
62:15 64:15 65:19
66:4,17 76:14
77:23 78:16 79:18
80:4,16 91:19
92:20 94:5 97:11
104:17,23 108:2
108:19 109:4
111:10,10
**anybody** 36:18
**anyone** 13:5 53:2
62:18 70:22,25
77:20 78:13 89:17
89:24
**anything** 9:3 10:4
12:5 13:3,10 16:2
16:22 47:13 51:7
58:13,23 59:12,23
60:2 61:13 65:16
79:8 80:13 87:3
**anywhere** 19:18
43:13
**apologize** 21:14
**Apparently** 22:20
**APPEARANCES**
2:13
**appeared** 110:8
**applying** 22:12
**approach** 47:20

**approached** 16:19
84:13
**approaching** 84:20
**April** 57:7
**are** 2:5 5:13,17,22
15:6 24:10 26:25
29:15 30:22 31:8
31:19 32:7,8
33:20 35:19,20
39:14,25 40:7,10
40:12 49:21 50:9
52:20 56:4 61:4
62:14 63:16 65:1
66:12 67:8,22
68:24 70:6 72:17
75:3,16 79:5
82:18 83:3 87:7
88:11 94:7 95:2
95:14,17 98:4
99:10 100:3,21
101:4,22 103:9,16
105:3,3 106:2
**area** 14:19,20 17:19
23:15 25:6,10
26:1 36:1 46:14
54:5,6 76:12,13
80:12
**areas** 17:6
**aren't** 63:24 83:16
**Ari** 2:14 4:8
**arithmetic** 51:23
**ARLENE** 1:12
**around** 24:12 33:14
37:25
**arrangements**
43:19
**as** 1:10,11,12,13,15
1:16,17 2:5 4:2,3
4:25 5:23 6:18 7:7
7:17,19,21,22,22
8:14,14 10:16,16
10:20 12:7,7,19
23:5,14,14 24:16
29:17 36:7 37:13
37:25 38:23 40:13
42:12 47:10 50:19
50:19 51:23 56:22
59:21 60:23,23,24
60:24 61:1,1 62:6
62:7 70:2 73:10
75:22,23 76:15,15
87:2,2,8,17,17,18
87:19,21,21 88:12
89:4,13 93:18
94:8 104:22 105:1
108:19
**ask** 6:6,25 7:2,7,18

7:19 8:2,12 57:1
58:8 66:7
**asked** 20:7 21:6,9
38:1 51:18 57:19
95:16 104:21
106:3,13
**asking** 6:20 12:9
16:20 21:11 22:11
36:20 39:17 40:19
41:24 53:7 64:5
66:21 67:5 82:8
87:10 93:20,25
**asks** 68:25
**aspects** 87:11
**asset** 71:8,12
**assigned** 14:19 17:6
17:19
**assisted** 74:13
**associate** 13:14
**ASSOCIATES**
108:24
**associations** 14:21
14:22
**assume** 7:8 64:25
65:15
**assured** 99:6
**at** 2:4,9 6:3 8:10
10:8 15:9 16:2,6,9
16:21 18:16 20:5
20:6,6,13 24:12
34:23 36:2 38:2,6
38:14,20,24 39:17
39:18,19 42:12
43:1,15 45:15
46:16 48:7 53:3
54:12 55:16 56:2
63:24 64:8 65:2,8
65:20 66:4 67:18
68:21 70:22,25
71:3 72:14 75:24
76:19 81:12 84:14
85:12 88:18,21
89:24 92:19 97:20
98:1,8 100:9
101:17 106:16
107:11
**attached** 109:6
**attend** 11:22
**attitude** 30:11
**attorney** 2:23 4:7
8:1 86:6 111:10
111:11
**attorney's** 9:9 86:4
**attorneys** 2:18
12:10,12,13 13:2
13:13
**attracted** 37:20

**August** 64:8,11 65:3
65:13 103:20
**authority** 90:10,17
90:19,21 110:7
**authorized** 111:6
**Ave** 2:1
**Avenue** 2:20 52:19
**avoid** 24:17 29:23
**aware** 45:7 47:22
55:4 62:14,16
79:21 82:25
105:17
**away** 39:5
**awkward** 72:15

**B**

**back** 20:7 21:13
26:23,23 27:16,18
46:10 62:7,9,11
64:13 73:2 77:14
82:9 92:24 93:2
104:20
**backed** 103:5
**background** 13:24
**Backing** 13:24
41:18
**backyard** 40:16
**Bank** 72:1
**banks** 72:18
**Bargil** 2:14 4:9 21:4
21:6,13,19 95:6
97:14,17,22
**based** 94:12
**basic** 66:8 79:16
**Basically** 13:16
14:19
**basis** 13:23 19:18
23:21 56:15,17
84:25
**be** 6:5,11 8:15 12:8
19:18 23:13,19,23
24:21 25:17 26:18
27:8,17 30:5,25
31:22 36:4 38:6
39:19,25 40:2
41:23 43:18 44:17
45:22 48:5 49:25
50:23,23 51:7,10
51:12,16,25 53:18
54:14 55:9,10,19
55:23 56:11 58:5
60:2 63:6,7,9,22
64:10 66:19 67:3
67:16 68:4,5 70:2
71:7,22 74:1 75:4
75:5,7,9,12,23
76:3 77:8 79:15

81:1 82:19 83:10
84:14,17,24 85:3
86:5 87:5 88:8,9
89:4 91:13 94:20
96:12 99:6 103:6
106:13 107:1
**became** 22:18 32:13
**because** 5:5 8:3
16:17 17:12 19:2
22:13 24:10 25:5
26:15 28:3,22
29:8,9,15 30:5
34:11 36:19,21
37:9,17 38:2,5,17
39:5,19,25 40:15
41:25 43:12 46:17
48:13 57:12 62:16
68:4 70:1,8 73:2
83:8,12 84:12
85:9,19 91:5,13
103:4
**become** 24:15 91:2
91:4
**becomes** 50:18
**Becoming** 98:24
**been** 4:2,20 9:14
19:2 46:22 50:11
50:13 51:4 54:16
55:8 56:10 71:25
72:4,8 74:24,25
78:22 80:5 88:4
92:21 93:20
106:12
**before** 2:8 4:20 6:21
7:17 8:13 23:20
23:23 24:4 26:14
30:12 34:13 39:12
49:13 55:17 62:22
63:3 66:7 79:20
100:17 110:8
**beginning** 6:3 19:20
22:3 64:11 95:15
100:11
**behalf** 93:21
**behavior** 80:1 105:9
**being** 37:8 57:15
60:1 63:16 70:23
73:10 85:10,14
93:23 105:25
106:6
**believe** 9:14,22 10:3
17:11 35:9 47:19
52:8 67:19 71:6
74:20 76:1,14
90:19 92:18
**besides** 35:21 40:4
42:3 67:12

**best** 6:22 93:3
**better** 7:2
**between** 10:18,24
19:9,9,21 20:9
**beyond** 43:8
**biggest** 52:2 92:3,8
**bill** 43:4 44:13,18
44:25 45:20 46:3
46:7
**billed** 46:11
**billing** 46:4
**Biscayne** 2:15
**bit** 46:10
**black** 38:4 59:2,8
**blocking** 24:11
**blue** 77:15
**board** 1:9,10,11,13
1:14,15,17,18
8:23,24 11:16,19
11:23 19:17,19,22
19:24 20:4 35:10
48:4 49:23 50:11
51:5 54:12 55:24
56:2 63:10 64:5
67:4 69:21 71:1
75:22,23 88:7
91:8 92:9
**Board's** 80:4,19
**boards** 33:25 82:10
**both** 20:5 33:5,6
**bother** 81:18
**bottom** 77:15 97:1
**bought** 81:14
**Boulevard** 2:15
**BOWMAN** 1:9
**break** 8:10,13,15
36:18 46:23,25
60:5,6 86:17,18
**breaking** 36:21,23
66:9 67:2,23 68:7
**briefly** 6:18 93:22
**bring** 17:7 48:20
66:13,14 67:9,13
70:19 81:16,20
83:24 88:14
**bringing** 74:22
**broke** 36:25 66:18
67:1 99:6
**brought** 64:12
67:16 68:4 93:19
**budget** 45:15 46:12
**budgets** 19:5
**building** 23:9 33:14
33:15,18 72:10,13
83:11
**buildings** 72:17,17
72:19

**bunch** 59:7
**Bundy** 59:22
**BUNNY** 1:17
**burglaries** 15:21
**business** 14:21
**busy** 61:11
**but** 5:10 6:14 7:6
8:5,13 9:8 12:10
23:24 24:7 29:14
30:25 35:10,20
39:12 41:15 43:18
44:8,23 45:23
46:4,19 49:4,7
51:13 52:11 56:3
63:11 64:25 65:9
65:14 66:2,8 68:2
72:8 75:3,6 80:1,2
80:10,11 82:4,25
84:25 87:7,14,16
89:15 93:2 95:10
97:14
**buy** 72:13
**by** 2:3 3:3,4,5 4:5
5:9 7:21 9:9 11:17
13:8 15:2 16:19
17:13 19:3 20:17
20:22 21:15,24
22:10 25:1,21
26:2 27:2,4,10,14
27:15,21 28:1,14
30:15,20 31:12,16
32:6,19 33:3
34:20 36:6,11
37:4,7 39:23
40:11,14 41:17
45:18 47:2,7,12
47:16 49:1 50:3
50:21 51:6,22
53:11 54:7,15
55:1,14 56:21
57:24 60:8,15,19
61:18,21 62:22
63:2,20 64:21
66:16 67:3,11,21
69:3,19 71:8,25
72:18,20 73:5
74:9 75:14 77:13
80:8 81:17,24
82:17,24 84:6
85:11 86:9,20
87:9,9 88:8 89:2,8
89:23 90:3,9,15
91:8,9,18 92:2,7
92:13 93:1,7,17
93:20 95:1,11
97:24 99:5,6
100:14 105:14

106:19 108:20

**C**

**California** 59:21
**call** 42:17 73:10
94:17,23 100:15
102:8 103:3
**called** 4:2 31:1
40:14 59:5,6,19
99:5 100:13
**caller** 103:23
**calling** 39:15 59:10
**calls** 31:3 99:22
100:16 103:9
**came** 14:15 26:23
27:16,18 40:4
62:7,8 64:7 84:2
84:10
**can** 12:23 20:15
21:13,19,21 23:14
25:16 32:10,11
33:11 34:11 35:24
37:18,22 39:8,11
40:12 41:23 42:12
49:20 51:7 56:3
60:12 63:22,24
68:21 72:25 73:17
77:17 78:11 79:15
80:2 85:3,7,24
86:13 87:2,4 90:8
92:23 95:12 97:5
98:11,20 99:20,24
100:11 102:2,14
102:21 103:1,14
103:21
**can't** 34:21 36:22
43:10 81:22 83:5
85:15,19
**cannot** 53:5 62:16
83:1
**cap** 52:8,9,12
**capacity** 1:10,11,12
1:13,15,16,17
4:25
**car** 31:4 32:1 88:9
88:10,12
**care** 79:14
**career** 56:22
**cars** 23:18 24:3,10
36:3
**CARSON** 1:13
**case** 1:3,3 3:25 4:9
10:21 12:15 13:1
19:22,22,24 20:19
25:22 26:10 48:10
48:15 49:22 53:18
54:3,8 63:17

64:23 65:7,20,23
65:25 79:5 82:5
87:9,9 95:14,16
95:17 96:10,13,16
96:16,22 98:1,4
98:11,14 99:8,10
99:15,24 100:3,20
100:21,25 101:2,4
101:11,12,21,22
102:15 103:14,16
104:5,10
case-by-case 84:24
caseload 23:13 61:6
61:11 62:13
cases 12:13,14,24
19:17 20:12 25:12
29:7,17,22 30:22
30:23 36:24 53:14
69:20 70:18 71:1
71:14 72:16,22
75:5,6,19,22 76:7
76:15 77:5,8
87:11 97:19
105:15,23,24
106:24
category 78:8
causing 34:11 42:3
CEB 99:21
certain 24:20 46:13
49:3 84:13
CERTIFICATE
3:8,9 110:1 111:1
certifications 78:24
certified 27:5 48:6,6
55:3 61:19
certify 110:7 111:6
111:9
Chairman 1:10
challenge 4:10
challenged 63:17
challenging 64:16
chances 88:11
change 18:14 80:1
83:15
changed 52:14
changes 84:2 109:4
charge 83:14
charged 105:3
check 106:19
checked 107:3
Checklist 3:24
68:20
Chi 72:11
choice 58:3,4,7,9,12
58:14,17 60:1
chose 57:9,10,11,14
57:17 58:5

chump 83:14
circumstance 88:2
circumstances 43:8
44:10 46:13 80:17
82:16,18
citation 89:12,13
citations 91:20
cite 35:14 72:19
73:13
cities 16:24
citing 72:15 73:17
citizen 31:3 104:1
city 1:8 4:16,23 8:20
8:22 13:13 16:25
17:16 19:20 22:1
22:4,10,19 24:8
28:18,21 30:13
31:3,6 34:3 44:12
46:2 57:5,12,25
58:7,8 59:2,8 64:4
69:19 70:9,22,25
71:8,12,21 72:1
72:12 74:14 82:25
86:2,4,6,6 89:18
89:24 93:19,25
City's 8:1 57:20
Civil 2:6
claimed 59:7,19
class 27:6
clean 17:21
clear 12:8 73:8
clearly 4:12
Clearwater 2:2,21
client 4:11
close 92:19
code 1:9,10,11,12
1:14,15,16,18
4:10,17,18,19
7:12 8:23 11:16
11:18,22 12:3
13:6 16:21,22,23
16:25 17:4,18,20
17:25 18:4,17,18
19:7,9,13,17,19
20:3 22:11,19,24
23:5,9 24:9,17
30:17 31:8,18,19
35:3,4,9 38:23
40:13 45:23 46:2
46:9 47:8 48:3,17
49:22 50:10 51:4
52:3 53:12 54:12
55:23,24 56:1,24
57:1 59:15 60:9
63:9,22 66:9,10
67:3,6 68:11
69:18,20 70:2

74:14 75:18,24
82:9 84:3 88:7
89:17 90:24 91:8
91:12,19,23 92:9
97:19 102:11
104:22 105:1,19
codes 23:9
Colbert 13:14,15
37:23 39:4 46:14
46:16 65:6,17,22
76:23
Colbert's 54:6 65:7
collar 15:20
colleague 4:8
collected 71:8
college 14:5
come 22:8
comes 33:13
coming 34:12 42:9
45:14
Commission 110:17
110:18
Commissioner 31:3
Commissioners
24:8 30:13 31:7
86:7
common 20:24 93:4
communicating
79:9
communication
78:5,9 79:1,17,18
79:23
communications
79:23
communities 16:18
community 14:16
14:18 15:5,25
16:17 17:15,19
69:23
company 14:8
42:21
compare 17:10 19:7
compared 29:7
47:10
comparing 31:23
complain 24:14,18
25:8 29:18 30:6
53:2
complained 29:12
41:20 42:2 97:7
complaining 23:13
23:17 24:2 25:5
29:15,19 36:1
39:15
complains 29:10
complaint 24:25
25:2 26:12 28:20

31:2 36:8 42:6
53:16 56:10 58:20
58:21,24 102:4,23
102:24 103:12
104:2 106:23
complaints 13:22
17:8 23:15,20,21
23:24,25 24:5
29:23 30:1,13
31:6 36:3,14
41:22 42:6 43:15
46:18 53:5,13
102:12 106:16,18
106:23
complete 7:13 52:25
111:8
completely 72:9
compliance 17:7
20:1,3,11 26:22
26:24 48:13,20
49:9,13 50:7 64:7
64:10,13 65:4
66:13,15 67:9,14
67:16 68:4 70:19
71:19 81:16,20
83:25 88:15
105:19
comply 61:16 85:14
85:25 86:14 91:5
91:6
complying 105:22
compound 85:12
computer 26:23
28:12,13,17
concern 12:5 98:8
99:15 100:5,7,23
100:25 101:6,8,17
102:18 103:18
104:15
concerned 10:9 12:3
concerning 9:6
101:24
concerns 101:14
concluded 107:10
condition 17:8
conditions 5:18
conducting 102:11
confident 12:22
confirm 34:14
connected 111:11
consecutive 14:24
consequences 42:2
consider 32:17
56:13 71:11 87:3
constantly 23:17
construction 35:21
construe 21:12

consulting 84:1
contact 27:12 28:7
49:5 70:19 86:3
contacted 22:10,15
contacting 48:18
contacts 70:11
continue 71:7 83:6
83:11
continuing 64:12
contractor 34:3
42:17
contributed 69:10
control 43:8
conversation 6:11
copies 9:14 12:16
62:7,8,11 69:6
copy 7:22 48:7 69:4
corner 77:16
correct 5:2 15:8
18:6 42:15 45:2
45:22,25 49:6
51:9,14,25 63:8
65:1,15 71:17
75:25 91:10,11,15
94:15 102:13
103:10,13 104:3
105:20,21 106:8
corrected 63:6
64:17 90:18
corrections 108:19
CORRECTIONS...
108:5
correctly 31:17
cosmetic 73:12
cost 42:23 46:19
could 4:13 9:11
17:12,20 29:18
35:17,18 38:3,18
39:19,25 40:2
42:17 46:12 51:10
55:10,18 60:23,25
61:1 63:4,11,13
63:23 64:2 69:8
70:6,16,18 71:3
73:23,25 75:4,5,7
75:15 76:12 77:14
78:4 81:1,13
82:11 83:20 87:5
88:16 89:3
couldn't 21:3,10,17
37:3 62:24 73:18
73:22 76:20,25
77:7 93:6
counsel 2:3 67:17
95:16 111:10,11
County 40:14 110:5
111:4

couple 32:21 77:14
course 79:19,20,23
court 1:1 6:7,9 7:19
    108:4,24
courtesy 43:21
    99:22 100:16
    102:5,8 103:9
courtroom 5:25
cover 10:7
covered 10:1
covering 37:5
crash 19:1 73:3
crew 42:13 44:17
crime 14:20
crimes 15:18,20,22
criteria 43:25
critters 32:16
CROSS-EXAMI...
    3:4 93:16
CT 1:3
curious 42:1
currently 84:17
customer 69:21
    78:5,9,22,25 79:4
    79:14
customers 79:5
cut 26:16 44:4,7
    103:6
cutting 19:5

