UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES FICKEN and SUNCOAST FIRST TRUST,

    Plaintiffs,

v.                                                     Case No: 8:19-cv-1210-T-36SPF

CITY OF DUNEDIN, FLORIDA, DUNEDIN CODE ENFORCEMENT BOARD, MICHAEL BOWMAN, LOWELL SUPLICKI, ARLENE GRAHAM, KEN CARSON, WILLIAM MOTLEY, DAVE PAULEY and BUNNY DUTTON,

    Defendants.
_____/

## **ORDER**

In order to facilitate the Court's review of certain documents, the parties should submit to Chambers, in a binder, a courtesy copy of any document filed electronically in the Tampa Division that exceeds twenty-five (25) pages (including exhibits) in length. Courtesy copies need not be provided simultaneously with the electronic filing of the document. However, they should be submitted as promptly as possible and may be provided via United States Mail or other reliable service.

Accordingly, it is hereby

**ORDERED**:

1. A party who electronically files a document exceeding twenty-five (25) pages (including exhibits) in length **must** provide a courtesy copy of the document (including exhibits) in paper format to Chambers.

2. Plaintiffs are directed to provide to Chambers, in a binder, a courtesy copy of the Dispositive Motion for Summary Judgment and Incorporated Memorandum of Law (Doc. 43) (including exhibits) within **TEN (10) DAYS** from the date of this Order.

3. Defendants are directed to provide to Chambers, in a binder, a courtesy copy of the Dispositive Motion for Summary Judgment and Incorporated Memorandum of Law (Doc. 42) (including exhibits) within **TEN (10) DAYS** from the date of this Order.

**DONE AND ORDERED** in Tampa, Florida on April 13, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any