UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES FICKEN, trustee,
SUNCOAST FIRST TRUST, and
SUNCOAST FIRST TRUST,

    Plaintiffs,

v.                                                                           Case No. 8:19-cv-1210-T-36SPF

CITY OF DUNEDIN, FLORIDA, et al.,

    Defendants.
_____/

**NOTICE OF TELEPHONIC HEARING**

PLEASE TAKE NOTICE that a telephonic hearing is scheduled in the above-styled cause on the date and time set forth below.

    DATE:    Wednesday, May 6, 2020

    TIME:    10:00 a.m.

    HEARING:    Plaintiffs' Motion to Compel Production of Documents and Interrogatory Responses (Doc. 36) and Second Motion to Compel Production of Documents (Doc. 40)

Counsel shall appear telephonically at the hearing by calling toll-free number 1-888-398-2342 on the day of the hearing and entering access code 1502064 followed by security code 191210 when prompted.

    /s Christina K. Ramirez
    Christina K. Ramirez
    Law Clerk to Honorable Sean P. Flynn
    (813) 301-5827