**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO.: | 8:19-cv-1210-T-36SPF | DATE: | May 6, 2020 |
|---|---|---|---|
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| JAMES FICKEN, et al.<br><br>v.<br><br>CITY OF DUNEDIN, FLORIDA, et al. | | **LANGUAGE:** | |
| | | **PLAINTIFF'S COUNSEL**<br>Andrew Ward<br>Ari Bargil | |
| | | **DEFENSE COUNSEL**<br>Jay Daigneault | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 10:00 a.m. – 11:04 a.m. | **TOTAL:** 1/04 | **COURTROOM:** | 11B |

**PROCEEDINGS:   TELEPHONIC MOTION HEARING**

The Court hears oral argument re: the below motions.

Plaintiffs' Motion to Compel Production of Documents and Interrogatory Responses (Doc. 36).

Plaintiffs' Second Motion to Compel Production of Documents (Doc. 40).

For the reasons stated on the record, the Court makes certain findings from the bench.

Order to follow.