UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES FICKEN, trustee,
SUNCOAST FIRST TRUST, and
SUNCOAST FIRST TRUST,

    Plaintiffs,

v.                                        Case No. 8:19-cv-1210-T-36SPF

CITY OF DUNEDIN, FLORIDA, et al.,

    Defendants.
_____/

## ORDER

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents and Interrogatory Responses (Doc. 36) and Second Motion to Compel Production of Documents (Doc. 40). Defendants filed a Response to the motions (Doc. 41). The Court held a hearing on the motions on May 6, 2020 at which it heard argument from the parties.

For the reasons stated at the hearing, it is hereby

**ORDERED**:

(1) Plaintiffs' Motion to Compel Production of Documents and Interrogatory Responses (Doc. 36) and Second Motion to Compel Production of Documents (Doc. 40) are GRANTED IN PART and DENIED IN PART as follows:

    a. granted as to Request for Production 5 and Interrogatory 6 with respect to information regarding the effects of overgrown lawns the code enforcement board relied on when considering the gravity of Plaintiff's violation(s) in 2018;

    b. granted as to Request for Production 3 and Third Request for Production 1 but limited to assessments, audits or studies by the City of Dunedin or the code enforcement board commissioned covering the period from July 5, 2018 to August 21, 2018, and denied as to drafts and communications;

    c. denied as to Interrogatory 4;

    d. denied as to Interrogatory 8;

    e. as to Interrogatory 9, the motion is denied as to the May 16, 2019 Tampa Bay Times story but otherwise granted, and the City of Dunedin shall provide a list of every interaction between code-enforcement officials and Plaintiff from July 5, 2018 to August 21, 2018;

    f. denied as to Request for Production 4 and Interrogatory 1;

    g. granted as to Interrogatory 7 but limited to fiscal years 2010, 2014, and 2018; and

    h. granted as to Request for Production 6 as to any information in the personnel files of Tom Colbert and Mike Kepto in which they make reference to code enforcement actions made in an effort to generate revenue from 2015 through 2018.

(2) Defendants shall produce the requested discovery within 14 days of the date of this Order.

**ORDERED** in Tampa, Florida, this 6th day of May 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE