UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES FICKEN, trustee,
SUNCOAST FIRST TRUST; and
SUNCOAST FIRST TRUST,

    Plaintiffs,

    vs.

CITY OF DUNEDIN, FLORIDA;
DUNEDIN CODE ENFORCEMENT BOARD;
MICHAEL BOWMAN, in his official capacity as Code
Enforcement Board Chairman; LOWELL SUPLICKI,
in his official capacity as Code Enforcement Board
Vice-Chair; ARLENE GRAHAM, in her official
capacity as a member of the Code Enforcement Board;
KEN CARSON, in his official capacity as a member
of the Code Enforcement Board; WILLIAM
MOTLEY, in his official capacity as a member
of the Code Enforcement Board; DAVE PAULEY,
in his official capacity as a member of the Code
Enforcement Board; and BUNNY DUTTON, in
her official capacity as a member of the Code
Enforcement Board,

    Defendants.
_____/

Case No.: 8:19-cv-01210
State Court Case No.: 19-003181-CI

**DECLARATION OF ARI S. BARGIL IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE RECORD ON SUMMARY JUDGMENT WITH ADDITIONAL EXHIBITS**

Andrew H. Ward (NY Bar No. 5364393)**
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: andrew.ward@ij.org

**Admitted Pro Hac Vice*

Ari S. Bargil (FL Bar No. 71454)*
INSTITUTE FOR JUSTICE
2 S. Biscayne Boulevard, Suite 3180
Miami, FL 33131
Tel: (305) 721-1600
Fax: (305) 721-1601
Email: abargil@ij.org

*Trial Counsel*

I, Ari S. Bargil, hereby declare as follows:

1. I am a citizen of the United States, a resident of Florida, over the age of 18 years old, and fully competent to make this declaration. I knowingly and voluntarily make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently under oath as to the facts set forth below.

2. I am an attorney at the law firm the Institute for Justice, and I am the lead attorney representing the Plaintiffs in this case.

3. Attached as Exhibit A to my declaration is a true and correct copy of excerpts from the 2016 employee file of former code-enforcement officer Thomas Colbert.

4. Attached as Exhibit B to my declaration is a true and correct copy of excerpts from the 2017 employee file of former code-enforcement officer Thomas Colbert.

5. Attached as Exhibit C to my declaration is a true and correct copy of excerpts from the 2018 employee file of former code-enforcement officer Thomas Colbert.

6. Attached as Exhibit D to my declaration is a true and correct copy of data reflecting the percentage of total fines generated by the City's code-enforcement department.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2020

/s/ Ari S. Bargil
INSTITUTE FOR JUSTICE