# EXHIBIT C

*Declaration of Ari S. Bargil*
*in Support of Plaintiffs' Unopposed Motion for Leave*
*to Supplement the Record on Summary Judgment with Additional Exhibits*

What additional training or experience do you desire to improve overall performance?

Continue to attend F.A.C.E. (Florida Association of Code Enforcement) training conferences. I just returned from a F.A.C.E conference (June 2018), and made some new, local Code Enforcement contacts, and found this training valuable with a variety of interesting topics, all which can assist in job enrichment.

Section 2: Accomplishments – Include any significant events that you completed/participated in during the rating period.

|   | ACCOMPLISHMENTS |
|---|---|
| 1 | Code Enforcement Department opened almost 1K cases in 2017 and took 465 to the DCEB. Provided testimony at DCEB hearings and work with members of the Board and City Attorney for resolution. |
| 2 | Code Enforcement Department worked to identify chronic nuisance properties and properties with liens over $100K. |
| 3 | Assisted in over $1 million revenue returned to the City in code enforcement lien fees and settlements. |
| 4 | Assisted in Hurricane Irma post-recovery efforts. |
| 5 |  |

Section 3: Performance Goals/Objectives - in this section, include any goals (what needs to be achieved) and objectives (how goals will be achieved) that were set by you and your supervisor during the rating period or that you desire to accomplish in the new evaluation period. Goals and objectives should be specific, measurable, attainable, realistic and time-targeted. Requests for additional training or certifications can also be included in this section. You should have no more than five, but at least two.

3A: Performance Goals/Objectives (Current Evaluation Period) - discuss the status of the goals and objectives that were set by you and your supervisor at the beginning of or during the rating period.

|   | PERFORMANCE GOAL/OBJECTIVE | RESULT (COMPLETED/ONGOING/NOT COMPLETED) | COMMENTS |
|---|---|---|---|
| 1 | Inspect residential and commercial properties on a regular basis for compliance with City ordinances. | Ongoing |  |
| 2 | Prepare and issue notices of violation; present cases to the Code Enforcement Board as required. Perform follow-up inspections and prepare affidavits of compliance as applicable. | Ongoing |  |
| 3 | Maintain inspection records with accuracy; enter inspection results into computer. Communicates with property owners to discuss inspection results. | Ongoing |  |
| 4 | Attend classes, seminars, workshops, to enhance job knowledge and skills as required. | Ongoing |  |

3B: Performance Objectives/ Goals for the next Evaluation Period) - list any goals and objectives that you wish to accomplish for the upcoming year; some of these goals may be carried over from the prior year.

|   | PERFORMANCE GOAL/OBJECTIVE | ANTICIPATED COMPLETION DATE |
|---|---|---|
| 1 |  |  |
| 2 |  |  |