UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES FICKEN, trustee, SUNCOAST FIRST TRUST, and SUNCOAST FIRST TRUST,

    Plaintiffs,

v.    Case No: 8:19-cv-1210-T-36SPF

CITY OF DUNEDIN, FLORIDA, *et al.*,

    Defendants.

_____/

## **O R D E R**

This cause comes before the Court *sua sponte*. On April 10, 2020, the parties filed their motions for summary judgment, (Docs. 42, 43), to which responses were filed on April 24, 2020, (Docs. 49, 51). The Case Management and Scheduling Order provides, "On or before the date on which the memorandum in opposition [to a motion for summary judgment] is due, the parties **SHALL** also file a stipulation of agreed material facts signed by the movant and the parties opposing summary judgment pursuant to Local Rule 4.15." (Doc. 17 at 7) (emphasis in original). These stipulated material facts are deemed admitted for purposes of the motion for summary judgment. *Id.* However, the parties have failed to file any stipulation of agreed material facts.

Accordingly, it is **ORDERED**:

1. The parties shall file a stipulation of agreed material facts within **FOURTEEN (14) DAYS** from the date of this Order.

**DONE AND ORDERED** in Tampa, Florida on July 17, 2020.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any