**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMES FICKEN, trustee,
SUNCOAST FIRST TRUST; and
SUNCOAST FIRST TRUST,

      Plaintiffs,

      vs.

CITY OF DUNEDIN, FLORIDA;
DUNEDIN CODE ENFORCEMENT BOARD;
MICHAEL BOWMAN, in his official capacity as Code
Enforcement Board Chairman; LOWELL SUPLICKI,
in his official capacity as Code Enforcement Board
Vice-Chair; ARLENE GRAHAM, in her official
capacity as a member of the Code Enforcement Board;
KEN CARSON, in his official capacity as a member
of the Code Enforcement Board; WILLIAM
MOTLEY, in his official capacity as a member
of the Code Enforcement Board; DAVE PAULEY,
in his official capacity as a member of the Code
Enforcement Board; and BUNNY DUTTON, in
her official capacity as a member of the Code
Enforcement Board,

      Defendants.

_____/

Case No.: 8:19-cv-01210
State Court Case No.: 19-003181-CI

**JOINT STATEMENT OF UNDISPUTED FACTS**
**FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**

      Under the Court's orders of August 5, 2019, and July 17, 2020, the parties submit the

following statement of undisputed material facts. The parties admit these facts for purposes of

the pending cross-motions for summary judgment.

1.    As trustee of Suncoast First Trust, Plaintiff James Ficken owns the property at 1341 Lady

      Marion Lane, Dunedin, Florida.

2. In 2015, the Dunedin Code Enforcement Board found that Mr. Ficken had violated the Dunedin Code of Ordinances by having grass taller than 10 inches at the Lady Marion property. The property was brought into compliance prior to the code enforcement hearing, and Mr. Ficken was not fined.

3. On July 5, 2018, Dunedin Code Enforcement Officer Thomas Colbert visited the Lady Marion Property and observed that the grass was longer than 10 inches.

4. For the period between July 5 and August 20, there is only one record of any interaction between Mr. Ficken and Officer Colbert—August 20, 2018.

5. On August 21, Mr. Ficken mowed the lawn.

6. On August 22, Officer Colbert sent Mr. Ficken a notice of violation.

7. On September 4, the Dunedin Code Enforcement Board voted to fine Mr. Ficken as a repeat offender at the statutory maximum daily fine of $500. The "repeat offender" classification was based on the 2015 violation. The Board voted to impose two fines: one for the period July 5 to August 20 and another, continuing fine running from August 31.

8. The Board later accepted an affidavit attesting that the lawn at the Lady Marion property was again in compliance as of September 10. Mr. Ficken's total fine was thus $28,500 plus interest.[1]

9. To secure this lien, Dunedin recorded a copy of the order imposing fines in the public records, constituting a lien on the Lady Marion property.

---

[1] $500 per day × (47 days + 10 days)

10. Mr. Ficken petitioned for rehearing of his case. The Board denied his petition.

11. In February 2019, Dunedin's City Attorney sent Mr. Ficken a demand letter seeking collection of the lien of $29,833.50 (which included interest and costs). Mr. Ficken did not pay.

12. On May 7, 2019, the Board authorized Dunedin's City Attorney to pursue foreclosure of the Lady Marion property to collect on the lien.

13. That same day, Mr. Ficken brought this suit to challenge the fines.

Respectfully submitted this 29th day of July 2020.

/s/ Ari S. Bargil
/s/ Jay Daigneault, Esq.

Ari S. Bargil (FL Bar No. 71454)*  
INSTITUTE FOR JUSTICE  
2 S. Biscayne Boulevard, Suite 3180  
Miami, FL 33131  
Tel: (305) 721-1600  
Fax: (305) 721-1601  
Email: abargil@ij.org

*Trial Counsel*

Andrew H. Ward (NY Bar No. 5364393)**  
INSTITUTE FOR JUSTICE  
901 N. Glebe Road, Suite 900  
Arlington, VA 22203  
Tel: (703) 682-9320  
Fax: (703) 682-9321  
Email: andrew.ward@ij.org

**Admitted Pro Hac Vice*

*Counsel for Plaintiffs*

Jay Daigneault, Esq. - FBN 0025859  
Randy Mora, Esq. - FBN 0099895  
1001 South Fort Harrison Ave.,  
Ste. 201 Clearwater, Florida 33756  
(727) 733-0494 – Phone  
(727) 733-2991 – Fax  
Primary: jay@cityattorneys.legal  
Primary: randy@cityattorneys.legal  
Secondary: jennifer@cityattorneys.legal

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of July 2020, a true and correct copy of *Joint Statement of Undisputed Facts for Cross-Motions for Summary Judgment* was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

> Jay Daigneault
> Randy Mora
> TRASK DAIGNEAULT, L.L.P.
> 1001 S. Ft. Harrison Avenue, Suite 201
> Clearwater, FL 33756
> Email: jay@cityattorneys.legal
>         randy@cityattorneys.legal
>         jennifer@cityattorneys.legal

> *Counsel for Defendants*

/s/ Ari S. Bargil
INSTITUTE FOR JUSTICE