UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES FICKEN, trustee,
SUNCOAST FIRST TRUST; and
SUNCOAST FIRST TRUST,

     Plaintiffs,

     vs.

CITY OF DUNEDIN, FLORIDA;
DUNEDIN CODE ENFORCEMENT BOARD;
MICHAEL BOWMAN, in his official capacity as Code
Enforcement Board Chairman; LOWELL SUPLICKI,
in his official capacity as Code Enforcement Board
Vice-Chair; ARLENE GRAHAM, in her official
capacity as a member of the Code Enforcement Board;
KEN CARSON, in his official capacity as a member
of the Code Enforcement Board; WILLIAM
MOTLEY, in his official capacity as a member
of the Code Enforcement Board; DAVE PAULEY,
in his official capacity as a member of the Code
Enforcement Board; and BUNNY DUTTON, in
her official capacity as a member of the Code
Enforcement Board,

     Defendants.

Case No.: 8:19-cv-01210
State Court Case No.: 19-003181-CI

_____/

## DECLARATION OF ARI S. BARGIL IN SUPPORT OF JOINT MOTION TO VACATE PRETRIAL SCHEDULE PENDING DECISION ON CROSS-MOTIONS FOR SUMMARY JUDGMENT

Andrew H. Ward (NY Bar No. 5364393)**
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Tel: (703) 682-9320
Fax: (703) 682-9321
Email: andrew.ward@ij.org

**Admitted Pro Hac Vice

Ari S. Bargil (FL Bar No. 71454)*
INSTITUTE FOR JUSTICE
2 S. Biscayne Boulevard, Suite 3180
Miami, FL 33131
Tel: (305) 721-1600
Fax: (305) 721-1601
Email: abargil@ij.org

*Trial Counsel

I, Ari S. Bargil, hereby declare as follows:

1.      I am a citizen of the United States, a resident of Florida, over the age of 18 years old, and fully competent to make this declaration. I knowingly and voluntarily make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently under oath as to the facts set forth below.

2.      I am an attorney at the law firm the Institute for Justice, and I am the lead attorney representing the Plaintiffs in this case.

3.      My wife is pregnant and due to deliver later this August. This will be the first child for both of us.

4.      I believe that it will be difficult to both care for my new son and wife and prepare for a trial in October.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: August 20, 2020

                              /s/ Ari S. Bargil
                              INSTITUTE FOR JUSTICE