UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES
**Oral Argument on Motions Hearing**

**Case Number: 8:19-cv-1210-T-36SPF**

| | |
|---|---|
| **JAMES FICKEN and SUNCOAST FIRST TRUST,** | **Plaintiff's Counsel:** Andrew H. Ward and Ari Simon Bargil |
| **Plaintiffs,** | |
| **v.** | |
| **CITY OF DUNEDIN, FLORIDA, DUNEDIN CODE ENFORCEMENT BOARD, MICHAEL BOWMAN, LOWELL SUPLICKI, ARLENE GRAHAM, KEN CARSON, WILLIAM MOTLEY, DAVE PAULEY and BUNNY DUTTON,** | **Defense Counsel:** Jay Daigneault and Randol D. Mora |
| **Defendants.** | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | September 28, 2020 | Time: Total: | 11:04 AM – 11:22 AM 18 minutes |

Court in session and counsel identified for the record.  All parties appeared via Zoom video conferencing.

The Court addressed counsel and held discussions as to Plaintiffs' amended complaint.

On or before October 13, 2020, Plaintiffs shall file a second amended complaint that complies with Fed. R. Civ. P.  Defendants shall have fourteen (14) days to file an answer to the second amended complaint.  Thereafter, counsel may move to proceed with summary judgment.  In doing so, the parties have the option of relying on their previously filed motions for summary judgment.

- 2 -

Defendant's Dispositive Motion for Summary Judgment and Incorporated Memorandum of Law (Doc. 42) and Plaintiffs' Dispositive Motion for Summary Judgment and Incorporated Memorandum of Law (Doc. 43) will be denied as moot.

Court adjourned.