**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLERK'S MINUTES
Motions Hearing

Case Number: 8:19-cv-1210-T-36SPF

| | |
|---|---|
| **JAMES FICKEN and SUNCOAST FIRST TRUST,** | **Plaintiff's Counsel:** Andrew H. Ward and Ari Simon Bargil |
| **Plaintiffs,** | |
| v. | |
| **CITY OF DUNEDIN, FLORIDA, DUNEDIN CODE ENFORCEMENT BOARD, MICHAEL BOWMAN, LOWELL SUPLICKI, ARLENE GRAHAM, KEN CARSON, WILLIAM MOTLEY, DAVE PAULEY and BUNNY DUTTON,** | **Defense Counsel:** Jay Daigneault and Randol D. Mora |
| **Defendants.** | |

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Sharon Miller |
|---|---|---|---|
| Deputy Clerk: | Bettye Samuel | Interpreter: | N/A |
| Date: | November 16, 2020 | Time: Total: | 11:12 AM – 12:09 PM 57 minutes |

Court in session and counsel identified for the record. All parties appeared via Zoom video conferencing.

The Court addressed counsel and heard argument on the following: *Defendants' Dispositive Motion for Summary Judgment and Incorporated Memorandum of Law* (Doc. 42) and *Plaintiffs' Dispositive Motion for Summary Judgment and Incorporated Memorandum of Law* (Doc. 43).

*Defendants' Dispositive Motion for Summary Judgment and Incorporated Memorandum of Law* (Doc. 42) and *Plaintiffs' Dispositive Motion for Summary Judgment and Incorporated Memorandum of Law* (Doc. 43) are taken under advisement and the Court will issue a written opinion.

Court adjourned.