# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JAMES FICKEN, trustee,
SUNCOAST FIRST TRUST; and
SUNCOAST FIRST TRUST,

    Plaintiffs,

vs.

Case No.: 8:19-cv-01210
State Court Case No.: 19-003181-CI

CITY OF DUNEDIN, FLORIDA, et al.

    Defendants.

_____/

## BILL OF COSTS

Judgment having been entered in the above-entitled action on April 26, 2021 in favor of the Defendants and against Plaintiffs (Dkt. 89), the Clerk is requested to tax the following as costs, as enumerated on the document attached as Exhibit A:

Fees for printed or electronically recorded transcripts necessarily obtained for use in this case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $2,803.47

Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $400.00

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the service for which fees have

been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

    [ X ] Electronic service

                                              /s/ Jay Daigneault, Esq.

For:   City of Dunedin                         Date: May 10, 2021

## TAXATION OF COSTS

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____
    Clerk of Court                                          Deputy Clerk
Date