# EXHIBIT A

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JAMES FICKEN, trustee,
SUNCOAST FIRST TRUST; and
SUNCOAST FIRST TRUST,

     Plaintiffs,

vs.                                                    Case No.: 8:19-cv-01210
                                                       State Court Case No.: 19-003181-CI

CITY OF DUNEDIN, FLORIDA, et al.

     Defendants.

_____/

## EXHIBIT A: ITEMIZATION OF COSTS

|   | Narrative | Payee/Vendor | Cost |
|---|---|---|---|
| 1 | 1/13/20 Defendant's rule designee/Thomas Trask | Murray Court Reporting & Video Conferencing | $1,172.97 |
| 2 | 2/18/20 Mike Kepto Deposition | Murray Court Reporting & Video Conferencing | $462.00 |
| 3 | 2/19/20 Tom Colbert Deposition | Murray Court Reporting & Video Conferencing | 668.50 |
| 4 | Pre-payment Deposition/James Ficken 10/15/19 | Melvia Green | $500.00 |
| 5 | Removal of the case from circuit court to federal court | Middle District Court of Florida | $400.00 |
| | **TOTAL** | | **$3,203.47** |

3/13/2020                                                                                           Statements

MURRAY COURT REPORTING
412 East Madison Street
Suite 1104
Tampa, FL 33602



# STATEMENT

TRASK, METZ & DAIGHEAULT, LLP
1001 South Fort Harrison
Suite 201
Clearwater, FL 33756

| | |
|---|---|
| Statement Date: | 03/13/2020 |
| Phone: | 727-737-0494 |
| Fax: | 727-733-2991 |

**Randal Mora, Esq.**

| Invoice Date | Reference | Amount | Due |
|---|---|---|---|
| 200533 03/10/2020 | Mike Kepto - James Ficken, Suncoast First Trust v City of Dunedin Florida et al [8:19-cv-01210] - Attendance Date: 02/18/2020 - Rebekah | 462.00 | 462.00 |
| 200552 03/11/2020 | Tom Colbert - James Ficken, Suncoast First Trust v City of Dunedin Florida et al [8:19-cv-01210] - Attendance Date: 02/19/2020 - Rebekah | 668.50 | 668.50 |
| | | Subtotal: | 1130.50 |

**Jay Daigneault, Esq.**

| Invoice Date | Reference | Amount | Due |
|---|---|---|---|
| 200213 01/30/2020 | Defendant's rule designee/Thomas Trask - James Ficken Et Al v City of Dunedin Florida Et Al [8:19-cv-01210] - Attendance Date: 01/13/2020 - Rebekah | 1165.50 | 1172.97 |
| | | Subtotal: | 1172.97 |

| | |
|---|---|
| **Total Amount Due:** | **2303.47** |

INVOICES DUE WITHIN 30 DAYS.
A 18.00% APR FINANCE CHARGE WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Create your own Custom Message here by going to the UTILITIES tab, then Custom Messages (Statement Footer).

Tax ID: 46-5655541



RASK DAIGNEAULT, LLP / ATTORNEYS AT LAW

**FIRM COPY**

| ACCOUNT | DATE | PAYEE | TOTAL | MEMO |
|---|---|---|---|---|
| SunTrust Checking - Operating | 03/18/2020 | Murray Court Reporting & Video Conferencing | 2303.47 | [8:19-cv-01210] /Inv# 200533 , #200552 and #200213 |

| CATEGORY | MATTER NAME | BILL CLIENT | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| Advanced Client Costs | Dunedin/Ficken | Yes | 1130.50 | 2/18/20 Mike Kepto Depostion / 2/19/20 Tom Colbert Deposition |
| Advanced Client Costs | Dunedin/Ficken | Yes | 1172.97 | 1/13/20 Defendant's rule designee/Thomas Trask |

www.techchecks.net ORDER #     426591

RASK DAIGNEAULT, LLP / ATTORNEYS AT LAW

**FIRM COPY**

| ACCOUNT | DATE | PAYEE | TOTAL | MEMO |
|---|---|---|---|---|
| SunTrust Checking - Operating | 10/08/2019 | Melvia B. Green | 500.00 | Pre-payment Deposition/James Ficken 10/15/19 |

| CATEGORY | MATTER NAME | BILL CLIENT | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| Advanced Client Costs | James Ficken, Trustee of Suncoast First Trust vs. City of Dunedin | Yes | 500.00 | Pre-payment Deposition/James Ficken 10/15/19 |

www.techchecks.net ORDER #     404825

**Corena Fantauzzo**

| | |
|---|---|
| **From:** | Jennifer Ditro |
| **Sent:** | Thursday, May 16, 2019 1:40 PM |
| **To:** | Corena Fantauzzo |
| **Subject:** | Dunedin/Ficken - Check Request |
| **Attachments:** | image002.png; image001.png |

I need a check in the amount of $400.00 made payable to the Middle District Court of Florida.
This is the fee for removing of the case from circuit court to federal court.
Thank you!

Jennifer Ditro
Legal Assistant to Jay Daigneault, Esq.



1001 South Fort Harrison Avenue, Suite 201
Clearwater, Florida 33756
Phone: (727) 733-0494, ext. 114
Fax: (727) 733-2991
Email: jenny@cityattorneys.legal

CONFIDENTIALITY NOTICE
The information and all attachments contained in this electronic communication are legally privileged and confidential information, subject to the attorney-client privilege and intended only for the use of the intended recipients. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately of the error by return e-mail and please permanently remove any copies of this message from your system and do not retain any copies, whether in electronic or physical form or otherwise.  Thank you.
Notice:  The publication of our fax number is not to be construed as our consent to receive unsolicited fax advertisements.

TRASK DAIGNEAULT, LLP / ATTORNEYS AT LAW                                                                1078

**FIRM COPY**

| ACCOUNT | DATE | PAYEE | TOTAL | MEMO |
|---|---|---|---|---|
| SunTrust Checking - Operating | 05/16/2019 | Middle District Court of Florida | 400.00 | Dunedin/Ficken - Filing fee |

| CATEGORY | MATTER NAME | BILL CLIENT | AMOUNT | DESCRIPTION |
|---|---|---|---|---|
| Advanced Client Costs: Filing Fees | James Ficken, Trustee of Suncoast First Trust vs. City of Dunedin | Yes | 400.00 | Removing of the case from circuit court to federal court |

www.techchecks.net ORDER #    404825