UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES FICKEN, trustee,
SUNCOAST FIRST TRUST; and
SUNCOAST FIRST TRUST,

    Plaintiffs,

vs.    Case No.: 8:19-cv-01210
       State Court Case No.: 19-003181-CI

CITY OF DUNEDIN, FLORIDA;
DUNEDIN CODE ENFORCEMENT BOARD;
MICHAEL BOWMAN, in his official capacity as Code
Enforcement Board Chairman; LOWELL SUPLICKI,
in his official capacity as Code Enforcement Board
Vice-Chair; ARLENE GRAHAM, in her official
capacity as a member of the Code Enforcement Board;
KEN CARSON, in his official capacity as a member
of the Code Enforcement Board; WILLIAM
MOTLEY, in his official capacity as a member
of the Code Enforcement Board; DAVE PAULEY,
in his official capacity as a member of the Code
Enforcement Board; and BUNNY DUTTON, in
her official capacity as a member of the Code
Enforcement Board,

    Defendants.
_____/

## NOTICE OF APPEAL

NOTICE IS GIVEN that Plaintiffs James Ficken, trustee, and Suncoast First Trust hereby appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Order and Judgment granting Summary Judgment for the Defendants, entered in this action on April 26, 2021 (Docs. 88 & 89). The nature of the order is a final order denying Plaintiffs' Motion for Summary Judgment and granting Defendants' Motion for

Summary Judgment. Plaintiffs also appeal the order denying in part Plaintiffs' Motion to Compel Production of Documents and Interrogatory Responses (Doc. 36) and Second Motion to Compel Production of Documents (Doc. 40), entered May 6, 2020 (Doc. 53)

Dated: May 24, 2021

        By: /s/ Ari S. Bargil
           Ari S. Bargil (FL Bar No. 71454)*
           INSTITUTE FOR JUSTICE
           2 S. Biscayne Boulevard, Suite 3180
           Miami, FL 33131
           Tel: (305) 721-1600
           Fax: (305) 721-1601
           Email: abargil@ij.org

           *Trial Counsel*

           Andrew H. Ward (NY Bar No. 5364393)**
           INSTITUTE FOR JUSTICE
           901 N. Glebe Road, Suite 900
           Arlington, VA 22203
           Tel: (703) 682-9320
           Fax: (703) 682-9321
           Email: andrew.ward@ij.org

           **Admitted Pro Hac Vice*

           *Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May 2021, a true and correct copy of the *Notice of Appeal* was filed with the Clerk of the Court using the CM/ECF system, which will send a of electronic filing to the following CM/ECF participants:

Jay Daigneault
Randy Mora
TRASK DAIGNEAULT, L.L.P.
1001 S. Ft. Harrison Avenue, Suite 201
Clearwater, FL 33756
Email: jay@cityattorneys.legal
randy@cityattorneys.legal
jennifer@cityattorneys.legal

*Counsel for Defendants*

/s/ Ari S. Bargil
INSTITUTE FOR JUSTICE