_____ D _____

D 2:19 3:1
Daigneault 2:20
daily 70:10 91:3
    93:4
date 1:22 26:22,24
    49:17 97:5 108:3
    108:23 109:13
daughter's 88:10
DAVE 1:15
day 23:11 26:7,11
    29:13 55:22 61:7
    61:8 62:8,12
    70:17 82:13 83:7
    83:13,14,18,23,24
    85:13 91:7,10,14
    110:11 111:13
days 61:23 62:3
    64:7 76:17 83:2
    107:1
DCEB 75:20
deal 20:12
dealings 94:13
dealt 26:13 105:6
decide 16:16 22:8
    44:24 60:10

decided 44:16 46:7
deciding 45:20
decision 66:20,23
    67:3 87:23
decisions 44:25 45:3
    45:8,19
declared 50:11,13
    50:15
deemed 55:9
Defendants 1:19
    2:23
Defense 94:17
Delightful 59:5,13
denial 11:4
department 13:7
    14:9,10,11,13
    15:10 16:3,6,10
    16:24 18:17 19:7
    53:12 75:19 89:18
depend 20:20 21:8
    23:12 25:2 28:8
    56:9 82:15 85:15
    88:1 106:15,22
depended 24:24
    73:1 82:5
depending 26:11
    49:3 61:6 62:12
depends 23:20
    25:24 35:25
deponent 20:16
    21:5,11 24:24
    25:14,20,24 27:2
    27:24 30:11,19
    31:11,15 32:5,11
    34:18 35:25 36:10
    37:3 39:22 40:10
    41:12 45:10,14
    47:5 48:25 49:21
    49:25 50:9,15
    51:3,20 54:5,11
    54:20,22 55:13
    57:22 60:13,18
    61:16 66:12 67:8
    73:1 74:8 75:12
    80:7 81:3,8,22
    82:15 85:8 86:2
    86:16 88:20,23
    89:21 90:2,8,13
    91:17 92:6,12,23
    93:6 107:9 108:22
deposed 4:20 5:3
deposition 1:21 6:4
    7:20 12:11,18
    95:15 97:20
    107:10 108:2
    111:6
depositions 5:11

Deputy 16:19
derelict 72:17,20,23
    73:17
describe 6:13 9:11
described 47:23
descriptions 59:23
despite 100:15
detective 4:23 14:15
    14:16 15:3,19
    16:8
determination
    55:20
determine 105:2
Deutsche 72:1
deviated 105:10
did 9:7 10:4,7,17
    11:10,18,20,22
    12:5,9,11,17 13:3
    13:9,15 14:1,5,7
    14:12,18,24 15:6
    15:9,16,18,24
    16:2,5,14,16 17:2
    17:4,10,23 18:24
    19:6,12 20:12
    21:12 22:8 23:2,5
    24:21 25:2,12,22
    26:3,6 27:12,21
    28:21 29:3,9,18
    32:20,22 33:18
    35:2,6,14 36:18
    37:5,13 38:14,24
    39:3,5 42:14,23
    44:8,11,12 45:23
    46:8 47:3,5,9,12
    47:15,20,25 48:4
    48:5,9,9,10,13,15
    53:2,12,25 56:24
    57:5,8,12,25
    58:13,18,21,23
    59:9,11,23 60:2
    60:10,16,24 61:2
    61:8,13,22 62:2
    62:10,18,22 64:14
    68:2 69:15 70:11
    70:11,12,13,22,25
    71:11 72:19 74:10
    74:22 76:6,11,12
    76:12 77:1,20
    78:13,25 79:8,13
    79:19 80:2,19
    82:1 84:1,12
    87:20 89:7,8,9,17
    89:24 90:5 91:19
    94:11 100:15
    104:15 105:8,25
    106:4,17,21 111:6
didn't 10:11 11:20

11:21 13:5 18:2,4
    26:1 30:24 33:8
    33:23 37:9 38:15
    38:21 39:19,24
    42:24 43:13 44:14
    52:11 58:1 62:15
    66:24 70:12 76:4
    80:1 81:6,14,20
    89:15 106:2,18
difference 19:12,21
    20:8,9 67:18
    85:18
different 14:23 15:7
    17:6 28:17 29:4,5
    30:17 41:23 51:13
    75:3
differently 47:10,13
    47:15,21 79:19
difficult 70:8
DiPasqua 58:10
diplomatic 79:14
DIRECT 3:3 4:4
directed 78:22
direction 95:8
directly 57:19
director 44:21 45:4
    45:5 58:10 59:1
    84:13
director's 31:1
disabled 46:15
discovery 2:4
discretion 60:18,21
    63:12 86:23,24,25
    87:6,12 88:14
    89:11,14,15
discuss 44:20
discussed 13:9
    97:20
discussion 21:23
    105:5
disruption 21:14
distance 22:14
distribute 7:21
DISTRICT 1:1,1
division 1:2 14:16
do 6:11,22 7:6,8 8:7
    9:16,21,23 10:1
    10:10 11:1,6,8,14
    11:17,24 12:2,14
    12:20 13:3,8,10
    14:7,12,18,25
    16:2 17:2,4,13
    18:7 20:18 23:5
    24:22 26:19,23
    27:5 28:5,13 31:8
    31:17 33:7 34:7
    34:25 35:8,13

36:24 37:7 38:1,9
    41:6 43:1 44:1,3,6
    44:16 46:1,19
    47:6,10,12,15
    47:16 52:6,9,15
    52:18,20 53:19,21
    53:22 54:22 56:1
    56:13,21,24 57:4
    59:3 60:16 61:7,8
    61:13 62:2 63:13
    64:22 65:5,12,16
    65:19,22 66:2,4
    67:10,12,22 68:1
    68:19 69:12 70:12
    70:17,18 72:22
    73:11,19 75:21
    76:6,14,23 77:23
    78:1,16,19 80:4
    80:13,25 83:1,5,6
    84:9,16,23 85:3
    85:12 87:3,4,11
    89:7 90:10,10,16
    90:20,23 92:14,20
    93:3,8,11,22 94:3
    94:10,18,21,22
    95:4,13,21 96:3,5
    96:18 97:1,2,11
    100:1 104:5,17,22
    105:1,4 106:21
    108:3
document 60:13
    68:19,24 95:4,12
    95:13
documented 70:14
documents 7:18
does 6:16,23 7:3,9
    7:15,24 8:8,17,25
    13:6 69:4,17
    71:18 85:24 86:13
    98:8,22 99:15
    100:5,7,8,23,25
    101:6,8,10,16,17
    102:2,10,18,20
    103:18,19,24
doesn't 38:8 54:17
    56:4 71:20 91:6
doing 6:12,14 15:4
    24:9 31:25 32:2
    58:18 70:21 73:13
    74:19,20 75:1,1
    76:15,16
dollar 85:1
dollars 83:7,13
domestic 59:6
don't 6:25 7:8 9:8
    19:24 25:11 28:25
    31:6,20 35:11,19

38:5,11 39:22
41:25 44:8,9,11
44:14 46:4,11,19
49:11 52:5,10
53:4,10,10 54:2
55:20,24 57:3
62:24 64:25 65:9
65:14 66:17,25
72:7 73:18,20
76:8,9,11 80:10
80:24 81:15,15,23
82:8 86:10 87:16
88:13,20,24 90:22
91:21 92:6,12
93:10,12 107:5
**done** 6:20 8:3 9:3
**door** 27:17
**doubt** 97:11 104:17
**Dove** 16:20
**down** 29:2 32:11
35:18 72:7,11
84:8 99:1
**downtown** 82:23
**Dr** 59:10,19 92:18
**draught** 25:25
**draw** 32:17
**draws** 37:17
**drew** 32:22 33:4
**drive** 88:8 106:19
**driven** 36:8
**drug** 5:14 17:17
18:11 59:16
**due** 103:5
**duly** 4:2 110:9
**Dunedin** 1:8,9 4:16
7:12 8:22,23 19:8
19:10,15,20 20:6
20:9,10 22:1,4,9
22:10,19,23 23:3
23:6,16 24:6 25:4
34:15 37:19 38:24
39:10 42:11 57:6
59:5,13 70:12
82:9,23,25 84:11
86:2 91:20,21,23
92:4,9
**during** 25:25 26:15
64:23
**duties** 16:8,8
**DUTTON** 1:17
**duty** 24:19

_____

**E**

**E** 3:1
**each** 6:19 76:18
81:12 88:1 91:7
91:10,14

**Earle** 59:10,20
**Earle's** 92:18
**earlier** 20:8 42:13
47:24 53:20 86:21
90:23 93:22
102:11 105:18,23
105:24
**easier** 18:11 29:2
94:20
**easy** 8:14
**eat** 35:20 38:5
**effect** 79:24
**effects** 41:20
**either** 57:25 72:18
85:19
**elaboration** 8:21
**elderly** 43:10
**elements** 87:5,7
**eliminated** 19:3
22:6
**else** 10:4 13:3,10
59:12
**email** 10:6 11:3
28:25 102:4,23
**emails** 10:6,17,18
10:23 11:1,6,8,10
11:12 12:2,4 13:2
24:8
**employee** 3:24 19:2
68:20 74:2 111:10
111:10
**employment** 57:13
**encourage** 86:3
89:18,24
**end** 22:2 56:20,21
57:13
**enforce** 23:7
**enforcement** 1:9,10
1:11,13,14,15,16
1:18 4:10,17,18
4:19 7:12 8:24
11:16,19,23 13:6
16:21,22,23,25
17:4,18,21,25
18:4,17,18 19:7
19:10,17,19 20:3
22:12,19,24 23:5
24:9 35:9 36:7
38:23 47:8 48:4
48:17 49:23 50:11
51:5 52:4 53:12
54:12 55:24 56:24
57:2 59:15 63:9
63:22 67:4,6
68:11 69:19,21,22
70:3 74:14 75:19
82:10 84:3 88:7

**Earle** 89:17 90:24 91:8
91:12,19 92:9
97:19 102:11
105:19
**enough** 27:3 41:16
55:2 77:12 83:24
93:15
**entered** 98:20
**entire** 18:19
**entry** 100:10 102:7
102:22 103:22
**equipment** 34:10
**ERRATA** 3:6 108:1
**errors** 108:2
**ESQUIRE** 2:14,14
2:19
**estimate** 12:23
73:17
**evaluations** 74:21
**even** 5:21 22:12
81:19,19 85:4
93:6 106:25
**ever** 4:20 15:12
28:18 29:4 30:8
30:16 35:6 36:18
36:24 37:5 38:14
42:1 44:12 53:2
53:25 61:13 62:18
62:22 70:22,25
80:5 85:3,13 90:5
91:19 92:8 94:11
105:9,16
**every** 42:5 97:18
**everybody** 71:21
**everyone** 6:3
**everything** 29:9
**evict** 18:11
**evidence** 38:18,20
**examination** 3:3,5
4:4 95:8 105:5,13
**examined** 4:3
**example** 13:7 17:14
23:15 25:4 26:11
30:21 34:2 43:9
46:13 71:23 72:6
81:8 82:22 88:5
**examples** 33:7,12
37:18,22 71:20
**except** 106:12
108:18 109:4
**excuse** 25:14 49:11
67:17 77:8 106:7
**exempt** 19:2
**exercise** 60:21
**Exhibit** 93:24
**exhibits** 3:21 7:20
107:12

**experience** 40:13
42:10 78:21
**experiencing** 5:17
**Expires** 110:17
**explain** 58:18 75:15
77:20 78:13
**explained** 58:9 64:3
64:4
**explaining** 58:12
**expressed** 84:19
**extension** 11:4,13
11:14
**extent** 94:5
**extra** 63:5,7
**extremely** 34:4
**eye** 59:2,8

_____

**F**

**fact** 77:25 94:10,11
**factor** 89:11
**factors** 56:6 60:20
**fair** 5:10 24:18 27:3
36:7,12,16 41:15
49:4 66:8 76:2,5
77:12 83:23 84:18
86:5,7 88:22
93:15
**fall** 15:16
**falling** 72:7,11
**falsely** 59:6
**familiar** 5:11 6:4
**far** 10:16 12:7
**fascia** 33:25
**fascias** 38:3
**fast** 33:22
**faster** 75:10
**February** 1:22
**feel** 34:12
**fees** 74:14
**felt** 18:10 24:19
43:23 56:11 85:1
87:22 88:2
**female** 103:23
**Fenway** 72:6,8
**few** 4:21 15:15
51:18 68:25 84:11
107:1
**fewer** 75:6
**Ficken** 1:5 4:11
10:18,24 12:15
13:16,20 64:15
93:21 100:14
102:5 105:16,22
**Ficken's** 65:13,20
92:15
**figure** 44:23 64:22
**file** 69:7 95:17,17

**experience** 96:13 102:16
**files** 10:20 12:15
13:1 69:5
**fill** 74:10
**filled** 70:10
**Finally** 104:4
**financial** 71:7,11
**financially** 111:11
**find** 7:6 28:4,6,10
32:22 43:12 48:15
**finding** 55:6 64:6
73:8
**findings** 9:14
**fine** 51:24 52:2
54:14 55:10,21
56:8 67:2 69:2
80:17,25 81:19
82:11 83:10,17
84:16 85:18,23
91:9,12 92:3,8,16
92:18 93:4 94:8
**fined** 35:8,12 55:22
66:19 91:7 105:16
105:25
**fines** 4:10 49:16
50:23 52:11 63:8
63:11,16 64:15
66:9,12 67:6,8,15
67:22 68:3,6,11
68:11 71:18 75:6
75:9,16 80:4,14
80:19 81:25 84:8
85:3,9,12 86:12
90:24 91:2,3,9,14
92:15,20 104:23
**finish** 5:5 33:2
**finished** 83:3
**firm** 5:22
**first** 1:5,6 9:2 27:6,8
27:11 34:19 38:17
49:17,23 50:1,10
51:5 54:3 64:6
69:8 95:20,21
102:21 103:21
**fit** 46:6
**five** 19:20 50:17
51:8 54:14
**fix** 18:7 48:19,23
49:7
**fixed** 50:23 51:1,4
51:16 90:6
**flip** 73:23
**flippers** 73:11
**Florida** 1:1,8 2:2,6
2:9,16,21 8:22
47:19 61:16 110:3
110:16 111:3

focus 10:11
follow 47:17 48:2
following 47:18,24 78:18
follows 4:3
foot 35:1
for 2:3,4,15,18,23 4:8 7:13 8:5 9:10 11:3,15 12:10,18 12:25 13:7,20 14:8,8,12,14,15 14:20 15:14 16:12 16:25 17:2,4 19:8 19:14 21:14,19,21 22:1,4,8,11,22 23:1,3,9,15 24:17 25:4 26:11 28:6 28:10 29:2,12,14 29:22 30:21,25 31:24,25 35:3,14 39:12 41:11 42:17 43:7 44:25 45:20 46:3,12,12 47:25 49:23 50:5,7,22 51:5,20 52:3 54:8 55:17,19,22 56:7 57:5 59:20 62:10 62:17 63:5,8,11 64:5,7 66:9 67:2 67:23 68:7 70:9 71:25 73:13,24 74:1,2 75:16 77:10,17 78:5,9 80:25 81:9,14,19 81:25 82:12 83:1 83:10,16 84:12,16 85:17 86:22 87:24 88:4 91:7,10,14 92:4,9 93:4,25 94:19 96:24 98:6 99:2,4,12 104:12 105:3 107:12 108:18 109:4,6
force 19:2
foreclosure 72:5 73:4
foregoing 109:3
foreign 82:24
forget 58:11
form 14:21 15:1 20:14 24:23 25:13 25:15,17,23 27:1 27:23 30:10,18 31:10,14 32:4,9 34:17 35:23 36:9 37:2 39:21 40:9

45:9 47:4 48:24 49:19 50:8 51:2 51:17 54:4,10,19 55:12 60:11,17 61:15 63:19 64:20 66:11 67:7 70:10 72:24 74:2 75:11 80:6 81:2,21 82:14 84:5 85:6 86:1,15 88:19 89:20 90:1,7,12 91:16 92:5,11,22 93:5
formally 54:17
Fort 2:1,20
forwarding 27:16 27:19
found 64:9 65:3 102:9
four 12:20 43:11,13
Friday 99:6
from 4:23 6:11 8:19 9:16,17,19,21,22 9:23 11:8 14:1 15:21,22 16:24 19:18 24:7 27:18 28:24 29:4,23 30:1 31:2 34:14 37:18 39:15,16 42:9 44:4 49:17 63:16,24 64:5 69:18 72:3 105:10 106:8
front 5:24 9:8 24:3 24:10 27:17 88:5 88:6
fulfill 61:17
full 7:13 76:20 77:1 77:3
funds 59:16
funny 34:5
further 8:21 99:1 111:9

G
gave 59:1,2,8 99:3 102:8 103:3
general 31:24 105:6
generally 50:25 95:5 96:12 105:7 105:8
generate 75:3
generated 71:15
generic 105:10
gentlemen 93:20
Geographic 59:20
gestures 6:10

get 15:6 21:13 24:4 27:12,21 29:14 31:1 32:15 33:19 35:6 36:13 39:13 42:24 44:14 48:18 60:22,24 62:8,11 62:15 75:4,10 81:4 87:2 91:19 105:7
gets 5:6 51:1
getting 13:22 17:24 17:25 18:4 23:21 36:2 43:15 46:18 72:3 83:7 106:23
GG260915 110:18
give 17:14 31:24 43:9 46:13 47:20 54:9 57:12 58:25 60:10 66:13 71:20 71:22 81:8 82:22 88:5 89:18
given 9:14 26:22 54:12 58:3
gives 6:3
giving 58:7
go 7:21 11:18 14:5 20:22 21:19,21 26:23 27:19 31:5 31:6 32:11 35:17 37:24 42:8 43:16 44:4 45:10,12 56:4 57:10 58:1,1 58:5 60:2 62:22 63:2 68:23 70:16 70:18 73:4,11,25 78:18,20 79:6 83:4 85:9,13 86:6 86:12 87:9,11,16 88:6,10 93:22 94:19 95:3,12 97:18 104:20 106:5,8
goal 30:1,11 71:4,19 87:18,20 88:14 105:18
goals 24:16
goes 27:8 55:17 86:25
going 6:6 29:14 36:4 39:13,14 43:18 49:7,22 50:10 56:4,11 57:13 64:25 65:12 65:14 83:14 84:22 85:17 88:3,8,11 94:16 95:3 97:18
good 4:6 27:14

36:20 42:24 46:24 79:6
got 20:11 23:14,20 23:24,25 27:14 28:22 31:2 40:14 42:5,6 62:19 77:15,24 84:20 93:14 106:15,23
gotten 55:9,11 71:22
graduate 14:1
GRAHAM 1:12
grass 25:8 26:16,17 29:10 31:5 32:3,8 32:22 33:8,15,16 34:4,11,24 35:15 35:19 36:19,22 37:1,5,10,13,25 38:15,21 39:9 40:8,18,24 41:4 41:20,21 42:1,2,3 42:4,7,11 43:15 52:3 53:25 80:25 81:19 88:6 92:4 92:10 97:8 101:17 102:24 103:3
Gray 42:20
green 32:13 35:22 41:8 42:21
Greg 45:6
grow 25:8
guess 28:14 29:21 43:22 53:1 63:22 73:18,22 93:6
guy 22:16 23:17 25:4 34:5 40:15 46:17 81:9 82:24
guy's 42:20
guys 94:18

H
had 14:21 19:2 22:5 22:12 32:14 33:8 33:14 34:13 35:4 37:1,24 38:4 40:15 42:17 43:3 43:8,11,13,16 46:12,14,16 47:8 48:17 53:20 58:19 59:4,21 71:15,24 71:24 72:4 74:24 79:24 81:11 84:11 90:10,16,19 105:6
hadn't 106:12
half 16:11 73:19 76:2 82:7
hand 110:11

handled 96:10
handwriting 69:14 71:5
happen 30:24 88:13 97:15
happened 33:21 37:24 44:9 53:8
hard 29:8 38:16
hardly 16:22
harmful 38:12
harms 40:23
Harrison 2:1,20
has 52:14 55:11 78:21 84:24
hassle-free 8:14
have 4:20 6:9,18 7:17 9:3,5,8 12:16 15:9 16:5 17:21 23:2,24 24:2 28:5 28:23 29:3 32:12 33:9 38:1,5,15,21 42:7 43:1,19 46:1 51:4,12 52:11 53:25 57:1,19 58:8 64:15 67:12 70:7 71:22 73:21 74:25 75:9 76:14 76:16 77:23 78:16 80:4 81:13 85:1 87:9 89:14 92:21 93:20 95:6 97:11 97:17 104:17,22 105:1,4,12 106:24 107:7 108:18 109:3,5
haven't 34:5,7
having 4:2 18:8 32:3,8 35:14 40:8 40:23 41:3,4,8,10 he 11:20,22 13:20 16:22 21:6,9,11 22:18,18,20 24:7 24:11 25:5,8,10 31:1 34:5,9 38:8 45:7,10,20,23 46:8,11,11,12 53:25 55:4 59:5,9 59:10,14,19,23 76:12,14,16 77:1 78:23 81:10,10,11 81:14 99:5 100:14 103:4,4,5,5 105:25 106:2,2,12 106:23
he's 8:6 39:5 45:19 67:19
head 80:15,18 92:24

**heading** 74:6 96:1,2
97:2,6 99:1
**health** 5:17 37:13
**hear** 33:23 34:9
42:14 62:18 84:1
**heard** 22:20 34:13
84:4
**heavy** 34:9
**held** 22:25
**help** 43:23,24 74:23
75:9
**her** 1:12,17 38:1
43:15 58:11 59:21
**here** 5:22 6:7 8:3,15
8:22 21:20 38:1
38:24 39:9 42:8
42:11 43:14 46:6
84:11 94:7 95:7
97:15
**hereby** 108:19
109:7
**high** 14:1,7 26:18
29:10 31:4 34:4
42:7 43:16 80:5
80:11,14,17,20
81:1 85:9 90:24
97:8 103:3
**higher** 50:23 51:24
75:6,18 82:12,19
**him** 5:5 13:21 33:2
45:15 53:21 59:24
65:8 106:3,4,13
**hired** 19:3 22:22
**his** 1:9,11,13,14,16
40:15 45:15 46:14
46:17 64:23 76:13
92:16 93:21 106:2
106:5,12,16,17
**historical** 72:10
**histories** 95:14
**history** 3:25 94:12
96:16 97:2 98:1
**hold** 26:13
**hole** 33:16
**holes** 38:3
**home** 85:5
**homeowner** 43:4
**homeowners** 83:16
**homicide** 4:24 15:23
**Honestly** 64:22
**hook** 55:19
**hope** 49:10
**Hopefully** 8:15
**hopes** 103:6
**Hotel** 72:6,8
**hour** 46:22
**hours** 12:20 70:11

70:12
**house** 33:14 36:19
36:21,23,25 37:1
37:23 38:2 43:15
48:7 97:7 106:16
**houses** 32:12,14
38:14,18,20 73:4
**how** 7:11 11:10
12:17,23 15:14
16:9 17:2,10 19:6
19:13,16 20:18
21:1,12 25:2,11
25:12,22 26:3,25
28:5 29:6 34:24
42:23 46:19 47:3
47:5 53:8 54:22
60:9,20 61:4
62:10 70:10,11,11
70:12 73:6 74:22
76:17 80:19 81:13
87:3 106:21 107:3
**however** 34:19
103:6
**HR** 58:10,25

**I**

**I** 3:1 5:7 6:2,5,6,12
6:14,15,21,25 7:1
7:7,7,17,20 8:2,12
8:19,20 9:5,6,8,14
9:22 10:3,9,16
11:18 12:7,8,13
12:24 14:8,9,14
14:14,15,19,19,21
15:6,17,20,21,22
15:22 16:12,12,17
16:18,19,20,21,24
17:6,11,15,15,17
17:17,18,20 18:2
19:2,2,12,17 20:9
20:10,10 21:3,5
21:10,11,12,14,17
22:10,11,12,13,20
23:16,19,20,22,24
24:14,19 25:6,9
25:11,15 26:8,12
26:12,20 27:14,19
28:3,14,14,20,24
29:21 31:2,5,6,17
31:22,25 32:11,17
32:20 33:23 34:2
34:4,5,13,19 35:9
35:10,13,19 36:22
37:3,8,11,12 39:2
39:11,12,22 40:14
40:19 41:1,5,6,24
42:12,14,20,20,24

43:7,10,14,16,17
43:21 44:8,11,14
44:14,20 45:15
46:1,4,10,11,14
46:15 47:5,12,16
47:19 49:15 51:18
51:21 52:5,8,10
52:13 53:4,7,21
54:2 55:15,20
56:16,20,22,22
57:4,7,9,11,14,17
58:3,5,11,25
59:11,19,21 60:13
60:22,23 61:1,6
61:16,24 62:5,7
62:16,18,20,24,24
63:4,21,22 64:17
64:25 65:7,11,14
66:2,7,12 67:8,17
67:18 68:2,2,2,10
69:9 70:16,17,20
71:6,13,20,24
72:7,11 73:7,15
73:18,18,20,22
74:20,25 75:1
76:1,4,8,11,11,12
76:16,19,20,22,25
77:7,10 78:3,6
79:6,16 80:2,10
80:10,24 81:3,6
81:12,15,22,22
82:8 83:1,11,11
83:12,23,23 84:10
84:10,13,19,19,22
84:24 85:1,8,15
86:10 87:1,2,5,8
87:22 88:2,8,8,9
88:20,23,24 89:8
89:10,21 90:8,19
90:19,22 91:13,21
91:25 92:6,12,18
92:23 93:2,6,10
93:12,13,19,22
95:6 97:14,15,17
104:20 105:4,12
106:24,24 107:5
108:18,19 109:3,5
109:7 110:7 111:5
111:6,9,9,10,11
**I'd** 8:13 95:9 96:15
**I'll** 7:8,19,21 17:14
20:7 25:17 26:18
38:6 43:9 46:13
53:1 68:2 71:22
77:25 81:8 82:22
88:5 107:9
**I'm** 4:7,23 6:20 7:5

7:5,17 8:21,22,23
11:20 12:9 18:2
21:4,4,17 22:2
23:22 24:7 25:16
26:16 29:14 30:3
31:23 33:1,13,20
36:2 38:10 39:12
39:13 40:10,17,20
40:21 41:15,24
42:1 44:8,11,23
45:12 46:6 47:12
47:16,22 48:14
52:13,24 53:22
55:13 58:16 59:14
59:17 62:1,16
64:22,25 65:14
66:2,21,22 67:5
78:7 79:21 80:2
82:24 85:21 87:2
87:7,10 88:11
91:22 94:16 95:3
97:14 105:17
**I've** 26:13 28:22
66:23 84:4 93:14
**ID'd** 3:22
**idea** 22:12 43:1
73:21 76:16 77:23
78:16
**identification**
107:13
**if** 5:23 6:12,18,25
7:6,7 8:10,11,15
8:20,22 9:3,21,23
10:1,10 12:2,9
16:20 18:25 22:2
22:11 26:12,13,16
27:5,15,17 28:10
29:9,12 32:7 35:8
36:2,21 38:11
39:18,22,24 42:1
44:9,21 45:19
49:5,7,11 52:6,10
52:13,25 53:9,9
53:14,17 54:13
55:10,21 56:11
57:18,19 58:1
59:14 62:17 63:5
63:6,23 65:5
67:15 68:25 69:9
71:18 72:7 73:2
75:21 76:5,23
78:18,20 81:19
82:11,24 83:11,20
84:20 85:4,23
86:12 87:7,14
88:2,3,24 89:3
94:11 97:25

100:19 101:2,20
106:1,4,12,15,22
106:23
**ignore** 49:4
**II** 74:7
**impair** 5:14,18
**important** 30:23
54:9
**impose** 55:24 63:11
104:23
**impressed** 20:10
**improve** 84:23
**improvement** 77:19
77:21 78:12,14
79:22
**in** 1:9,11,12,13,14
1:16,17 4:9,25
5:22,24,24 6:21
7:11,12 8:22 9:8
12:10,22,24 13:6
14:14 15:4,16,17
16:17,18,21,23
17:4,15,18,20
18:25 19:1,6,15
19:20 20:10 21:1
21:25 22:6,11,13
22:18,19,20,22
23:6,15 24:3,5,10
24:13 25:4,6,10
26:4,23 27:13,21
28:18 29:24,25
30:4,8 32:5,16
33:16,21 34:15,16
37:19 38:3,23
39:3,9,9,15 40:12
40:15 42:10,11,11
43:17 44:9,24
46:14,25 48:8,9
48:15 49:7 50:17
51:7 52:2 54:13
54:16,20 56:22
59:20 60:6 61:2
61:19 62:5,14
63:15,17 64:9,15
64:23 65:4,18,19
65:25 68:1,8,9,16
69:9,22 70:8
71:14,21 72:4,13
72:15 73:2,6,7,9
73:11,15 74:12,13
74:14,15,22,22
75:19 76:12,12,17
77:15,21,25 78:8
79:5,22 81:16
82:23,25 86:2,16
86:18 88:11 89:15
89:17 91:20,21

93:8,19 94:7,11
94:12 95:15 97:9
97:20 102:2,21
103:1,11 105:15
105:23,24 106:14
106:24 107:1,1
108:2 111:12
**inability** 99:4
**incentive** 66:14 67:8
68:5 83:24 85:14
85:25 86:14
**incentivizing** 67:13
**incident** 60:3
**income** 43:14
**increase** 70:23
**increased** 85:14,24
86:13
**indicate** 65:11 96:9
**indicated** 106:25
109:5
**Indicates** 68:12
**indicating** 94:4
**indication** 93:24
**individual** 24:5 59:4
85:16 88:2
**individually** 95:2
**individuals** 49:3
**influence** 5:13
**information** 13:25
**initial** 55:5,7
**inner** 16:23 17:16
**insinuated** 59:14
**inspect** 106:17
**inspected** 102:9
**inspecting** 79:10
**inspection** 98:8 99:2
99:19 100:9
103:21
**inspector** 4:19
18:18 22:19,24
23:6 24:17 38:24
40:13 46:9 91:23
96:2,9,22 98:4,14
99:10 100:3,21
101:4,12,22
102:16 103:16
104:10,22 105:1
**inspectors** 55:24
56:1 75:24
**instance** 23:10
29:12 31:24 51:13
88:4 103:11
**instances** 29:24,25
30:4 106:14
**Institute** 2:15 4:8
**instructed** 8:7 30:16

**instructions** 6:2
108:2
**intentionally** 89:9
**intentions** 57:20
**interested** 7:11
16:21 22:11
111:12
**International** 23:8
**interrupt** 5:7 6:13
6:15,22 97:14
**into** 17:7 27:12 29:1
31:1 33:16 36:18
36:21,23,25 48:20
56:6 60:20 64:7
64:13 66:13,14
67:9,13,16 68:4
70:19 73:4 81:20
83:25 86:25,25
87:11,16,25 89:12
94:4
**investigate** 15:18
17:7
**investigations** 9:13
**investors** 72:18,20
73:10
**involved** 17:24,25
18:5 42:24 44:14
44:18,24 63:15
72:23
**involvement** 18:9
64:15 65:19
**involving** 10:13
**is** 4:7,8,10,22 6:18
8:2,3,11 10:24
15:25 18:5 19:21
19:25 20:2,2,5
21:5,16,25 22:25
24:18 26:17 28:8
28:25 29:13,19,21
31:4,13 32:2,12
33:13,23 34:16
36:7,12,16,21,22
36:22 41:3,8,10
42:16 45:21 47:25
48:18,19,23 49:13
49:14,17 50:7,16
51:1,15,24 52:1
54:8 55:2,4,19
56:2,11,14 61:3
62:25 63:1,2,8
64:4,5,10,12,16
65:15 66:8,9,17
66:18 67:1 68:6
68:19 69:14,24
70:20 71:9,16
72:8 73:9 74:6,11
74:16 75:4,5,6,25

77:6 78:8 79:24
81:18 82:23 83:23
83:24 84:21,22
85:10,18,23,23
86:22,23 88:7,14
90:24 91:2,5,7,9
91:10,11,12 93:18
94:23 95:5,7,10
95:24 96:2,7,22
96:24 97:2 98:6
98:16,18 99:1,12
99:18 101:24
102:15,24 103:3,5
103:24 104:2,14
105:9,19,19 106:8
111:7
**Island** 42:21
**isn't** 84:21
**issue** 19:13 32:18
35:3 43:12 47:8
65:20 70:3 86:21
87:1 88:16,23
89:4,25 90:6,17
**issued** 44:6 70:23
89:12
**issues** 41:23
**issuing** 19:22 90:4
92:4,9
**it** 6:4,13,18 7:1,7,8
7:23 8:15 11:14
12:20,23 13:4,11
13:17,18,18 15:3
15:11 17:10,11,11
18:10 20:3,20
21:5,8 22:2,13
23:20 24:16,24
25:2,7,24 26:5,5,6
26:8,22 27:5 28:5
28:8,8,16,18 29:1
29:1,9,10,16,20
30:8,25 33:21,23
34:11 35:9,25
36:7,12,16 37:1
37:10,12,17 39:19
39:25 40:2 41:13
42:5,7,8 43:8,15
43:18,20 44:3,9
44:11,12,20,21,24
45:7,14,16,19
46:1,3,7,8,14,19
48:19,23 49:13,17
50:4,5,6,18,19,22
51:4,12,13 52:6
52:10 53:16 54:8
54:14 55:4,5,16
56:9,14 57:7,13
58:10,18 60:13,18

61:7,8 62:6,7,8,10
62:25 63:1,2,5,13
64:7,10 65:2 66:2
66:4,8 68:2,21,25
69:1,4,9,17,24
70:1,17 71:7,14
71:20,25 72:10
73:1,19 74:12,17
75:7,17,18 78:1
78:12,21 79:8,11
79:11,13,24,25
80:1,2 81:4,20
82:5,12,18 84:4
84:20,24 85:19,24
86:5 87:4,17,21
88:1,9,13 92:19
93:8,11,13 94:12
94:20,24 95:20
96:20 97:6 98:18
99:5,6,21 100:8
101:10,16 102:2
102:20 103:6,19
104:7,14 105:9
106:4,5,15,20,22
106:24,25 107:1
**it's** 12:11 25:18,25
29:8,16 30:5
31:25 34:5 38:16
39:14 43:21 46:22
50:1,10,11,13,15
55:3,16 56:16
57:18 72:8,16,16
76:5 77:15 79:16
81:3 83:2,8,9 85:8
85:17 88:3,10,24
91:13 95:9
**Item** 63:23
**items** 40:20
**itself** 77:11 108:3

**J**

**James** 1:5 22:16
96:8
**Jim** 4:11 100:13
102:5
**job** 19:3 22:5 24:9
70:21 74:21,23
75:1,2,8 80:12
**Joe** 58:10
**join** 14:16
**joined** 14:9 16:25
**joke** 13:19
**judge** 5:24 8:3
**judgment** 77:18,21
**July** 98:19 99:2
**jump** 34:10
**jumping** 34:6,8

**jury** 5:24
**just** 4:18 5:5 6:19
7:1,6 8:11 12:11
15:6 16:7 18:12
19:24 25:15,17,18
27:6,14 28:25
34:14 39:11 43:16
44:11 46:6,17
51:23 53:10,16
60:13 64:2,22
66:18,25 67:5,18
67:20 69:4 73:11
73:15 74:18 75:8
79:16 81:14 86:12
88:5,11,12 91:25
94:22 95:6 104:18
106:9,19
**Justice** 2:15 4:8
**justify** 74:23 75:8
**justifying** 74:21

**K**

**K-e-p-t-o** 4:14
**K-n-o-l-l-w-o-o-d**
52:22
**Katherine** 2:8
110:13,15 111:5
111:15,16
**keep** 25:18 53:12
76:4,11 94:18
**KEN** 1:13
**kept** 28:24
**Kepto** 1:21 3:23,24
3:25 4:1,6,14
63:23 64:3,4
93:18,24 94:17
109:11 110:8
111:7
**kidding** 33:20
**kind** 13:19 38:9
42:8 51:18 79:18
**kindly** 108:4
**knew** 16:21
**Knollwood** 52:19,19
52:22,22 53:1
**know** 6:19 7:1,6,7
8:11,20 16:7
25:11 31:4 38:9
38:11 39:12 44:14
45:15 46:4,19
52:10,13 53:7,9,9
53:21 54:2 57:3,4
59:3 61:3 62:24
65:5 68:19 70:17
72:7,8 73:18,20
75:21 76:5,8,23
77:23 80:24 81:23

92:6,12,14,20
93:2,10,12,18
107:5
**knowledge** 21:7
57:19

### L

**lady** 9:6 10:8,9,14
43:10 53:3 63:15
95:25 96:25 98:6
98:16 99:12 100:5
100:23 101:6,14
101:24 102:18
103:18 104:12
**laid** 19:4
**Lane** 10:8,14 95:25
96:25 98:16 99:12
100:5,23 101:6,25
102:19 103:18
104:12
**larcenies** 15:21
**large** 2:9 75:16 91:2
91:4,12
**larger** 75:9 92:14
92:21
**last** 12:24 16:18
18:2 23:22 58:11
63:25 73:23 92:25
104:7
**later** 8:5 19:8 50:25
51:1,15,16,24
63:7 65:2 73:9
103:8 104:5
**law** 5:22 47:17
66:19 67:1,2,23
68:7 69:22
**lawn** 20:19 34:16
37:19 38:25 46:2
53:20 103:25
105:23 106:3,12
106:17
**lawnmowers** 81:13
**laws** 47:18
**lawyer** 7:22
**learn** 13:24
**learned** 17:17
**learning** 7:11
**least** 45:15
**leave** 18:24 39:14
57:5,8,10
**Leavengood** 22:16
25:10 96:8
**leaving** 29:13
**led** 18:13
**left** 39:5 102:5
103:23
**left-hand** 95:19

100:10
**less** 14:8 73:19 76:6
80:22 83:1 93:11
**let** 5:5 7:1 8:11 33:2
45:15 57:10,25
58:1,5 60:2 62:22
63:2 67:20 88:13
**let's** 20:22 46:22
55:15 60:5 86:17
88:12 94:22
**letter** 19:25 20:1
26:13,18,20 27:8
27:10,16,17,18,20
47:24 55:4 60:14
60:23 61:5,19
87:2
**letters** 20:10 24:8
25:11 26:25 27:15
60:24
**level** 77:17
**levied** 4:11
**lien** 55:25 74:14
81:11 86:8 88:8
**liens** 52:8 69:18,25
70:3,23 71:8,15
71:22,24 72:2,3,9
72:13,14 74:24
80:11 84:21
**like** 6:4 7:23 8:13
15:3 23:11 24:16
27:16 33:20,21
38:4,8 39:11
41:20,25 42:5,8
42:22 44:24 45:7
45:20 46:7,8
63:21 69:4,6 70:9
71:14,21 72:15
80:9 82:21 84:14
88:14 96:15 106:4
**likelihood** 43:14
**limited** 43:14
**line** 59:18 108:5
**list** 32:11 35:2,18
**listed** 100:9
**literally** 24:12 72:11
**little** 5:6 9:11 46:10
68:21 70:14 75:15
75:18 79:15
**live** 32:16 43:13
91:21
**lived** 22:13 91:20
**LLP** 2:20
**local** 23:7
**located** 10:13
**long** 8:16 12:17,19
12:23 15:14 16:9
17:2 32:3,8,22

33:8,14 34:24
36:19,22 37:1,5
37:10,13,24 38:15
38:21 40:8,18,23
41:4,20,21 52:3
62:10 80:25 81:19
92:4,9 106:5
**longer** 22:20 49:12
49:13 50:4,5,6,22
52:1
**look** 7:23 28:18,23
34:10 38:4 39:12
63:24 68:21 69:4
69:9 71:3 72:14
82:9
**looked** 42:4
**looking** 7:13 28:14
28:16 38:2 72:14
76:19 78:6 81:12
84:14 92:24 93:2
**looks** 42:1 69:6
**lot** 6:9 17:17,23
19:15 23:14 25:7
26:1,5,5,8 28:3
29:1 32:12,14
36:2 38:17 41:22
42:6 70:13 72:15
73:1,3,7,9,13
74:19 81:10,11,15
88:13
**lots** 70:3 75:5
**loud** 6:13 41:15
64:2
**loudly** 4:12
**LOWELL** 1:10
**Lyle** 2:8 110:13,15
111:5,15,16

### M

**M-i-c-h-a-e-l** 4:14
**made** 45:3,7 53:14
53:17 59:24 91:9
94:5 108:20
**mail** 27:2,5,7,9,10
27:15 47:24 48:6
48:6
**mailing** 62:19
**main** 20:8
**maintain** 14:21
43:19 103:25
**maintenance** 23:8
98:25
**Major** 31:2
**make** 6:14,16,23 7:3
7:9,15,24 8:8,14
8:25 18:11 29:1
43:19 55:20 62:7

70:18 80:17 82:12
85:18 94:11 108:2
**making** 45:19 83:13
**man** 38:10
**manager** 43:19
**managers** 13:19
**many** 5:3 11:10
14:20 15:7 21:12
25:11 28:5 53:8
54:22 70:10,11,11
70:12 76:15,17
81:13 84:12 107:3
**March** 110:12
111:13
**margin** 100:10
**Marion** 9:6 10:8,9
10:14 53:3 63:16
95:25 96:25 98:6
98:16 99:12 100:5
100:23 101:6,14
101:24 102:18
103:18 104:12
**mark** 7:19 94:24
108:3
**marked** 3:22 107:12
**market** 19:1 73:3
**marks** 38:4
**mass** 59:11,17
**math** 77:10
**matter** 51:23 71:18
86:23
**maximum** 55:21
82:12
**may** 71:20,21,22
72:14 91:13
106:24
**maybe** 19:20 24:1
35:1
**Mayor** 16:19 19:3
44:6
**Mayor's** 31:7 44:4
**me** 7:1 8:11 9:8
16:20 21:11 24:1
25:14 29:14 31:1
33:11,18,20 36:20
37:22 40:12,19,20
49:11 53:7 59:1,6
59:7,10 62:7,9
67:17,20 68:15
77:8 79:11,12
82:8 83:14 96:23
99:6 103:5 106:7
108:20 110:8
**mean** 11:17 12:15
13:8 14:25 17:13
18:7 31:18 32:12
34:7 37:7,8 44:16

47:6,12,16,17
55:5,13,15 56:4
56:21 61:2 79:16
84:22 87:5 98:22
**Meaning** 16:4,5
**means** 49:8 106:25
**measure** 74:18
**medical** 5:17
**medication** 5:14
**meet** 17:18 87:20,21
**meeting** 11:25
63:22 80:22
**meetings** 56:2
**member** 1:12,13,15
1:16,17
**memory** 79:25
**mentioned** 14:23
32:21 35:18 42:13
53:20 90:23
**message** 102:5
103:23
**messy** 5:6
**Miami** 2:16
**Michael** 1:9,21 4:1
4:14 109:11 110:8
111:7
**MIDDLE** 1:1
**might** 5:14 6:12
7:20 8:1,4 23:24
40:3 41:25 49:4
94:20
**Mike** 16:20 34:5
78:21
**mind** 33:13 36:17
**mine** 36:5
**minute** 21:20
**minutes** 3:23 63:21
64:24 69:1 94:7
**mistake** 89:8
**mistaken** 59:14
**misunderstood** 24:1
41:1
**moment** 6:20 10:19
21:6,22 39:3
41:18 50:5 64:14
105:16
**Monday** 26:14,17
**month** 19:19
**monthly** 19:18
**months** 25:25 26:4
55:17,22
**Mora** 2:19 3:4 5:5
8:4 15:1 20:14
21:21 24:23 25:13
25:15,23 27:1,23
30:10,18 31:10,14
32:4,9 33:2 34:17

35:23 36:9 37:2
39:21 40:9 41:11
41:14 45:9 46:24
47:4 48:24 49:19
50:8 51:2,17 53:9
54:4,10,19 55:12
57:18 60:11,17
61:15 63:19 64:20
66:11 67:7,17
68:23 72:24 74:4
74:6 75:11 77:10
80:6 81:2,21
82:14 84:5 85:6
86:1,15 88:19
89:20 90:1,7,12
91:16,25 92:5,11
92:22 93:5,14,17
93:19 94:22 95:1
95:9,11 97:16,21
97:23,24 105:12
105:15 107:7
**more** 9:11 12:20
18:8,13 19:15,16
30:22 31:9,19,25
32:2,8 34:18
35:19 36:14 40:23
41:3,23 52:6
56:23,23 67:20
68:21 71:1 73:13
75:15 79:15 80:22
82:7 84:17 85:4
85:23 86:14 89:18
89:25 99:21
100:16 106:14
107:1
**morning** 26:17
**mosquito** 32:13
**most** 17:22 20:23
26:15 72:2 93:3
**mostly** 43:16
**motivation** 29:22
**MOTLEY** 1:14
**move** 18:12 88:12
**moved** 23:16
**mow** 43:18 46:2,5
46:17 81:14 99:4
100:14 105:23
106:2,5
**mowed** 43:3 44:12
44:17 46:16 53:20
81:10 99:6,21,23
102:9,25 106:6,24
106:25
**mower** 43:16 44:21
99:6
**mowing** 34:3,3
42:13,18,23 45:21

46:12 106:12
**mows** 103:4
**Mr** 3:3,4,5 4:5,6 5:5
5:7,9 8:4 10:18,24
12:15 13:14,15,20
15:1,2 20:14,17
21:4,6,13,15,19
21:21,24 24:23
25:1,10,13,15,21
25:23 26:2 27:1,3
27:4,23 28:1
30:10,15,18,20
31:10,12,14,16
32:4,6,9,19 33:2,3
34:17,20 35:23
36:6,9,11 37:2,4
39:4,21,23 40:9
40:11 41:11,13,14
41:15,17 45:9,12
45:17,18 46:7,16
46:22,24 47:2,4,7
48:24 49:1,19,24
50:3,8,13,21 51:2
51:6,17,22 53:9
54:15,19,21,24
55:1,12,14 57:18
57:24 60:5,8,11
60:15,17,19 61:15
61:21 63:19,20
64:3,4,15,20,21
65:6,7,13,17,20
65:22 66:11,16
67:7,11,17,20,21
68:23 69:3 72:24
73:5 74:4,5,6,9
75:11,14 76:23
77:10,12,13 80:6
80:8 81:2,6,17,21
81:24 82:14,17
84:5,6 85:6,11
86:1,9,15,17,20
88:19,22 89:1,2
89:20,23 90:1,3,7
90:9,12,15 91:16
91:18,25 92:2,5,7
92:11,13,15,22
93:1,5,7,13,14,15
93:17,18,21 94:20
94:22 95:1,6,9,11
97:14,16,17,21,22
97:23,24 105:12
105:14,15,16,22
107:6,7
**much** 7:22 17:16
19:16 23:14 29:6
42:23 45:10 46:19

84:17 105:5
**multi-story** 82:23
**multiple** 35:4
**murderer** 59:11,17
**MURRAY** 108:24
**my** 4:6,8 6:20,22
9:10,13 11:4 12:4
12:13 13:14 16:18
19:3,17 28:20
29:21 30:11,11,13
32:5 33:13 34:9
38:6 41:18 45:4
54:5,20,24 56:22
57:25 62:5,21
66:20,22 69:6
70:21 74:11 75:1
75:1 76:12 78:2
79:25 80:12,12,15
80:18 84:13,25
86:10,16,24 87:18
88:10 92:24 93:18
110:11,17 111:8
**myself** 10:18 37:24
65:6

**N**

**N** 3:1
**name** 4:7,13 28:15
42:20,21 43:11
52:16 58:11 93:18
96:5,7
**named** 22:16
**National** 59:20
**navy** 24:7
**near** 43:13 78:19
**nearly** 103:8
**necessary** 67:10
**need** 8:5,10 24:17
54:17,22 66:19
67:2
**needed** 43:8,23
70:23 71:1
**needs** 77:19,21
78:12,14 79:22
**neglect** 30:1
**neglected** 52:1
85:10
**negligence** 51:20
**negotiate** 86:4
**neighbor** 29:13
**neighborhood**
14:22
**neighbors** 29:23
30:1,6 39:14 42:9
**neighbors'** 17:8
**never** 34:13 36:16
62:19 81:10 84:19

89:9
**new** 27:20
**next** 22:5 50:17
51:8 54:14 63:25
71:3 97:5,6,25
98:19 99:24
101:20 102:3,7,14
103:1,14,20 104:4
**nextdoor** 39:16,16
**nice** 83:8
**night** 12:24 24:12
**no** 1:3,3 5:16,20 8:3
11:7,9 12:4,11,21
14:6 20:1,2 22:12
22:20 23:4 27:16
27:24 29:14 30:19
30:25 34:23 35:13
38:10,13 39:2,7
39:25 41:13 43:2
43:5 44:2,20
46:21 48:2,11
52:17 53:22 59:25
60:4 63:18 65:18
65:21 66:3,6,18
67:12,15,16,23,24
67:24 70:4,20,24
71:2 73:21 74:24
76:11,16 78:2,15
78:20 79:11,21,24
80:15,18 82:3
83:19,21 86:16
88:18 89:10,16,21
90:2 91:4,24 94:9
97:13 99:21
100:16 104:19,25
110:18
**nods** 6:10
**noncompliance** 91:7
91:10,14
**nor** 111:10,11
**norm** 105:10
**normal** 16:7 27:6,9
**normally** 10:20
45:23
**Norwood** 52:21
**not** 5:7 6:12,22 7:5
8:7 11:7,18,22
12:5,9,19 17:11
17:23 19:12 21:17
22:2 23:22 24:7
26:13 28:2,21
30:25 35:10,13
37:11 38:10 39:2
39:13,20 40:3
43:6,18 44:2,3,19
47:12,16,22 48:11
48:12,25 49:2

52:13,13,14 53:7
54:5 55:13 56:12
57:4 58:19,22
59:11,14 62:16,17
63:4 64:9,14 65:4
65:10,18,21 66:20
66:21,22 67:16,24
70:13 71:22 72:16
75:1 76:5 77:22
77:25 78:17 79:16
79:21 80:11,15,18
80:21 82:3,24
83:22 85:4,17,21
87:8,14 88:4,11
88:24 89:10,13,21
90:8 92:23 95:2
97:19 103:24
105:3,4,17 106:4
106:17 108:3
111:9
**Notary** 2:8 110:16
**note** 48:9 97:8
99:19,20 100:11
104:1 108:2
**noted** 95:10 97:23
108:19
**notes** 10:21 48:10
64:18 95:17,17
96:13 106:14
111:8
**nothing** 70:17 80:2
83:11
**notice** 2:3 19:23
47:21,25 49:8,8
49:12 50:6,25
51:15 54:9,11,17
55:9,18 60:10
62:23 63:3,6
86:22 87:12,14,24
88:3 90:6,17
**noticed** 61:3
**notices** 61:14 62:15
89:25
**noticing** 61:23 62:3
**notified** 13:21 50:16
**notify** 48:22
**noting** 100:16
**now** 27:15 34:22
51:19 72:8
**number** 7:21 9:19
28:6,10 35:16
56:10 69:25 72:9
74:12 75:4,10
96:17 98:1,12
99:9,25 100:20
101:3,11,21
102:15 103:15

104:6
numbered 63:24
95:2
numbers 28:4,21,24
94:19

**O**

oath 3:8 5:22 110:1
object 41:25
objected 8:6 25:15
objection 25:17
91:25 95:7,10
97:18,23
objections 8:2,4,5
objective 71:4
obligations 61:18
observe 50:1
obtain 71:19
obvious 91:13
obviously 29:10,15
29:19
occupied 36:25
occur 94:14
occurs 50:20
October 100:10
of 1:1,8,12,14,15,16
1:17,21 2:4,6,8
3:8 4:16,23 5:13
5:23,24 6:3,9 8:22
9:5,8,13,14,20
11:4,4,12,15,24
12:16 13:19 14:15
15:7,18 16:19,25
17:8,17,21,22,23
19:20,23 20:2,19
20:21 21:2,7 22:1
22:2,3,4,10,19
23:9,14 24:13,16
26:1 28:3 29:6,7
30:22,22,23,23
32:12,14,21 33:7
33:11,14,15,19
35:2,16,18 36:2,4
37:18 38:9,17,18
38:20 39:5,5,8,17
40:12 41:18,21,22
42:2,2,6,8,21
43:11,21 45:14
47:22 48:4,13,14
48:15,18 51:13,15
51:18,20,23 52:13
52:16 53:7,13
54:9,18 55:4,18
56:9,10,19 57:5,7
57:19 59:7,7,9,10
59:13 60:10 61:17
61:23 62:3,14,15

62:16,21,23 63:4
63:7,16,21 66:1,8
67:1,6 68:6,6,15
68:21 69:4,6,10
69:20,25 70:3,6,9
70:10,13 71:8,15
71:18 72:3,9,15
72:22 73:1,3,7,9
73:16 74:1,18
75:5 76:2,6 77:3
77:14,17 78:23
79:13,18,21 80:3
80:4,15,18 82:9
82:25,25 84:4,7
84:13,20,20 85:5
86:2,8,22,23
87:11,12,14,24
88:13 89:25 90:17
91:5,5,7,10,14
92:14,20,24 93:3
93:21 94:4,12,13
95:7,15,19 96:1
96:20 97:1,12
101:8 102:23
104:18,20 105:5
105:17,18 106:24
108:2,2,20 109:8
110:1,3,5,12,16
111:3,4,6,7,8,10
111:10,10,11,13
off 15:20 19:4 21:19
21:21,23 26:13
80:15,18 92:23
offender 62:23 63:3
86:22 87:24 88:17
89:3,13
offense 88:7 89:5
offer 85:24
offering 58:14,17
offhand 11:7 65:21
80:3,10
office 9:10 27:18
31:1,7 44:4 86:4
officer 4:25 16:23
45:24 46:2 52:4
70:3
officers 17:19 56:24
57:2
official 1:9,11,12,13
1:14,16,17 33:15
33:18 110:11
officially 54:17
often 6:9 19:13
20:18 21:1 25:12
25:22 26:3 80:19
80:21 102:12
106:21

OG 98:21,22
oh 40:19 41:1 88:10
okay 4:20 5:13 6:2
6:25 8:1 9:2 10:23
12:2,8,14,17 34:1
34:21 39:8 40:7
41:14 44:21 45:12
45:17,23 48:6
49:11,16 50:4,25
52:11 56:18 63:15
64:1 65:12,16,22
69:6 74:8 76:23
86:17 89:11,17
94:3,16 95:19
96:1,15,21 97:21
98:11 99:1,8,24
100:19 103:8
104:1 107:6
old 13:14
on 8:3 9:6 10:11,14
13:22 15:12 16:12
18:12,12 19:18
20:20 21:8 23:12
23:18,18,20,21
24:3,24 25:2,18
25:24 26:11,17,24
27:17 28:8,17,21
30:16 32:1 34:24
35:4,25 36:3 37:8
43:14 49:3 52:20
53:14 55:17,19
56:9,14,22 59:5
59:15 61:6 62:12
63:25 64:8,11
65:2,3,13 69:13
71:3,24 72:10
73:1,12 74:11,20
75:18 78:4 82:5
82:15 83:7,9,20
84:24 85:15 88:1
88:5,6 89:16
93:21 94:12 95:19
95:20,21 96:22
98:4,14 99:10,18
99:23 100:3,9,10
100:21 101:4,12
101:22 102:5,16
102:24 103:3,4,16
103:20 104:8,10
104:23 106:15,20
106:22 107:4
108:3,3 109:5
once 26:6,6 39:11
40:14 54:17 55:8
55:8 64:9 65:4
74:24 80:22
one 10:8 11:3,11,12

23:1,17 24:16
31:23 33:13 34:15
34:19 37:23 39:4
42:10 43:18 46:16
48:4,7 55:2 61:19
61:22 62:3 67:20
70:4 74:4 75:4,8
76:10 78:9,11
84:7 89:16 92:14
103:2 106:24
ones 35:21 106:9
ongoing 56:12
only 6:15 10:9,15
13:12,20 36:21
43:7 53:14 73:24
76:1 83:14 84:21
88:17 106:1
open 40:15 41:3
opened 54:3 75:19
opening 19:22
opinion 32:5 68:8,9
86:16
opportunities 78:24
opportunity 107:8
opposing 95:16
option 57:12
options 88:18
or 2:5 5:14,17 9:13
10:12 11:11,20
12:11 13:6 14:24
15:6 16:8,13
17:11,25 18:9
19:20,22 22:2
24:6,12 25:17
29:2,18 30:11,13
31:2,4,5,7 32:15
32:15,25 33:4,5,5
33:25 39:16 41:12
42:6,21 43:8
44:10,19 49:18,22
50:11 52:10,14
53:2,16,21 56:12
56:14 58:1,5 60:2
61:7,8 62:12,17
65:9 67:23,24
69:1 70:12,17,18
72:4,17,18,20
73:10 75:22 76:5
77:23 78:21,25
80:16 82:9 84:23
85:19 87:8 88:4
88:17,18 89:13,18
92:19,25 93:11,24
94:13 104:4 105:8
109:4 111:10,10
111:11
orally 6:12

order 12:10 44:4
64:5,10 94:1
orders 44:6
ordinances 23:7
ordinary 6:11
original 54:12 78:21
108:2,3,18
originally 90:14
other 2:5 6:19 10:2
10:4,8,11 11:6
12:3,5 13:9 15:9
16:5,7 23:2 27:13
28:24 29:7 32:7
32:15 35:16,21
40:7,20,23 41:19
49:18 52:23 56:13
56:24 57:1 58:19
60:3 65:19 66:5
66:17 68:22 70:6
73:24 81:12 87:3
87:5,7 89:1 92:20
104:20
others 31:9 34:21
44:10
otherwise 8:13
25:19 57:13
our 4:11 24:19
26:23 27:19 28:21
28:22,24 31:1
44:21,21 60:18
61:6 62:5 88:14
95:14
out 6:13,13 7:6
14:15 25:10 26:16
26:23 27:8,15
29:13 31:5 33:15
34:3 38:6 40:14
41:15 43:12 44:4
44:18,22,23 45:14
56:10 60:23,24
61:5 62:8 63:6
64:2,22 70:10,16
70:18 74:10 84:2
86:7 87:2 105:7
outside 95:7
outstanding 84:8
over 6:19 9:5 23:1
26:16 34:10 37:10
72:1,12 74:13,22
82:9 92:24
overall 69:10
overgrown 20:19
34:16 35:15,19
37:19 39:1,9
53:25 103:24
overgrowth 12:1,3,6
20:12,23 21:7

25:9,11,12,22
26:1,3,10,12 29:6
29:17,22 32:14,20
92:20 93:4 97:8
98:8,23,24 99:16
100:7,12,13,25
101:8,17 102:4,23
104:15
**overlap** 14:24
**overlooking** 59:16
**owned** 71:25 72:17
72:20 82:24 83:11
**owner** 38:1 44:13
44:19,25 45:20
46:3,8 50:16
52:16 55:3,17
86:3 91:5,6,7 99:3
99:5,22 100:13,15
102:8 103:3,24
**owner's** 56:13 102:5
**owners** 17:21,23
27:13 46:11

**P**

**p.m** 1:23,23 107:11
**page** 3:2,7 63:25
69:8,13 71:3
75:18 77:15 78:1
78:5,18 95:20,20
95:22 96:20 97:1
97:25 98:1 99:24
101:11,20 102:14
103:14 104:4,7
108:3,5 109:1
**pages** 1:24 63:23
68:22 73:25 77:14
95:2 96:15 98:11
99:8 100:19 101:2
104:5,7 109:3
**paid** 72:12 81:9
**paperwork** 62:5
**paragraph** 63:25
**parked** 24:10 31:4
32:1 36:3
**parking** 23:18 24:3
25:5,7 88:5,6
**part** 18:3 23:22
67:1 68:1,6,15,16
94:12
**particular** 23:15
26:14 28:7 35:5
44:5,7 65:18
89:16 96:10
**parties** 111:10
**parties'** 111:11
**partner** 38:6
**partnership** 17:20

69:22
**parts** 10:11
**past** 73:25 83:17
86:12,14 104:7
**patrol** 14:14 15:17
16:7
**patterns** 14:20
**PAULEY** 1:15
**pay** 72:1 81:11
85:19,24 86:13
**penalty** 5:23
**pending** 8:12
**people** 13:12 24:2
26:15 27:21 29:2
29:18 37:9 41:19
41:25 43:7,23
47:10 66:9,13
67:13,22 68:7
70:19 72:15 73:13
81:15 85:17
**per** 82:13 83:17
**percentage** 72:22
73:16
**performance** 69:10
69:11 71:4 74:2
77:17 78:2,20
**period** 74:15 84:13
**perjury** 5:23
**permits** 23:10 73:14
**permitted** 2:5
**permitting** 103:6
**person** 26:14 28:7
29:11 35:8,11,14
36:21 55:10,18,21
59:13
**personally** 60:22
61:6 62:18 80:7
110:8
**personnel** 69:4,7
**pertaining** 23:8
**Pete** 19:9 22:13,18
22:21 52:3,8
84:12
**Pete's** 20:13
**Petersburg** 4:24
14:11,12 15:10
16:20 17:1,5
18:17 19:7,14
20:6,9 22:6 70:9
**philosophical** 67:18
**phone** 27:22 28:4,6
28:10,21,23 99:5
102:5
**photos** 56:19
**picture** 33:19
**pictures** 24:13
56:23 62:21

**pieces** 46:6
**PINELLAS** 110:5
111:4
**place** 2:1 48:8 61:20
83:8,12,15
**placed** 72:9 74:25
**Plaintiff** 2:4
**Plaintiff's** 93:23
**Plaintiffs** 1:7 2:18
4:9
**planned** 93:25
**please** 4:12,13 6:11
6:19 7:1,22 8:11
25:20 108:2,3
**plus** 69:19
**point** 6:13 48:18
66:8,18 67:1,6
85:13 86:13
**police** 4:25 14:9,10
14:11,13 15:10
16:2,6,9,23,24
17:10,24
**policing** 14:17,18
15:5,25 16:17
17:15 18:14
**pool** 41:8
**pools** 32:13 35:22
**poorly** 106:25
**portion** 95:19
**position** 22:5,11,22
22:25 30:9
**positions** 14:23 23:2
70:9
**possible** 8:14 55:21
62:25 63:1,2
87:17,19,21 105:9
**post** 27:18 48:7,7
**posted** 27:17 56:18
**posting** 48:14 56:19
61:18,19
**postings** 62:21
**potential** 40:7
**practical** 85:18
**practices** 105:6
**Pre-Evaluation**
74:2
**prefer** 94:18
**preparation** 12:24
**prepare** 9:4 12:10
13:3
**preparing** 12:18
**present** 94:16
**presented** 93:23
94:7
**preserve** 8:4
**pretty** 5:10 6:4
17:16 45:10 72:2

83:23 84:22
**previous** 69:13 70:8
**previously** 100:16
103:4
**price** 42:25
**prior** 78:5
**prioritize** 30:17
**prioritizing** 36:13
**priority** 29:6,8,14
36:1,4
**proactive** 23:14,19
23:23 24:15,21
30:5
**probably** 8:19
15:15 26:8,13,18
34:18 65:7 67:16
68:3 88:1 106:5
106:15 107:1,1
**problem** 11:11
13:18 23:16 56:12
77:18 81:5 88:4
98:24
**problems** 32:13
40:7 42:3
**procedure** 2:6 20:5
47:23
**proceedings** 47:1
60:7 86:19
**process** 92:1
**produce** 86:14
**productive** 70:2
**productivity** 70:1,5
70:7,15,20 74:18
75:17
**professional** 78:24
111:5
**Professionalism**
69:21
**proficiency** 69:11
**program** 84:8 85:2
**prolonged** 18:9
**prompt** 54:9,11
**promptly** 105:8
**properties** 10:8,11
17:7,8,9,16,22,22
17:23,24 18:1,8
24:20 32:23 33:4
33:8 36:13 38:24
44:7,12 56:14
67:13 68:3 72:4
72:23 73:7,9,16
79:9 81:16
**property** 9:6 10:13
10:15 13:16,18,19
13:22 17:21 18:12
23:8 27:12 34:3
34:24 35:3,5 37:9

39:18,19,24 43:3
44:2,3,5,17 46:16
48:20 49:7 51:21
52:15 53:3 55:16
56:18 61:18 64:6
64:8,9,12 65:3,3
65:13 66:14 67:9
67:15 71:24 73:12
83:25 84:21,23,24
85:9 86:3 88:4
94:13 98:6,9,17
99:13,23 101:9,15
101:18,25 102:9
102:19,25 103:24
104:13 107:4
**property-by-prop...**
56:14,16
**provided** 9:9
**providing** 103:9
**public** 2:8 31:15,18
31:20 32:17 48:8
61:19 110:16
**pulled** 88:11
**punish** 66:9 67:22
68:6
**punishments** 56:1
**purchased** 72:12
**purpose** 66:17
67:12 68:6,16
**purposes** 2:4,5
109:6
**PURSUANT** 2:3
**put** 28:25

**Q**

**Q** 4:6,15,18,20,22
4:25 5:3,10,13,17
5:21 6:2,18,25 7:5
7:11,17 8:1,10,19
9:2,7,11,16,18,21
9:23 10:1,4,7,10
10:15,17,19,23
11:1,6,8,10,12,17
11:20,24 12:2,5,8
12:14,17,20,22
13:1,5,9,12,15,17
13:24 14:3,5,7,10
14:12,18,23 15:3
15:9,12,14,16,18
15:24 16:2,5,9,14
16:16 17:2,4,10
17:13 18:2,7,13
18:16,19,22,24
19:4,6,11,13,16
19:21 20:5,12,18
20:22 21:1,16,25
22:4,8,15,17,22

22:25 23:5,11,22
24:16,20 25:2,12
25:22 26:3,6,9,19
26:21,25 27:5,10
27:21 28:2,5,10
28:13,16,18 29:3
29:6,17,21,25
30:4,8,16,21 31:8
31:13,17 32:2,7
32:20,25 33:4,7
33:11,22 34:1,14
34:21,24 35:2,6,8
35:11,14,17 36:7
36:12,16,24 37:5
37:8,12,16,18,22
38:9,11,14,20,23
39:3,8,24 40:3,7
40:12,17,22 41:1
41:6,8,10,18,24
42:10,13,16,19,23
43:1,3,6,21,25
44:6,9,12,16,23
45:3,5,7,19,23
46:1,6,19 47:3,8
47:14,18,20,23
48:9,12,15,22
49:2,4,7,11,16
50:4,22,25 51:7
51:10,13,15,23
52:2,6,9,11,15,18
52:20,25 53:2,5
53:12,15,19,22,25
54:3,8,16 55:2,5,8
55:15,21 56:1,6
56:13,18,21,24
57:3,5,8,10,12,15
57:25 58:4,7,9,12
58:17,21,23 59:3
59:9,12,17,23
60:1,9,16,20,24
61:2,8,11,13,22
61:25 62:2,10,14
62:18,22,25 63:2
63:5,11,13,15,21
64:2,14,22 65:2,9
65:12,16,19,22,25
66:4,7,17,21,24
67:5,12,22 68:1,6
68:9,11,13,15,18
68:21 69:4,8,14
69:17,24 70:2,6
70:22,25 71:3,7
71:11,14,18 72:19
72:22 73:6,15,19
73:21,23,25 74:10
74:12,18,22 75:3
75:8,15,18,24

76:2,6,9,14,17,21
76:23 77:1,3,8,14
77:20,23 78:3,8
78:11,13,16,18
79:3,5,8,13,15,18
79:22 80:1,4,9,13
80:16,19,22,25
81:18,25 82:4,6
82:11,18,21 83:4
83:16,20,22 84:1
84:7,16 85:3,12
85:17,23 86:10,21
86:25 87:3,10,16
87:20,23 88:16
89:3,7,9,11,15,17
89:24 90:4,10,16
90:20,23 91:2,6,9
91:12,19,22 92:3
92:8,14,17,20
93:2,8,11,18 94:3
94:10,16 95:2,12
95:15,19,24 96:1
96:5,7,9,12,15,20
96:22,24 97:1,5,9
97:11,25 98:4,6,8
98:11,14,16,19,22
99:1,8,12,15,18
99:24 100:3,5,7,9
100:15,19,23,25
101:2,6,8,11,14
101:17,20,24
102:2,7,10,14,18
102:21 103:1,8,11
103:14,18,20
104:1,4,10,12,15
104:17,20 105:1,5
105:15,18,22,25
106:2,7,10,12,17
106:21 107:3
**question** 6:21,25 7:2
7:7 8:2,12 9:2
20:7 25:20 29:21
30:2 36:20 39:17
40:21,22 41:11,18
42:24 52:23 53:10
54:24 57:18,21,22
57:25 66:8,23,24
66:25 67:19,25
73:15 79:6 85:22
85:23 86:11,12
88:21 90:14,16
92:1 97:18
**questions** 6:6,7,8
7:18 8:6 21:14
68:25 93:14,20
104:21
**quick** 6:5 18:11

**quicker** 18:13
**quickly** 18:8
**quite** 4:21 22:14
**quote** 58:25
**quoted** 94:8

_____

**R**

**rain** 25:7 103:6,6
**rained** 26:5
**rainy** 20:25 21:1,16
**raise** 83:17
**ran** 33:15
**Randy** 2:19 93:18
**Randy@cityattor...**
2:22
**range** 82:2 93:9
**rat** 33:15 34:16,25
38:4 42:11 52:15
**rated** 77:21 79:22
**rather** 18:8 104:4
**rating** 77:24 78:4
78:11,14
**rats** 32:15,17,21,22
33:4,8 34:6,8
37:17 38:1,5,14
38:16,19,20 39:11
39:16 42:7 53:3
**Re-ask** 40:20
**read** 9:5,7 10:4,7,17
12:24 64:2 77:17
78:4,11 97:5
98:20 99:20
100:11 102:2,21
103:1,21 107:9
108:2,18 109:3
**real** 9:2
**realize** 91:13
**really** 7:5 19:12
23:12 27:14 33:22
58:19,22 79:16
82:8 83:8 93:10
106:22
**reason** 40:3 76:14
91:2,4 97:11 99:3
104:17
**recall** 10:16 12:7
34:19,21 37:3,11
39:2 42:12 44:6,8
44:11 52:5 53:4,5
80:10 89:10 90:8
90:22 92:23
**receipt** 27:6
**receive** 62:17
106:18
**received** 26:12
41:22 58:19 61:14
69:19 78:13

**receives** 55:17
**receiving** 59:15
**recently** 84:2
**recognize** 95:4,13
**recommend** 56:1,3
**recommendation**
56:5 82:7 84:25
94:5,6,11
**recommendations**
56:7 84:7
**recommended**
45:11,24 46:2,9
84:2,10
**recommending** 56:7
81:25 94:8
**record** 5:6 6:8 21:19
21:21,23 53:15,17
69:18,20,24,24
97:12 108:20
111:8
**Recorded** 69:18
**records** 28:19 65:1
104:18 106:8
**red** 77:15
**REDIRECT** 3:5
105:13
**reduce** 84:8
**reduction** 19:1
**refer** 10:20 58:13
77:25
**referred** 59:21
**referring** 49:21 50:9
65:5 75:21
**reflects** 104:1
**refreshed** 79:11,25
**regarding** 11:3
41:20
**Registered** 111:5
**regular** 13:22 23:21
98:25
**reinspection** 26:24
**related** 69:5
**relations** 79:14
**relationship** 40:17
**relationships** 78:8
**relative** 111:9,10
**remains** 100:12,13
**remember** 9:16,21
9:23 10:1,10 11:1
11:6,8,14,24 12:2
18:25 25:9 27:5
33:7 34:15,25
35:8,11 36:24
43:11 44:9 52:6,9
52:16,18,20 53:19
53:22 64:23,25
65:9,12,14,16,19

65:22 66:3,4 73:2
76:9 80:13 82:8
89:22 90:20 92:3
92:8 93:23 94:3
94:10
**remembered** 52:25
**remind** 79:13
**reminded** 79:11
**renovated** 72:9
**rent** 83:8,12
**rental** 17:23 44:2
55:16 83:8
**rentals** 83:1,5,6,12
**renting** 83:17
**reoccur** 88:3
**reoccurs** 50:18
54:13 55:15
**repairs** 18:12
**repeat** 47:3,5,9,11
47:25 49:22,24,25
50:1,12,14,16,18
51:7 54:8,14 55:9
55:16,18 60:9
61:4,23 62:3,15
62:23 63:3 64:6
64:11 82:1,12
83:10 86:22 87:8
87:24 88:8,9,12
88:16,17,18,23,24
89:3,5,12,13 90:4
90:17
**reply** 11:4 78:2
**report** 3:25 53:18
96:16 111:6
**reporter** 6:7 7:19
94:23 108:4 111:6
**REPORTER'S** 3:9
111:1
**reporters** 6:9
**REPORTING**
108:24
**reports** 9:5,7,13
10:5,7,19 12:16
**represent** 4:9 93:19
**request** 11:3 105:22
106:4
**requested** 27:6
106:1 111:7
**requesting** 28:24
**resend** 27:20
**reserve** 16:12
**residents** 24:17 79:9
105:3
**resolved** 29:15 35:6
87:1
**Respondent** 97:7
**responding** 102:12

103:12
**response** 12:22
21:10 26:9 27:14
49:8
**responsible** 14:20
**restate** 6:2
**results** 17:12
**retire** 16:14,16 57:9
57:11,14,17 58:2
58:5,6 60:2
**retired** 4:23 16:12
16:24 24:6
**retreated** 40:4
**return** 27:6 108:4
**returned** 74:13
**revenue** 74:13,23
**review** 9:10 11:10
13:10,13 78:2
111:7
**reviewed** 10:23
12:13 13:1 104:18
106:9
**reviewing** 64:18
95:16
**Rice** 45:6 46:7
**ridiculous** 81:3
84:22 85:4,8
**riding** 65:7
**right** 4:6 10:24 15:6
15:25 34:16 39:20
40:1,5 42:14 45:8
45:21 46:1 48:19
48:23 49:5,9,14
50:7,23 51:1
55:19 56:2 64:16
68:18 71:5,9,16
74:16 75:6,9,10
77:6,15 79:24
83:9 85:20 86:23
90:25 91:7,17
92:19 96:1,20
97:6,22 107:7
**risk** 39:17
**road** 43:11
**role** 18:19
**roles** 15:7,9 16:5
**RQST** 102:3,21
103:21
**RSLT** 97:6 98:19
103:1
**rule** 8:3
**Rules** 2:6
**ruling** 8:5
**rumors** 84:4
**run** 35:18 38:17
**running** 71:25

**S**

**S** 2:1,14
**s/** 110:13 111:15
**safety** 31:15,19,20
37:14
**said** 10:19,23 11:12
18:5,22 21:5,8
23:23,24 30:4,21
32:20 33:18,23
34:9 35:17 38:6
64:14 66:3 78:19
86:21 105:7
**same** 5:23 6:21 42:7
51:12 61:12 62:8
76:24 98:9 99:12
102:18 104:12
**sat** 72:6
**satisfying** 17:12
**saw** 26:5,8,9 34:2,16
34:25 52:2,15
78:3
**say** 4:13 5:10 8:20
11:20 12:14 31:2
36:7,12,16 49:4
55:5,15 56:16
59:23 62:18 66:8
66:12,18 67:1
69:17 76:2,5 82:6
107:3
**saying** 25:17 52:20
85:21
**says** 34:5 38:2 65:2
69:9 71:7 74:6,12
74:17 75:18 78:1
78:12,21 95:20
96:20 97:2,6 98:1
99:5,21
**scared** 39:5
**schedule** 100:11
**schedules** 76:19
**school** 14:1,7
**scope** 95:7,10
**seal** 110:11
**season** 20:21,22,22
20:25 21:1,9,9,16
25:24
**second** 64:10 88:7
99:2,19 100:9
**seconds** 33:21 69:1
**section** 69:9 71:4
74:1,7
**see** 17:12 19:12
20:18 21:2 25:12
25:22 26:1,3,6
34:11 36:18 37:5
37:9,13 38:3,14

38:16,17,18,24
39:4,6,13,19,22
39:24 40:3 44:21
49:17 60:9 61:13
69:12 87:1 88:8
95:21 96:3,5,18
97:1,2,15 100:1
104:5
**seeing** 33:7 36:24
**seemed** 42:5 106:4
**seen** 6:18 7:17 34:5
34:7 39:9 42:10
**seldom** 28:23 29:5
68:4
**sell** 81:11
**send** 19:24 20:1,3
24:13 26:20 43:4
44:13,17,21 48:3
49:11,12 50:6
60:13 71:1 87:8
87:12,14,16,18,23
88:12
**sending** 19:18,21
26:13,18,25 27:15
47:24 48:5,6 61:5
61:18 62:23 63:3
**sense** 6:16,23 7:3,9
7:15,24 8:8,25
**sent** 20:10 25:10
51:1,4,15,24 55:3
63:6 69:20 99:21
**separate** 9:19 51:11
**Separation** 68:20
**September** 64:24
97:9,10 99:18
**septic** 40:15 41:3
**serious** 29:9,11,16
29:17 30:5,8 31:9
31:19,25 32:3,8
35:19 40:23 41:4
**service** 43:21 45:1
69:22 78:5,9,25
79:4
**service/communic-**
78:22
**services** 105:2
**Set** 69:20
**settle** 72:2
**settlements** 74:14
**seven** 16:13,18 56:4
**several** 10:6 14:14
83:7,13
**severity** 56:9
**sex** 15:22
**she** 38:2 43:11,13
43:14 44:8 59:3,7
59:20 62:6

**sheet** 3:6 108:1,4
109:6
**short-term** 83:1,5,6
83:12
**should** 51:3 78:23
82:19 84:14 85:1
88:9
**show** 63:21 70:4,14
70:20 75:17
**showed** 70:1,7
**shows** 75:1
**sidewalk** 32:1
**sidewalks** 23:18
24:3,11 36:4
**sign** 108:3
**signature** 3:7 74:11
78:19 109:1,15
**simple** 51:23
**Since** 45:14
**sinkhole** 37:6,8
**sir** 5:20 6:1,17,24
7:4,10,16,25 8:9
8:18 9:1 10:3,16
10:22,25 11:7,9
12:4,21 14:2,6
15:13 16:1 18:15
18:21,23 20:16
22:7 23:4 27:24
30:19,25 38:10,13
39:2,7 41:9 43:2
44:20 46:21 48:11
48:21 49:10,15
51:21 52:17 61:1
61:10,24 62:20
63:10,12,14,18
64:17 65:18,21
66:3,6 69:13,16
70:4,24 71:2,6,10
74:11,17,21 75:7
75:13 76:11,22
77:2 78:10,15
79:2,11,21 80:7
80:15,18 81:5
82:3,20 83:19,21
84:4 86:24 87:21
89:6,10,16,21
90:2 91:1,4,8,24
94:2,9 95:18,23
96:4,6,11,14,19
97:4,10,13,16
98:3,5,7,10,13,15
98:18 99:11,14,17
100:2,3,4,6,8,18
100:22,24 101:1,2
101:4,5,7,10,12
101:13,16,19,20
101:22,23 102:1

102:14,16,17
103:2,14,16,17
104:4,9,11,14,16
104:17,19,25
105:11,24 106:11
106:20 107:7
**sit** 70:16
**site** 59:5
**sites** 28:17
**sitting** 74:25
**situation** 25:6
**situations** 62:14
**six** 19:20
**skills** 79:17
**snake** 38:10 39:4,6
39:9
**snakes** 32:15 37:17
37:20 38:5,8,9,11
38:12,25 39:5,12
39:15,18,19,22,25
39:25 40:4,4 42:8
42:11 53:2
**so** 4:25 6:2,11,19
8:4,7,14 9:2 10:3
10:10 13:1,5
16:13,24 18:7
19:4 20:22 21:25
23:11,19,20 24:16
24:20 26:16 29:17
34:14 35:11 38:11
39:8 41:3,5,8,10
43:21 44:9 45:12
47:23 48:22 49:10
49:11,15 50:4,19
50:22 51:15,21,23
54:16 55:8 57:3
63:13 64:10 66:19
67:1 68:24 70:2
70:13 71:6,13
72:2,14 73:15
74:12 75:8 76:21
76:22 77:3,5
79:22 82:18 85:9
85:17 87:1,22
89:9 95:3,15
100:15 102:10
103:8 104:1
**Society** 72:12
**soffit** 33:17,24
**soffits** 33:25 38:3
**sold** 73:10
**solving** 77:18
**some** 9:5,9,22,23
10:18 13:1,24
23:9 29:24 30:4
31:8 32:7 35:21
40:12 44:10 49:18

68:21 69:14 70:6
71:20,25 72:15
82:18 85:17 90:24
93:24 94:4 104:20
**somebody** 36:25
**somehow** 46:15
**someone** 28:11
29:10,19 31:25
32:2 36:22 47:9
48:3,17 49:4
53:20 54:16 73:11
81:19 85:24 86:13
89:3
**something** 21:5
24:6 42:22 53:8
84:14,23 86:5
87:8
**sometimes** 7:18 8:1
18:10 28:20 45:20
46:1,7 53:16
72:14 80:10
106:19
**somewhere** 31:4
**sons** 43:11,13
**soon** 50:19 60:23,24
61:1,4 62:6 87:2,4
87:17,18,21
**sooner** 48:22,22
49:8,8
**sorry** 11:20 18:2
21:4,4 25:16 30:3
33:1 40:17,20,21
41:1,11 45:12
48:14 52:24 58:16
59:17 62:1 78:7
91:22,25 97:14
**sort** 15:7,18 39:5
42:2 43:21
**sorts** 21:2 29:7
30:22,23
**sounded** 12:22 15:3
**sounds** 6:4 24:16
37:12 44:24 45:7
45:19 46:7,8,24
71:14,21 91:17
**south** 2:15,20 22:13
23:16 24:5 25:4
**speak** 4:12 12:9,11
13:15
**speaks** 77:10
**specific** 7:18 31:22
41:23 79:15 94:8
**specifically** 8:7
**spell** 4:13
**spend** 12:17 28:3
**split** 33:21 76:9
**spoke** 13:2,12

**St** 4:24 14:11,12
15:10 16:20 17:1
17:5 18:17 19:7,9
19:14 20:6,9,13
22:6,13,18,21
52:3,8 70:9 84:12
**stamp** 77:15
**stand** 64:17
**standing** 97:17,23
**start** 19:25 23:1
25:8 28:11,14
32:15 49:16 50:19
**started** 15:20 25:7
53:18 56:22 62:20
73:3,4,13
**starting** 73:8
**state** 1:3 2:8 8:2
47:19 48:2 61:17
110:3,16 111:3
**statement** 20:2
**statements** 108:20
**STATES** 1:1
**statistics** 76:4,11
**Statute** 47:19 48:2
61:17
**stenographic** 111:8
**stenographically**
111:6
**step** 27:11
**stick** 82:1
**sticky** 69:8 73:23,24
**still** 8:5 16:12 26:17
71:5 92:11 103:9
**stopped** 15:4 34:4
**stops** 85:13
**strange** 37:12
**street** 38:7
**strength** 69:24
**strengths** 69:11
**strike** 48:15 94:6
**study** 84:1
**stuff** 59:7
**stupid** 39:17
**subject** 11:24
**submit** 95:9
**subscribe** 108:19
109:7
**substance** 12:9
**substantial** 72:2
**substantially**
106:14
**successive** 94:19
**successively** 95:3
**such** 2:5 13:18
109:6
**sufficiently** 68:24
**suggesting** 106:2

**Suite** 2:1,16,21
**summary** 69:9
**summer** 25:25 26:4
63:16 65:25,25
**SUNCOAST** 1:5,6
**supervisor** 30:14,21
**SUPLICKI** 1:10
**sure** 6:11 7:17 22:2
23:22 24:7 35:10
40:10 44:8,11
47:12,16 52:13
55:13 66:2 80:2
82:24 85:21 87:7
**surveying** 14:8
**SWAT** 15:12
**sworn** 4:2 110:9
**Sylvia** 59:10,19
92:18
**system** 27:19 84:3

_____
**T**
_____

**Tai** 72:11
**take** 6:20 7:22 8:10
13:20 24:12 28:21
46:23 49:12,13
50:7 56:19,23
59:15 60:5 62:10
68:23 78:22,23,25
86:17
**taken** 28:6
**takes** 50:4,5,22 63:5
68:25
**taking** 8:13 62:20
**talk** 6:19 7:20 8:19
13:5 34:4 60:2
88:9
**talked** 35:2 66:2
**talking** 8:21,22,23
51:10 53:22 59:3
65:22 66:4 77:5
**tall** 42:11
**TAMPA** 1:2
**tank** 40:15 41:3
**teach** 79:8
**team** 15:12
**Ted** 59:21
**tell** 21:3,10,17 29:8
33:11 36:22 37:22
40:12 43:17 58:21
58:23 70:22,25
72:25 77:7
**telling** 66:22
**tenants** 18:11
**tend** 26:3,6 51:16
51:25
**Teresa** 58:11,11
**termination** 57:16

**terrorist** 59:6
**testified** 4:3 50:5
105:18
**testify** 5:15,19 9:4
**testifying** 5:23
64:23 94:10
**testimony** 94:3
102:10 104:21
**text** 97:6 98:19
102:2,3,21 103:1
103:21
**than** 10:2,4,8 12:3,5
12:20 13:9 14:9
16:7 18:8,14
19:15 30:23 31:9
31:19 32:1,3,8
35:19 40:23 41:4
52:6 58:19 60:3
66:18 73:19 76:6
79:19 80:22,22
82:7,13 83:1
84:17 85:4,23
87:3 92:14
**Thank** 41:1,7 64:19
68:18 74:5 108:4
**that** 4:22 5:14,18,21
6:3,12,14,16,23
7:3,8,9,15,24 8:2
8:8,12,12,17,20
8:25 9:5,9 10:7,15
10:20,24 11:4,12
11:17 12:8,16
13:8,19 14:3,10
14:20 15:4,6,14
15:16,24,25 16:3
16:21 17:2,13,17
17:19 18:2,5,7,10
18:13,19 19:17
20:5,10 21:12,18
21:25 22:5,17,20
22:25,25 23:1,12
23:17,19,21,22
24:4,6,18,19,21
25:6,10 26:14,19
26:24 27:8,16,20
29:4,11,13,15,18
29:22 30:2,4,24
31:5,8,13,17,18
31:18,20 32:8,12
32:14,16,16,17,22
32:25 33:4,8,8,13
33:14,19 34:13,16
34:24 35:3,4,11
35:14,16,18,19
36:2,7,12,13,16
37:1,7,9,11,19,23
37:24 38:4,14,21

39:2,14 40:18,22
40:23 41:11,19,24
42:14,16,17,19,22
43:7,7,13,17,20
43:23 44:1,15,16
44:16,25 45:6,7
45:21,22 46:1,2
46:12,16,20 47:16
47:22,23,23,25
48:10,16,19,23
49:4,14,17 50:1,4
50:5,7,16,17,17
50:20,25 52:1,12
52:13,13 53:7,8
53:15 54:1,5,5,11
54:13 55:9,10,18
55:19,20,21,23
56:2,3,10,11,25
57:12 58:7,9,12
58:13,14,15,17,25
59:4,7,7,12,14,19
59:21 60:16,21
61:2,22 62:8,16
62:24 63:4,8,8,9
63:11,16,22 64:2
64:10,14,16,16
65:1,11,14,15,16
66:18,23 67:3,10
68:3,10,13,14
69:10,12,14,15
70:4,13,13,20,22
70:25 71:9,15,16
71:24 72:3,4,10
72:10,12,13,17,19
72:20 73:25 74:6
74:10,16,18,19
75:1,4,5,6,9,10,12
75:15,23,25 76:2
76:5,10 77:6,8,24
78:3,11,14 79:3,4
79:5,7,19,19,20
79:21,24 80:2,11
80:12,13,14,17,22
80:23 81:4,9,10
81:18,22 82:5,6,6
82:15 83:11,15
84:2,2,8,9,10,11
84:14,14,15,17,22
84:25 85:9,12,15
85:15,16 86:10,13
86:14,21,23,25
87:2,18,20,25
88:3,12,14,17
89:4,7,9,10,14,15
89:16,21 90:8,11
90:19,20,23,24
91:3,10,11,14,17

92:21,23 93:25
94:4,6,11,12,13
94:21 95:9,21,21
96:1,3,5,9,9,10,12
96:18,20 97:2,3
97:19,25 99:3,20
100:1,17 102:11
102:24 103:2,4,5
103:21,23 104:2
105:4,9,15,17,18
105:19,25 106:2,8
106:9,21,25 107:4
110:7 111:6,7,7,9
**that's** 5:2 13:4,11
15:8,11 18:6
24:14 27:10 34:19
36:4,20 40:3 42:9
42:15 45:2,8,25
49:6 51:9,14
54:24 62:20 63:12
65:5 66:20,22
67:24 68:15 69:1
70:8 71:5,17 72:2
73:12,24 74:17
75:21 79:6 80:11
82:24 83:14 84:16
86:5 87:10,17
88:22 93:13 94:15
97:18 102:13
103:10,13 104:3
105:12,21
**the** 1:12,14,15,16,18
2:5 4:7,9,16,23
5:5,13,23 6:2,3,7
6:7,8,8,9,14,21
7:19 8:1,3,6,20,21
8:23,23 9:5,6,9
10:7,8,13,20 11:8
11:12,18,22,24,24
12:2,9,13,15,16
12:24 13:6,12,13
13:16,19,20,22
14:12,16,16,18
15:4,9,12,16,17
15:24 16:2,6,9,19
16:23,24,25,25
17:18,21,21,22,23
18:7,12,16,19
19:1,3,6,9,19,19
19:20,22,24 20:3
20:5,8,8,16,21,23
21:1,5,8,9,11,13
21:14,16,19,21,23
22:1,2,4,4,10,19
22:25 23:9,18,18
23:20 24:3,3,7,8
24:10,11,17,24,24

25:2,4,5,6,8,9,11
25:14,15,20,20,24
25:24,25 26:4,9
26:11,15,16,17
27:2,8,11,15,17
27:17,18,20,24
28:13,17,20,24
29:1,3 30:11,19
31:2,6,7,11,15
32:5,11,14,14
33:13,14,16,16,16
33:18,23 34:2,3,4
34:11,12,18,19,24
34:25 35:8,9,25
35:25 36:1,3,3,7
36:10,19,22 37:3
37:25 38:1,2,3,5,6
38:11,16,18,18,19
38:25 39:3,4,14
39:15,16,16,17,22
40:4,10,14,17,20
40:22 41:12,25
42:1,2,3,3,3,7,20
42:21,21,25 43:4
43:11,11,15,23
44:4,6,12,13,13
44:18,25 45:5,10
45:14,20,21,23
46:1,2,3,5,6,8,9
46:11,17,25 47:5
47:17,20,24 48:2
48:3,7,10,15,18
48:20,22,22,25
49:12,13,17,21,22
49:23,25 50:4,5,6
50:9,10,10,15,16
50:17,22,22,23,23
50:25 51:1,1,3,3,4
51:5,8,12,15,16
51:16,20,20,24,24
51:24,24 52:1,2,9
52:15,15,16,16,18
52:25 53:3,10,12
53:19 54:3,5,9,11
54:12,13,14,20,22
55:3,5,7,13,17,18
55:19,21,23,24,25
56:9,9,10,13,19
56:20,21 57:5,12
57:18,20,20,22,25
58:4,7,8,10,21,23
58:25 59:2,8,15
59:17 60:1,6,10
60:13,18,22,24
61:12,16,17,18
62:8,8,13,19 63:9
63:15,16,21,23,24

63:24,25 64:4,5,6
64:7,8,9,10,12,15
64:23 65:2,3,8,23
65:25,25 66:8,9
66:12,12,14,19,24
66:25 67:1,1,2,3,6
67:8,9,15,23 68:5
68:6,7,15,22,23
69:8,13,20,23
70:2,6,22,23,25
71:1,3,3,8,8,12,18
71:18,21 72:1,3,8
72:11,12,14,16,17
73:1,1,3,15,16,23
73:24 74:1,8,13
75:12,18,20,22,23
75:25 76:7,9,24
77:10,14,15,17
78:1,4,4,8,11,18
79:5 80:4,7,11,15
80:16,16,18,19
81:3,5,8,11,11,14
81:22 82:1,6,7,11
82:11,15,15,25
83:9,12,17,24
84:1,3,7,12,21,23
84:23 85:3,4,5,8,9
85:9,22,23 86:2,2
86:3,4,6,6,8,10,12
86:13,16,18 87:1
87:11,23 88:2,6,7
88:8,12,20,23
89:1,17,18,21,24
90:2,5,6,8,10,13
90:13,16,16,18
91:2,3,4,5,6,8,9,9
91:13,17 92:1,3,6
92:8,9,12,23,24
92:25 93:2,3,6,8
93:19,20,25 94:5
94:7,10,12,13,18
94:19,23 95:7,8,9
95:12,15,15,17,19
95:19,20,24 96:1
96:5,9,16,20,22
97:1,1,5,6,8,11,25
98:1,4,6,8,9,14,16
98:19 99:3,3,4,10
99:12,24 100:3,9
100:9,10,11,14,15
100:19,21 101:4,8
101:11,12,14,18
101:20,21,22,24
102:2,3,7,14,16
102:18,21,21
103:14,16,20
104:4,5,7,10,12

104:17,18,21,22
105:1,5,10,15,18
105:23,24 106:9
106:24 107:7,9,10
108:2,3,4,4,18,19
108:20 109:3,5,7
110:7 111:6,7,7
111:10,11,11,12
**thefts** 15:21
**their** 17:22,24,25
18:11 24:9 26:16
28:8,15,25 29:13
43:8,12,18 52:8
63:12 67:13 81:16
83:7
**them** 6:5 7:21 9:20
17:20 24:13,14
29:2,18 31:3
32:16 38:5 39:13
43:17 47:21 48:5
48:10,18,19,22
49:5 54:13,23
58:14 62:17 66:13
70:19 73:10 83:10
83:20 86:13,14
87:18 88:10
**then** 5:10 7:20 14:9
14:15 15:4,22,24
16:11 20:1,22
21:9 31:17 36:16
39:18 43:3,4 46:1
46:3 49:12 53:15
61:4 64:7,17 70:3
76:2 84:16 85:17
89:11 99:23 103:1
108:4
**there** 7:13 8:3,11
9:9,19,22,23,25
15:21,22 17:16
18:20,22,25 19:1
19:21,25 20:2
22:13 23:16,17
24:5,20 26:17
29:25 31:4 32:12
34:2,18 37:8,9,23
38:20,21,25 39:12
39:13,18,20,25
40:1,5,7,10 41:19
43:10,17,25 44:3
46:25 49:13 52:4
53:15,16,18 56:11
59:4,5,12 60:6
63:7 66:17,18
67:15 69:9,14
70:14,18,20 73:25
74:6,11,24 75:3,4
75:5,24 78:8

79:18 81:9,18
82:18,23 85:13
86:18 87:5,7 88:9
93:24 96:1,7 97:2
98:20 99:1,18
102:22 106:13
**these** 14:23 15:6
24:10,13 30:22
64:18 65:1 68:11
95:2,14,17 96:12
105:23 106:7,7,14
**they** 9:11,13,16,17
9:21 10:11,10,13
10:20 12:5 14:24
14:24 18:4,7,10
19:5 26:15,22
28:23 29:5 30:6
34:9,10,11 35:6
38:3,9,17,17
39:12 41:25 42:1
42:7 48:23 52:11
58:12,13,17,18,18
58:19,21,23 60:2
62:17 63:11,13
64:8,9 65:2,3
67:12 72:1,12
81:19 83:5 85:13
85:19 87:16 88:6
88:10,11 91:4
**they're** 24:11 33:22
39:11,13,20 49:7
67:10 83:6 85:4
**thing** 28:24
**things** 6:10 35:16
35:18 41:19 47:10
47:15 48:4,9 62:2
80:16 105:7,8
**think** 12:20 20:18
21:11 23:24 28:5
30:21 31:8,22,25
32:20 37:12,18
39:8 41:5 42:20
42:21 46:11,14,16
49:15 51:18,21
57:7 61:3 63:4
66:17,25 67:5,8
67:12,17,22 68:2
68:3 72:11,22
73:7,15,19 76:6
76:22 77:10 80:3
80:4,11,19,25
81:3 83:1,23,24
84:9,16,24 85:3,8
85:12 86:10 90:10
90:16,23 93:3,8
93:11,13 97:15
106:24

**thinking** 41:15
81:13
**third** 63:24 76:6
**this** 4:8,9 8:14 12:10
12:18,25 34:23
42:12 51:18 56:11
59:12 60:3 63:17
65:6,11,15 66:7
68:19 69:6 70:12
71:21 74:4 75:1
78:2,19 82:25
91:13 93:19 94:23
94:23 95:4,7,13
96:22,24 97:9,12
97:20 98:4,6,14
98:16 99:10,12,15
100:3,5,7,21,23
100:25 101:4,6,8
101:12,14,17,22
101:24 102:10,14
102:16,18 103:11
103:16,18,24
104:1,10,12,15
108:3,4 109:8
110:11 111:13
**those** 9:8,15 10:2,5
10:11 11:1 21:2
24:4 30:23 31:6
32:13 33:11 37:22
38:4 40:12 45:3,8
45:19 48:9 53:14
56:4 61:14 62:15
73:7,9 76:2 91:2
**though** 5:21 56:2
86:11 87:4
**thought** 17:11
18:13 36:13 40:19
71:13 80:14
**thousand** 83:7,13
**threaten** 31:18,20
58:1
**threatened** 57:15
**three** 48:4,5 55:17
55:22 61:17,25
62:2 75:24 103:8
**through** 7:23 35:17
47:24 68:23 69:1
93:22 95:12 96:12
105:15 107:12
**throughout** 25:18
**thrown** 102:24
**Tim** 42:20
**time** 1:23 6:15 7:22
8:11,19,19 11:4,5
11:13,15 13:20
16:21 18:19 20:21
28:3 34:14,15,23

36:2 38:23 42:5
42:12 43:18 46:17
48:3 49:18,23
50:10,17 51:5
54:3 61:3 65:8
66:5 67:20 68:23
71:25 75:25 76:20
77:1,3 82:7 84:13
106:5
**timeline** 15:16
**times** 4:21 5:3 28:5
32:21 39:8 42:6
51:19 54:22 56:10
80:13 107:3
**title** 4:15 18:16
**to** 1:23 2:3 4:10 5:7
5:10,14,18 6:5,6
6:12,13,14,22 7:2
7:5,6,19,20,22,23
8:3,4,5,7,10,13,19
9:3,4 10:20 11:18
11:18,22 12:8,10
13:2,3,5,5,10,12
13:24 14:5,16,19
14:21 15:21,22,22
16:16,23 17:6,6
17:10,19,21 18:11
18:13 19:8,19,19
19:22,24 20:3,7
21:13,25 22:8,18
23:8,13,16,19,23
24:4,8,13,14,17
24:18,21 25:6,7,8
25:15 26:3,6,23
27:20,21 28:4,6,6
28:7,10,18,23
29:2,7,8,11,14,14
29:16,18,23 30:5
30:5,8,12,12,13
30:13,16 31:1,6,6
31:7,22,23,24
32:15,22 33:4,13
34:4,4,10,11,14
35:9,20 36:4,7,12
36:16 37:24,24
38:16,18 39:13,14
39:24 40:8,17,22
41:18 43:4,12,18
43:19,19,23 44:1
44:3,3,4,7,13,18
44:21,21,23,25
45:20 46:6,7,17
46:19 47:10 48:3
48:18,19,20 49:4
49:7,8,12,21,22
50:6,9,10,23 51:4
51:12,16,25 54:9

54:23 55:3,23
56:4,11,22 57:1,9
57:10,11,13,14,17
58:1,5,5,5,8,9,12
58:13 59:21 60:1
60:10,22 61:7,13
61:22 62:3,5,7,9
62:11,11,23 63:3
63:6,9,21,23
64:22,25 65:5,6
65:12,14,23 66:8
66:9,13,14,18,19
67:1,2,9,10,13,22
68:1,6,24 69:1,5,8
69:10,20,24 70:2
70:3,4,14,19,20
70:23 71:1,1,7,8
71:12,19 72:1,13
73:3,4,8,10,13,23
74:13 75:3,4,4,8,9
75:10,20,21 76:2
76:5,10,14 77:14
77:20 78:1,13,18
78:20,22 79:6,7
81:4,4,11,11,16
81:19 82:1,9 83:6
83:8,12,14,15,24
84:2,8,10,22,24
85:13,14,18,25
86:3,4,5,6,6,7,10
86:14,21 87:1,2,5
87:8,9,18,21,23
88:3,6,8,9,11,14
88:16 89:12,18,24
90:6,10,17 91:5
91:14 92:1,19
93:2,22 94:5,14
94:16,18,19,20
95:3,6 96:1,15,15
97:5,6,11,14,15
97:17,18,18,19,25
98:11,19 99:4,8
99:21,22,24
100:10,19 101:2
101:11,20 102:3
102:12,14 103:5
103:12,14,20
104:17,20,20,23
105:2,7,19,23
106:3,5,8,13
107:8 108:4,19
109:7,15 111:6
**today** 5:15 9:4 53:5
102:8 104:21
105:6
**together** 37:24
**told** 39:3 60:1 79:6

103:5
**Tom** 37:23 46:14
76:12 81:12
**tomorrow** 103:7
**too** 5:8 8:16 37:12
41:6 80:5,11,14
80:17,20,21 81:1
90:24 91:4
**took** 29:9 75:20
79:19,20,23
**tool** 75:12,16
**top** 80:15,18 92:24
98:1
**total** 91:9,15 92:16
**totally** 51:10
**touch** 27:21
**tough** 6:18
**toward** 56:20,21
**towards** 96:20 97:1
**trace** 29:2
**track** 29:2 53:13
**training** 78:21,23
79:1
**transcript** 94:19
108:2,3,4,18,19
109:8 111:7,7
**transcription** 108:3
**trash** 31:5 32:16,25
33:4,9
**trashcan** 29:13
**Trask** 2:20
**treat** 47:3,5
**treated** 89:4
**tree** 70:16 74:25
**trial** 2:4
**trick** 7:5
**tried** 23:19 24:14
43:12 105:7
**trip** 65:17
**trouble** 6:10
**true** 71:22 72:16
96:12 111:8
**trust** 1:5,6 93:21
**trustee** 1:5
**try** 5:7 6:5,14 7:1
23:13,23 24:4
25:6 27:21 28:6
28:18 29:14 30:12
44:2 60:22 61:7
61:24 67:20 68:2
86:7
**trying** 7:5,6 24:21
28:3,7 29:23 30:5
31:24 44:23 46:6
64:22 87:2 92:1
**Tuesday** 103:5
**turn** 62:5 63:23

69:1,8 78:1 96:15
97:25 98:11 99:8
99:24 100:19
101:2,11,20
102:14 103:14
**Twenty-five** 16:11
**twice** 76:15
**two** 10:2 11:11 19:9
61:7,9,23 62:3,12
63:2 73:25 76:1
76:10 77:3 96:15
98:11 99:8 100:19
101:2 104:5,7
**two-part** 64:5 94:1
**type** 62:6
**typical** 23:11 26:9
**typically** 26:19
27:10 47:9 50:6
60:16 61:2,5,8,22
62:2,10

___

**U**

**U.S** 27:9,10,15,18
**uh-huhs** 61:5
**un-permitted** 32:1
32:2 35:21 41:10
**uncommon** 30:25
**under** 2:5 5:13,22
5:23
**underlying** 58:13
**underneath** 70:16
74:25 95:21 96:5
**undersigned** 110:7
**understand** 5:21
7:1,8 18:2 31:17
41:24 81:6,15
88:20,25
**understood** 23:22
97:21
**unequally** 76:10
**unfair** 55:10
**unilateral** 105:2
**unilaterally** 104:23
**unit** 14:14,17,18
15:5,17,25 16:12
**UNITED** 1:1
**Unknown** 103:23
**unless** 8:6 25:18
31:22 44:3 106:3
**until** 6:20 17:3
18:22 26:14 64:12
90:5
**up** 13:24 17:22
19:22 20:7 28:14
28:16,18 33:16
34:10 35:20 37:5
41:18 46:10 47:25

55:23 62:6 63:9
73:8 77:14 78:20
82:11 84:10 86:5
91:3,9,14 103:5
**update** 27:19
**us** 29:2 73:24
**use** 2:4 17:20 43:7
46:12 88:13 89:15
**used** 13:5 22:18
90:20
**using** 84:25
**usually** 34:9 39:14
43:17 44:20 46:8
62:12 82:1,4
**utility** 28:22,22,25
29:3

**V**

**vacant** 32:12 44:3
71:24 72:3,6
81:10 97:7
**vacation** 76:19
**value** 71:15 85:4
**very** 12:8 16:18
17:11 28:23 29:5
43:10,14 68:4
70:14
**veteran** 46:15 53:19
**vibrations** 34:12
**Vice-Chair** 1:11
**view** 54:16,20
**viewed** 29:17
**violation** 19:23,25
20:2 31:23 35:3
37:14 48:18 49:17
49:22,24,25 50:2
50:12,14,16,18,19
50:20,22 51:1,3
51:11,12,15,16,24
54:8,9,13,18
55:15,16,18 60:9
60:10 61:4,23
62:4,23 63:6,8
64:6,11 86:22
87:13,15,24 88:2
88:16,18,18,24
89:4,25 90:4,5,17
90:18 94:14 107:2
**violations** 12:3
19:13 20:23 21:2
21:8 29:7 30:12
30:17,22,23 31:8
31:18,20 32:7
35:4 106:7
**violator** 47:9 51:7
55:10 80:16
**violators** 24:13 47:3

47:6,11 48:1
62:15 82:1,12
104:24
**visible** 18:14
**visits** 70:10
**volunteers** 56:4
**vs** 1:7

**W**

**wait** 6:20 90:5
**walk** 24:12
**walking** 33:14
37:25
**wall** 33:16
**want** 8:4,15 11:18
11:22 12:8 17:24
18:4 31:6,22
35:20 56:3 68:1
81:15 87:1,8
93:22 95:6 97:17
104:20
**wanted** 16:22 28:10
**war** 46:15 53:19
**Ward** 2:14 3:3,5 4:5
4:7 5:7,9 15:2
20:17 21:15,24
25:1,21 26:2 27:3
27:4 28:1 30:15
30:20 31:12,16
32:6,19 33:3
34:20 36:6,11
37:4 39:23 40:11
41:13,15,17 45:12
45:17,18 46:22
47:2,7 49:1,24
50:3,13,21 51:6
51:22 53:11 54:7
54:15,21,24 55:1
55:14 57:24 60:5
60:8,15,19 61:21
63:20 64:21 66:16
67:11,20,21 69:3
73:5 74:5,9 75:14
77:12,13 80:8
81:6,17,24 82:17
84:6 85:11 86:9
86:17,20 88:22
89:1,2,23 90:3,9
90:15 91:18 92:2
92:7,13 93:1,7,13
93:15 94:20
105:14 107:6
**warn** 54:23
**warned** 54:17 55:8
**warning** 55:2,11
**warnings** 89:19
**was** 4:2,2,15 10:9

11:3,4,12,14,25
12:20,23 13:18,18
13:21 14:3,10,14
14:15,19,20 15:14
15:17 16:12,17,18
16:19,20 17:6,11
17:15,17,18 18:10
18:16,19,25 19:1
19:2,3,17 20:8,10
21:10,11 22:2,4,5
22:10,11,13,17,20
23:11,13,16,16,17
23:17 24:5,6,7,17
24:19,25 25:3,5
25:10 26:9 27:5
28:21 29:10,21
30:2,8,11,12 34:2
34:4,18,24 35:8
35:12 36:8,19,25
37:9,23 38:20
40:22 41:11 42:3
42:7,8,19,20,21
43:10,12,14,14,16
44:3,21 45:6,14
45:20 46:15,15,25
47:9 51:4 52:2,6,9
52:10,23 53:15,16
53:16 54:3,5,6,11
57:7,13,22,25
58:3,4,7,10,13,15
58:21 59:3,4,12
59:15,17 60:6,18
61:11 64:6,9 65:4
65:6,7,11 66:25
68:13,14 70:3,4
70:13,14,20 71:19
71:25 72:7,10,10
73:15,17,19 74:18
75:1 76:14,16,23
78:2 79:3,4,6,18
81:4,9 82:6 83:12
84:7,11,15,19,25
86:10,12,18 87:18
87:18 88:2 89:3
90:5,13,16,18
91:25 92:16,18
93:3,8,11,24,25
93:25 94:12 97:9
99:3,23 104:7,12
105:16,22 106:25
107:10 110:8
111:6,7
**wasn't** 24:9 30:1
38:25 41:13 46:17
80:12 88:17
**water** 83:9
**way** 6:21 30:16

41:25 42:3 70:2,4
70:14,20 75:4,5,8
85:20 89:1
**ways** 27:13 47:20
70:6 75:3
**we** 4:9 5:24 6:18,18
7:21 8:15 13:19
13:21,21 21:13,19
21:21 23:7,13,14
23:21 28:21,25
29:9,9 30:21
32:11 35:4,17
37:25 38:1,5,18
41:22 42:5,6,8,17
42:17 43:12,17,23
44:2 45:11 46:4
46:18 47:17 48:2
48:5,6,7,13 49:10
50:1,9 51:10
53:14,17,17 54:22
56:11 59:15,16
62:7 66:2,3 67:1
70:13 72:3,9 73:8
73:10,12 76:4
84:14 85:1 86:2
87:14 88:13 104:7
106:4,9,15,19,22
106:23
**we'll** 94:17,22
**we're** 5:21 7:11,13
38:2 43:18 67:18
72:15
**we've** 13:9 23:14
56:10 104:18
105:6
**weatherman** 21:17
**web** 28:17 59:4
**weeds** 43:16,16
**week** 26:6,15 62:22
63:5,7,11 77:5,9
**week's** 63:7
**weekend** 26:16
100:14
**weeks** 63:2 76:21
77:4
**welfare** 31:15,19,21
32:18
**Well** 17:6 18:10
21:6 23:12 26:11
29:19 41:24 42:5
51:3,7 54:24
55:23 60:22 64:17
65:11 66:22,24
87:1,10 94:18
**went** 15:21,22,22
21:25 30:13 35:9
38:18 39:24 56:6

56:22 59:5 60:20
81:11 87:24 94:4
105:15
**were** 5:1,24 7:12 9:9
9:9,12,13,16,17
9:19,21,22,23,25
10:10,13,19 11:1
11:8 13:13,19,21
14:24 15:3,12,19
16:6,9 17:22
18:14,16,20,22
19:4,5,14 20:6,6
20:13,23 22:22
23:21 24:20,21
26:22 28:7 29:4,5
29:6,23,25 30:4
30:16 36:12 37:19
37:25 38:9,11,21
38:25 40:19,23
41:19 43:25 46:18
47:18 52:3 55:22
56:7 57:15,20
58:12,17,18 59:15
59:16 60:11 61:14
63:15 64:8,16
65:2,9 67:15 72:3
72:3 73:8,8,9,16
74:19 75:24 76:15
76:17 77:20 79:22
80:11,14,20 81:12
81:25 88:17 90:4
90:24 91:23 97:19
98:14 101:12
102:16 103:11
104:8,10,21
106:22 107:12
**weren't** 39:18 44:18
44:24 47:11 57:10
72:19,20
**what** 4:15 6:14 7:6
9:3,7,11 10:17
11:1,14,17,24
13:8,9,15,17 14:7
14:12,18,25 15:18
17:4,13 18:5,16
20:8 22:22 23:5
23:11 24:21,24
25:2 26:9,19
28:13 30:2 32:7
34:7 35:20 37:7
38:9 40:12 42:16
43:12 45:11,23
46:8 47:6,12,16
47:18,25 52:2,9
52:23 53:22 55:13
56:6,21 57:20,22
58:4,15,21 59:3,9

59:17 60:20 61:2
61:3,11 64:4 66:3
67:5 68:4,9,19
69:17 70:6 72:22
73:8,16 74:17,20
75:16 76:12,12,16
79:3,13 80:9
82:21 83:16 84:9
85:21 86:25 87:10
87:23,24 90:13
92:16 93:3,25
94:4,16 95:4,24
96:24 97:5 98:22
99:3 105:2
**what's** 34:11 36:1
40:17 85:21 92:3
92:8 97:15 98:20
102:2
**when** 4:15 9:16,17
10:19 11:8 12:14
13:21 14:3 15:17
15:19 16:11,14,17
17:15,17 18:14,16
19:6,14,25 20:2,5
20:6,10,12,23
21:16,25 23:14,15
24:2,14,20 25:7,9
25:25 26:5,9 30:6
34:9,15 37:18
38:21 40:4 44:1,6
44:8,12 47:8 48:9
48:17 49:16 50:1
51:4 52:3 53:17
55:5 56:7,18 57:5
58:12,17 60:1,9
60:10,16 61:11
62:6 64:8 65:2,24
72:11 73:3,12
81:10,25 84:10
85:12 86:21 87:12
87:14,16 90:4
91:6,12 95:16
102:11,25 106:13
106:17
**where** 15:16 20:20
28:11,16 31:3
34:2,25 36:25
38:25,25 39:4
52:15,20 72:8
78:1,6,19 82:18
85:13 93:24 95:20
**Whereupon** 46:25
60:6 86:18 107:10
**whether** 35:11
44:18,25 61:13
65:9 76:9 85:18
87:23 89:12 90:20

**which** 4:10 7:19
14:10 20:1 29:25
48:5 62:14 63:22
71:22 106:25
**while** 7:12 16:5 23:2
91:20,23
**white** 15:20
**who** 13:5 22:15,17
23:13 28:8 42:19
44:23 45:3 46:15
47:9,10 58:9
70:17 73:11 79:5
83:16 84:22 93:20
96:22
**who's** 36:1 54:16
**whole** 35:20 36:8
75:22,23
**whose** 45:5 53:20
79:9 96:7
**why** 4:22 16:16
18:24 22:8 28:2
28:21,25 31:13
36:22 37:16 43:6
48:12 49:2 57:8
58:7,18 62:20
69:24 71:18 77:20
77:23,23 78:13
81:14,15 83:22
**will** 5:7 6:2,5,6,7,14
6:21 7:1,17 8:19
34:10 43:17 46:10
48:23 49:13 50:23
51:16 54:14 55:9
58:25 74:1 94:23
97:25 99:6 100:14
100:19 101:2
103:6
**WILLIAM** 1:14
**with** 4:7,15 5:11 6:5
6:10 12:10,12,13
13:12 15:20 17:18
17:20,24,25 19:25
20:12 26:14 27:12
27:18,21 28:13,20
33:8,15,18 35:16
37:25 42:24 44:14
44:18,20 45:11
47:8,25 55:3 56:5
57:15 61:16 65:7
65:17 68:10,15
69:22 70:19 75:6
78:1,19 79:9
93:23 94:13,16
95:3 96:16 97:8
98:1 99:2 101:21
102:10 105:6,22
111:11

**within** 61:7,8,22
62:3,12 95:9
**without** 8:21 23:10
68:3 73:14 76:19
81:4 84:25 98:25
105:25 106:6
**witness** 4:2 109:15
110:11
**WITNESS'** 3:7
109:1
**won't** 7:7 8:15
**word** 33:23
**work** 8:17 13:6,6
16:23 17:10,19
19:1,6,8 21:25
22:8,18 26:15
32:1,2 41:10
69:22 70:13 73:12
73:13 77:1,3 86:7
**worked** 4:15 7:12
14:8 15:4 17:16
19:6 20:20 23:3
76:20 84:11
**working** 7:13 19:8
19:14 20:13 22:4
22:20 23:10 25:10
34:15 37:19 57:5
76:18 77:3
**workload** 76:10
**works** 59:20
**worth** 63:7 84:20,21
**would** 5:18 8:12
10:20 13:20 17:18
18:7 19:13,18
20:18,20 21:1,8
23:7,12,23 24:11
25:6,8,8 26:12,19
27:8,17,19 28:3,5
28:8,11,13,14,18
28:20,23 29:1
30:25 31:2,5
32:15,16,17 36:13
41:5 43:4,7,17
44:2,17,17,20,23
45:10,15,22 46:4
47:17,20 48:2,3,5
48:7,7 49:10,15
49:25 50:6,19
51:12,21,25 52:8
53:18 55:23 56:9
56:16,18,20 57:1
58:8 60:20,22
61:7,16,24 62:5,6
62:7,8 63:7,9,21
64:10 65:11 66:12
67:3,15 68:3,5,10
70:17 73:11 74:25

75:8,9,12,17,23
76:3,22 77:3,8
80:17 81:18 82:6
82:11,15 83:10,11
83:17 84:8,17
85:15 86:3,5 87:9
87:12,14,16 88:1
88:23 96:9,12
101:20 106:5,15
106:19,22 107:1,3
**wouldn't** 76:4 89:4
89:11 106:13
**Wow** 28:14
**write** 69:15
**writing** 24:8
**written** 53:17,18
**written-down** 43:25
**wrong** 21:12
**wrote** 9:6 78:20

**X**
**X** 1:4,19 3:1

**Y**
**yard** 37:25 46:5,18
106:5
**yards** 23:19 24:3,11
**yeah** 9:18 19:5,11
46:24 74:5 88:10
94:22
**year** 14:9 76:18,21
77:4 100:16 107:4
**years** 9:19 10:1,2
14:14,15 15:15
16:11,13,18 50:17
51:8 53:8 54:14
73:2,9 82:9 84:11
84:12,15 92:25
103:8
**yes** 5:4,12 6:1,17,24
7:4,10,16,25 8:9
8:18 9:1,25 10:3
10:16,22,25 12:11
14:2 15:13 16:1
18:15,21,23 20:7
20:16 22:7 26:21
29:24 30:7 31:11
32:5,24 33:10
35:7 36:10,15
37:15,21 38:22
40:2,6,25 41:9
47:14 48:21 49:10
49:15 50:24 51:21
52:1 53:24 54:21
61:1,10,24 62:20
63:1,10,12,14
67:23,24,24 68:8

68:13,14,15,17
69:13,16 71:6,10
74:11,17,21 75:7
75:12 76:22 77:2
78:10 79:2 80:7
81:5 82:20 84:4
86:24 87:21 89:6
89:8 90:19 91:1,8
94:2 95:18,23
96:4,6,11,14,19
97:4,10,16 98:3,5
98:7,10,13,15,18
99:11,14,17 100:2
100:4,6,8,18,22
100:24 101:1,5,7
101:10,13,16,19
101:23 102:1,17
102:20 103:17
104:9,11,14,16
105:11,24 106:10
106:11,20
**yet** 13:21 34:6
**you** 4:13,15,20 5:1,8
5:13,17,21,22 6:6
6:6,13,15,19,21
6:22,25 7:5,6,6,7
7:8,12,17,18,23
8:5,10,12,15,20
9:3,7,11,16,21,23
10:1,4,7,10,11,17
10:19,20,23,23,24
11:1,6,8,10,12,14
11:17,20,20,24
12:2,9,11,14,15
12:16,17,20,22,23
13:1,2,3,5,8,9,12
13:15,25 14:1,5,7
14:12,23,25 15:3
15:4,4,7,9,12,18
15:19,24 16:2,5,6
16:7,9,14,16 17:2
17:4,12,13,14
18:5,7,13,14,16
18:19,22,22,24,25
19:4,6,13,14,24
19:25 20:1,3,5,6,7
20:12,13,15,18,18
20:20 21:2,3,7,8,9
21:10,17,25 22:5
22:8,15,22,25
23:2,2,5,23,23,23
23:24,25 24:1,2,4
24:4,21,22 25:12
25:16,22 26:1,3,5
26:6,9,18,19,25
27:5,12,21 28:5,6
28:7,10,11,13,18

29:12,15,16,17,22
30:4,8,16 31:4,8
31:17,22,24 32:10
32:20,20,22 33:7
33:11,19,20,23
34:7,7,15,15,21
34:25,25 35:2,2,8
35:11,14,17,17,18
35:24 36:12,13,18
36:22,24 37:5,7
37:13,18,19,22
38:1,2,9,11,14,17
38:18,21,24 39:3
39:4,6,8,18,24
40:3,4,12,19 41:1
41:2,7,23 42:13
43:1,3,4,9 44:6,9
44:16,16,17,18,24
46:10,19 47:3,6,8
47:9,12,15,16,18
47:20,20,23,25
48:3,4,9,9,10,15
48:22 49:5,5,11
49:12,17,20,21
50:4,6 52:2,3,6,9
52:15,15,18,20,20
52:25 53:5,9,9,9
53:10,19,19,22
55:5,9,13 56:3,3
56:7,13,18,19,21
57:1,3,5,8,10,10
57:12,15,19 58:1
58:1,1,7,8,9,13,14
58:17,21,23,25
59:2,3,9,13,24
60:1,9,10,12,16
60:20,24,24 61:3
61:3,3,4,8,13,22
62:2,11,14,18,22
63:2,6,15,21,23
63:24 64:2,14,14
64:19,23 65:5,5,9
65:9,12,16,19,22
65:23 66:4,7,17
66:18,19,22,24,25
67:1,2,5,5,12,22
68:1,10,15,18,19
68:21,24,25 69:5
69:8,9,12,15 70:6
70:9,11,11,12,22
70:23,25 71:1,3
71:11,23 72:7,19
72:22,25 73:2,16
73:17,19,21,23,25
74:5,10,19 75:9
75:15,21 76:6,6,9
76:9,14,15,17,20

76:23,25 77:3,7
77:14,17,20,20,23
77:23,25 78:1,4
78:11,13,13,16,18
78:19,19,20,20,25
79:8,13,15,19,19
79:20,22,23 80:4
80:13,19,25 81:8
81:13,18,25 82:1
82:6,11,11,22,25
83:3,5,17,20 84:1
84:9,16 85:3,7,12
86:21 87:3,4,8,12
87:16,20 88:5,16
89:4,7,9,12,14,15
89:18,24 90:4,5
90:10,10,16,16,20
90:20,23,23 91:19
91:20,23 92:3,8
92:14,20 93:3,8
93:11,18,20,23,25
94:3,5,7,10,11,16
94:18 95:3,4,12
95:13,16,21 96:3
96:5,15,18 97:1,2
97:5,11,25 98:4
98:11,14,20 99:4
99:10,20,24 100:1
100:3,11,15,19,21
101:2,4,12,20,22
102:2,14,16,21
103:1,8,11,14,16
103:21 104:5,10
104:17,21,22
105:1,7,7,8,18
106:2,3,13,17,17
106:21 107:3,3,7
108:4
**you'd** 43:19
**you're** 5:10,22 6:4
   6:12,14 8:7 36:20
   45:7 53:7 74:20
   74:21 77:5 79:9
   82:8,25 83:13
   85:21 93:2 102:11
**you've** 9:14 39:9
   42:10 51:18 55:8
   55:8 80:14 84:20
**your** 4:13,15,25
   5:14,18 7:20,22
   12:14,22 18:16,19
   19:6,8 21:7,10
   22:5 23:12 24:16
   29:12,21 30:1,8
   30:21 34:14 35:20
   38:23 40:13,20
   42:10 49:8 52:23

54:16 56:5,6
57:13,22 61:11
67:19 68:8,9,23
71:5,14 72:22
74:20,21,23 75:8
75:17,21 78:18
80:1 81:6 86:23
86:25 87:11 88:17
88:20 93:3 94:3,4
94:12 95:10
102:10 104:20
105:6,9,22 108:2
**yours** 76:3 94:23
**yourself** 71:11

_____

**Z**

**zero** 42:11
**zoning** 23:9

_____

**0**

**09-00000085** 96:17
**09/08/10** 99:23

_____

**1**

**1** 1:24 3:23 63:23
   93:24,24 94:17
   96:20 98:1 107:12
**1,000** 84:9,17,17
**1,000,000** 74:13,22
**1/20/23** 110:17
**10** 77:8 82:9 92:25
   100:10
**10-00000436** 98:2
**10-00000579** 98:12
**10-00000753** 99:9
**10,000** 52:7,10
**100** 77:4,5 93:11
**100,000** 72:1,13
   84:20 85:19
**1001** 2:1,20
**105** 3:5
**108** 3:6
**109** 3:7
**11** 14:15 82:9 92:25
**11-00001125** 99:25
**110** 3:8
**111** 1:24 3:9
**12-00000659**
   100:20
**12-00000786** 101:3
**12-00000988**
   101:11
**12-month** 74:15
**12th** 103:20
**13** 98:19
**13-00000598**
   101:21

**13-00000646**
   102:15
**13-00000705**
   103:15
**1341** 95:25 96:25
**15-00000116** 104:6
**16** 63:23
**16,000** 81:9,14
**162** 47:19 48:3
**18** 1:22
**19-003181-CI** 1:3
**1973** 14:4
**1K** 75:19

_____

**2**

**2** 2:15 3:24
**2:00** 1:23
**20** 19:18 24:12
**2000** 16:15
**2007** 106:8
**2008** 17:3 18:22,25
   21:25 22:2 73:2
**2009** 22:3 73:3 97:9
   97:10
**201** 2:1,21
**2010** 98:20 99:2,18
**2011** 100:10
**2013** 103:20
**2015** 9:24 71:14
   106:8
**2017** 75:20
**2018** 9:21,22 63:16
   64:8,12 65:3,13
   65:20,25 66:1
   73:6,7,16 74:3
   76:17
**2019** 57:7
**2020** 1:22 110:12
   111:13
**21st** 99:2
**250-to-$500** 82:2
   93:8
**28,500** 92:17

_____

**3**

**3** 3:25 94:19,22,23
   107:12
**30** 19:19 24:12 83:2
**30,000** 80:25 81:4
   92:19
**305** 2:17
**31** 64:8,11 65:3,13
**3180** 2:16
**33131** 2:16
**33756** 2:21

_____

**4**

**4** 3:3
**400,000** 69:19 71:15
**45,000** 55:19
**464-9999** 102:6
**465** 75:20
**48** 64:7

_____

**5**

**5** 74:12
**5,000** 52:10
**5:00** 1:23 107:11
**50** 76:21
**50,000** 84:21 85:19
**500** 55:22 82:13
   83:14,17,23,24
   85:13
**500-a-day** 83:10

_____

**6**

**63** 3:23,23
**68** 3:24,24

_____

**7**

**7/23** 103:3
**721-1600** 2:17
**727** 2:22
**733-0494** 2:22
**7th** 99:18 110:11
   111:13

_____

**8**

**8:19-cv-01210** 1:3

_____

**9**

**9/02/09** 97:5
**9/4/18** 3:23
**93** 3:4
**94** 3:25,25
**998** 53:1